HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
LINDSAY BENNETT, GA Bar No. 141641
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:    (916) 498-5700
Facsimile:     (916) 498-6656
Email:          Lindsay_bennett@fd.org

MARK E. OLIVE, FL Bar No. 578533
Law Offices of Mark E. Olive
320 W. Jefferson Street
Tallahassee, Florida 32301
Telephone:    (850) 224-0004
Facsimile:     (850) 224-3331
Email:          meolive@aol.com

Attorneys for Petitioner,
JOSEPH EDWARD DUNCAN, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III, | Case No. 2:07-cr-00023-EJL |
| Petitioner, | |
| v. | **INDEX TO EXHIBITS** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**FILED BY ECF**

Exh. 1:  Declaration of Judy Clarke

Exh. 2:  Declaration of Michael Comte

Exh. 3:  Declaration of Laurie Corwin

Exh. 4:  Declaration of Kevin Coyne

Exh. 5:  Declaration of Stephen R. Hormel

Exh. 6:  Declaration of Richard Johnson

1  Exh. 7:   Declaration of Mark Larranaga

2  Exh. 8:   Declaration of Thomas Monaghan

3  Exh. 9:   Declaration of Allen Parks

4  Exh. 10:  Declaration of Billy L. Proctor, Jr.

5  Exh. 11:  Declaration of Phil Schlottman

6  Exh. 12:  Declaration of Maria Anderson Thompson

7  Exh. 13:  Report of Dr. David Lisak

8  Exh. 14:  Judy Clarke email re plea agreement January 10, 2006

9  Exh. 15:  John Adams letter re case settlement January 19, 2006

10 Exh. 16:  Jim Peters email regarding Boise meeting with Roger Peven January 27, 2006

11 Exh. 17:  John Adams and Roger Peven letter regarding settlement offer October 4, 2006

12 Exh. 18:  William Douglas letter regarding state's counter offer October 14, 2006

13 Exh. 19:  Prosecution letter regarding plea offer November 13, 2006

14 Exh. 20:  Duncan Case Budget 2007

15 Exh. 21:  Thomas Moss letter regarding plea agreement January 31, 2007

16 Exh. 22:  Thomas Moss letter regarding plea offer response from Rebecca Pennell Feb. 5, 2007

17 Exh. 23:  Mark Larranaga email regarding Joseph Duncan February 7, 2007

18 Exh. 24:  Affidavit of James Peters March 6, 2007

19 Exh. 25:  Affidavit of Wendy Olson March 7, 2007

20 Exh. 26:  Mark Larranaga email regarding agenda April 27, 2007

21 Exh. 27:  Debra Garvey memorandum regarding proposed investigation plan May 2, 2007

22 Exh. 28:  Agenda for team meeting May 3, 2007

23 Exh. 29:  Thomas Monaghan emails regarding budget May 8, 2007

24 Exh. 30:  Mark Larranaga emails regarding supplemental budget May 14, 2007

25 Exh. 31:  Mark Larranaga emails regarding team additions May 14, 2007

26 Exh. 32:  Debra Garvey memorandum regarding Cheri Cox May 8, 2007 interview May 15, 2007

27 Exh. 33:  Mark Larranaga email regarding meeting May 29, 2007

28 Exh. 34:  Team meeting in Seattle, Washington May 29, 2007

INDEX TO EXHIBITS                                2      *Joseph Edward Duncan, III v. United States of America,*
                                                          *Case No.2-07-cr-00023-EJL*

1. Exh. 35:  Federal Defenders of Eastern Washington and Idaho 2007 budget May 31, 2007
2. Exh  36:  Team emails June 2007
3. Exh. 37:  Judy Clarke email July 17, 2007
4. Exh. 38:  Meeting agenda July 19, 2007
5. Exh. 39:  Status of case August 2007
6. Exh. 40:  Mark Larranaga email regarding continuance preparation August 10, 2007
7. Exh. 41:  Meeting notes September 6, 2007
8. Exh. 42:  Team meeting agenda (1) September 6, 2007
9. Exh. 43:  Team meeting agenda (2) September 6, 2007
10. Exh. 44: Judy Clarke follow up notes September 8, 2007
11. Exh. 45:  Larranaga email regarding Roger Peven and shortened trial date September 10, 2007
12. Exh. 46:  Emails regarding Duncan budget September 11, 2007
13. Exh. 47:  Thomas Monaghan email regarding review of evidence September 19, 2007
14. Exh. 48: Judy Clarke email regarding status conference September 27, 2007
15. Exh. 49: Judy Clarke email regarding denial of continuance October 12, 2007
16. Exh. 50: Judy Clarke email regarding Rosemary and Roger October 15, 2007
17. Exh. 51:  Mark Larranaga email October 22, 2007
18. Exh. 52:  Traci Whelan letter regarding stipulations and pleas October 26, 2007
19. Exh. 53:  Mark Larranaga email regarding state visit and Maskell October 27, 2007
20. Exh. 54: Judy Clarke email regarding denial of Roger Peven withdrawal motion Nov. 2, 2007
21. Exh. 55: Judy Clarke letter regarding expert materials to J.R. Merikangas November 7, 2007
22. Exh. 56: John Maurice letter to Judge Lodge regarding Roger Peven November 13, 2007
23. Exh. 57:  Debra Garvey email regarding holes in the investigation November 18, 2007
24. Exh. 58: Judy Clarke's handwritten notes dated November 23, 2007
25. Exh. 59:  Mark Larranaga notes regarding interview of Dr. Becker December 10, 2007
26. Exh. 60:  Mark Larranaga email regarding expert contact updates December 13, 2007
27. Exh. 61: Judy Clarke email regarding team meeting follow up conference call December 21, 2007
28. Exh. 62:  Transfer of funding and appointment of Federal Defender San Diego Inc. 2008

1  Exh. 63:  Judy Clarke letter regarding expert materials to J.R. Merikangas January 8, 2008

2  Exh. 64:  Judy Clarke email regarding neuropsych records January 16, 2008

3  Exh. 65:  Emails Gur regarding neuropsych records January 22, 2008

4  Exh. 66:  Email regarding hiring Dr. Lisak January 25, 2008

5  Exh. 67:  Judy Clarke email regarding Dr. Becker January 31, 2008

6  Exh. 68:  Emails Gur regarding Duncan February 4, 2008

7  Exh. 69:  Emails regarding Lisak February 13, 2008

8  Exh. 70:  Dr. Lisak retainer letter February 14, 2008

9  Exh. 71:  Judy Clarke letter regarding expert materials to J.R. Merikangas February 26, 2008

10 Exh. 72:  Judy Clarke letter regarding case resolution February 29, 2008

11 Exh. 73:  Debra Garvey email regarding Lisak witness list and contact information March 15, 2008

12 Exh. 74:  Judy Clarke letter regarding expert materials to J.R. Merikangas March 21, 2008

13 Exh. 75:  Thomas Moss letter responding to letter re stipulations March 21, 2008

14 Exh. 76:  Debra Garvey letter regarding expert materials to J.R. Merikangas March 25, 2008

15 Exh. 77:  Letter Providing expert materials to J.R. Merikangas April 1, 2008

16 Exh. 78:  Debra Garvey letter regarding expert materials to Merikangas April 2, 2008

17 Exh. 79:  Lisak invoice and receipts June 12, 2008

18 Exh. 80:  Supplemental budget for 2007 and revised budget for 2008 submitted July 11, 2008

19 Exh. 81:  Letter regarding Moss written questions for Joseph Duncan August 19, 2008

20 Exh. 82:  Lisak invoice and receipts August 24, 2008

21 Exh. 83:  Judy Clarke Billing Records 2005 - 2007

22 Exh. 84:  Photographs of Joseph Duncan, III from 4th-7th grade

23 Exh. 85:  Photographs of the Duncan family

24 Exh. 86:  Maternal and paternal family trees

25 Exh. 87:  Pennsylvania death certificate of Franklin Freed

26 Exh. 88:  Miscellaneous documents related to Teena Novotney

27 Exh. 89:  Letter from Cheri Cox March 5, 2005

28 Exh. 90:  Western State Hospital Description, 10/31/1983

Exh. 91:  Western State Hospital Aquarius Group Assessment of Joseph E. Duncan, III's request to move up to "Step 5"

Exh. 92:  *The Rise and Fall of the SOP at Western State Hospital,* by Maureen Saylor

Exh. 93:  Photograph of Joseph E. Duncan, III and Allen Parks

Exh. 94:  Dissolution of Maria Anderson v. Timothy Anderson

Exh. 95:  Handwritten letter from Rick Johnson dated May 19, 1982

Exh. 96:  Indio jail records regarding Joseph Duncan, III

Exh. 97:  Anti-Duncan Community Activism, Idaho

Exh. 98:  Media coverage of Federal Jurors

Exh. 99:  Defense Investigation Memoranda, September 1, 2007 – November 30, 2007

Exh. 100:  Change of Venue pleadings in State of Idaho v. Joseph E. Duncan, III, Case number: CR-05-0013674

**OVERSIZED EXHIBITS - FILED BY CD**

Exh. 101:  Defense Investigation Memoranda, December 1, 2007 – April 15, 2008

Exh. 102:  Defense Investigation Memoranda, April 16, 2008 – July 28, 2008

Exh. 103:  Classification file of Joseph Duncan, III

Exh. 104:  Custody/Prison file of Joseph Duncan, III

Exh. 105:  Records regarding Joseph Duncan, III – North Dakota sex offender notification article September 28, 2000; Report to the court 1979; and booking photo Pierce County Washington

Exh. 106:  Dyslin Boys Ranch information 1990s

Exh. 107:  Washington State Hospital News Articles

Exh. 108:  Washington State Hospital

Exh. 109:  Duncan Media

Exh. 110:  Miscellaneous records relating to Bruce Duncan

Exh. 111:  Social Security Administration Records regarding Joseph Duncan, Jr.

Exh. 112:  Correspondence from Lillian Duncan to Joe Duncan, III 1968, 1969, 1976 and 1977

Exh. 113:  Miscellaneous documents regarding Lillian Duncan

Exh. 114:  Criminal court file records regarding Earl Erskine

1    Exh. 115: Miscellaneous documents regarding to Robert Freed

2    Exh. 116: Miscellaneous records regarding Roy Freed Records

3    Exh. 117: Mifflin County court records regarding Brice Hook

4    Exh. 118: Miscellaneous records regarding Roger Peven

5    Exh. 119: Miscellaneous Court files regarding Rupert Rapp

6    Exh. 120: Miscellaneous documents regarding Gary Mike Shepard

7    **UNDER SEAL EXHIBITS - FILED BY CD**

8    Exh. 121: Life chronology of Joseph Duncan, III

9    Exh. 122: Department of Corrections medical file of Joseph Duncan, III

10    Exh. 123: Washington State Hospital records of Joseph Duncan, III

11    Exh. 124: Law Enforcement/Medical records, Pierce County Sheriff of Joseph Duncan, III

12    Exh. 125: Indio Jail Medical records of Joseph Duncan, III

13    Exh. 126: Military/mental health records of Joseph Duncan, Jr.

14    Exh. 127: Veteran's Administration records of Joseph Duncan, Jr.

15    Exh. 128: Lillian Duncan 1986 -1989 Pacific Medical Center Seattle Washington

16    Exh. 129: Madigan Army Medical Center records of Lillian Duncan

17    Exh. 130: Individual support plan records, Public Welfare, Pennsylvania regarding Anna Freed

18    Exh. 131: Lewistown Hospital Records regarding John Freed, Jr.

19    Exh. 132: Miscellaneous records regarding Robert Hetrick

20    Exh. 133: Tri County drug Alcohol records regarding Steven Hetrick

21    Exh. 134: Miscellaneous records regarding Mary Musser

22    Exh. 135: University Park Nursing Center records regarding Mary Musser

23    Exh. 136: Lewistown Hospital Records regarding Naomi Narehood

24    Exh. 137: Miscellaneous medical records relating to Rupert Rapp

25    Exh. 138: Documents relating to Juror SB

26    Exh. 139: Documents relating to Juror CC

27    Exh. 140: Documents relating to (alternate) Juror DD

28    Exh. 141: Documents relating to (alternate) Juror BH

1 | Exh. 142:  Documents relating to Juror LJ
2 | Exh. 143:  Documents relating to (alternate) Juror CL
3 | Exh. 144:  Documents relating to Juror SL
4 | Exh. 145:  Documents relating to Juror LL
5 | Exh. 146:  Documents relating to Juror SP
6 | Exh. 147:  Documents relating to Juror RR
7 | Exh. 148:  Documents relating to Juror CR
8 | Exh. 149:  Documents relating to Juror KS
9 | Exh. 150:  Documents relating to Juror MS
10 | Exh. 151:  Documents relating to Juror KS
11 | Exh. 152:  Documents relating to Juror TW

Date:  February 28, 2017                    RESPECTFULLY SUBMITTED,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Lindsay Bennett*
                                            LINDSAY BENNETT
                                            Assistant Federal Defender

                                            */s/ Mark Olive*
                                            MARK OLIVE

                                            Attorneys for Petitioner,
                                            JOSEPH EDWARD DUNCAN, III

INDEX TO EXHIBITS                    7        *Joseph Edward Duncan, III v. United States of America,*
                                              *Case No.2-07-cr-00023-EJL*