**DECLARATION OF ALLEN PARKS**

I, Allen Parks, declare:

1. I met Joseph Duncan, who I knew as Jet and later as "Jazzie" at McNeil Island Penitentiary in Washington around 1988. I had seen him around for a few years before we met.  We were cellmates on and off between 1988 -1993.

2. I entered the system in 1973, starting at Washington Corrections Center in Shelton, where I celebrated my 20th birthday. I was only there for 2 months. I was sent to Monroe Reformatory and then to Walla Walla. My mother was happy about my move to Walla Walla because my older brother was there and she hoped we would watch out for one another.

3. I struggled at Walla Walla, having several issues with staff and inmates alike. I was transferred to McNeil Island in 1982. Despite my write-ups from Walla Walla, the prison staff at McNeil Island treated me with respect, which I really appreciated. A corrections unit supervisor took a look at my record, saw I was working washing dishes in the kitchen, and hired me to clerk for him.

4. When I first noticed Jet at McNeil Island, he was socially awkward and seemed unable to make or maintain eye contact while he walked around the prison. He was quiet and withdrawn, and kept his distance from other inmates. He associated with the Dungeons and Dragons crowd. Other inmates looked at this group as nerds.

5. Jet was picked on. Because he was awkward and so skinny, he was an easy target. I told him that he needed to keep his eyes up for safety and to be able to describe other inmates if there were ever a problem. There was a definite hierarchy in prison with murderers at the top and child rapists at the very bottom. If Jet's crime was discovered he would be vulnerable to

*AP*

Exh. 9 - 000067

violence. Jet later told me that he was afraid to socialize and have people start asking about his case.

6. Jet worked in the electronics department at McNeil. He was a teacher's assistant and taught a small group of guys a few times a week. He was also working on getting his degree. A lot of inmates found Jet's ideas confusing. All he wanted to talk about was computers and electronics. He developed a reputation for being good with electronics and helped inmates put rechargeable batteries in their tape decks. He also tutored other inmates in electronics. When Jet graduated from the electronics class, they introduced Jet as someone who "if he can't fix it, it must not be broken." He graduated with honors from the program. After Jet's job fixing Apple computers he got a job at McNeil working on computer programming.

7. I watched Jet for several years at McNeil before I decided to approach him and introduce myself. We both began living in the same housing unit so I took the opportunity to speak to him. I told him I needed help with my tape deck and we began talking. I gave Jet a bag of coffee for helping me. I later resorted to slipping a note under Jet's door, telling him that I'd been watching him for a while and I knew him better than he thought. I asked him to come see me if he was interested. At 7:00 am the next morning Jet showed up at my cell door. Jet admitted that although he did like to engage in sex with men, he was anxious because he had been sexually abused in the past.

8. Before too long Jet and I began having sex. Later on Jet was experiencing problems with his cellmate and the officer in charge of housing, Sergeant Duncan, asked if they could put Jet in my cell. We moved in together and became a couple in June of 1988. Jet and I were cellmates at McNeil Island until 1990.


AP

Exh. 9 - 000068

9.  Jet told me he transferred from McNeil Island after being at Shelton. Shelton housed mostly young adult men, between 17 and their early 20s. It was a violent place where the young men fought. Shelton was divided into juvenile and adult offenders but still maintained a hierarchy where the inmates picked on each other. Sexual offenders were always on the bottom of the chain.

10. Jet told me he had moved to McNeil because he had been victimized at Shelton. Jet lived in a cell with a homosexual man who was regularly raped by a group of inmates who came in during chow time. The group consisted of a couple of black men and a Mexican man. When the group became too large, Jet's roommate asked why they weren't victimizing Jet as well. Jet was emotional when he described that the Mexican man hit him and knocked him down. He feared for his life so he stopped trying to fight them. The whole group raped Jet.

11. After this, an older inmate, around 22 or 23 years old, approached Jet and told him that if he would stick with one guy he could be protected from further sexual abuse. The man told Jet that he would wear a certain shirt at chow as an indication that Jet should wait for him so they could have sex. When Jet refused the man he became angry. Jet decided he couldn't take the abuse any longer and went to the shift officer and told him about the rape.

12. When Jet went to the authorities to report the rape, they demanded names for the assailants. The guards threatened him that if he didn't identify his assailants that they would put him back in general population. He felt that the prison authorities would not be able to protect him if he named anyone who raped him so he refused to tell and was put into administrative segregation. Jet told his mother and father and they contacted the institution to complain. That was when Jet was transferred to McNeil Island.


AP

Exh. 9 - 000069

13. After I'd known Jet for about a month we were sitting watching television when Jet asked if I would like to know how he felt about himself. He showed me a picture he had cut from a magazine of an ugly, distorted face. I couldn't believe he thought of himself this way and I began to tease him. Jet became upset and told me he had trusted me and hadn't shared these thoughts with anyone else. I believe that Jet saw himself this way after having been abused.

14. McNeil housing was a bit different than regular prisons. Jet was initially living in an eight man cell. Jet and I lived in preferred housing, with two men sharing a room with a sink, and toilets, showers and bathtubs were at the end of the hall. I lived there first and Jet moved in with me two weeks later. I was moved there for medical reasons. When I was young I contracted polio and needed to soak my leg regularly. Jet went through the process of single housing to preferred housing where a committee could vote you in if you had no infractions.

15. Jet and I had a disagreement when we first started dating when he suggested that blacks were inferior to whites. As an African-American, this angered me and I grabbed Jet by the neck and slammed him against the bed. I told him I'd chalk it up to him being young and dumb but I wanted him gone from the cell when I returned. When I returned Jet was laying on my bed in a thin robe in a seductive pose. He told me that he wanted to "submit" to me. I told him that I didn't want him to submit, I wanted a mutual relationship.

16. When Jet and I had sex he asked me to call him a punk. Jet wanted to feel abused and degraded while we were having sex. The first time we had sex Jet spent 15 to 20 minutes saying negative things about himself. Sometimes Jet's head would hit the wall while we were having sex and Jet said it hurt but that he liked it.


AP

Exh. 9 - 000070

17. Jet said that he wanted me to feminize him and to allow my friends to sexually abuse him. I thought that maybe he was trying to experiment sexually or elevate me in my friends' eyes. Jet would lie on the bed and ask me to tie him up, or beat him. I refused to tie him up, but I did whip him with a belt.

18. After we got together, Jet began to show me a more kind and feminine side of himself. Jet explained to me that he had developed a tougher persona to protect himself from becoming a victim again and again, but he felt comfortable and protected enough to let his guard down with me.

19. When we first got together, Jet wouldn't let me kiss him. He felt uncomfortable since he still had a moustache.  Once we were together, Jet shaved his moustache, got rid of his clunky work boots and dressed more femininely. He shaved his legs and experimented with different hairdos. His facial features and his walk softened and he spoke in a higher, more feminine tone of voice.

20. By the time Jet came out at McNeil Island there were a few other gays out, too. Jet transformed from having short hair and a moustache to clean shaven with long hair, shorty shorts, running around the track like a woman. I found myself in the position that I had to stand up for Jet in front of some other inmates, which led to others finding out that we were a couple.

21. I was initially not ready to have my relationship with Jet made public in the prison. I was an Imam, a spiritual leader of the Muslims in prison beginning in 1988, which meant my relationship with Jet was forbidden. Therefore, initially we acted as a couple privately, but we didn't display it openly during the time outside of our cell. Yet Jet was worried about


AP

Exh. 9 - 000071

being victimized for coming out as a woman without my protection as his man. He believed that I could protect him if he came out about his sexuality. I wasn't initially supportive but I did not want anything bad to happen to Jet and when he threatened to move out, I decided that I would acknowledge our relationship publicly.

22. After admitting my relationship with Jet, there were serious repercussions for me as the Muslim inmate representative. I was told that I would need to leave Jet or resign my position. I chose to resign. Some of the inmates actually talked about beheading me as a consequence of my relationship with Jet. Eventually I was reinstated and continued to provide religious services for other inmates.

23. After coming out Jet only had a few problems with guys harassing him or grabbing him. Once I was able to determine who had caused the problem I always went and confronted the man. Jet got better at handling guys that would corner him and began to stand up for himself more.

24. Jet didn't "come out" until after the parole board denied his parole in 1988. Jet told me that he wanted to have a sex change operation.

25. Jet was a very clean and organized cellmate. He showered regularly unlike some other inmates I've known. We both kept the cell clean but when Jet came out and started dressing like a woman he began taking on the role of housekeeper. Jet and I were both busy with our own schedules during the day but Jet liked to have dinner ready for me when I would get back to the cell. He experimented in making different meals, using different seasonings. Jet was also something of an artist and liked to draw from time to time.


AP

Exh. 9 - 000072

26. Jet stayed up late at night writing computer programs. If he had something on his mind or was working on something he wouldn't sleep but when he did sleep, he fell asleep hard. When I would go to work at 7:30 am Jet would be getting ready to go to bed. When I returned from work around 4:00 pm Jet was sleeping in my bed. Jet would get up when I returned. He never told me why he didn't sleep at night.

27. Jet had vivid dreams and he liked to describe them to me. They were weird dreams, like Alice in Wonderland.

28. Jet's way of thinking wasn't like anyone else's I've known. Often, I really didn't understand him. He would talk excitedly about finding a "truth" one day and embrace another truth the next day just as strongly. He lived off contradictions. He was a white person from another planet.

29. Before Jet was passed over for release in 1988, he told me about all the good things he wanted to do when he was released. He wanted to get his family back together, and find a good job. When Jet was resentenced under the Sentencing Reform Act he thought he would be able to go home sooner rather than later. Despite Jet's attempts to create a good parole situation for himself he continued to be refused parole. He attempted to gain approval for release to his mother's home which he was told was unstable. He was also refused parole to his father's house and a halfway house. Jet's despair grew as he was repeatedly passed over for release despite making many efforts to make progress and be compliant.

30. In about 1990, Jet was moved out of our cell together at McNeil Island. One of the guards, Officer Burton, was having a bad day and tore up our cell. Heated words were exchanged


AP

Exh. 9 - 000073

between Jet and the officer, resulting in the only infraction Jet received while we were together. Jet was moved to Cascadia Unit and our relationship was over after that.

31. Jet went through hell in Cascadia Unit at McNeil. There was a guy named Kung Fu who was slow and half-Vietnamese, half-black. Jet found him appealing because he practiced martial arts. Jet began a relationship with him.

32. Jet was dressing more feminine at this point, but not like a woman. Jet and I didn't live together anymore, but we still worked in the same place. One day at work, Jet told me that Kung Fu was part of the Chinese mafia and wanted Jet to prove himself with that group by having sex with three or four other guys. I told Jet to go to the other side of the office and not talk to me. I heard from some of those group members that they were not fond of Jet hanging around them. Some of the other workers in the prison industries told me that Jet was being treated like a tramp.

33. I went to Kung Fu and told him that there would be harsh consequences if anyone hurt Jet. The next day Jet told me that Kung Fu was no longer willing to offer him protection.

34. While Jet was dealing with problems with Kung Fu he was also having problems with a group of inmates from the Washington, DC area. They wanted to know who was "representing" Jet. I heard from Kung Fu that Jet told them it was me. So, I went to the yard and discussed the issue with the DC group. Jet didn't have any further problems with this group.

35. Jet told me he needed a new situation and a new man. I asked him how much money he had in his prison account and he told me he had $300. I offered to be his man again if he sent my


AP

Exh. 9 - 000074

sister $200. This was in January of 1990. Later that year I was transferred to Walla Walla and Jet transferred there in November of 1990

36.  When Jet wrote me a letter that he was in the hole and being transferred to Walla Walla I was worried for him. Walla Walla was known as the "gladiator school" and was extremely violent. Throughout the 1970s, there had been many killings at Walla Walla. It was an institution where even officers were afraid of the inmates, because there was so much violence.

37.  I did everything I could to protect Jet while we were at Walla Walla together. The other inmates knew we were together and because it was a major taboo to touch someone else's "girl", most of the inmates left Jet alone. Jet went to school and took yoga. I went to work at the metal plant. Jet and I had our own table at the chow hall.

38.  I leveled with the Muslims that I was in a relationship but that I planned to still go to services. The Muslims asked me to serve as their leader anyway because they needed someone and I was experienced. I was especially active as Imam between December 1991 and January 1993. Jet came to some of my lectures on faith during this time.

39.  At Walla Walla, Jet and I were cellmates again from January to June 1991. In June of 1991 Jet had the opportunity to go to medium security but he didn't want to leave me. I encouraged him to go, telling him that I'd join him there in about six months. Jet decided to accept the transfer. He wrote me asking if he could have other relationships but I told him he should wait for me to join him. When I arrived, Jet introduced me to his social group. They played pool and went to school together. There was a Native American man named Robin Osborn who was older and something of a legal beagle.


AP

Exh. 9 - 000075

40. Jet and I reunited as cellmates again from December of 1991 until January of 1993 when Jet left Walla Walla medium security for camp. Before leaving for camp, Jet gave his tennis shoes, 501 Levis and fragrance oil to Robin. Jet told me that our relationship chains were breaking and he was leaving me for good and we would no longer be in a relationship. This hurt me deeply.

41. After Jet moved, he became "Queen of the Camp" and had sex with many more men. He decided that he did not want to have a sex change operation and resorted to being more reserved again. I decided that Jet was being self-destructive and I stopped writing him for six weeks.

42. After Jet went to Clallam Bay, he was transferred back to McNeil and then released. Jet received help from his sponsor and later lover, Dave Woelfert. Woelfert hired an attorney for Jet and helped persuade the Department of Corrections to accept Jet's release plan to transitional housing.

43. Throughout our time together, Jet told me bits and pieced about his life before he was in the system. As I've described, Jet was clearly very troubled by his past. Over time, as he began to open up to me, I came to better understand why Jet acted as he did, especially how sexually dysfunctional he was and how much he struggled with his identity and self-esteem.

44. One of the things Jet opened up to me about was his relationship with his mom. Jet told me that he thought his mother was schizophrenic. Jet's mother threw things, verbally abused and beat him and his siblings. If Jet did well in school, his mother sought reasons to beat him for doing well and if he did poorly his mother said he was just trying to get attention. His mother acted sane when his father was around but was very different when he was away.


AP

Page 10 of 13

Exh. 9 - 000076

45. Jet also told me about times that he and his sisters engaged in sexual activities together. Once when he was young his sister called him into her room and pulled aback the covers on her bed, showing him her vagina. She asked him to put his "thing" inside her. Jet said he screamed in horror and ran from the room. On another occasion, Jet's sisters dressed him up in their clothing and put makeup on him when his parents weren't home. They told Jet that they didn't want a little brother, they wanted a little sister.

46. Jet also told me about a medical checkup his mother took him to when he was a kid. The doctor manually brought Jet to orgasm and told Jet that he was now a man. The doctor told him not to tell his mom what happened in the exam room, but to tell her he was now a man. Jet told me that it felt good physically, but he was confused and didn't understand why the doctor didn't want him to tell his mother.

47. Jet talked with me about the time he spent at Dyslin Boys' Ranch as a teenager. He told me about a gas station attendant that worked near the ranch that employed some of the boys. Jet worked there and during one shift, the owner asked Jet if he and another boy wanted to make some extra money. The man drove them in his pickup truck out into the woods where he told them to strip and took pictures of them naked.

48. Jet related another incident with the gas station attendant where he was given money to have his naked photos taken and engage in sexual acts with the man, pinching the man's nipples while the man masturbated. Jet told me that this is what he believed sexuality was all about. Jet also told me that he had other sexual experiences with men while at Dyslin Ranch. Jet did not specify whether those experiences were consensual or whether they were other instances of being assaulted.

AP

Page 11 of 13

Exh. 9 - 000077

49. Jet told me about his time in the Washington State Hospital Sex Offender Program. Jet was only 17 when he entered the program and he said that most participants were much older than him and had very disturbing backgrounds that they shared with the group. Every participant was required to disclose their past sexual behaviors in-group and Jet was shocked and amazed by some of the stories that he heard as all of these men had more sexual experience than him. Jet was put in a unit with older guys who molested him. There was one older black man in particular who targeted Jet.

50. Jet was required to write an autobiography in the sex offender program at Western State. Jet was led to believe that it would be confidential but his counselor contacted his mother and father and told them about some of the things he had written. Jet's parents and the rest of the family were angry with him for telling some of the family's secrets. Jet always fantasized that he would get his family back together once he was released.

51. Jet confided in me that his mother wanted to have sex with him. He told me about an overnight cottage visit he had with his mother while at Western State. Jet told me his mother invited him into her bed that night.

52. During the cottage visit, Jet's mother told him his own therapist in the program told her he would graduate Jet through the program if she had sex with him. Jet said he was upset and planned to run away that night but instead returned to the cottage before his mother woke up the next morning. Jet decided it would be better to confront the therapist in-group where he felt he would have the support of the group. Unfortunately, the group did not believe Jet, and refused to support him. The group believed he was lying and was no longer programmable.


AP

Exh. 9 - 000078

Jet admitted to having run around the grounds and the group deemed him an escape risk. Jet was transferred to Shelton after he left Western State's Sex Offender Program.

53. I was found eligible for parole by the ISRB in December 2003 but I did not receive parole until February 4th, 2013. Since my release, I received no parole violations and I have been discharged from parole.

54. The last time I spoke to Jet was in February of 2005. Jet had a lady friend over helping him make his birthday dinner. He told me his friend knew about me and seemed "okay" during the conversation. He was finishing up school and close to graduating. He had his life ahead of him.

55. I am giving this declaration to Dorothy Ballew and Erika Feyereisen, investigators for the Federal Defender in Sacramento, California. They came to interview me in August of 2016. Their office is currently representing Joseph Duncan in post-conviction proceedings.

I swear under penalty of perjury under the laws of the state of Georgia and the United States of America, that the foregoing statement is true and correct.

Executed this __24__ day of January, 2017, in Douglasville, Georgia.

ALLEN PARKS

AP

Exh. 9 - 000079

## DECLARATION OF BILLY L. PROCTOR, JR.

I, Billy L. Proctor, declare:

1. I am an investigator in private practice in Spokane, Washington working primarily with Steve Hormel. From 1992 to 2009, I was an investigator and Chief Investigator (1993 and on) with the Federal Defenders of Eastern Washington and Idaho (FDEWI). In addition to supervising the investigators in our trial offices, I was also supervising the investigators in our capital habeas unit.

2. In the summer of 2005, I was assigned to Joseph Duncan's case. Mr. Duncan had been arrested in July of 2005 and was charged in Kootenai County, Idaho with multiple homicides and related offenses. The Director of FDEWI, Roger Peven, asked that our office be appointed prospectively because we expected Mr. Duncan would eventually be charged with other related offenses in federal court.

3. It was readily apparent that Mr. Duncan's case was very serious and very complex. We anticipated that, in addition to facing capital charges in state court, Mr. Duncan would likely face the death penalty in federal court. Given the circumstances, I began working to assemble a defense team equipped to handle the case. Of particular concern to me was putting together a mitigation team, which is an absolute necessity in capital cases.

4. Just before being assigned to Mr. Duncan's case I had spent two years working on the Alabama federal capital trial case of Eric Rudolph. Mr. Rudolph was charged in connection with several bombings in Georgia and Alabama that occurred between 1996-1998. In 1998 Mr. Rudolph was placed on the FBI's Ten Most Wanted list, and he remained at large until he was arrested in May 2003 in Murphy, North Carolina. Federal capital charges were brought against him in both Alabama and Georgia.

1

BP *BP*
Exh. 10 - 000080

5. While working on the Rudolph case, I led a team of 8 investigators working on various aspects of Mr. Rudolph's Alabama case, and we worked under the direction of Judy Clarke, counsel for Mr. Rudolph. In addition, I worked very closely with the mitigation team led by Scharlette Holdman. In April of 2005 our defense team worked out a global settlement in Mr. Rudolph's cases, coordinating closely with Mr. Rudolph's Georgia counsel.

6. The settlement of Mr. Rudolph's cases was a substantial undertaking, requiring the work of more than a dozen people over a two-year period. Mr. Rudolph pled guilty to the bombing of an Alabama abortion clinic that resulted in the death of an off duty police officer and severe injuries to a nurse working at the clinic. He also pled guilty to the 1996 Olympic bombing in Atlanta that killed two people and two other Atlanta area bombings in 1997, one at an abortion clinic in Sandy Springs and another at the Otherside Lounge, a lesbian nightclub. As a result of his various bombings, more than 100 people were injured.

7. Rudolph was a highly complex and highly aggravated case. The multiple bombings and the extended time that he remained at large terrorized those communities. We worked around the clock on his case for two years. Through hard work and careful attention to detail, we were successful in saving Mr. Rudolph's life. He was sentenced to multiple life sentences along with 120 years for his attacks.

8. Taking my experience and knowledge from the *Rudolph* case, I sought to build a similarly strong team for Mr. Duncan's case. I started by enlisting Scarlet Nerad, who I knew to be an excellent mitigation investigator from my experience with her in the *Rudolph* case, followed by Jimmy Lohman and Rachel Rogers, two mitigation specialists

BP

Exh. 10 - 000081

based in Texas. Jimmy, Rachel, and Scarlet worked with me off and on during the early stages of Mr. Duncan's case, but I was unable to take anything close to full advantage of their abilities.

9. The foundation I was trying to build for Mr. Duncan's case crumbled before the federal indictment even issued. No matter how hard I tried to explain the critical importance of early and comprehensive investigative efforts to my boss, Roger Peven, he wouldn't buy into it. In his entire career, Roger had never prepared for a penalty phase in a federal death penalty case. He was worse than skeptical about mitigation; he was downright dismissive and eventually removed Jimmy, Rachel, and Scarlet from the case. Roger thought there was no point to working up a culpability phase defense, but neither did he believe mitigation efforts would produce anything worthwhile.

10. We all knew we had our work cut out in Mr. Duncan's case, but the others and I were ready and anxious to do that work. We necessarily looked to Roger for guidance and authorization to prepare for trial, to little avail. Scarlet, Jimmy, Rachel and I were spinning our wheels. Our early investigative efforts died on the vine, with almost nothing to show for the many months that we'd had the case.

11. In October 2006, Mr. Duncan's Idaho state case was resolved by plea. Immediately after that state plea, Mr. Duncan was moved to the maximum security prison in Boise. Boise is a 7 hour drive from Spokane, and as a result, Tom Monaghan of the Boise Federal Defender office was added part-time to the case, mainly to visit with Mr. Duncan.

12. The federal indictment issued in January 2007. Shortly thereafter Seattle based attorney Mark Larranaga joined the case at Roger's request. The relationship between Roger and Mark was strained almost from the beginning. Roger's attitude towards Mark was

3

BP

Exh. 10 - 000082

hostile, for no rational reason so far as I could tell. Roger would always make the comment Mark was "the most passive aggressive person I know not in prison" when discussing anything concerning Mark. Tom was later brought on full-time unbeknownst to Roger as a result of communications between Mark Larranaga and Tom. Roger was taken aback by this and laughingly told me as a result Tom could do all the motions in the case. Tom and I both talked to Roger about the need for investigation on both fronts, guilt and mitigation. However, our concerns about the Duncan case were met with contempt and retribution.

13. Roger and I had been best friends for many years prior to this case. Even though this was a difficult time in Roger's life, his legal approach to this case and the negativism projected toward those assigned to work on it with him was unlike anything I had ever experienced with Roger either professionally or personally. Around February 2007, I learned Roger's wife, Carol, was planning to leave him. Their marriage had been in trouble for some time but Roger desperately wanted to work things out. When Carol told him the marriage was over Roger all but disintegrated. A very sharp decline occurred in his ability to address issues concerning Mr. Duncan's case in addition to his normal duties as the Executive Director of FDWI.

14. Roger had always been something of a drinker but by the spring of 2007, he was drinking a tremendous amount. Dealing with him was like being on a roller coaster. On minute he would be engaged and the next minute he would be off on a tangent relating to his personal life. By August 2007 things with Roger became completely unhinged. He bounced back and forth between calling me in tears and saying he "needed his friend" and telling me he did not want to see me or speak with me. I had not been shy in telling

4

Roger I thought Carol was toxic and that he should end things with her once and for all. When things came to a head between Roger and me, he told me to "take a week off." When I came back to the office after a week Roger told me I was "off Duncan." I was totally fed up. It soon reached the point that Roger was clearly no longer able to function as a lawyer or an administrator. Several of my colleagues, including First Assistant Steve Hormel, staged an intervention with Roger. As a result FDEWI's Board was notified of Roger's issues and they directed him to take a leave of absence and get professional help. Thereafter, Roger entered a residential treatment for alcoholism.

15. When Roger returned to the FDEWI around later January 2008. The office was functioning much better from an administrative and management standpoint. However, that changed very quickly upon his return. As a result of the factions of "us and them" nurtured by Roger we (Steve Hormel, Tina Hunt, Lisa Werner and I) could not do our jobs effectively. As an attempt at resolving these conflicts we participated in mediation and a retreat with Roger in an effort to put the pieces back together. Despite being optimistic it became very clear it was too little too late. I was so disheartened to see how much damage had been done to FDEWI. Before Roger began unravelling, we had a great office. I loved my job and respected my colleagues, including Roger. In August 2009, with things still fractured among us, Roger blew up on August 6, 2009. He ended up firing Steve Hormel, Lisa Werner, and me. He considered us to have betrayed him for having brought his problems to light and he never forgave us for it. After Roger fired us we filed a law suit for wrongful termination and eventually reached a settlement.

16. I regret that I was unable to help adequately prepare Mr. Duncan's case. I know that the reconstituted defense team performed a herculean effort to try to pull things together

BP
Exh. 10 - 000084

despite a severely truncated schedule.  I know Judy Clarke came on as counsel in the Fall of 2007, but I am confident the circumstances that preceded her involvement made it impossible for anyone – even an attorney with her capital experience to prepare such a difficult capital case from basically the ground up in just a few months.

17. I know what it's like to effectively prepare a complex federal capital case.  I saw it and experienced it through my work on Rudolph.  That case took incredible work and coordination.  It took razor sharp focus and respectful collaboration among team members who are experts in capital cases.  Rudolph had all that and it paid off. In my opinion, Mr. Duncan deserved the same effort from Roger.

I swear under penalty of perjury under the laws of the state of Washington and the United States of America, that the foregoing statement is true and correct. Executed this day of February, 2017, in Spokane, Washington.


BILLY L. PROCTOR, JR.


6

**DECLARATION OF PHIL SCHLOTTMAN**

I, Phil Schlottman, declare:

1.  I was a participant in the Western State Hospital's Sex Offender Program from 1977 to 1983. I met Joseph Duncan, who I knew as Ed, when he entered the program in May of 1980. Ed and I were in the "Aquarius" group together for three years. I left the sexual offender program in January of 1983, and served out the rest of my time in prison.

2.  I was with Ed on a daily basis, starting during his initial 90-day observation period. Ed was a nice kid, easy going and shy. Ed rarely made eye contact when he talked to people; he usually looked at the ground. Ed was emotional and cried when he would be missing family or feeling lonely. I never felt like Ed got a fair shake and I felt like he was rowing upstream throughout his whole time in the program.

3.  The sexual offender program was harsh and confrontational, and the older, more aggressive offenders tended to seize control.  Group sessions were controlled by the group leaders. The adult rapists were more aggressive and domineering than child rapists during group, and had a tendency to yell. Each group had a designated counselor and although some counselors did attend the group sessions, the patients ran the group.

4.  During group sessions, a "lead line" could be called on any group member for their behavior. During a line, the entire group focused on that one member. The idea was to break the person down and demand they accept responsibility for the perceived behavior.

5.  Special meetings could be called at any time by any group member, for any perceived issue or behavior. I remember special meetings being called late in the night, once at 3:00

PS

Exh. 11 - 000086

a.m. The group could not leave, except for meals, until they had found a resolution to the problem.

6. ~~The way the program was structured ended up rewarding those who could break down and control others.~~ We were required to carry "confrontation logs" with us at all time where we would record all of the problems we encountered with others throughout each day. Anyone could call anyone else out on something major or minor, and confrontations were encouraged.

7. Ed couldn't handle the abusive, confrontational environment of the group and was too scared to come out of his shell. Ed was definitely at the bottom of the pecking order in our group, because of his age, demeanor and his offense. He was sensitive and would become emotional quickly when verbally attacked, crying and shaking. The sessions would become loud and hostile, with members yelling accusations and calling people liars. When Ed would cry it would usually bring a negative response from the group, as it was seen as trying to be manipulative and avoid responsibility. I remember Ed running from the room, crying on several occasions.  We held many special meetings about Ed and the issues he was having adjusting to the program. The group members clearly resented the additional meetings Ed caused.

8. Mike Shepherd was our counselor for "Aquarius" group when Ed started the program. Prior to Shepherd, our group counselor was Jerry Holzinger. Jerry attended the group meetings regularly and provided feedback to the group members. He was well respected and liked by the group. When a member requested a step advancement, each group

Page 2 of 5

PS

Exh. 11 - 000087

member was required to vote and give positive and critical feedback. Jerry made sure to read the responses to the group which I found extremely helpful.

9. Shepherd was entirely different. He attended few group meetings. He usually was not present when the groups voted on step advancements. He never reviewed the feedback with the group, although he might bring up a single comment someone wrote when he showed up at a later meeting.

10. Shepherd was a stocky, stout, solid guy, with a black beard along his jawline. He liked to wear shirts that were too tight around his arms, causing his muscles to bulge. Shepherd liked to push his weight around and was a big bully. He was fond of telling people what they were doing and thinking, even if he was wrong. He often told us we were only SPs – Sexual Psychopaths. He stereotyped all of the participants in the program.

11. Ed had a lot of problems with Mike Shepherd. Shepherd singled Ed out for harsh treatment. Shepherd liked to control people and situations and he always seemed to have it in for Ed. Whenever Ed cried in front of him, Shepherd would get mad and tell him to quit crying and call him a baby.

12. Outside of group, Ed would open up a little at times. I remember Ed singing and joking around with the other patients. There was a man named Robin that liked to talk about his imaginary girlfriend, Cassandra. Robin and Ed would sometimes create imaginative, silly stories about her together. Ed was so young and vulnerable, in many ways still a child. He should never have been put in the program.

13. There was a lot of information and requirements thrown at the group and Ed had difficulty grasping it all. I imagine it was shocking to listen to all of the group members

PS

Exh. 11 - 000088

discuss their crimes and sexual fantasies. Ed was so young and naïve, he never got to enter adulthood in a normal way. Instead, he learned about sexuality from the program.

14. There was a multipurpose room, called the MPR, where residents were required to go and masturbate, signing an in/out log on the door. Residents had to choose magazine photos of women or men to use as your "appropriate" fantasy material. After using the MPR room, we were required to come out to the group and layout your fantasy so they could determine if you were being truthful about your experience.

15. One of our group members, Rick Johnson, had feelings for Ed and told the group. Ed seemed shocked and uncomfortable about the revelation. Group members would occasionally ask Rick how he was dealing with his feelings towards Ed. Ed seemed to later develop a friendship with Rick.

16. Shepherd liked to check out the women visitors to the program on visiting days. Lori Higgins, Jim O'Neil's girlfriend, was young and pretty and Shepherd paid a lot of attention to her when she visited. Jim was one of Shepherd's favorites and he made it through the program quickly. Shepherd was also especially friendly towards Maria Anderson, Tim Anderson's wife. Shepherd played favorites with Tim because of his feelings for Maria, approving Tim's step advancements without any question.

17. When I got to outpatient status I moved in with my wife in Steilacoom. Shepherd lived near me and Tim Anderson, another member of "Aquarius" group and his wife, Maria, lived near us as well. Shepherd liked to threaten me that he could come over to my house and check on me whenever he wanted.


PS

Exh. 11 - 000089

18. While I was on work release, I was spending time with Tim and Maria Anderson at their house with their children. The group decided that I had put myself into a questionable situation with young children and wanted to demote me from work release back to step 4 of the inpatient program. I had worked so hard to progress through the program for years and I felt betrayed by the group. I opted to serve the rest of my time in prison.

19. I am giving this declaration to Dorothy Ballew and Erika Feyereisen, investigators for the Federal Defender in Sacramento, California. They came to interview me in December of 2016. Their office is currently representing Joseph Duncan in post-conviction proceedings.

I swear under penalty of perjury under the laws of the state of Washington and the United States of America, that the foregoing statement is true and correct.

Executed this ___18th___ day of January, 2017, in Olympia, Washington.

_Phillip Schlott_

Phil Schlottman

Page 5 of 5

PS

## DECLARATION OF MARIA ANDERSON THOMPSON

**I, Maria Anderson Thompson, declare:**

1. I was married to Tim Anderson, who was 25 years old, when he entered Aquarius group at Western State Hospital Sex Offender Program in the spring or early summer of 1980. He remained in the program through 1982, but while out on work release, he reoffended, pled guilty and was sent to prison.

2. I was also 25 years old, and very naïve, when Tim entered the program. I believed that people could make mistakes, but still change. I believed in the system and the authority figures who ran it.

3. During Tim's time in the program I tried to learn all I could about his offense and what motivated him. Tim's counselor, Michael Shepherd, repeatedly assured me that Tim was not a pedophile since his only victim had been against an adult woman.

4. I attended at least a dozen of the weekly couples group meetings with Tim. Mike Shepherd, Tim's counselor, always attended these meetings. The men in the group confronted each other about their fantasies. As a group, they discussed how to cope with the fantasies and deal with offenders.

5. During the group sessions I attended, individual members would be singled out for interrogation and that person would be drilled about something he did or said, real or imagined, that was observed by another group member. The group interpretation of the action or behavior was the "right" interpretation, whether true or not, and the member being drilled was forced to accept their interpretation or the drilling would continue.

6. The older, more senior group members were especially hard on newcomers. There was a lot of pressure to confess to behavior to appease the group and avoid getting kicked out for not being candid. I spoke to some of the men individually about this and they admitted they had lied about prior conduct simply to stay in the group.

7. I remember Ed Duncan (Jet). He was tall, skinny, gangly, a loner, not out going, socially inept and a very immature 17 year old. It was clear to me that Jet felt intimidated by the other group members. He did not make eye contact with anyone in the group. The older

1

MT _____

Exh. 12 - 000091

guys with their knowledge, experience, and longevity in the program easily intimidated Jet.

8.  I observed that the group focused on Jet as the weak link and that Jet did not know how to act in that setting. The group treated Jet so harshly. He was a very slender, almost sickly, anemic or vitamin deficient kid with a bad case of acne. It was obvious he was a boy, not a man. He seemed afraid in the program. I felt very sorry for him.

9.  I remember Mike Shepherd proclaiming to the group that he was like God and that he could make or break their lives. He could ruin their lives by sending them to prison if they did not do what he said.  I remember being in Shepherd's office and witnessing him instructing senior members of the group to shred other program participant's files. It struck me as very odd.  I also recall that a number of participants had been caught reoffending during their admission to the program and I know WSH was under fire for not preventing such incidents.

10. Mike Shepherd was not a good counselor. He was, however, quite good at manipulating others and the system. He should have enrolled in the program himself; he had his own sexual issues. Shepherd had control over everyone in his group, including family members, and he used the wives and girlfriends for his own purposes. He kept the women somewhat isolated and became their primary contact and support person.

11. Shepherd lived in Steilacoom, not far from my house. He regularly stopped by unannounced and called me at home. He wanted me to talk to him about my day, the program, and about problems I was having as well as his own personal problems.

12. I was working at the Yorktown Restaurant which was near the hospital. I was not making much money as a waitress and was on medical public assistance for my daughter. Life was extremely hard for me while Tim was in the program. There were a few times when I wanted to leave the program and my husband, because the stress was too much. Each time, Shepherd talked me out of it.

13. In August of 1982, my husband was arrested while in the work release component of the program. He had forced my oldest daughter, who was 8 years at the time, to perform oral sex on him. I was no longer accepted to attend couples counseling at WSH. I felt cut off from the group of people I had spent so much time with over the past two years. Shepherd became the only person I could have contact with from the program.

2

MT _____

14. Six months later, Shepherd invited me over to his apartment for dinner and drinks. I was not normally a drinker. I ended up pretty drunk and had sex with Shepherd. That was the one and only time I had sex with him, but we did not use protection. Shepherd told me that he could not have children. It was quite a surprise to both of us when I turned up pregnant not long after our encounter. I had not had sex with anyone else during that time.

15. After our one night stand, Shepherd apologized to me, but then abruptly stopped taking my calls. He also stopped calling me or stopping by my home. I was not in love with Shepherd, but I was dependent on him for support. I was upset when he withdrew that support. I was very naïve about Shepherd.

16. Shepherd offered to go with me for the abortion procedure, but after the way he had treated me, I refused. He did pay $500 for the abortion.

17. Before I stopped visiting at WSH, Jet's mother, Lillian, approached me about Shepherd hitting on her. She was quite disturbed by his actions. There was a female hospital attendant that worked on the ward that told me he had hit on her too. I went to Michael Comte, a therapist at WSH, about Shepherd's behavior toward me. He told me he was aware of Shepherd's behavior and thought it was totally inappropriate. Comte was a good therapist and had a high success rate for his group. I don't think many of the Aquarius group members ever successfully completed the program.

18. I am giving this declaration to Dorothy Ballew and Erika Feyereisen, investigators for the Federal Defender in Sacramento, California. Their office is currently representing Joseph Duncan in post-conviction proceedings.

I swear under penalty of perjury under the laws of the state of Arizona and the United States of America, that the foregoing statement is true and correct.

Executed this _____ day of January, 2017, in Phoenix, Arizona.

MARIA ANDERSON THOMPSON

3

MT _____

Exh. 12 - 000093

# David Lisak, Ph.D.

Forensic Consultation and Training    ███████████, Placitas, New Mexico, 87043
www.davidlisak.com    617-947-4119
david@davidlisak.com

**Psychological Report**

**Re: Joseph E. Duncan III**

Qualifications

1.    I am a clinical psychologist and, until May, 2012, I was an Associate Professor of Psychology at the University of Massachusetts Boston, where I taught, conducted and supervised research in the doctoral program in clinical psychology. For the past three decades I have been researching the causes and consequences of interpersonal violence. I have studied the motives and characteristics of sex offenders, as well as the impact of sexual victimization, especially in men. My research has been published in numerous scholarly journals, and I have presented scores of papers, symposia, and workshops at conferences throughout the United States and Canada.

2.    I am an active member and a Fellow of the American Psychological Association (APA). I was the founding editor of *Psychology of Men and Masculinity*, a scholarly journal published by APA. In addition, I was a founding member of the National Organization on Male Sexual Victimization, now re-named *Male Survivor*, I am a founding board member and current board chair of *1in6*, a Los Angeles-based non-profit organization focused on outreach and treatment for male victims of sexual abuse, I serve on the national advisory board of *Peace Over Violence*, another LA-based non-profit organization that provides services to victims of

Exh. 13 - 000094

violence, and I serve on the board of directors of *No Means No Worldwide,* a non-profit organization that provides self defense training to at risk girls and women in Africa.

3.      In addition to my research and teaching, I am a licensed health care provider in the State of Massachusetts. For many years, I maintained a part-time private practice specializing in the treatment of adult men who had been sexually and/or physically abused as children. Currently, I serve as a consultant and expert in a variety of forensic contexts across the United States and Canada.  I have been qualified by courts as an expert on psychological trauma and childhood abuse and violence, and I have testified in state, federal and military courts.  I have conducted detailed evaluations of scores of men either charged with or convicted of homicide and/or sex offenses at prisons and jails across the United States. I have served as faculty at judicial, prosecutor, and law enforcement training conferences on sexual aggression and psychological trauma in all 50 states, and have consulted to the U.S. Department of Justice, the Federal Bureau of Investigation, the U.S. Air Force, the U.S. Army, the U.S. Navy, the U.S. Marine Corps, the U.S. Coast Guard, the U.S. Department of Defense, local police departments, and to individual judges and prosecutors on matters pertaining to perpetrators of non-stranger sexual aggression, to the psychological and neurobiological consequences of trauma, and to the prevention of sexual violence.

4.      I serve as a faculty member for specialized sexual assault investigation training courses for the U.S. Army's Criminal Investigation Division at Fort Leonard Wood and for the U.S. Navy's Naval Criminal Investigation Service at the Federal Law Enforcement Training Center in Brunswick, Georgia.

2

Exh. 13 - 000095

5.      Over the past 30 years, in clinical, research or forensic contexts, I have treated or evaluated hundreds of men who suffered trauma.

6.      My CV is attached.

7.      My initial work on this case began in February, 2008. I was contracted by Mr. Duncan's then counsel to review documents and conduct interviews to investigate his background of childhood trauma. The documents I reviewed are listed below. I also interviewed Joe Duncan Jr. (May 4, 2008), Alan Parks (May 9, 2008 & June 10, 2008), Dorothy Duncan Stenchever (July 15, 2008), Lillian Duncan (June 9, 2008 & July 22, 2008), Jesse Littleton (June 10, 2008), Jeannie Litten (May 28, 2008 & July 15, 2008), and Helen and Paul Hoover (July 15, 2008).

8.      In 2016 I was contacted by Mr. Duncan's current counsel, and I was asked to evaluate Mr. Duncan's history to determine whether he experienced psychological trauma during his childhood and adolescence. To prepare this report, I relied upon my training, experience and expertise as a clinical psychologist and specialist in the area of trauma, and I reviewed the following documents that were supplied to me:

(Documents provided to me in 2008 by prior counsel, and *again in 2016 by current counsel*)

1. Indictment

2. USA Notice of Aggravating Factors and Intent to Seek the Death Penalty

3. Life Chronology, Joseph E. Duncan, III

4. Classification records, table of contents with summary

5. Classification records, table of contents without summary

6. Full classification records

7. Custody/prison table of contents

Exh. 13 - 000096

8.  Joseph E. Duncan, III's full prison/custody records

9.  Lillian Duncan's letters to Joseph E. Duncan, III from 1968-69, 1976-77

10. Photo of Joseph E. Duncan, III – 4th grade

11. Photo of Joseph E. Duncan, III – 5th grade

12. Photo of Joseph E. Duncan, III – 6th grade

13. Photo of Joseph E. Duncan, III – 7th grade

14. Photo of the 5 Duncan children

15. Photos of the Duncan family

16. Joseph E. Duncan, III's Department of Corrections Medical File

17. Joseph E. Duncan, III's Autobiography

18. Joseph E. Duncan, III's journal from English 101

19. Copy of Joseph E. Duncan, III's autograph book

20. Western State Hospital Program description, 10/31/1983

21. Western State Hospital Aquarius Group Assessment of Joseph E. Duncan, III's request to move up to "Step 5"

22. *The Rise and Fall of the SOP at Western State Hospital by* Maureen Saylor

23. Duncan maternal family tree

24. Letter from Cheri Cox to Joseph E. Duncan, III, 03/07/2005

25. Transcript from change of plea hearing, 12/03/2007

26. Government's exhibit list; Government's exhibit; Defense summary of exhibits

27. Photograph of Joseph E. Duncan, III and Allen Parks

28. Correspondence between Joseph E. Duncan, III and others

4

Exh. 13 - 000097

29. Maternal family tree

30. Paternal family tree

31. Report of Dr. George Woods, 04/29/2008

32. Report of Dr. James Merikangas, 04/30/2008

33. Report of Dr. Ruben Gur, 04/30/2008

34. Pre-trial FBI interviews of Mark Crowston and Corinth Booker

35. Letters from Cheri Cox to Joseph E. Duncan, III

<u>(Additional documents provided to me by current counsel (2017)</u>

36. Cheri Cox – Retrospective Competency Hearing testimony

37. Excerpts from Government's closing argument

38. Excerpts from Appellant's Opening Brief

39. Excerpts from Joseph E. Duncan, III's correction records

40. Excerpts from Retrospective Competency hearing - expert testimony

41. Investigative memorandum regarding Lillian Duncan, 01/14/2008

42. Declaration of Michael Comte

43. Declaration of Laurie Corwin

44. Declaration of Kevin Coyne

45. Declaration of Richard Johnson

46. Declaration of Allen Parks

47. Declaration of Phil Schlottman

48. Declaration of Maria Anderson Thompson

49. Report – Robert Engle, Ph.D.

Exh. 13 - 000098

50. Report – Patricia Kirkish, Ph.D.

51. Report – Cynthia Low, Ph.D.

52. Report – Craig C. Rath, Ph.D.

53. Report – Ronald Roesch, Ph.D.

<u>Findings</u>

*Physical Abuse and Domestic Violence*

9.      It is frequently the case that when there is some form of severe abuse in a home, there are multiple forms. Severe abuse is often a index of extreme dysfunction, and extreme dysfunction often yields multiple forms of abuse and violence. Such was the case with Mr. Duncan's childhood home.

10.     Mr. Duncan's sister, Cheri, testified at Mr. Duncan's competency hearing in 2013 and provided direct-witness testimony of the violence and physical abuse that both she and Mr. Duncan suffered as children. She described their home as "very abusive," and characterized herself and Mr. Duncan as "very severely" physically abused. As an exemplar, she described one particular incident when Mr. Duncan was about three years old:

> "I don't know if Jet is going to remember it, but I remember one incident, we were just little kids, I don't think he was even three years old yet. She lined us all up in the hallway, except for the baby, and she started systematically beating us, one hit each. Then it was two hit each. Then it was three hit each. I think we got up to 10 or 11 hits, until Susan finally took the blame for what was wrong. And it wasn't her, it was me. I was the one that did it. But she took the blame for it. And I don't think he was even

6

Exh. 13 - 000099

three or four years old. He was just a baby. I remember that." (Transcript, p. 2372)

11.    Asked how often she and Mr. Duncan were physically abused by their mother, Cheri replied:

> "Somebody was getting a beating at least two or three times a week. If it was not one thing, it was another. Somebody was always getting a beating." (Transcript, p. 2373)

12.    Cheri provided more details about the types of beatings that their mother would inflict on herself and Mr. Duncan:

> "If she was -- if it was, if it was like she was waiting for us to get home from school or whatever, she would have the belt ready. She would have a big leather belt ready. Otherwise, if she was yelling and screaming at us and she just went to attack us, she would grab us by the hair and start hitting us, you know, with her hands or her fists and stuff. But most of the time it was with whatever she could grab, and most of the time it was like with a belt. I would say 75 percent of the time was a belt, 15 percent of the time it was with her hand, and the rest of the time it was whatever she could get her hand on." (Transcript, p. 2374)

13.    According to Cheri, Mr. Duncan would try to hide from his mother to escape her beating, but his efforts were futile:

> "A. I remember him hiding. I remember him and his brother used to hide a lot.
>
> Q. Where would they hide?
>
> A. In their bedroom, in their closet or under their bed, if I remember right. I remember under the bed.

7

Q. How old were they when they started hiding from her?

A. I don't remember.

Q. Would your mom find him?

A. Depends on who she was mad at.

Q. And if she was mad at Jet --

A. Oh, she would find him.

Q. And what would happen when she would find him?

A. Well, she would pull him out and sometimes the whoopings were even worser. I mean, how hard can you whoop a kid?" (Transcript, p. 2377)

14. Cheri also described the arbitrary and unpredictable nature of their mother's abusive violence, an aspect of this type of severe abuse that is uniquely damaging to the child.

"No, they weren't really predictable, because we never knew what kind of a mood she was going to be in when we got home, or if she found out something that we did a week ago. You know, if I failed a test at school a week ago or I skipped a class a week, a week ago, it may be a week before she finally found out, and I walked through the -- no, not predictable at all. We never knew when she was going to be off, fly off the handle. It could have been she had a bad phone call, she had an argument with my dad, and we got it. You know what I am saying? If they talked on the phone and she was in a bad mood, by the time we got home we were the ones that got it. Nothing we did was right. It was "Your father this," "Your father that." We got beat for what my father did." (Transcript, p. 2379)

8

Exh. 13 - 000101

15.     The type of childhood physical abuse described by Cheri is not parental discipline taken "too far." Its unpredictability and its arbitrariness make it qualitatively different from discipline.

16.     When a child cannot predict when the blows will rain down on them, they are forced into a state of chronic hyper-vigilance. Since the violence is not predicted by their own misbehavior, it can only be predicted by subtle (sometimes imaginary) cues external to the child – a subtle change in the abusive parent's facial expression or tone of voice; the smell of alcohol on the parent's breath; the banging of dishes that indicate increasing anger. So the child – driven purely by biology – becomes hyper-focused on sights, sounds, smells, etc., and hyper-reactive to them. This is a neurobiological process that, over time, dysregulates the child's nervous system.

17.     The arbitrariness of this type of severe physical abuse also has uniquely damaging consequences for the child. Children understand when their parent is disciplining them and when their parent is simply taking out their frustrations and anger on them. Cheri's testimony, above, clearly indicates that she understood this distinction: "If they talked on the phone and she was in a bad mood, by the time we got home we were the ones that got it. Nothing we did was right. It was "Your father this," "Your father that." We got beat for what my father did."

18.     In this way, severe physical abuse is damaging to a child in a very similar way to sexual abuse. The child experiences their body as an object on which an adult is gratifying their own impulses and needs. In sexual abuse, the impulse and need is typically power and sexuality. In physical abuse, the impulse and need is power and anger and frustration. In both cases, the child learns that their body and their physical boundaries are not theirs to control.

9

19.    Al Parks stated in his 2017 declaration that Mr. Duncan had told him that his mother, Lillian, had both verbally and physically abused both he and his siblings.

20.    In her testimony, Cheri also described severe domestic violence which both she and Mr. Duncan witnessed.

"Q. Was there any physical violence between your parents in the presence of you and your brother?

A. Yes.

Q. And tell me about that.

A. Usually it was my mother going after my father, and my father was mostly trying to stop her, trying to hit him with things and stab him. I remember a knife incident in the kitchen one time, and that scared all of us. We thought somebody was going to die that night. It was usually her attacking him, and him just trying to stop her from doing it. And then he would leave to get out of the situation.

Q. He did not participate in any of this abuse?

A. I did never see him raise a hand to my mother, ever, not one time."

(Transcript, p. 2379-2380)

21.    In my June 8, 2008 interview with Mrs. Duncan, Cheri and Mr. Duncan's mother, she confirmed that there was chronic domestic violence in the home but stated that the violence was perpetrated by her husband, Joe Jr. She described chronic and extensive violence, including an assault that resulted in her miscarrying a baby.

*Childhood Sexual Abuse*

22.    Mr. Duncan has an extensive history of sexual trauma. He was sexually abused by multiple perpetrators, both male and female, starting early in his childhood. There are

10

strong indications that his family was rife with incestuous sexual behavior, and that his mother inflicted sadistic abuse on both Mr. Duncan and his brother Bruce.

23.    In his 2017 declaration, Al Parks recalled that "Jet admitted that although he did like to engage in sex with men, he was anxious because he had been sexually abused in the past."

24.    In a July, 2005 department of corrections "Brief Consultation and Screening Report," the evaluator noted: "Joseph stated [that] before his first [conviction] when he was 16 years old he had been molested by numerous people, that "I thought it was normal."

25.    In an autobiography that Mr. Duncan wrote when he was seventeen years old and incarcerated at Western State Hospital's sex offender treatment program, he stated that he was sexually abused at the age of four by an older girl who lived in his apartment building. A few years after writing that autobiography, he told his prison cellmate and lover/protector, Al Parks, that one of his sisters made him kiss her genitals. These may be references to two separate incidents, or they may be the same incident.

26.    During my interview with her, Lillian Duncan stated that she believed that her children were engaged in sexual behavior with each other. She stated that she came home once and found Mr. Duncan and one of his sister in a compromising position and concluded that they had been engaging in some type of sexual act.

27.    Documents from Mr. Duncan's time in the Western State sex offender treatment program – when Mr. Duncan was seventeen to nineteen years old – corroborate that

11

there was extensive incestuous sexual activity between Mr. Duncan and his older sisters. In his autobiography written as part of the program, Mr. Duncan stated that at the age of 13 he had sexual intercourse with his sister, Teena, who was fifteen.

28.    Mr. Duncan may well have disclosed more during group sessions in the program, because in a March 24, 1982 letter written by treatment staff, the staff reported: "According to information obtained from the patient, he first fondled and digitally penetrated his sisters, ages 10 through 14. He was eight years old at that time." It is striking that the staff members' description of this episode put Mr. Duncan in the active role, even though he was two and six years younger than his sisters. When an eight year old boy and a fourteen year old girl have sexual contact, the boy is being sexually abused by the girl.

29.    In his July, 1980 autobiography, Mr. Duncan stated that at the age of eleven a boy who was 3.5 years older than him made him fondle the boy's genitals and perform oral sex on him. Mr. Duncan explicitly stated, "I didn't like it."

30.    Mr. Duncan's July, 1980 autobiography also contains a detailed description of an incident that occurred when he was thirteen years old. His mother took him for an examination by an Army physician. The physician sexually abused him during the examination. This happened a second time during a subsequent examination.

31.    Also at the age of thirteen, as described in his July, 1980 autobiography, Mr. Duncan had sexual intercourse on three occasions with his older sister, Teena, who was fifteen years old. By Mr. Duncan's description, Teena was the instigator and she coached him on the mechanics of intercourse.

Exh. 13 - 000105

32.    According to both Mr. Duncan's July, 1980 autobiography and Al Parks' recollection of conversations with him, at the age of 15 Mr. Duncan was sexually molested by the manager of a gas station. At this same age, Mr. Duncan began perpetrating sexual abuse against children, acts that would eventually lead to his incarceration at the Western State Hospital sex offender treatment program.

33.    The catalogue of sexual abuse that spanned more than a decade of Mr. Duncan's childhood – age four to fifteen – is extremely significant. Yet there is evidence that these traumas were dwarfed by a far more catastrophic form of sexual abuse – maternal incest.

34.    During my interview with Jeannie Litten in 2008, she recounted a disclosure made to her by her nephew and Mr. Duncan's brother, Bruce, when Bruce lived with her in Wildwood, Florida for a period of time when he was seventeen years old. He came to her because he was having trouble at home. When he first arrived, Bruce was angry and verbally abusive toward her. In fact, she described him as "the angriest" teenager she had ever seen.

35.    About two weeks after his arrival, Bruce spoke with his mother by phone and got into a furious argument. Immediately after the call he became enraged and took Ms. Litten's puppy and killed it by hanging it from a tree branch. His behavior stunned and horrified Ms. Litten.

36.    About a week after this incident, she sat down with Bruce and he began talking to her about his childhood. He described some of the beatings that he and Mr. Duncan suffered at the hands of their mother. He described how their mother would keep them

13

Exh. 13 - 000106

away from other family members. He described how his mother had become a Wiccan, a follower of witchcraft, and how she forced himself and Mr. Duncan to participate in her rituals.

37.     Then Bruce disclosed some of the details of these rituals. Their mother, Lillian, would tie both boys to the bed. She forced them to perform oral sex on her, and she anally raped them with objects. Throughout these rapes their mother was extremely verbally abusive toward them. She degraded the boys, and Bruce told Ms. Litten that Lillian made sure that the boys knew that there was nobody to protect them. She told the boys that if they told anyone about the abuse they would be taken away.

38.     Ms. Litten described how Bruce began crying when he described how his mother anally raped him. She described him as terrified. She told me that Bruce's description of the abuse was very detailed and very graphic. Bruce told her that during one of the rapes Lillian used an object that caused rectal bleeding – Ms. Litten could not recall which of the boys – but Lillian would not take them to the doctor.

39.     It was clear to Ms. Litten that the abuse was "all planned out" by Lillian. Bruce told her that Lillian told the boys that she was teaching them how to be men.

40.     Ms. Litten asked Bruce if he had ever told anyone else about Lillian's abuse of them, and he told her that he had tried to disclose but that no one would listen.

41.     Ms. Litten recalled that as she listened to Bruce's disclosure, she was aware that Mr. Duncan was at the time in prison, serving a sentence for sexually abusing a boy, and she wondered if his crime was connected to the abuse that Bruce had just disclosed to her.

Exh. 13 - 000107

42.     Ms. Litten recalled that after Bruce made this disclosure things were much better between the two of them. Bruce made her promise that she would not tell anyone about what he had disclosed to her.

43.     Bruce's disclosure to Jeannie Litten is the only disclosure that I am aware of about what Lillian did to her two sons. I interviewed Lillian twice, and during the second interview I asked her directly if she had ever sexually abused her sons. She denied it, repeatedly, while sobbing. Then she immediately described how she herself had been raped repeatedly throughout her life – by her husband, Joe, by other men, and by her half brother Donald when she was a child.

44.     There is other, indirect evidence that supports the credibility of Bruce's disclosure to Ms. Litten. For one, there is no apparent secondary gain for Bruce to make such a graphic, disturbing disclosure, something that virtually all men experience as overwhelmingly humiliating and shameful. After making his disclosure, Bruce swore his aunt to secrecy, so it is hard to see what he gained from the disclosure other than an unburdening of a secret he had harbored for many years.

45.     My interview with Al Parks, Mr. Duncan's cellmate, provided another indirect indication that Bruce's disclosure might well be true. Mr. Parks described how Mr. Duncan asked him – repeatedly – to tie him up and rape him. Mr. Duncan told Mr. Parks that he wanted it to hurt and he wanted to be degraded.

46.     In his declaration, Mr. Parks recounted:

> "When Jet and I had sex he asked me to call him a punk. Jet
>
> wanted to feel abused and degraded while we were having sex. The first

15

Exh. 13 - 000108

time we had sex Jet spent 15 to 20 minutes saying negative things about himself. Sometimes Jet's head would hit the wall while we were having sex and Jet said it hurt but that he liked it.

"Jet said that he wanted me to feminize him and to allow my friends to sexually abuse him. I thought that maybe he was trying to experiment sexually or elevate me in my friends' eyes. Jet would lie on the bed and ask me to tie him up, or beat him. I refused to tie him up, but I did whip him with a belt."

47.    In demanding that Mr. Parks tie him up and rape him, it is quite possible that Mr. Duncan was trying to reenact the rapes that he suffered as a child at the hands of his mother. This type of reenactment is quite common among survivors of severe childhood trauma, particularly when they have not had any type of treatment.

48.    In a May 21, 1982 psychological report on Mr. Duncan filed by the Washington State Department of Corrections, there is the following reference:

"Mr. Duncan is still dealing with unresolved Oedipal conflict as he is aware that his mother made an effort to consciously "groom" him for a possible incestuous relationship by her seductive behavior and inappropriate approaches to him."

This reference makes it very likely that Mr. Duncan was making at least partial disclosures about the incestuous dynamics in his family, enough to raise the suspicions of the treatment providers.

16

Exh. 13 - 000109

49.     Hints and partial disclosures are, in my experience, very typical among victims of incestuous sexual abuse. The nature of incest – the abusers are the victim's primary caretakers – is that it creates overwhelming and intolerable conflicts within the abused child. The person who is raping them is the person they are emotionally, psychologically and biologically attached to.

50.     If Lillian did what Bruce described to Ms. Litten, then he and Mr. Duncan had to somehow live with the intolerable experience that the person they are most dependent on in the world is the person who is inflicting horrendous pain, humiliation and degradation on them. It is an impossible position for a child, or for an adult. In the vast majority of cases that I have investigated, there are not full disclosures, but rather piecemeal and partial disclosures, if at all.

51.     In a journal entry dated April 13, 1988, Mr. Duncan describes how he was a rebellious and angry sixteen year old. He wrote: "I still feel hurt over things she (Lillian) did to me, but by accepting that hurt I can accept her." This statement is an example of the struggle faced by victims of incest. They hurt, profoundly, but yet they must find some way of preserving their connection to the parent who inflicted that profound hurt.

52.     An incident that was a major, and a very negative turning point in Mr. Duncan's life also appears to have been connected to his extremely conflicted relationship with his mother, and with the likely incestuous abuse that she perpetrated against him. In February, 1982, Mr. Duncan was in the sex offender treatment program at Western State Hospital. Between February 12th and 14th he had separate visits from his father and then his mother. After the visit with his mother, he reported to the treatment staff

17

Exh. 13 - 000110

that he had masturbated over pictures of kids in a catalogue and then took an extension

cord and gloves and left the hospital grounds and peeped into a couple of windows.

There does not appear to have been any independent investigation of this, but rather an

acceptance of Mr. Duncan's self-report. Within two months of the incident, Mr. Duncan

was expelled from the program and sentenced to twenty years in prison.

53.     It is very difficult to establish what actually happened during these visits, and

what sparked Mr. Duncan either to act out, or to report that he had. However, what he

told Al Parks was certainly very different from what he told the treatment staff. In my

interview with Mr. Parks he told me that Lillian told Mr. Duncan that Mike Shepherd –

one of Mr. Duncan's treatment providers in the program – had made sexual advances

toward her. Both in that interview and in his declaration, Mr. Parks recounted what Mr.

Duncan disclosed to him about what happened at the cottage on the night of February

14th. In his declaration he stated:

> "Jet confided in me that his mother wanted to have sex with him. He told
>
> me about an overnight cottage visit he had with his mother while at
>
> Western State. Jet told me his mother invited him into her bed that night."

In the interview he stated:

> "I believe she wanted him to stay in the bed with him at the cottage in
>
> Western State. He was afraid to, afraid she would try to have sex with him.
>
> I defended his mother [but he said], "You don't know my mother."

54.     About seven months after the incident at the cottage, Mr. Duncan wrote

extensively in his diary about his experience of that night. He focused not on the

18

Exh. 13 - 000111

external facts of what happened, but rather on the profound internal turmoil that whatever happened produced in him. His description of his extreme disturbance is quite significant. He describes an internal state of panic and disorganization, the type of disorganization that can produce psychotic-like cognitive symptoms. This is particularly significant in light of the competency evaluations that were done on Mr. Duncan decades later, in which multiple clinicians observed either frank psychotic symptoms, or symptoms that were on that spectrum if not frankly psychotic.

55.     Below is Mr. Duncan's journal entry:

"The night at the cotage (sic) can easily be called the worse (sic) night of my life, so many feelings, and yet not yet aware of what they were, lost in a world of anger, hurt, confusion, wanting the healing bandaid of love, but there was none in sight. Everything I did was against my will, I forced myself to run, run, run, from what? Confusion? I didn't know. I remember running across the field, I was excapeing (sic), now I couldn't excape (sic), it was dark out, I could here (sic) my feets, my boots, stomping, running, breathing hard, I could run forever, but to where? Was I moveing (sic)? Stomp, stomp, yes I was moveing (sic), but yet inside I was still lost, it's not working, I'm not getting away. I'm not getting away, I can't excape (sic), there is no excape (sic). Now I'm back at the cottage, my mother is still sleeping, poor mom, oh I wish I could tell her, I hate her, she uses me, no don't do that, I'll listen to you mom, I'll help you, I love you mom, oh mom if only you could see, if only I could see, is seeing the key we all

19

Exh. 13 - 000112

need to freedom?

Sitting on the porch, looking up to the stars, into space, how small I am. There (sic) laughing at me, everyone is laughing at me, the whole world, I'm lost and they laugh, who am I? What am I doing here? Where am I going? Three famous questions, no answer, confusion, it's dark out, I like the night, because I can hide, I can run, God? I have to go back to group tomorrow, what will I tell them, can I hide, can they tell I cry for help but no one hears me, how can I make them hear? Help!!! God is in my life, I know he is the answer, but I haven't found him yet. I try, I get more and more lost, I study, read, learn, books, tracts, more and more confused. I put it away when I got my wallet because it revealed the old me, the old one who wants his body and mind - back. I want to let him have it so he'll reveal himself so I can call in Jesus when he's not suspecting and smash the old me."

56.   Beyond the panic and disorganization that is evident in Mr. Duncan's description, it is clear that the panic and disorganization are explicitly connected to his mother. He was desperate to escape, and it is clear that he was desperate to escape his mother. And in this sentence he connects his panic and his disorganization to his mother using him, and to the intolerable state of both desperate love and hate he feels for his mother:

"Now I'm back at the cottage, my mother is still sleeping, poor mom, oh I wish I could tell her, I hate her, she uses me, no don't do that, I'll listen to you mom, I'll help you, I love you mom, oh mom if only you could see, if

20

only I could see, is seeing the key we all need to freedom?"

57.    What makes this consistent with maternal incest is the often profound damage that this type of sexual abuse does to the child. There is little in the professional literature about mother-son incest. Very few men disclose it. Very few seek treatment. However, I have encountered mother-son incest in more than a dozen forensic cases over the past 25 years. One of the notable findings in these cases is the profound disorganization that it produces. Maternal incest can, and often does, undermine the very foundations of its victims; the building blocks of identity. In doing so, it can produce spectacularly idiosyncratic thought patterns and beliefs which, I believe, can mimic some of the thought disorder symptoms commonly seen in psychosis.

*Sex Offender Treatment Program at Western State Hospital*

58.    Sex offender treatment, if done effectively, can alter the trajectory of an offender's pattern of behavior. This is born out by extensive research over the past several decades. However, sex offender treatment is only effective when it is sophisticated, intensive and sustained. The evidence indicates that the treatment that Mr. Duncan received at Western State Hospital did not meet these standards. In fact, the evidence suggests that the program may well have exacerbated Mr. Duncan's behavior.

59.    There are many components to sophisticated sex offender treatment, but there is also an over-arching goal, which is to form an alliance with the sex offender. The treatment program represents both the institution that is incarcerating the offender, and beyond that, the society that has administered that period of incarceration. To the extent that the offender allies himself with the program's goals and values – for example, by coming clean about his full history of offending, not only the crimes of which he was

21

Exh. 13 - 000114

convicted – to that extent the offender comes to ally with the values of the program, and by extension, the values of society.

60.    To accomplish this, trust is essential. If the offender is incapable of trusting the program and program's staff, or if the program's staff violates the offender's trust, then achieving an alliance is impossible.

61.    It is clear that the program to which Mr. Duncan was sent failed dramatically to earn his trust, and then even more dramatically violated whatever trust he had. The primary treatment vehicle adopted by the Western State program was called "guided self-help." Sex offenders met for about 25 hours each week in groups of 18 to 25, and the groups were led by veteran offenders. The idea behind this approach is that offenders will confront each other more effectively than a therapist could. While that is undoubtedly the case, sometimes, it is also the case that sex offenders are not trained therapists, and some veteran offender-leaders will be more interested in exerting power than in practicing therapy.

62.    From the descriptions of several of Mr. Duncan's group members, he became an easy target within these groups. He was a teenager, he was timid, and by all descriptions he was no match for the seasoned group members or for the other group members who ganged up on Mr. Duncan.

63.    Maria Anderson Thompson was married to one of the men in Mr. Duncan's group, and like a number of spouses, she attended many group meetings. She recounted what she saw in her declaration:

22

"I remember Ed Duncan (Jet). He was tall, skinny, gangly, a loner, not outgoing, socially inept and a very immature 17 year old. It was clear to me that Jet felt intimidated by the other group members. He did not make eye contact with anyone in the group. The older guys with their knowledge, experience, and longevity in the program easily intimidated Jet.

"I observed that the group focused on Jet as the weak link and that Jet did not know how to act in that setting. The group treated Jet so harshly. He was a very slender, almost sickly, anemic or vitamin deficient kid with a bad case of acne. It was obvious he was a boy, not a man. He seemed afraid in the program. I felt very sorry for him."

64.    Ms. Thompson also observed that the therapist assigned to Mr. Duncan's group, Mike Shepherd, was grossly inappropriate. She recalled that he proclaimed "to the group that he was like God and that he could make or break their lives. He could ruin their lives by sending them to prison if they did not do what he said." Ms. Thompson's observations and criticisms of the program, and of Mike Shepherd's behavior, are echoed by other declarants who witnessed the running of the program during the time that Mr. Duncan was involved in it.

65.    Well beyond this inappropriate and threatening behavior, Mr. Shepherd was, according to Ms. Thompson and Allen Parks, also sexually inappropriate. Ms. Thompson gave a detailed account of how Mr. Shepherd groomed her and had a sexual relationship with her, the wife of one of his clients in the sex offender program. Ms.

Exh. 13 - 000116

Thompson actually became pregnant as a result of the sexual affair and, according to her, Mr. Shepherd paid for her abortion.

66.     Mr. Parks recounts in his declaration that Mr. Duncan told him that on the fateful night of February 14, 1982, when his mother was visiting him at the cottage on the hospital grounds, Lillian told Mr. Duncan that Mr. Shepherd had made sexual advances toward her, and had promised her that if she had sex with him he would graduate Mr. Duncan from the program. Ms. Thompson, in her declaration, also recounts that Lillian told her as well about Mr. Shepherd's sexual advances.

67.     It is hard to imagine that Mr. Duncan would have had much trust in the program given the apparently flagrant inappropriate behavior of the group therapist, Mr. Shepherd. It is quite possible, even likely, that Lillian's disclosure to Mr. Duncan that Mr. Shepherd had made these sexual advances contributed to the panic and disorganization that Mr. Duncan experienced that night.

68.     Thus, rather than building and nurturing an alliance between Mr. Duncan and the program, the institution, and society, the Western State program seems to have shattered any alliance that might have existed, and certainly seems to have contributed to the expulsion of Mr. Duncan and to his subsequent incarceration in a mainline prison unit.

69.     The failure of the Western State intervention had very significant consequences. Even before Mr. Duncan entered prison, he was evaluated and found to be at significant risk for being targeted and assaulted. That prediction was soon born out.

Exh. 13 - 000117

*Adolescent Gang Rape*

70.    After he was expelled from the Western State Hospital sex offender treatment program, Mr. Duncan was evaluated by department of corrections psychologists for a pre-sentence report that was presented to the sentencing court. In that report, the evaluators made the following prediction: "Due to Duncan's age and physical appearance, it is very likely he himself would be sexually assaulted while incarcerated."

71.    In my interviews with Mr. Duncan's former cellmate, Al Parks, Mr. Parks echoed the DOC impression of Mr. Duncan's vulnerability. Mr. Parks described Mr. Duncan as "very slim," "very quiet," and "timid."

72.    In both the interviews and in his declaration, Mr. Parks provided some details of one of the gang rapes that Mr. Duncan suffered when he was sent to prison, and also some of the aftermath:

"Jet told me he had moved to McNeil because he had been victimized at Shelton. Jet lived in a cell with a homosexual man who was regularly raped by a group of inmates who came in during chow time. The group consisted of a couple of black men and a Mexican man. When the group became too large, Jet's roommate asked why they weren't victimizing Jet as well. Jet was emotional when he described that the Mexican man hit him and knocked him down. He feared for his life so he stopped trying to fight them. The whole group raped Jet."

"After this, an older inmate, around 22 or 23 years old, approached Jet and told him that if he would stick with one guy he could be protected

25

from further sexual abuse. The man told Jet that he would wear a certain shirt at chow as an indication that Jet should wait for him so they could have sex. When Jet refused the man he became angry. Jet decided he couldn't take the abuse any longer and went to the shift officer and told him about the rape."

"When Jet went to the authorities to report the rape, they demanded names for the assailants. The guards threatened him that if he didn't identify his assailants that they would put him back in general population. He felt that the prison authorities would not be able to protect him if he named anyone who raped him so he refused to tell and was put into administrative segregation. Jet told his mother and father and they contacted the institution to complain. That was when Jet was transferred to McNeil Island."

73.     There are references to the rapes in Mr. Duncan's Department of Corrections file. On a form that asked the question, "Have you ever been sexually abused?," Mr. Duncan wrote: "In 1982 while in prison, by other inmates." (DL 002622)

74.     In a department of corrections classification referral/progress report dated 5-14-1984, it is noted that Mr. Duncan is in protective custody "after being threatened and pressured for homosexual favors…"

Conclusion

75.     There is considerable evidence that Mr. Duncan suffered very serious abuse as a child, both physical and sexual. Compounding this, it is equally clear that his immediate

Exh. 13 - 000119

and extended family was riddled with incest – parent to child and child to child. It is very likely that in this environment of incestuous abuse, Mr. Duncan and his brother, Bruce, were severely sexually abused by their mother.

76.     There are multiple indirect indications of this mother-son incest, but the most direct and detailed information comes from Bruce's adolescent disclosure to his aunt, Jeannie Litten. It seems extremely unlikely that a seventeen year old boy would concoct such a graphic and detailed account. Given the other indirect indicators, Bruce's disclosure has a high degree of credibility.

77.     This kind of extensive and protracted sexual abuse of a child very often produces lifelong legacies; functional, behavioral, psychological and psychiatric. Among these legacies are two that very clearly afflicted Mr. Duncan: confusion about his sexual identity, and a propensity for reenacting the abuse that he suffered. There may also be a third legacy: a level of identity and cognitive disorganization that can appear quite psychotic.


02/17/2017

_____          _____
David Lisak, Ph.D.                                          Date

27

# DAVID LISAK, Ph.D.

██████████
Placitas, New Mexico 87043

(505) 404-8767
(617) 947-4119
david@davidlisak.com

## EDUCATION

Ph.D. (Clinical Psychology), 1989, Duke University
M.A. (Clinical Psychology), 1985, Duke University
B.A. (Major in Psychology), 1983, University of Virginia

## TEACHING EXPERIENCE

### Positions Held

Associate Professor, University of Massachusetts Boston, 1996 - 2012
Assistant Professor, University of Massachusetts Boston, 1990 - 1996
Visiting Assistant Professor, Duke University, 1989-90
Instructor, Duke University, 1985-1988

### Courses Taught

Abnormal Psychology
Personality Theory
Personality and Social Behavior
Psychological Trauma (graduate & undergraduate)
Psychology of Gender (graduate)
Psychological Assessment (graduate)
Experimental Social Psychology
Jungian Psychology
Introductory Psychology

## PHOTOGRAPHY

### The Bristlecone Project

California Endowment Center, Los Angeles, CA, October 15, 2013
Children's Law Institute, Albuquerque, NM, January 15 – 16, 2014
Advocacy in Action Conference, Albuquerque, NM, April 30 – May 2, 2014
South-South Institute on Sexual Violence Against Men & Boys, Pnom Penh, Cambodia, May 25 – 29, 2015
Heath Gallery, New York City, December 4 – 6, 2015
The Pentagon, Arlington, VA, April 8, 2016

Exh. 13 - 000121

## GRANTS, AWARDS & HONORS

Champions for Change Award, Boston Area Rape Crisis Center, 2006

Visionary Award, Ending Violence Against Women International, 2005

Distinguished Professional Service Award, Div. 51, American Psychological Association, 2004

Fellow, American Psychological Association, elected 1999.

Faculty Scholarship Grant, University of Massachusetts-Boston, 1997.

Researcher of the Year Award, Div. 51, American Psychological Association, 1996.

Faculty Summer Research Grant, University of Massachusetts-Boston, 1993.

Junior Faculty Development Grant, University of Massachusetts-Boston, 1993.

Faculty Development Grant, University of Massachusetts at Boston, 1991.

Faculty Summer Research Grant, University of Massachusetts-Boston, 1991.

Junior Faculty Development Grant, University of Massachusetts-Boston, 1990.

## EDITORSHIPS/EDITORIAL BOARDS

Founding Editor, (1998 - 2003) *Psychology of Men and Masculinity*. Division 51, American Psychological Association.

Editorial Board, (2008 – present) *Psychological Trauma: Theory, Research, Practice and Policy*, Division 56, American Psychological Association.

## PROFESSIONAL TRAINING

Faculty, *National Judicial Education Program*, trainings for judges and prosecutors on nonstranger sexual violence, 1996 – present.

Faculty, *American Prosecutors Research Institute*, trainings for prosecutors on nonstranger sexual violence, 2000 – 2007.

## PROFESSIONAL TRAINING FILMS

*Boys and Men Healing*, produced by Big Voice Pictures, 2008.

*The Undetected Rapist*, produced by the National Judicial Education Program, 1999.

*Understanding Sexual Violence: The Judge's Role in Stranger and Nonstranger Rape and Sexual Assault*, produced by the National Judicial Education Program, 1999.

*Building Credibility: Direct Examination of the Victim in a Nonstranger Rape Case*, produced by the National Judicial Education Program, 2003.

## PROFESSIONAL TRAINING FILMS (continued)

*Targeting Sexual Assault: The Air Force Campaign Plan for Prevention and Response*, produced by Science Applications International Corporation for the United States Air Force, 2005.

*Sexual Assault Training Video,* produced by Science Applications International Corporation for the United States Air Force, 2005.

## PROFESSIONAL EXPERIENCE

Forensic Consultant:

Consultation to the US Air Force Academy, the US Air Force, US Army, the US Navy, the US Marine Corps, the US Department of Defense and numerous universities regarding sexual assault prevention, response, and investigation.

Psychological evaluations and consultations in civil and criminal cases in Alabama, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Idahoe, Indiana, Kansas, Louisiana, Massachusetts, Minnesota, Missouri, Nevada, New Jersey, New Mexico, New York, North Carolina, Pennsylvania, South Dakota, Tennessee and Texas (1992-present).

Case consultation with individual prosecutors on rape cases in Colorado, Michigan, Iowa, New Mexico, Washington State, Wisconsin and the U.S. Army, the U.S. Marine Corps, the U.S. Navy and the U.S. Air Force (1998-present).

October, 2003: Testimony before the New Mexico House and Senate Judiciary Committees pertaining to pending legislation on sex offenders.

Psychologist, private practice, specializing in psychological trauma. Boston, MA, (1992 - 2003).

Psychologist, Cambridge Associates in Psychotherapy and Mediation. Cambridge, MA (1991 - 1992).

Director, Duke Psychology Clinic, Durham, NC (1989-90).

Psychology Intern, NYU-Bellevue Hospital Center, New York (1988-89).

Clinic Coordinator, Duke Psychology Clinic, Durham, NC (1987-88).

Staff Therapist, Duke Psychology Clinic, Durham, NC (1984-88).

Testing Specialist, Alamance Memorial Hospital, Burlington, NC (1986-87).

**PROFESSIONAL EXPERIENCE (continued)**

Consultant, Durham Police Department, Durham, NC (1984-88).

Consultant, Halifax County Schools, Roanoke Rapids, NC (1984-85).

**PROFESSIONAL AFFILIATIONS & APPOINTMENTS**

American Psychological Association (APA) (1987 - present)
APA Division 51: Society for the Psychological Study of Men and Masculinity
Program Chair, Division 51 (1997)

International Society for Traumatic Stress Studies

1in6 (www.1in6.org; founding board member) (2006 – present)

Peace Over Violence, National Advisory Board

National Organization on Male Sexual Victimization (MaleSurvivor) (1994 - 2002)

Victim Rights Committee to Monitor the Boston Archdiocese (2003 – 2004)

Governor's (Mass.) Commission on Domestic Violence & Sexual Assault (2003 – 2007)

**JOURNAL and GRANT REVIEWING**

Men and Masculinities
Journal of Interpersonal Violence
Psychology of Men and Masculinity
Journal of Personality and Social Psychology
Journal of Traumatic Stress
**JOURNAL and GRANT REVIEWING (continued)**

Sex Roles
Violence Against Women
National Institute of Mental Health

**PUBLICATIONS**

Lisak, D. (2016). The Bristlecone Project: Transforming Survivors' Trauma and Despair, and My Own. In R. Gartner (Ed.), *Trauma and Countertrauma, Resilience and Counterresilience: Insights from Psychoanalysts and Trauma Experts*. New York: Routledge.

Exh. 13 - 000124

## PUBLICATIONS (continued)

Lisak, D. & Markel, D. (2016). Using science to increase effectiveness of sexual assault investigations. *Police Chief Magazine, Vol. LXXXIII, No. 1.*

Lisak, D. (2014). The next wave: Male survivors of childhood sexual abuse. *Sexual Assault Report, 17,* p. 49-50, 58-59.

Reprinted as, The next wave: Male survivors of childhood sexual abuse, in *Family & Intimate Partner Violence Quarterly, 6,* 7-10.

Lisak, D. (2012). Responding to Male Crime Victims. *OVC News & Program Updates, June 2012.* Office for Victims of Crime, Washington, DC.

Lisak, D. (2011). Understanding the predatory nature of sexual violence. *Sexual Assault Report, 14,* p. 49-50, 55-57.

Harwell, M.C. & Lisak, D. (2010). Why Rapists Run Free. *Sexual Assault Report.*Vol. 14, No. 2, p17, 18, 26-27. Reprinted in: *Family & Intimate Partner Violence Quarterly, 5,* 175-182.

Lisak, D. (2010). Behind the torment of rape victims lies a dark fear. *Violence Against Women, 16,* 1372-1374.

Lisak, D., Gardinier, L., Cope, S. & Cote, A.M. (2010). False allegations of sexual assault: An analysis of ten years of reported cases. *Violence Against Women, 16,* 1318-1334.

Lonsway, K.A., Archambault, J. & Lisak, D. (2009). False reports:  Moving beyond the issue to successfully investigate and prosecute non-stranger sexual assault. *The Voice: American Prosecutors Research Institute, Vol. 3, No. 1*, p. 1-11.

Lisak, D. (2007). False allegations of rape: A critique of Kanin. *Sexual Assault Report, 11,* v.1, p.1,2,6 & 9.

Lisak, D. & Beszterczey, S. K. (2007). The cycle of violence: The life histories of 43 death row inmates. *Psychology of Men and Masculinity, 8,* 118-128.

Lisak, D. (2004). Predators: Uncomfortable truths about campus rapists. *Connection, Summer 2004,* Boston: The Journal of the New England Board of Higher Education.

Lisak, D. & Miller, P. M. (2003). Childhood abuse, PTSD, substance abuse and violence. In P.C. Ouimette & P. Brown (Eds.), *PTSD and Substance Abuse Comorbidity*. Washington DC: American Psychological Association, p. 73-88.

Exh. 13 - 000125

**PUBLICATIONS (continued)**

Jakupcak, M., Lisak, D., & Roemer, L. (2002). The role of masculine ideology and masculine gender role stress in men's perpetration of aggression and violence in relationships. *Psychology of Men and Masculinity, 3,* 97-106.

Lisak, D. & Miller, P. M. (2002). Repeat rape and multiple offending among undetected rapists. *Violence and Victims, 17, 73-84.*

Lisak, D. (2001). Homicide, violence and male aggression. In G. Brooks & G. Good (Eds.), *A New Handbook of Counseling and Psychotherapy Approaches for Men*. San Francisco: Jossey-Bass.

Lisak, D. (2001). Traumatized men. In G. Brooks & G. Good (Eds.), *A New Handbook of Counseling and Psychotherapy Approaches for Men*. San Francisco: Jossey-Bass.

Lisak, D., Conklin, A., Hopper, J., Miller, P.M., Altschuler, L., & Smith, B.M. (2000). The Abuse-Perpetration Inventory: Development of a Valid Assessment Instrument for Research on the Cycle of Violence. *Family Violence & Sexual Assault Bulletin*, *16,* 21-30.

Lisak, D. (2000). Editorial. *Psychology of Men & Masculinity, 1,* 3.

Lisak. D. (2000). Gender war games. *Across the Board: The Conference Board Magazine.* New York: The Conference Board.

Miller, P. M. & Lisak, D. (1999). Associations between childhood abuse and personality disorder symptoms in college males. *Journal of Interpersonal Violence, 6,* 642-656.

Lisak, D. (1998). Men and violence: Treating the violent male patient. In W.S. Pollack and R.F. Levant (Eds.), *New Psychotherapy for Men: Case Studies*. New York: Wiley, (214-236).

Lisak, D. (1997). Male Gender Socialization and the Perpetration of Sexual Abuse. In: R.L. Levant and G.R. Brooks (Eds.) *Men and the Problems of Non-Relational Sex*. New York: Wiley, (156-177).

Lisak, D., Hopper, J. & Song, P. (1996). Factors in the cycle of violence: Gender rigidity and emotional constriction. *Journal of Traumatic Stress, 9*, 721-743.

Lisak, D. (1995). Integrating a critique of gender in the treatment of male survivors of childhood abuse. *Psychotherapy, 32*, 258-269.

Lisak, D. & Ivan, C. (1995). Deficits in intimacy and empathy in sexually aggressive men. *Journal of Interpersonal Violence*, 10, 296-308.

Exh. 13 - 000126

## PUBLICATIONS (continued)

Lisak, D. (1994). The psychological impact of sexual abuse: Content analysis of interviews with male survivors. *Journal of Traumatic Stress, 7,* 525-548.

Lisak, D. & Luster, L. (1994). Educational, occupational and relationship histories of men who were sexually and/or physically abused as children. *Journal of Traumatic Stress, 7,* 507-523.

Lisak, D. (1994).  Subjective Assessments of Relationships with Parents by Sexually Aggressive and Non-Aggressive men. *Journal of Interpersonal Violence, 9*, 399-411.

Lisak, D. (1993). Commentary: Men as victims: Challenging cultural myths. *Journal of Traumatic Stress*, 6, 577-580.

Lisak, D. (1991). Sexual aggression, masculinity and fathers. *Signs: Journal of Women in Culture and Society*, 16, 238-262. Reprinted in: C. Jacklin (Ed.), *Gender*, London: Edward Elgar Publishing.

Lisak D. & Roth, S. (1990). Motives and psychodynamics of self-reported, unincarcerated rapists. *American Journal of Orthopsychiatry*, 60, 268-280.

Lisak, D. & Roth, S. (1988). Motivational factors in nonincarcerated sexually aggressive men. *Journal of Personality and Social Psychology*, 55, 795-802. Reprinted in: C. Jacklin (Ed.), *Gender*, London: Edward Elgar Publishing.


## INVITED ADDRESSES/WORKSHOPS/SYMPOSIA/SPECIAL BRIEFINGS

Lisak, D. (2016, November). *The Predatory Behavior of Serial Sexual Offenders.* Keynote presentation at the annual meeting of the Ending Violence Association, Vancouver, BC, Canada.

Lisak, D. (2016, November). *The Impact of Military Sexual Trauma.* Presentation for the Army Review Boards Agency, Alexandria, VA.

Lisak, D. (2016, October). *Male Survivors of Childhood Sexual Abuse.* Workshop presented at the annual conference of the Native American Fatherhood and Families Association, Phoenix, AZ.

Lisak, D. (2016, October). *Neuroscience, Masculinity, and Evaluating Childhood Sexual Abuse*. Presentation at the annual meeting of the Mexican Capital Legal Assistance Program, Santa Fe, NM.

Exh. 13 - 000127

Lisak, D. (2016, October). *The Bristlecone Project*. Film screening and discussion, sponsored by AZMEN and TRUST, Phoenix, AZ.

Lisak, D. (2016, October). *The Neurobiology of Trauma*. Special training sponsored by TRUST and Catholic Community Services, Sierra Vista, AZ.

Lisak, D. (2016, October). *The Bristlecone Project*. Film screening and discussion, sponsored by the Southern Arizona Psychological Association, Tucson, AZ.

Lisak, D. (2016, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2016, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, September). *Sex Offenders: Behaviors, Characteristics and Predatory Offending*. Presentation at the SART Summit V, California Clinical Forrensic Medical Training Center & California District Attorneys Association, San Diego, CA.

Lisak, D. (2016, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, August). *The Impact of Sex Offender Behavior on the Victim*. Plenary presentation at the Frontline Forensics Training conference, University of Indianapolis, Indianapolis, IN.

Lisak, D. (2016, August). *Sexual Violence in America*. Special presentation at installation stand-down, Fort Sill, OK.

Lisak, D. (2016, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for CID investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. and Morris, L. (2016, August). *The Bristlecone Project: Men Overcoming Sexual Abuse*. Workshop at the Annual Meeting of the American Psychological Association, Denver, CO.

Lisak, D. (2016, July). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Brigham Young University, Provo, Utah.

Lisak, D. (2016, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2016, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2016, June). *The Controversy over Repeat Offending and its Very Limited Relevance to the Paramount Importance of Prevention.* Keynote presentation at the inaugural Jana's Campaign Rocky Mountain Campus Safety Summit, Colorado College, Colorado Springs, CO.

Lisak, D. (2016, June). *Key Issues in Understanding Sexual Assault Cases.* Special presentation at Fort Sill, Fort Sill, OK.

Lisak, D. (2016, May). *Repeat Offending and Predatory Behavior.* Special lecture at the University of Oregon, Eugene OR.

Lisak, D. (2016, May). *Men Bleed Too: Male Victims of Sexual Violence.* Special lecture at the University of Oregon, Eugene OR.

Lisak, D. (2016, May). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, May). *The Neurobiology of Trauma and Healing.* Special presentation for the Fleet & Family Support Center, Naval Base San Diego, San Diego, California.

Lisak, D. (2016, May). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2016, May). *Investigating Campus Sexual Assault: Confronting the Challenges.* 2016 Campus Safety Symposium, sponsored by the Hampden County District Attorney's Office, Holyoke, MA.

Lisak, D. (2016, April). *The Neurobiology of Trauma: Implications for the Courtroom.* Presentation at the conference, "The Impact of Trauma on Victims of Sexual Assault: Creating an Effective Judicial Response," Wisconsin Dells, WI.

Lisak, D. (2016, April). *Men Bleed Too: Sexual Victimization of Men and Boys.* Special briefing, Fort Belvoir, Fort Belvoir, VA.

Lisak, D. (2016, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2016, April). *Male Survivors of Military and Pre-military Sexual Violence*. Special briefing at Kirtland Air Force Base, Albuquerque, NM.

Lisak, D. (2016, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, April). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Texas A&M University, College Station, Texas.

Lisak, D. (2016, March). *Lessons from Death Row: How Violence Emerges from Vulnerability.* Pleanary presentation at the annual conference of Ending Violence Against Women International, Washington, DC.

Lisak, D. & Goodwin, R. (2016, March). *Men Bleed Too: Engaging Men's Vulnerability.* Workshop presented at the annual conference of Ending Violence Against Women International, Washington, DC.

Lisak, D. (2016, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2016, January). *Confronting the Reality of Sexual Violence.* Special training for the Saskatoon Sexual Assault and Information Center, Saskatoon, Saskatchewan.

Lisak, D. (2016, January). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, December). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of Richmond, Richmond, VA.

Lisak, D. (2015, December). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training sponsored by the Antelope Valley Hospital, Lancaster, CA.

Exh. 13 - 000130

Lisak, D. (2015, December). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, November). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, November). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, October). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Whitman College, Walla Walla, WA.

Lisak, D. (2015, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, October). *The Predatory Nature of Sexual Violence*. Presentation at the 2015 Northwest Title IX Conference: Beyond the Law, Boise State University, Boise, ID.

Lisak, D. (2015, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training sponsored by SOS, Emporia, KS.

Lisak, D. (2015, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Dutchess County Mental Health agency, Poukeepsie, NY.

Lisak, D. (2015, September). *Trauma and the Brain.* Seminar presented for the Southern Arizona Psychological Association, Tucson, AZ.

Lisak, D. (2015, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, September). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Amherst College, Amherst, MA.

Lisak, D. (2015, September). *Trauma and the Brain.* Workshop presented at the conference, Sexual Assault Investigation & Prosecution in the 21st Century:

Bringing Science to Practice, West Jordan, Utah.

Lisak, D. (2015, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Sex Crimes Unit, Salt Lake City Police Department, Salt Lake City, UT.

Lisak, D. (2015, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Federal Law Enforcement Training Center, Charleston, SC.

Lisak, D. (2015, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for investigators, University of California system, Oakland, CA.

Lisak, D. (2015, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for investigators, University of California system, Los Angeles, CA.

Lisak, D. (2015, June). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation for Indiana University system conference. Indianapolis, IN.

Lisak, D. (2015, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, June). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, June). *The Neurobiology of Trauma.* Workshop presented for CAPSA (Citizens Against Physical and Sexual Abuse), Logan, UT.

Lisak, D. (2015, May). *Male Survivors of Sexual Abuse: Impact and Recovery.* Workshop presented at the 2nd South-South Institute on Sexual Violence Against Men and Boys, Phnom Penh, Cambodia.

Lisak, D. (2015, May). *The Neurobiology of Trauma.* Workshop presented at the 2nd South-South Institute on Sexual Violence Against Men and Boys, Phnom Penh, Cambodia.

Lisak, D. (2015, May-2). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, May). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, April). *Vexing Issues in Non-stranger Sexual Assault Cases.* Special presentation at Kirtland Air Force Base, Albuquerque, NM.

Lisak, D. (2015, April). *Male Survivors of Childhood Sexual Abuse.* Special presentation for the Saskatoon Sexual Assault and Information Center, Saskatoon, Saskatchewan.

Lisak, D. (2015, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Law Enforcement training for the Saskatoon Sexual Assault and Information Center, Saskatoon, Saskatchewan.

Lisak, D. (2015, April). *The Neurobiology of Trauma (and Healing).* Keynote presentation at the 15th annual conference of Alliance for Hope, San Diego, CA.

Lisak, D. (2015, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, April). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Kansas University, Lawrence, KS.

Lisak, D. (2015, April). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Princeton University, Princeton, NJ.

Lisak, D. (2015, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, April). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Kansas State University, Manhattan, KS.

Lisak, D. (2015, April). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Workshop sponsored by the Crisis Center, Manhattan, KS.

Lisak, D. (2015, March). *Male Survivors of Sexual Abuse.* Special training at Cannon Air Force Base, Clovis, NM.

Lisak, D. & Harwell, C. (2015, March). *Campus Sexual Assault: The Reality Behind the Headlines*. Pre-conference workshop, 20th Annual Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2015, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2015, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisk, D. (2015, February). *Sexual Violence in Higher Education: At Last the Reckoning*. Keynote address at the National Conference on Campus Sexual Assault, Berkeley, CA.

Lisak, D. (2015, February). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*.  Law enforcement training for the University of Connecticut Police Department, Storrs, CT.

Lisak, D. (2015, February). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Harvard University, Cambridge, MA.

Lisak, D. (2015, February). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, January). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2015, January). *The Neurobiology of Trauma*. Law enforcement training sponsored by the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. (2015, January). *The Behavior and Characteristics of Sex Offenders*. Law enforcement training sponsored by the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. (2015, January). *Confronting the Reality of Sexual Violence*. Special workshop presented at Wooster College, Wooster, OH.

Lisak, D. (2014, December). *Confronting the Reality of Sexual Violence*. Keynote address at the 16th Annual Ending Sexual Assault & Domestic Violence Conference, Lexington, KY.

Lisak, D. (2014, December). *The Neurobiology of Trauma: Concrete Applications*. Keynote address at the New Orleans Best Practices Conference, New Orleans, LA.

Lisak, D. (2014, December). *The Predatory Nature of Non-stranger Rapists*. Keynote address at the New Orleans Best Practices Conference, New Orleans, LA.

Lisak, D. (2014, December). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2014, November). *Honing the Criminal Justice Response to Non-stranger Sexual Assault Cases*. Special training for law enforcement, Vancouver, BC, Canada.

Lisak, D. (2014, November). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for law enforcement, University of New Hampshire, Durham, NH.

Lisak, D. (2014, September). *Confronting the Reality of Sexual Violence on the College Campus*. Multiple presentations, Goucher College, Baltimore, MD.

Lisak, D. (2014, October). *The Next Wave: Male Survivors of Childhood Sexual Abuse*. Keynote presentation at the annual conference of the International Association of Forensic Nurses. Phoenix, AZ.

Lisak, D. (2014, October). *The Neurobiology of Trauma*. Presentation at the annual meeting of the Arizona Psychological Association, Tucson, AZ.

Lisak, D. (2014, October). *The Neurobiology of Trauma*. Plenary presentation at the annual conference of the Montana Board of Crime Control, Helena, MT.

Lisak, D. (2014, October). *The Neurobiology of Trauma*. Plenary presentation at the annual educational conference of the American Judges Association, Las Vegas, NV.

Lisak, D. (2014, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training at the Kansas Law Enforcement Training Center, Huchinson, KS.

Lisak, D. (2014, September). *Confronting the Reality of Sexual Violence.* Special training, 2nd Marine Expeditionary Force, Camp Lejeune, NC.

Lisak, D. (2014, September). *The Neurobiology of Trauma.* Special training, 2nd Marine Expeditionary Force, Camp Lejeune, NC.

Lisak, D. (2014, September). *The Neurobiology of Trauma.* Plenary presentation, 25th Annual McGuire Memorial Conference on Family Violence, Billings, MT.

Lisak, D. (2014, September). *Male Survivors of Childhood Sexual Abuse.* Plenary presentation, 25th Annual McGuire Memorial Conference on Family Violence, Billings, MT.

Lisak, D. (2014, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2014, August). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for NCIS investigators at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2014, August). *Confronting the Reality of Sexual Violence.* Special training for the Connecticut National Guard – Air Wing, Windsor Locks, CT.

Lisak, D. (2014, August). *Confronting the Reality of Sexual Violence.* Special training for the Connecticut Army National Guard , Middletown, CT.

Lisak, D. (2014, August). *The Neurobiology of Trauma.* Special training for the Connecticut Army National Guard , Middletown, CT.

Lisak, D. (2014, July). *Confronting the Reality of Sexual Violence on the College Campus.* Plenary presentation, South Dakota Board of Regents Conference, Sioux Falls, SD.

Lisak, D. (2014, July). *Plenary Speech.* Dartmouth College Sexual Assault Summit, Dartmouth College, Hanover, NH.

Lisak, D. (2014, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2014, June). *The Next Wave: Male Survivors of Childhood Sexual Abuse*. Keynote address, Pathways to Healing conference, Madison, WI.

Lisak, D. (2014, June). *The Next Wave: Male Survivors of Childhood Sexual Abuse*. Keynote address to the Men's Health Week Symposium, Griffith University, Brisbane, Australia.

Lisak, D. (2014, April). *The Motives and Characteristics of Sex Offenders*. Plenary presentation at the 4th Annual CAC Multi-Disciplinary Team Conference, Michigan Chapter of the National Children's Alliance, Traverse City, MI.

Lisak, D. (2014, April). *The Impact of Trauma on the Brain*. Workshop presented at the 4th Annual CAC Multi-Disciplinary Team Conference, Michigan Chapter of the National Children's Alliance, Traverse City, MI.

Goodwin, R. & Lisak, D. (2014, April). *Men and the Criminal Justice System: The Confluence of Childhood Trauma and Masculinity*. Ending Violence Against Women International, Seattle, WA.

Lisak, D. (2014, April). *The Neurobiology of Trauma and Healing*. Keynote presentation at Take Back the Night, Occidental College, Los Angeles, CA.

Lisak, D. (2014, April). *False Reports of Rape: Research not Rhetoric*. Special presentation at Brown University, Providence, RI.

Lisak, D. (2014, April). *The Neurobiology of Trauma*. Keynote presentation at the Shield our Children from Harm Professional Conference, Children's Hospital at Dartmouth, Quechee, VT.

Lisak, D. (2014, April). *Male Survivors of Child Sexual Abuse*. Workshop presented at the Shield our Children from Harm Professional Conference, Children's Hospital at Dartmouth, Quechee, VT.

Lisak, D. (2014, March). *Confronting the Reality of Sexual Violence on the College Campus*. Presentation at Union College, Schenectady, NY.

Lisak, D. (2014, March). *Confronting the Reality of Sexual Violence on the College Campus*. Presentation at Russell Sage College, Troy, NY.

Lisak, D. (2014, March). *Confronting the Reality of Sexual Violence on the College Campus*. Presentation at Rensselaer Polytechnical Institute, Troy, NY.

Lisak, D. (2014, March). *Confronting the Reality of Sexual*. Keynote presentation at Joining Forces: Reducing and Responding to Sexual Assault Across Disciplines, Rensselaer County SART conference, Troy, NY.

Lisak, D. (2014, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training for the Mariposa County District Attorney's Office, Mariposa, CA.

Lisak, D. (2014, February). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special training at the Federal Law Enforcement Training Center, Glynco, Georgia.

Lisak, D. (2014, January). *Confronting the Reality of Sexual Violence on the College Campus*. Special training for judicial board panel members, Columbia University, New York, NY.

Lisak, D. (2014, January). *The Neurobiology of Trauma & Its Impact on Children*. Presentation at the Children's Law Institute, Albuquerque, NM.

Lisak, D. (2014, January). *Serial Offending and the Testing of Rape Kits*. Webinar presented for the National Center for Victims of Crime.

Lisak, D. (2014, January). *Confronting the Reality of Sexual Violence.* Special presentation for leadership, Kirtland AFB, Albuquerque, NM.

Lisak, D. (2014, January). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2014, January). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special Sexual Assault Training for law enforcement, University of Connecticut, Storrs, CT.

Lisak, D. (2014, January). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of Connecticut, Storrs, CT.

Lisak, D. (2013, November). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Princeton University, Princeton, NJ.

Lisak, D. (2013, November). *Tonic Immobility and Dissociation*. Special presentation at Princeton University, Princeton, NJ.

Lisak, D. (2013, November). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Specialized Sexual Assault Training for Cook County Investigators and Prosecutors, Cook County, IL.

Lisak, D. (2013, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Presentation at the Southern Oregon Sexual Assault Symposium, Ashland, OR.

Lisak, D. (2013, October). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Davidson College, Davidson, NC.

Lisak, D. (2013, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Law Enforcement training sponsored by the Metropolitan Organization to Counter Sexual Assault, Overland Park, KS.

Lisak, D. (2012, October). *Confronting the Reality of Sexual Violence*. Keynote presentation at the 10th annual fall luncheon of the Metropolitan Organization to Counter Sexual Assault, Overland Park, KS.

Lisak, D. (2013, September). *Domestic Violence: Understanding the Neurobiology of Trauma and the Characteristics of Rapists*. Presentation at the 2013 Idaho Judicial Conference, Post Falls, Idaho.

Lisak, D. (2013, September). *The Undetected Rapist*. Presentation at the Delaware Department of Correction Sex Offender conference, Dover, DE.

Lisak, D. (2013, September). *The Neurobiology of Trauma and the Cycle of Violence*. Presentation at the Delaware Department of Correction Sex Offender conference, Dover, DE.

Lisak, D. (2013, September). *The Behavior of Rapists and the Dynamics of Sexual Assault.* Presentation at the Avalon Start by Believing conference, Halifax, Nova Scotia.

Lisak, D. (2013, September). *Victim and Offender Behavior.* Specialized Sexual Assault Training for Cook County Investigators and Prosecutors, Cook County, IL.

Lisak, D. (2013, September). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2013, August). *The Behavior and Characteristics of Non-stranger Rapists.* Special training sponsored by Connecticut Sexual Assault Crisis Services, Cheshire, CT.

Lisak, D. (2013, August). *The Neurobiology of Trauma: Implications for Victim Interviewing.* Special training sponsored by Connecticut Sexual Assault Crisis Services, Cheshire, CT.

Lisak, D. (2013, August). *The Behavior and Characteristics of Non-stranger Rapists.* Plenary presentation at the Montana State University conference: "Not in our State: Statewide Summit on Sexual Assault," Bozeman, MT.

Lisak, D. (2013, August). *The Neurobiology of Trauma.* Plenary presentation at the Montana State University conference: "Not in our State: Statewide Summit on Sexual Assault," Bozeman, MT.

Lisak, D. (2013, August). *Identifying & Gathering Evidence in Non-stranger Rape Cases.* Workshop presented at the Montana State University conference: "Not in our State: Statewide Summit on Sexual Assault," Bozeman, MT.

Lisak, D. (2013, August). *The Predatory Nature of Non-stranger Rapists.* Presentation at the Sexual Assault Response Team Summit of the California Clinical Forensic Medical Training Center, Long Beach, CA.

Lisak, D. (2013, July). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special training for the Criminal Investigation Division, U.S. Army, Special Victims Course, Fort Leonard Wood, MO.

Lisak, D. (2013, May). *Confronting the Reality of Sexual Violence on the College Campus.* Presentation at the annual conference of the American College Health Association, Boston, MA.

Lisak, D. (2013, May). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special law enforcement training for King County agencies, Seattle, WA.

Lisak, D. (2013, May). *The Neurobiology of Trauma.* Workshop presented at the 2013 Children's Justice Conference, Seattle, WA.

Lisak, D. (2013, May). *The Undetected Rapist.* Workshop presented at the 2013 Children's Justice Conference, Seattle, WA.

Lisak, D. (2013, May). *Emergence of the Wounded: A Wave of Male Survivors is Coming.* Keynote presentation at the Advocacy in Action conference, Albuquerque, NM.

Lisak, D. (2013, May). *Expert Witness in the Courtroom: Life on the Edge.* Workshop presented at the Advocacy in Action conference, Albuquerque, NM.

Lisak, D. (2013, April). *Male Survivors of Childhood Sexual Abuse.* Workshop presented at Allegheny College, Meadville, PA.

Lisak, D. (2013, April). *The Neurobiology of Trauma.* Workshop presented at Allegheny College, Meadville, PA.

Lisak, D. (2013, April). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Tulane University, New Orleans, LA.

Lisak, D. (2013, April). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Boston College, Newton, MA.

Lisak, D. (2013, April). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at the University of Wisconsin, Madison, Madison, WI.

Lisak, D. (2013, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Viterbo University, La Crosse, WI.

Lisak, D., Foster, G., Goodwin, R., Fradkin, H. Followell, K. & Lepore, S. (2013, April). *In the Wake of Penn State: An International Panel on Male Survivors of Sexual Abuse.* Plenary presentation at the 2013 EVAW International Conference, Baltimore, MD.

Lisak, D., Foster, G., Goodwin, R., Fradkin, H. Followell, K. & Lepore, S. (2013, April). *In the Wake of Penn State: An International Panel on Male Survivors of Sexual Abuse II.* Workshop presented at the 2013 EVAW International Conference, Baltimore, MD.

Lisak, D., Powers, P. & Strand, R. (2013, April). *Trauma Informed Interviews – From Investigation to the Courtroom.* Workshop presented at the 2013 EVAW International Conference, Baltimore, MD.

Bayliff, C., Strand, R., Lisak, D., & Patton, G.S. (2013, April). *The Invisible War – A Military Response.* Plenary panel presented at the 2013 EVAW International Conference, Baltimore, MD.

Lisak, D. (2013, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Harvard University, Cambridge, MA.

Lisak, D. (2013, March). *Confronting the Reality of Sexual Violence on the College Campus*. Emory University's Women's History Month Keynote Address, Emory University, Atlanta, GA.

Lisak, D. (2013, March). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of California Santa Barbara, Santa Barbara, CA.

Lisak, D. (2013, March). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases*. Special for the University of California Santa Barbara Police Department, Santa Barbara, CA.

Lisak, D. (2013, March). *Male Survivors of Childhood Sexual Abuse*. Keynote presentation at the Ontario Network of Sexual Assault/Domestic Violence Treatment Centers 2013 SA/DV Clinical Education Forum, Toronto, Ontario.

Lisak, D. (2013, March). *Non-stranger Sexual Assault: Offenders and Victim Dynamics*. Keynote presentation at the Ontario Network of Sexual Assault/Domestic Violence Treatment Centers 2013 SA/DV Clinical Education Forum, Toronto, Ontario.

Lisak, D. (2013, February). *Confronting the Reality of Sexual Violence.* Special training sponsored by the Kansas Coalition Against Sexual and Domestic Violence, Topeka, KS.

Lisak, D. (2013, February). *The Neurobiology of Trauma (and Healing).* Special training sponsored by the Kansas Coalition Against Sexual and Domestic Violence, Topeka, KS.

Lisak, D. (2013, February). *The Undetected Rapist: Implications for Prevention and Education Programs.* Workshop presented at the Training and Technical Assistance Institute, Campus Grants, Birmingham, AL.

Lisak, D. (2013, January). *Invited testimony before the House Armed Services Committee,* Washington, DC.

Lisak, D. (2013, January). *Invited testimony before the U.S. Civil Rights Commission, hearing on sexual assault in the U.S. Military*, Washington, DC.

Lisak, D. (2013, January). *Identifying and Gathering Evidence in Non-stranger rape cases.* Presentation at the U.S. Army Judge Advocate General school, graduate course, Charlottesville, VA.

Lisak, D. (2013, January). *Private briefing, General Mark Welsh, Chief of Staff, U.S. Air Force.* Pentagon, Washington DC.

Lisak, D. (2012, November). *Offender Behavior, Alcohol, and Sexual Violence.* Presentation at the fall conference of the New Jersey Higher Education Consortium on Alcohol and other Drug Prevention and Education, West Windsor, NJ.

Lisak, D. (2012, October). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Marquette University, Milwaukee, WI.

Lisak, D. (2012, October). *Identifying and Gathering Evidence in Non-stranger Sexual Assault Cases.* Special presentation for law enforcement and judicial investigations at Marquette University, Milwaukee, WI.

Lisak, D. (2012, October). Confronting the Reality of Sexual Violence on the College Campus. Special presentation at the University of Michigan Campus-Wide Conference on Sexual Assault, Ann Arbor, MI.

Lisak, D. (2012, September). *Identifying and Gathering Evidence in Non-stranger Rape Cases.* Special training for law enforcement, Princeton University, Princeton, NJ.

Lisak, D. (2012, September). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Princeton University, Princeton, NJ.

Lisak, D. (2012, September). *Confronting the Reality of Sexual Violence.* Special presentation at the U.S. Military Academy, West Point, NY.

Exh. 13 - 000142

Lisak, D. (2012, September). *Confronting the Reality of Sexual Violence*. Special presentation at Andrews Air Force Base, Maryland.

Lisak, D. (2012, September). *Identifying and Gathering Evidence in Non-stranger Rape Cases*. Training for law enforcement and prosecutors sponsored by the Indiana Coalition Against Sexual Assault, Indianapolis, IN.

Lisak, D. (2012, September). *Identifying and Gathering Evidence in Non-stranger Rape Cases*. Training for law enforcement and judicial affairs staff, Depauw University, Greencastle, IN.

Lisak, D. (2012, September). *Investigation and Evidence Gathering in Non-stranger Sexual Assault Cases.* Special presentation to U.S. Air Force JAG officers, Maxwell AFB, Montgomery, AL.

Lisak, D. (2012, August). *The Neurobiology of Trauma & Male Victims of Sexual Violence*. Presentation at the 2012 U.S. Air Force annual conference for Sexual Assault Response Coordinators, Lansdown, VA.

Lisak, D. (2012, August). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of California Merced, Merced, CA.

Lisak, D. (2012, August). *Offender Dynamics and Counter-Intuitive Behavior*. Special training for law enforcement personnel, Merced, CA.

Lisak, D. (2012, August). *How Predators Pick their Prey*. Special presentation at the Master Sergeant's Symposium on Sexual Assault, United States Marine Corps, Potomac, MD.

Lisak, D. (2012, July). *Investigation and Prosecution of Non-stranger Sexual Assault Cases.* Special presentation at the UCLA-Santa Monica Rape Treatment Center LAPD Chief's Conference, Los Angeles, CA.

Lisak, D. (2012, July). *How Predators Pick their Prey*. Special presentation at the General Officers Symposium on Sexual Assault, United States Marine Corps, Quantico, VA.

Lisak, D. (2012, June). *The Neurobiology of Trauma*. Workshop presented at The Men's Project Summer Institute, Ottawa, Canada.

Lisak, D. (2012, June). *The Neurobiology of Trauma*. Plenary presentation at the 2012 annual conference of the National Crime Victims Law Conference, Portland, OR.

Lisak, D. (2012, June). *Working with Adult Survivors of Childhood Sexual Abuse*. Plenary presentation at the 2012 annual conference of the National Crime Victims Law Conference, Portland, OR.

Lisak, D. (2012, June). *Working with Male Victims of Sexual Violence*. Workshop presented at the 2012 annual conference of the Michigan Coalition to End Domestic and Sexual Violence, Bay City, MI.

Lisak, D. (2012, June). *Advanced Sexual Assault Systems Change Strategies*. Keynote presentation at the 2012 annual conference of the Michigan Coalition to End Domestic and Sexual Violence, Bay City, MI.

Lisak, D. (2012, May). *The Behavior and Characteristics of Non-stranger Rapists*: *Implications for Investigation and Prosecution*. Special Briefing for the Office of Special Investigations, Peterson Air Force Base, Colorado Springs, CO.

Lisak, D. (2012, May). *The Neurobiology of Trauma and Healing: How Trauma and Healing Alter the Brain*. Workshop presented for the Family Resources Rape and Sexual Assault Center, Moline, IL.

Lisak, D. (2012, April). *The Behavior and Characteristics of Non-stranger Rapists*: *Implications for Response & Prevention*. Briefing at Camp Lejeune Marine Corps Base, Jacksonville, NC.

Lisak, D. (2012, April). *The Behavior and Characteristics of Non-stranger Rapists*: *Implications for Response & Prevention*. Briefing at Patrick AFB, Coco Beach, FL.

Lisak, D. (2012, April). *The Big Picture: Understanding the AF Sexual Assault Incidence & Prevalence Study and False Reporting*. Presentation at the 2012 Air Force Sexual Assault Prevention and Response Leader Summit, Andrews AFB, Camp Springs, MD.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence*. Special presentation at the Clinton School of Public Service, University of Arkansas, Little Rock, AR.

Lisak, D. (2012, April). *The Neurobiology of Trauma (and Healing)*. Special presentation at the University of Arkansas, Little Rock, Little Rock, AR.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the University of Illinois, Springfield, Springfield, IL.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence*. Special presentation at the Coast Guard Academy, New London, CT.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Connecticut College, New London, CT.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Rutgers University, New Brunswick, NJ.

Lisak, D. (2012, April). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Cornell Unversity, Ithaca, NY.

Lisak, D. (2012, March). *The Behavior and Characteristics of Non-stranger Rapists*. Workshop presented for Crown prosecutors, Toronto, Ontario, Canada.

Lisak, D. (2012, March). *Confronting the Reality of Sexual Violence on the College Campus*. Presentation at Boston College, Newton, MA.

Lisak, D. (2012, March). *Boys and Men Healing*. Screening and Q & A. Brown University, Providence, RI.

Lisak, D. (2012, March). *Sexual Predators on Campus, and Understanding Victim Behavior*. Keynote presentation at the Virginia Campus Safety conference, Hampton, VA.

Lisak, D. (2012, February). *Issues Surrounding Male Sexual Abuse.* Presentation at the 2012 CACJ/CPDA Capital Case Defense Seminar, Monterey, CA.

Lisak, D. (2012, February). *The Behavior and Characteristics of Non-stranger Sex Offenders.* Presentation at the Iowa National Guard 2012 Sexual Assault Leadership Summit, Johnston, IA.

Lisak, D. (2012, February). *The Behavior and Characteristics of Non-stranger Rapists*. Presentation at the annual meeting of the Prosecuting Attorneys Association of Michigan, Traverse City, MI.

Lisak, D. (2011, December). *Male Survivors of Sexual Abuse*. Workshop presented at the 2011 MNCASA Training Symposium, Rochester, MN.

Lisak, D. (2011, December). *The Neurobiology of Trauma (and Healing)*. Plenary presentation at the 2011 MNCASA Training Symposium, Rochester, MN.

Lisak, D. (2011, November). *The Behavior and Characteristics of Non-stranger Rapists.* Special training at the Joint Base San Antonio Sexual Assault Summit, San Antonio, TX.

Lisak, D. (2011, November). *The Undetected Rapist*. Plenary presentation at the Idaho Summit on Sexual Violence, Boise, Idaho.

Lisak, D. (2011, November). *False Reports of Rape: What do the Numbers Tell Us?* Workshop presented at the Idaho Summit on Sexual Violence, Boise, Idaho.

Lisak, D. (2011, October). *Confronting the Reality of Sexual Violence on the College Campus.* Special training for Judicial Panel members and Assistant Deans, Columbia University, New York, NY.

Lisak, D. (2011, October). *Sex Offenders: Myths and Realities*. Presentation at the Delaware Judicial Education Retreat, Rehoboth Beach, DE.

Lisak, D. (2011, October). *Confronting the Reality of Sexual Violence.* Special leadership training, U.S. Air Force, Peterson AFB, Colorado Springs, CO.

Lisak, D. (2011, October). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Princeton University, Princeton, NJ.

Lisak, D. (2011, October). *Behavior and Characteristics of Non-stranger Sex Offenders.* Special presentation to the Conduct Board, Princeton University, Princeton, NJ.

Lisak, D. (2011, October). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation to senior administrators at Princeton University, Princeton, NJ.

Lisak, D. (2011, October). *Who are the Predators? Confronting the Reality of Sexual Violence on Campus.* Plenary presentation at the National Summit on Campus Safety for College and University Presidents, Office of Violence Against Women, Department of Justice, Washington, DC.

Lisak, D. (2011, September). *Behavior and Characteristics of Non-stranger Sex Offenders.* Special presentation at the Sexual Assault Training organized by the Cook County Sexual Assault Office, Chicago, IL.

Lisak, D. (2011, September). *False Reports of Rape: What do the Numbers Tell Us?* Plenary presentation at the Wisconsin Office of Justice Assistance Statewide Sexual Assault Response Team Conference, Wisconsin Dells, WI.

Lisak, D. (2011, September). *The Neurobiology of Trauma*. Workshop presented at the National Sexual Assault Conference, Baltimore, MD.

Lisak, D. (2011, September). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Yale University, New Haven, CT.

Lisak, D. (2011, August). *Confronting the Reality of Sexual Violence on the College Campus.* Special presentation at Harvard University, Cambridge, MA.

Lisak, D. (2011, August). *False Allegations of Sexual Assault: Research not Rhetoric*. Workshop presented at the U.S. Air Force Sexual Assault Response Coordinators' training conference, St. Paul, MN.

Lisak, D. (2011, July). *Male Survivors of Sexual Abuse.* Workshop presented at the Community Federal Defender, Philadelphia, PA.

Lisak, D. (2011, June). *The Undetected Rapist*. Workshop presented at the conference, "Two Days in June," sponsored by the Idaho Council on Domestic Violence and Victim Assistance, Boise, Idaho.

Lisak, D. (2011, June). *The Neurobiology of Trauma (and Healing)*. Workshop presented at the conference, "Two Days in June," sponsored by the Idaho Council on Domestic Violence and Victim Assistance, Boise, Idaho.

Lisak, D. (2011, June). *Offender Behavior & Characteristics*. Special presentation at the Sexual Assault Summit, Joint Base San Antonio, Randolph Air Force Base, San Antonio, Texas.

Munch, A. & Lisak, D. (2011, June). *Offender Accountability*. Special presentation at the Sexual Assault Summit, Joint Base San Antonio, Randolph Air Force Base, San Antonio, Texas.

Lisak, D. (2011, May). *How Predators Pick Their Prey: Understanding Offender-Victim Dynamics*. Presentation at the Department of the Navy 2011 Sexual Assault Summit, Orlando, FL.

Lisak, D. (2011, May). *Alchemy in the Courtroom: Turning "Victim Issues" into Gold*. Presentation at the Department of the Navy 2011 Sexual Assault Summit, Orlando, FL.

Lisak, D. (2011, April). *Confronting the Reality of Sexual Violence in the U.S. Air Force: Key Issues*. Special presentation at Joint Base Charleston, Charleston, SC.

Lisak, D. (2011, April). *Confronting the Reality of Sexual Violence in the U.S. Air Force: Key Issues*. Special presentation for Leadership at Joint Base Charleston, Charleston, SC.

Lisak, D. (2011, April). *Addressing Sexual Assault on the College Campus.* Special presentation to the President's Advisory Committee on Sexual Assault, Columbia University, New York, NY.

Lisak, D. (2011, April). *The Dynamics of Sexual Predation.* Workshop presented at the Ending Violence Against Women International conference, Chicago, IL.

Lisak, D. (2011, April). *Confronting the Reality of Sexual Violence in the U.S. Air Force*. Special presentation for leadership, U.S. Air Force Base, Alconbury, England.

Lisak, D. (2011, April). *Confronting the Reality of Sexual Violence in the U.S. Air Force*. Special presentation for leadership, U.S. Air Force Base, Lakenheath, England.

Lisak, D. (2011, April). *Confronting the Reality of Sexual Violence in the U.S. Air Force*. Special presentation for leadership, U.S. Air Force Base, Mildenhall, England.

Lisak, D. (2011, March). *Sexual Predators on Campus: Research and Statistics.* Plenary presentation at the National Forum on Campus Sexual Assault, Hampton, Virginia.

Lisak, D. (2011, March). *Sexual Violence: Law Enforcement and Prosecution.* Plenary presentation at the 2011 U.S. Army SHARP Summit, Alexandria, Virginia.

Lisak, D. (2011, March). *The Neurobiology of Trauma.* Workshop presented at the Family Advocacy Spouse Abuse Course, U.S. Army, San Antonio, Texas.

Lisak, D. (2011, March). *The Sexual Victimization of Males.* Workshop presented at the Family Advocacy Spouse Abuse Course, U.S. Army, San Antonio, Texas.

Lisak, D. (2011, March). *Current Research on Sexual Assault.* Keynote presentation at the Title IX and Sexual Assault Conference, Office of Civil Rights Enforcement, U.S. Department of Education, Boston, MA.

Lisak, D. (2011, March). *The Behavior and Characteristics of Non-stranger Rapists: Implications for Investigation, Prosecution and Prevention.* Plenary presentation at the Sexual Assault Summit sponsored by the Michigan Domestic Violence Prevention and Treatment Board, Lansing, MI.

Lisak, D. (2011, March). *Confronting the Reality of Sexual Violence.* Special presentation for the Maine National Guard, Bangor, ME.

Lisak, D. (2011, March). *Confronting the Reality of Sexual Violence.* Special presentation for the Maine National Guard, Augusta, ME.

Lisak, D. (2011, March). *The Behavior and Characteristics of Non-stranger Rapists: Implications for Investigation and Prosecution.* Special training for the Office of Special Investigations, U.S. Air Force, Peterson AFB, Colorado Springs, CO.

Lisak, D. (2011, March). *How Predators Pick their Prey.* Special training for JAG officers, U.S. Marine Corps, Camp Pendleton, CA.

Lisak, D. (2011, March). *Sex Offender Characteristics and Evaluating Evaluations.* Presentation for the California Administrative Office of the Courts, "Handling Sexual Assault Cases," Burbank, CA.

Lisak, D. (2011, February). *Confronting the Reality of Sexual Violence on Campus.* Webinar presented for Central Connecticut State University and Trinity College.

Lisak, D. (2011, February). *Confronting the Reality of Sexual Violence on Campus.* Special presentation at the Worcester Polytechnic Institute, Worcester, MA.

Lisak, D. (2011, January). *Confronting the Reality of Sexual Violence on Campus.* Special presentation for the Office of Disciplinary Procedure for Sexual Assault, Columbia University, New York, NY.

Exh. 13 - 000148

Lisak, D. (2011, January). *The Long Term Effects of Childhood Sexual Abuse in Men*. Plenary presentation at the Fourth National Seminar on Mental Health and Criminal Law, New Orleans, LA.

Lisak, D. (2010, November). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at Clark University, Worcester, MA.

Lisak, D. (2010, November). *Confronting the Reality of Sexual Violence on the College Campus*. Special presentation at the State University of New York, Plattsburgh, Plattsburgh, NY.

Lisak, D. (2010, November). *Sexual Assault Prevention: A Research Framework*. Plenary presentation at the 2010 Sexual Assault Prevention and Response Summit, U.S. Air Force, Alexandria, VA.

Lisak, D. (2010, November). *The Behavior and Characteristics of Non-stranger Rapists*. Plenary presentation at the 2010 Sexual Assault Prevention and Response Summit, U.S. National Guard Bureau, Washington, DC.

Lisak, D. (2010, September). *The Behavior and Characteristics of Non-stranger Rapists: Implications for Investigation and Prosecution.* Mobile Training Team presentation for U.S. Navy and Marine Corps JAG officers and NCIS agents, Law Center, San Diego, CA.

Lisak, D. (2010, September). *Sex Offenders: Myths and Realities.* Presentation at the National Judicial Education Program's Mid-Atlantic Regional Team Meeting, Alexandria, VA.

Lisak, D. (2010, September). *Key Issues for Understanding the Dynamics of Sexual Assault*. Special presentation for leadership, part II. Andrews Air Force Base, Maryland.

Lisak, D. (2010, September). *Offender and Victim Dynamics*. Special briefing for Victim Advocates. Andrews Air Force Base, Maryland.

Lisak, D. (2010, September). *The Behavior and Characteristics of Non-stranger Rapists: Implications for Investigation and Prosecution.* Mobile Training Team presentation for U.S. Navy and Marine Corps JAG officers and NCIS agents, Kanephe Marine Corps Base, Kaneohe, Hawaii.

Lisak, D. (2010, September). *Key Issues for Understanding the Dynamics of Sexual Assault*. Special presentation for leadership, part I. Andrews Air Force Base, Maryland.

Lisak, D. (2010, August). *The Undetected Rapist*. Special presentation as part of the Joint U.S. Navy and Marine Corps Mobile Training Team conference, Naval Air Station, Jacksonville, FL.

Lisak, D. (2010, June). *Confronting the Reality of Sexual Violence.* Webinar presented for the Washington State Coalition Against Sexual Assault.

Lisak, D. (2010, June). *Confronting the Reality of Sexual Violence*. Keynote presentation at the conference, Effective Responses to Sexual Assault on College Campuses: Putting the Pieces Together, SUNY Albany, Albany, NY.

Lisak, D. (2010, June). *Sexual Assault of Native Women: Offenders*. Webinar presented for White Buffalo Calf Women Society, South Dakota.

Lisak, D. (2010, June). *The Behavior and Characteristics of Non-stranger Rapists*. Workshop presented at the special conference, Investigating the Non-stranger Rapist, Sexual Assault Crisis and Support Center, August, ME.

Lisak, D. (2010, June). *False Reports of Rape: Research not Rhetoric*. Workshop presented at the special conference, Investigating the Non-stranger Rapist, Sexual Assault Crisis and Support Center, Augusta, ME.

Lisak, D. (2010, June). *The Neurobiology of Trauma: Implications for Understanding and Interviewing the Victim*. Workshop presented at the special conference, Investigating the Non-stranger Rapist, Sexual Assault Crisis and Support Center, August, ME.

Lisak, D. (2010, May). *Sex Offenders: Myths and Realities*. Presentation at the Florida College of Advanced Judicial Studies, Fort Myers, FL.

Lisak, D. (2010, May). *The Undetected Rapist*. Keynote presentation at the Victim Rights Law Center's 2010 National Sexual Assault Law Conference, Scottsdale, AZ.

Lisak, D. (2010, May). *False Reports of Rape: Research not Rhetoric*. Workshop presented at the Victim Rights Law Center's 2010 National Sexual Assault Law Conference, Scottsdale, AZ.

Lisak, D. (2010, April). *Understanding Sexual Assault and Sex Offenders: A Primer for Leadership*. Special presentation to Commanders, Andrews Air Force Base, Maryland.

Lisak, D. (2010, April). *Understanding Sexual Assault and Sex Offenders: A Primer for Leadership*. Special presentation to Commanders, Bolling Air Force Base, Washington, DC.

Harwell, M.C. & Lisak, D. (2010, April). *Healing and Transformation*. Special presentation at Brown University, Providence, RI.

Lisak, D. (2010, April). *The Neurobiology of Trauma*. Pre-conference workshop presented at the 2010 Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2010, April). *False Reports of Rape: Research not Rhetoric*. Keynote address presented at the 2010 Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2010, April). *Prison Rape*. Workshop presented at the 2010 Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. & Margolis, G. *Preventing Violence Against Women on Campus*. National webinar hosted by RAVE Mobile Safety and Margolis, Healey & Associates. Framingham, MA.

Lisak, D. (2010, March). *Confronting Sexual Violence in the University Community*. Special presentation to the Athletic Department, Rutgers University, New Brunswick, New Jersey.

Lisak, D. (2010, March). *The Undetected Rapist*. Lecture, Rutgers University, New Brunswick, New Jersey.

Lisak, D. (2010, February). *The Undetected Rapist*. Plenary presentation at the New Mexico Coalition Against Sexual Assault conference, "Investigation and Prosecution of Sexual Assault: Beyond the Basics," Albuquerque, New Mexico.

Lisak, D. (2010, February). *Controversies and Challenges in the Classification of Rape Cases*. Plenary presentation at the New Mexico Coalition Against Sexual Assault conference, "Investigation and Prosecution of Sexual Assault: Beyond the Basics," Albuquerque, New Mexico.

Lisak, D. (2010, January). *The Neurobiology of Trauma and the Cycle of Violence*. Keynote presentation at the annual meeting of Arizona Attorneys for Criminal Justice, Prescott, AZ.

Lisak, D. (2009, December). *The Behavior and Characteristics of Rapists*. Presentation to the Senior SNCO Sexual Assault Prevention & Family Support Conference, United States Marine Corps, Washington, DC.

Lisak, D. (2009, December). *Fales Reports of Rape: Research not Rhetoric*. Presentation to the Senior SNCO Sexual Assault Prevention & Family Support Conference, United States Marine Corps, Washington, DC.

Lisak, D. (2009, November). *The Undetected Rapist*. Seminar presented at the Counseling Services Center, State University of New York, Oneonta, Oneonta, New York.

Lisak, D. (2009, November). *The Behavior and Characteristics of Non-stranger Rapists*. Special Law Enforcement Training, State University of New York, Oneonta, Oneonta, New York.

Lisak, D. (2009, November). *The Behavior and Characteristics of Non-stranger Rapists*. Community presentation, State University of New York, Oneonta, Oneonta, New York.

Lisak, D. (2009, October). *Male Survivors of Military and Pre-Military Sexual Trauma.* Webinar presented for the Veterans Administration's Military Sexual Trauma Teleconference Training Series, National Center for Posttraumatic Stress Disorder, Boston, MA.

Lisak, D. (2009, October). *Non-stranger Rapists: Research and Implications for Prosecution*. Special presentation at the Suffolk University School of Law, Boston, MA.

Lisak, D. (2009, September). *The Neurobiology of Trauma.* Keynote presentation at the Victim Services Institute, Iowa Regent Universities Campus Violence Prevention Project, University of Northern Iowa, Cedar Falls, Iowa.

Lisak, D. (2009, September). *The Undetected Rapist.* Keynote presentation at the Victim Services Institute, Iowa Regent Universities Campus Violence Prevention Project, University of Northern Iowa, Cedar Falls, Iowa.

Lisak, D. (2009, September). *The Cycle of Violence.* Community lecture, presented at the Victim Services Institute, Iowa Regent Universities Campus Violence Prevention Project, University of Northern Iowa, Cedar Falls, Iowa.

Lisak, D. (2009, September). *Confronting the Reality of Sexual Violence.* Plenary presentation at the U.S. Army European Command Annual Sexual Assault Prevention and Response conference, Garmisch, Germany.

Lisak, D. (2009, September). *Confronting Sexual Violence: Moral Obligation; Moral Leadership.* Senior leadership briefing  at the Headquarters, U.S. Army European Command, Heidelberg, Germany.

Lisak, D. (2009, September). *The Behavior and Characteristics of Sexual Offenders.* Plenary presentation at the Department of the Navy Summit on Sexual Assault Prevention, Washinton, DC.

Lisak, D. (2009, September). *False Reports of Rape: What do the Numbers Tell Us?* Plenary presentation at the Department of the Navy Summit on Sexual Assault Prevention, Washinton, DC.

Lisak, D. (2009, July). *The Undetected Rapist*. Workshop presented at the U.S. Department of Justice Indian Country Tribal Liaisson Meeting, National Advocacy Center, Columbia, SC.

Harwell, C. & Lisak, D. (2009, June). *The Biology and Psychology of Trauma: Implications for the Judicial Process*. Seminar presented for the Maine Judiciary, Augusta, ME.

Lisak, D. (2009, May). *False Allegations of Sexual Assault: Research not Rhetoric*. Keynote presentation at the Fifth National Sexual Assault Response Team Training Conference, Seattle, WA.

Lisak, D. (2009, May). *Research on Sexual Violence in the Military: Implications for SARTs*. Workshop presented at the Fifth National Sexual Assault Response Team Training Conference, Seattle, WA.

Powers, P., Lisak, D., & Reinstein, R. (2009, May). *Sexual Assault Cases and the Impact of Judge and Jury Perspectives*. Workshop presented at the Fifth National Sexual Assault Response Team Training Conference, Seattle, WA.

Lisak, D. (2009, May). *Confronting Sexual Violence in the U.S. Air Force*. Special presentation to senior leadership, Offutt Air Force Base, Bellevue, Nebraska.

Lisak, D. (2009, April). *Non-stranger Sexual Assault:Offender Characteristics and the Role of Alcohol*. Special presentation at Ohio State University, Columbus, OH.

Lisak, D. (2009, April). *The Undetected Rapist*. Presentation to the campus community at Ohio State University, Columbus, OH.

Lisak, D. (2009, April). *The Sexual Offender: Behavior & Characteristics; Investigation & Prosecution*. Special presentation at the U.S. Army Sexual Harassment/Assault Prevention Summit, Arlington, VA.

Lisak, D. (2009, April). *Confronting Sexual Violence in the University Community*. Special presentation faculty and staff, Massachusetts Institute of Technology, Cambridge, MA.

Lisak, D. (2009, April). *Confronting Sexual Violence in the University Community*. Special presentation to the university community, Massachusetts Institute of Technology, Cambridge, MA.

Lisak, D. (2009, April). *Confronting Sexual Violence in the University Community*. Keynote presentation for the Sexual Harassment and Rape Prevention Program, University of New Hampshire, Durham, NH.

Lisak, D. (2009, April). *The Undetected Rapist*. Workshop presented for the Sexual Harassment and Rape Prevention Program, University of New Hampshire, Durham, NH.

Lisak, D. & Harwell, C. (2009, April). *Implications of Research on Offenders for University Judicial Boards*. Workshop presented for the Conduct and Mediation Board, University of New Hampshire, Durham, NH.

Exh. 13 - 000153

Lisak, D. (2009, March). *Sex Offenders: Myths & Realities*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Lafayette, LA.

Lisak, D. (2009, March). *Sex Offenders: Treatment and Sentencing*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Lafayette, LA.

Lisak, D. & Munch, A. (2009, March). *Prosecuting Non-stranger Rape Cases*. Special training for Judge Advocate General prosecutors, United States Army European Command, Campbell Barracks, Heidelberg, Germany.

Lisak, D. (2009, March). *Confronting Sexual Violence: Moral Obligation; Moral Leadership*. Presentation to leadership at the Sexual Assault Program special training, United States Army European Command, Patrick Henry Village, Heidelberg, Germany.

Lisak, D. (2009, March). *Confronting Sexual Violence*. Presentation to the Recruiting and Retention Command conference, Massachusetts National Guard Conference, Boxborough, MA.

Lisak, D. (2009, February). *Confronting Sexual Violence*. Presentation to the Massachusetts National Guard Annual Leadership Development Conference, Boxborough, MA.

Lisak, D. (2009, January). *Sex Offenders: Myths and Realites.* Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault; judicial training for the Interservice Military Judges Seminar, sponsored by the National Judicial Education Project, Maxwell Air Force Base, Alabama.

Lisak, D. (2008, December). *Research on Undetected Rapists*. Presentation to "Sexual Assault on College Campuses," a Webinar sponsored by the Harvard Kennedy School Ash Institute for Democratic Governance and Innovation, Boston, MA.

Lisak, D. (2008, December). *Perpetrators of  Sexual Violence*. Special presentation to the Health Services Department, Columbia University, New York, NY.

Lisak, D. (2008, November). *Confronting the Reality of Sexual Violence*. Special presentation to the Judicial Board, Columbia University, New York, NY.

Lisak, D. (November, 2008). *The Challenges in Confronting Sexual Violence on Campus*. Special presentation to administrative representatives, Columbia University, Barnard College, New York, NY.

Lisak, D. (2008, November). *Confronting the Reality of Sexual Violence*. Presentation to the Massachusetts Domestic and Sexual Violence Council, Boston, MA.

Lisak, D. (2008, November). *Male Victims of Sexual Trauma.* Workshop presented at the Pennsylvania State University Pathways for Victim Services conference, State College, PA.

Lisak, D. (2008, November). *The Neurobiology of Trauma.* Workshop presented at the Pennsylvania State University Pathways for Victim Services conference, State College, PA.

Lisak, D. (2008, November). *Confronting Sexual Violence*. Presentation at the U.S. Air Force Sexual Assault Prevention and Response Leader Summit, Alexandria, VA.

Lisak, D. (2008, November). *The Neurobiology of Trauma and Healing*. Presentation at the annual convention of the Arizona Psychological Association, Tucson, AZ.

Lisak, D. (2008, October). *Confronting the Reality of Sexual Violence*. Presentation to senior administrative staff, Goucher College, Baltimore, MD.

Lisak, D. (2008, October). *Sexual Violence Research: Implications for Prevention*. Presentation to Athletic Department administrative staff, Goucher College, Baltimore, MD.

Lisak, D. (2008, October). *Confronting the Reality of Sexual Violence*. Presentation to faculty and staff, Goucher College, Baltimore, MD.

Lisak, D. (2008, October). *The Undetected Rapist*. Special presentation at Goucher College, Baltimore, MD.

Lisak, D. (2008, October). *Research on Non-stranger Rapists: Implications for Investigations*. Presentation to the U.S. Army Criminal Investigations Division Senior Leadership Conference, Springfield, VA.

Lisak, D. (2008, October). *Confronting Sexual Violence in the U.S. Army.* Special presentation to the U.S. Army Four Star Generals' Conference, The Pentagon, Arlington, VA.

Lisak, D. (2008, September). *The Cycle of Violence*. Workshop presented at the 9th Annual Current Thinking/New Directions Conference of the Children's Cove Child Advocacy Center, Hyannis, MA.

Lisak, D. (2008, September). *Male Victims of Sexual Abuse*. Workshop presented at the 9th Annual Current Thinking/New Directions Conference of the Children's Cove Child Advocacy Center, Hyannis, MA.

Lisak, D. (2008, September). *The Undetected Rapist: Implications for Investigation and Prosecution*. Workshop presented at the annual conference of the Colorado Association of Sex Crimes Investigators, Snowmass, CO.

Lisak, D. (2008, September). *The Neurobiology of Trauma: Implications for Investigators*. Workshop presented at the annual conference of the Colorado Association of Sex Crimes Investigators, Snowmass, CO.

Lisak, D. (2008, September). *Confronting Sexual Violence: Moral Obligation; Moral Leadership*. Presentation to the U.S. Army Sexual Assault Prevention Summit, Alexandria, VA.

Lisak, D. (2008, June). *The Neurobiology of Offender Trauma*. Workshop sponsored by the Ohio Supreme Court, Perrysville, OH.

Lisak, D. (2008, June). *The Neurobiology of Trauma*. Workshop sponsored by the Ohio Supreme Court, Perrysville, OH.

Lisak, D. (2008, June). *The Neurobiology of Offender Trauma*. Workshop sponsored by the Ohio Supreme Court, Fairborn, OH.

Lisak, D. (2008, June). *The Neurobiology of Trauma*. Workshop sponsored by the Ohio Supreme Court, Fairborn, OH.

Lisak, D. (2008, June). *Sex Offenders: Myths & Realities*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Milwaukee, WI.

Lisak, D. (2008, June). *Sex Offenders: Treatment and Sentencing*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Millwaukee, WI.

Lisak, D. (2008, May). *The Undetected Rapist.* Workshop presented at the annual conference of the Michigan chapter of the International Association of Forenisc Nursing, Grand Rapids, MI.

Lisak, D. (2008, May). *Male Victims of Sexual Assault.* Workshop presented at the annual conference of the Michigan chapter of the International Association of Forenisc Nursing, Grand Rapids, MI.

Lisak, D. (2008, May). *The Cycle of Violence.* Workshop presented at the annual conference of the Michigan chapter of the International Association of Forenisc Nursing, Grand Rapids, MI.

Lisak, D. (2008, May). *The Undetected Rapist*. Workshop presented for the University of Nevada-Reno Police Services, Reno, NV.

Lisak, D. (2008, April). *The Undetected Rapist*. Plenary presentation at the annual conference of the Butler County Rape Crisis Center, Cincinnati, OH.

Lisak, D. (2008, April). *The Neurobiology of Trauma*. Plenary presentation at the annual conference of the Butler County Rape Crisis Center, Cincinnati, OH.

Lisak, D. (2008, April). *Confronting the Reality of Sexual Violence*. Presentation at Schriever Air Force Base, Colorado Springs, CO.

Lisak, D. (2008, April). *Confronting the Reality of Sexual Violence*. Presentation at Peterson Air Force Base, Colorado Springs, CO.

Lisak, D. (2008, April). *Confronting the Reality of Sexual Violence*. Special address at the Take Back the Night rally, University of Colorado at Colorado Springs, Colorado Springs, CO.

Lisak, D. (2008, April). *Research on Non-stranger Rapists and Implications for Sexual Assault Prevention*. Presentation at Harvard University, Cambridge, MA.

Lisak, D. (2008, March). *Investigation & Prosecution of the Non-stranger Rapist*. Workshop presented at the Ontario DV/SAT Treatment Program Conference, Sudbury, Ontario, Canada.

Lisak, D. (2008, March). *The Cycle of Violence*. Workshop presented at the Ontario DV/SAT Treatment Program Conference, Sudbury, Ontario, Canada.

Lisak, D. (2008, March). *Investigation & Prosecution of Non-stranger Rapists.* Workshop presented at the annual conference of the Texas Association Against Sexual Assault, Dallas, TX.

Lisak, D. (2008, March). *The Neurobiology of Trauma and its Implications for Victim Interviewing.* Workshop presented at the annual conference of the Texas Association Against Sexual Assault, Dallas, TX.

Lisak, D. (2008, March). *The Cycle of Violence.* Workshop presented at the annual conference of the Texas Association Against Sexual Assault, Dallas, TX.

Lisak, D. (2008, February). *Research on Non-stranger Rapists: Implications for Prevention of Campus Sexual Violence*. Colloquium presented at Columbia University, New York, NY.

Lisak, D. (2008, February). *The Undetected Rapist*. Special presentation to the President's Committee on Sexual Assault, Columbia University, New York, NY.

Lisak, D. (2008, February). *Non-stranger Rapists: Research and Implications for Prosecution*. Special presentation at the Suffolk University School of Law, Boston, MA.

Lisak, D. (December, 2007). *The Undetected Rapist*. Plenary presentation at the 9th Annual Ending Sexual Assault & Domestic Violence Conference sponsored by the Kentucky Association of Sexual Assault Programs, Lexington, KY.

Lisak, D. (December, 2007). *The Cycle of Violence*. Workshop presented at the 9th Annual Ending Sexual Assault & Domestic Violence Conference sponsored by the Kentucky Association of Sexual Assault Programs, Lexington, KY.

Lisak, D. (November, 2007). *Psychological Trauma and the Death Penalty Process*. Invited talk presented at the Boston University School of Theology, Boston, Ma.

Lisak, D. (November, 2007). *Confronting the Reality of Sexual Violence on Campus*. Plenary address at the conference, "Preventing Sexual Violence on College Campuses," sponsored by the Maryland Coalition Against Sexual Assault, College Park, MD.

Lisak, D. (November, 2007). *The Undetected Rapist: Investigation & Prosecution*. Invited presentation sponsored by the Rutgers University Department of Sexual Assault Services and Crime Victim Assistance and the New Jersey Coalition Against Sexual Assault, New Brunswick, NJ.

Lisak, D. (November, 2007). *The Undetected Rapist*. Seminar for professional staff sponsored the Rutgers University Department of Sexual Assault Services and Crime Victim Assistance, New Brunswick, NJ.

Lisak, D. (November, 2007). *Confronting the Reality of Sexual Violence on Campus*. Special presentation to the Rutgers University Greek community, sponsored by the Rutgers University Department of Sexual Assault Services and Crime Victim Assistance, New Brunswick, NJ.

Lisak, D. (October, 2007). *Abuse, Violence and Redemption: Lessons from Death Row*. Workshop presented at the Male Survivor conference, New York, NY.

Lisak, D. (October, 2007). *Sex Offenders: Myths & Realities*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Iowa City, Iowa.

Lisak, D. (October, 2007). *Sex Offenders: Treatment and Sentencing*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Iowa City, Iowa.

Lisak, D. (October, 2007). *The Neurobiology of Trauma*. Understanding Sexual Violence: The Judicial Response to Stranger and Nonstranger Rape and Sexual Assault, judicial training sponsored by the National Judicial Education Project, Iowa City, Iowa.

Lisak, D. (September, 2007). *The Neurobiology of Trauma.* Keynote address at the 2nd annual Caribbean Crisis Centers conference, "Creating Partnerships to Confront Sexual Violence in the Caribbean," Nassau, Bahamas.

Lisak, D. (September, 2007). *The Undetected Rapist.*Workshop presented at the 2nd annual Caribbean Crisis Centers conference, "Creating Partnerships to Confront Sexual Violence in the Caribbean," Nassau, Bahamas.

Lisak, D. & Harwell, C. (September, 2007). *Investigation and Prosecution of the Non-stranger Rapist.* Special training seminar for the Royal Bahamian Police Force, Nassau, Bahamas.

Lisak, D. (September, 2007). *The Undetected Rapist: Investigation and Prosecution.* Workshop presented at the Third Annual UC Davis National Child Abuse and Neglect Conference, Sacramento, CA.

Lisak, D. (September, 2007). *The Male Victim of Sexual Assault.* Workshop presented at the Third Annual UC Davis National Child Abuse and Neglect Conference, Sacramento, CA.

Lisak, D. (July, 2007). *Trauma: A Brief History*. Training sponsored by The Supreme Court of Ohio Specialized Dockets Section and the Ohio Department of Alcohol and Drug Addiction Services, Columbus, OH.

Lisak, D. (July, 2007). *The Neurobiology of Trauma*. Training sponsored by The Supreme Court of Ohio Specialized Dockets Section and the Ohio Department of Alcohol and Drug Addiction Services, Columbus, OH.

Lisak, D. (July, 2007). *The Cycle of Violence*. Training sponsored by The Supreme Court of Ohio Specialized Dockets Section and the Ohio Department of Alcohol and Drug Addiction Services, Columbus, OH.

Lisak, D. (June, 2007). *Predators on Campus: Confronting the Reality of Sexual Violence*. Keynote address at the CALCASA Campus Institute, Boston, MA.

Lisak, D. (June, 2007). *Predators on Campus: Implications for Sexual Violence Prevention*. Workshop presented at the CALCASA Campus Institute, Boston, MA.

Lisak, D., Banyard, V., & Sokolow, B. (2007, June). *The State of Campus Bystander intervention Efforts*. Web seminar conducted for the National Center for Higher Education Risk Management, Boston, MA.

Lisak, D. (June, 2007). *The Neurobiology of Trauma*. Keynote address at the 2007 Annual Conference of the Florida Council Against Sexual Violence, Daytona Beach, FL.

Lisak, D. (June, 2007). *The Undetected Rapist*. Workshop presented at the 2007 Annual Conference of the Florida Council Against Sexual Violence, Daytona Beach, FL.

Lisak, D. (May, 2007). *The Neurobiology of Trauma*. Workshop presented for the Department of Children and Family Services, Redding, CA.

Lisak, D. (May, 2007). *The Cycle of Violence*. Workshop presented for the Department of Children and Family Services, Redding, CA.

Lisak, D. (May, 2007). *Psychological Trauma: History and Neurobiology*. Workshop presented at La Alianza, Boston, MA.

Lisak, D. (May, 2007). *Response to the Proposed Thematic Direction for Preventing Sexual Assault*. Brief presentation and panel participation, Centers for Disease Control, Atlanta, GA.

Lisak, D. (May, 2007). *Implementing SocialScience Research on Offenders in Bystander Education Programs*. Presentation to the United States Air Force special seminar for MAJCOM Sexual Assault Response Coordinators, Reston, VA.

Lisak, D. & Harwell, M.C. (May, 2007). *The Non-stranger Rapist: Behavior, Characteristics & Modus Operandi*. Special law enforcement training sponsored by the Office of the Attorney General, Augusta, ME.

Lisak, D. & Harwell, M.C. (May, 2007). *The Impact of Rape on its Victims: Neurobiology, Symptoms & Applications for Interviewing*. Special law enforcement training sponsored by the Office of the Attorney General, Augusta, ME.

Harwell, M.C. & Lisak, D. (May, 2007). *The Non-stranger Rapist: Behavior, Characteristics & Applications for the Courtroom*. Special prosecutor training sponsored by the Office of the Attorney General, Augusta, ME.

Harwell, M.C. & Lisak, D. (May, 2007). *The Impact of Rape on its Victims: Neurobiology, Symptoms & Applications for the Prosecutor*. Special prosecutor training sponsored by the Office of the Attorney General, Augusta, ME.

Lisak, D. (2007, April). *The Undetected Rapist*. Plenary presentation at the South Dakota Network Against Family Violence and Sexual Assault conference, "The Causes and Consequences of Sexual Violence," Sioux Falls, SD.

Lisak, D. (2007, April). *The Neurobiology of Trauma*. Plenary presentation at the South Dakota Network Against Family Violence and Sexual Assault conference, "The Causes and Consequences of Sexual Violence," Sioux Falls, SD.

Exh. 13 - 000160

Lisak, D. & Harwell, C. (2007, April). *Offenders*. Special law enforcement training conducted for Evansville-area law enforcement departments, Evansville, IN.

Lisak, D. & Harwell, C. (2007, April). *Victims*. Special law enforcement training conducted for Evansville-area law enforcement departments, Evansville, IN.

Lisak, D. (2007, April). *Myths and Realities about Campus Rapists*. Colloquium presented at the University of New Hampshire, Durham, NH.

Lisak, D. (2007, April). *Community Response to Rape*. Address to "Take Back the Night" rally, University of New Hampshire, Durham, NH.

Lisak, D. & Archambault, J. (2007, April). *Trauma and the Impact on Memory and Investigation*. Workshop presented at the International Conference on Sexual and Domestic Violence, Houston, TX.

Lisak, D. (2007, April). *Sexual Violence: Key Facts about Victims and Perpetrators*. Special presentation at the United States Air Force Base, Charleston, SC.

Lisak, D. (2007, April). *Sexual Violence: Victim Response; Effective Community Response*. Special presentation at the United States Air Force Base, Charleston, SC.

Lisak, D. (2007, April). *How Not to Be a Silent Bystander*. Special presentation at the United States Air Force Base, Charleston, SC.

Lisak, D. (2007, March). *Confronting Sexual Violence: Moral Obligation; Moral Leadership*. Invited address at the Air Force Sexual Assault Prevention & Risk Reduction Symposium, Vienna, VA.

Lisak, D. (2007, March). *The Undetected Rapist*. Plenary presentation at the Regional Forensic Council conference, "A Forensic Approach: Collaboration of Healthcare and Justice, Crestview Hills, KY.

Lisak, D. (2007, February). *Violence Research and its Applications*. First annual Sabine Lecture at the Colorado College, Colorado Springs, CO.

Lisak, D. (2007, February). *Understanding the Predatory Nature of Sexual Violence*. Presentation at the Stetson University School of Law 28th Annual National Conference on Law and Higher Education, Clearwater Beach, FL.

Lisak, D. (2007, February). *Research on Sex Offenders*. Special presentation at the Suffolk University School of Law, Boston, MA.

Lisak, D. (2007, February). *The Undetected Rapist*. Workshop presented at the Alaska State Troopers annual conference, Homer, AK.

Exh. 13 - 000161

Lisak, D. (2007, February). *Male Victims of Sexual Assault*. Workshop presented at the Alaska State Troopers annual conference, Homer, AK.

Lisak, D. (2007, February). *The Neurobiology of Trauma*. Workshop presented at the Alaska State Troopers annual conference, Homer, AK.

Lisak, D. & Sokolow, B. (2007, January). *Profiling the Campus Date Rapist*. Web seminar conducted for the National Center for Higher Education Risk Management, Boston, MA.

Lisak, D. (2007, January). *The Undetected Rapist*. Plenary presentation at the Special Prosecutor Education and Training conference, Wisconsin District Attorneys Association, Appleton, WI.

Lisak, D. (2007, January). *Criminal Predatory Behavior I & II*. Video-conference presentation for the New Mexico Judicial Education Center, Santa Fe, NM.

Lisak, D. (2007, January). *Biological and Psychological Dynamics of Victims I & II*. Video-conference presentation for the New Mexico Judicial Education Center, Santa Fe, NM.

Lisak, D. (2006, December). *The Undetected Rapist*. Plenary presentation at the National Center for Victims of Crime conference, "Exploring the Connection: Stalking and Sexual Assault," Scottsdale, AZ.

Lisak, D., Powers, P., Munch, A. & Regala, G. (2006, December). *Understanding Trauma to Enhance Systems Response*. Plenary presentation at the National Center for Victims of Crime conference, "Exploring the Connection: Stalking and Sexual Assault," Scottsdale, AZ.

Lisak, D. (2006, November). *Investigating Serial Sexual Perpetrators*. Special regional law enforcement training sponsored by the Lebanon Police Department, Lebanon, NH.

Lisak, D. (2006, November). *The Undetected Rapist*. Invited address to the service academies sexual assault prevention conference, the United States Naval Academy, Annapolis, MD.

Lisak, D. (2006, November). *The Undetected Rapist*. Plenary presentation at the annual recertification conference of the Massachusetts Association of Sexual Assault Nurse Examiners, Braintree, MA.

Lisak, D. (2006, November). *The Neurobiology of Trauma*. Plenary presentation at the 11th BISC-MI Conference: Traumatology of Domestic and Sexual Abuse, Gaylord, MI.

Lisak, D. (2006, November). *The Cycle of Trauma*. Plenary presentation at the 11th BISC-MI Conference: Traumatology of Domestic and Sexual Abuse, Gaylord, MI.

Exh. 13 - 000162

Lisak, D. (2006, November). *The Undetected Rapist*. Plenary presentation at the 11th BISC-MI Conference: Traumatology of Domestic and Sexual Abuse, Gaylord, MI.

Lisak, D. (2006, October). *The Neurobiology of Trauma.* Workshop sponsored by the University Counseling Office, Washington State University, Pullman, WA.

Lisak, D. (2006, October). *The Behavior and Characteristics of Nonstranger Rapists.* Workshop sponsored by the Washington State University Police Department, Washington State University, Pullman, WA.

Lisak, D. (2006, October). *The Undetected Rapist.* Special training for the Washington State University Athletic staff, Washington State University, Pullman, WA.

Lisak, D. (2006, October). *Sexual Assault.* Special training for athletes. Washington State University, Pullman, WA.

Lisak, D. (2006, October). *Sexual Violence: Myths and Realities.* Public forum sponsored by the Washington State University Athletic Department, Washington State University, Pullman, WA.

Lisak, D. (2006, October). *The Neurobiology of Trauma*. Workshop presented at the annual convention of the Arizona Psychological Association, Tucson, AZ.

Lisak, D. (2006, October). *The Behavior and Characteristics of Nonstranger Rapists.* Social Work Grand Rounds, Beth Israel Deaconess Hospital, Brookline, MA.

Lisak, D. (2006, October). *The Undetected Rapist*. Workshop presented for the Fox Cities Rape Crisis Center, Appleton, WI.

Lisak, D. (2006, October). *Rape Prevention*. Workshop presented for the Fox Cities Rape Crisis Center, Appleton, WI.

Lisak, D. (2006, September). *The Politics of Rape*. Invited address at the STAR Alaska annual conference, "The Challenge of Change," Anchorage, AK.

Lisak, D. (2006, September). *The Undetected Rapists..* Workshop presented at the STAR Alaska annual conference, "The Challenge of Change," Anchorage, AK.

Lisak, D. (2006, July). *Stalking in the Context of Non-stranger Rape*, in K. Rose (chair), "Stalking: The Link to Domestic Violence and Sexual Assault." Symposium conducted at the 2006 National Institute of Justice Conference, Washington, DC.

Lisak, D. (2006, July). *The Undetected Rapist*. Invited address to the Missouri Statewide Conference on Domestic Violence and Sexual Assault, Jefferson City, MO.

Lisak, D. (2006, June). *The Undetected Rapist*. Presentation at the Dartmouth-Hitchcock Medical Center, Hanover, NH.

Lisak, D. (2006, June). *The Hidden Sex Offender*. Community seminar sponsored by WISE, Lebanon, NH.

Lisak, D. (2006, May). *Behavior and Characteristics of Sex Offenders*. Presentation at the 2006 Air Force Sexual Assault Response Coordinator Conference, San Antonio, TX.

Lisak, D. (2006, May). *Male Victims of Sexual Assault*. Presentation at the 2006 Air Force Sexual Assault Response Coordinator Conference, San Antonio, TX.

Lisak, D. (2006, May). *Predators on Campus: Uncomfortable Truths Amid Comforting Myths*. Featured address at the Violence Goes to College Conference, Boulder, CO.

Lisak, D. (2006, May). *Sexual Assault in the Armed Forces: Will the Air Force Lead the Way in Prevention Efforts?*. Featured address at the Violence Goes to College Conference, Boulder, CO.

Lisak, D. (2006, May). *The Behavior and Characteristics of Rapists.* Special presentation for the Michigan Sexual Assault Summit at the Michigan State Legislature, Lansing, MI.

Lisak, D. (2006, May). *The Undetected Rapist*. Workshop presented for the Colleges of Worcester Consortium, Inc., Assumption College, Worcester, MA.

Lisak, D. (2006, April). *Sex Offenders: Myths & Realities.* Workshop presented for the Wisconsin Coalition Against Sexual Violence and the University of Wisconsin, Oshkosh, Oshkosh, WI.

Lisak, D. (2006, April). *The Behavior & Characteristics of the Non-Stranger Rapist.* Workshop presented for the Wisconsin Coalition Against Sexual Violence and the University of Wisconsin, Oshkosh, Oshkosh, WI.

Lisak, D. (2006, April). *The Neurobiology of Trauma.* Workshop presented for the Wisconsin Coalition Against Sexual Violence and the University of Wisconsin, Oshkosh, Oshkosh, WI.

Lisak, D. (2006, April). *The Behavior & Characteristics of the Non-Stranger Rapist.* Community address sponsored by the Wisconsin Coalition Against Sexual Violence and the University of Wisconsin, Oshkosh, Oshkosh, WI.

Lisak, D. (2006, April). *Sex Offenders: Myths & Realities.* Workshop presented at the annual conference of the Abused Adult Resource Center, Bismarck, ND.

Lisak, D. (2006, April). *The Behavior & Characteristics of the Non-Stranger Rapist.* Workshop presented at the annual conference of the Abused Adult Resource Center, Bismarck, ND.

Lisak, D. (2006, April). *The Neurobiology of Trauma.* Workshop presented at the annual conference of the Abused Adult Resource Center, Bismarck, ND.

Lisak, D. (2006, April). *The Undetected Rapist.* Keynote address at the Sexual Assault Summit V, Laramie, Wy.

Harwell, M.C. & Lisak, D. (2006, April). *Predators and Prey: Investigating & Prosecuting the Non-stranger Rape Case.* Workshop at at the Sexual Assault Summit V, Laramie, Wy.

Lisak, D. (2006, April). *The Undetected Rapist: What it Means for the Good Guys.* Invited address at the Colorado College Take Back the Night, Colorado Springs, CO.

Lisak, D. (2006, March). *The Behavior and Characteristics of the Nonstranger Rapist.* Keynote address at the 14th Annual Conference on the Management of the Adult Sex Offender, San Antonio, TX.

Lisak, D. (2006, March). *The Neurobiology of Trauma*. Keynote address at the 14th Annual Conference on the Management of the Adult Sex Offender, San Antonio, TX.

Lisak, D. (2006, March). *The Cycle of Violence: Lessons from Death Row*. Keynote address at the Advocacy in Action Conference, Albuquerque, NM.

Harwell, C. & Lisak, D. (2006, March). *Sexual Assault in the Military: Implications for the Civilian World*. Workshop presented at the Advocacy in Action Conference, Albuquerque, NM.

Harwell, C. & Lisak, D. (2006, February). *Special Training on Non-Stranger Sexual Assault for the Boston Police Department Sex Crimes Unit*, sponsored by the Boston Area Rape Crisis Center, Cambridge, MA.

Lisak, D. & Bahm, T. (2006, January). *Sexual Assault and Stalking.* Web Forum presented by the Office for the Victims of Crime, Washington, DC.

Lisak, D. (2006, January). *The Undetected Rapist*. Presentation at the "Prosecuting Federal Sexual Assault Cases Seminar," Department of Justice, National Advocacy Center, Columbia, SC.

Lisak, D. (2005, December). *The Undetected Rapist*. Presentation at "Predators & Victims: Exploring the Connections between Stalking and Sexual Assault," Jacksonville, FL.

Lisak, D. (2005, December). *Case Study: The Nonstranger Serial Rapist.* Presentation at "Predators & Victims: Exploring the Connections between Stalking and Sexual Assault," Jacksonville, FL.

Lisak, D. (2005, December). *Victims' Responses and the Impact on Your Case.* Presentation at "Predators & Victims: Exploring the Connections between Stalking and Sexual Assault," Jacksonville, FL.

Lisak, D. (2005, December). *Understanding Sex Offenders.* Presentation at the National Institute on the Prosecution of Sexual Violence, American Prosecutors Research Institute, Arlington, VA.

Lisak, D. (2005, November). *The Undetected Rapist.* Workshop presented at the Eighth Annual Sex Crimes Regional Information Sharing Conference, Middle-Atlantic – Great Lakes Organized Crime Law Enforcement Network, Atlantic City, NJ.

Lisak, D. (2005, October). *The Neurobiology of Trauma*. Workshop presented at the 2005 Conference of the Minnesota Corrections Institute, Duluth, MN.

Lisak, D. (2005, October). *The Undetected Rapist*. Workshop presented at the 2005 Conference of the Minnesota Corrections Institute, Duluth, MN.

Lisak, D. (2005, October). *Investigation and Prosecution of the Undetected Rapist*. Workshop presented at the 2005 Superconference on Sexual and Domestic Violence sponsored by the Oklahoma Attorney General, Oklahoma City, OK.

Lisak, D. (2005, October). *Predators: Uncomfortable Truths about Campus Rapists*. Workshop presented at the Ending Violence Against Women International Conference on Sexual Assault, Domestic Violence and Stalking, Baltimore, MD.

Lisak, D. (2005, October). *In Celebration of Coming Forward*. Invited address at the Ending Violence Against Women International Conference on Sexual Assault, Domestic Violence and Stalking, Baltimore, MD.

Lisak, D. (2005, September). *The Behavior and Characteristics of Rapists.* Keynote address at the regional conference of the Massachusetts Office for Victims' Assistance, Andover, MA.

Lisak, D. (2005, September). *The Cycle of Violence: Life Histories of Men on Death Row and the Relationship between Childhood Abuse and Later Violence*. General Assembly Keynote Address at the 24th Annual UC Davis Western Regional Child Abuse and Neglect Conference, Sacramento, CA.

Exh. 13 - 000166

Lisak, D. (2005, September). *The Neurobiology of Trauma*. General Assembly Keynote Address at the 24th Annual UC Davis Western Regional Child Abuse and Neglect Conference, Sacramento, CA.

Lisak, D. (2005, September). *Understanding Rape on Campus*. Workshop presented at Sarah Lawrence College, White Plains, NY.

Lisak, D. (2005, September). *Undetected Threat: Investigating Misconceptions about Rape*. Special presentation at Sarah Lawrence College, White Plains, NY.

Lisak, D. (2005, September). *Behavior and Characteristics of Rapists*. Special training for the U.S. Air Force Office of Special Investigations, San Antonio, Texas.

Lisak, D. (2005, September). *The Neurobiology of Trauma*. Workshop presented at the 2005 Annual Judicial Conference of the Utah Judicial Institute, Park City, UT.

Lisak, D. (2005, September). *The Behavior and Characteristics of Rapists.* Workshop presented at the 2005 Annual Judicial Conference of the Utah Judicial Institute, Park City, UT.

Lisak, D. (2005, August). *Behavior and Characteristics of Rapists*. Special training for the U.S. Air Force Office of Special Investigations, Ramstein AFB, Ramstein, Germany.

Lisak, D. (2005, July). *Handling Sexual Assault Cases I*. Workshop presented at the Superior Court Judges' 2005 Semi-Annual Meeting and Conference, St. Simon's Island, GA.

Lisak, D. (2005, July). *Handling Sexual Assault Cases II*. Workshop presented at the Superior Court Judges' 2005 Semi-Annual Meeting and Conference, St. Simon's Island, GA.

Lisak, D. (2005, June). *The Undetected Rapist.* Workshop presented for the Indiana Coalition Against Sexual Assault, Indianapolis, In.

Lisak, D. (2005, June). *Investigation and Prosecution of the Nonstranger Rape Case.* Workshop presented for the Indiana Coalition Against Sexual Assault, Indianapolis, In.

Lisak, D. (2005, June). *The Neurobiology of Trauma.* Workshop presented for the Indiana Coalition Against Sexual Assault, Indianapolis, In.

Lisak, D. (2005, June). *The Behavior and Characteristics of Nonstranger Rapists & Evaluating Treatment Options.* Workshop presented at the North Carolina Conference of Superior Court Judges, Asheville, NC.

Lisak, D. (2005, June). *The Undetected Rapist.* Workshop presented at the 2005 National Conference of the National Center for Victims of Crime, Washington, DC.

Exh. 13 - 000167

Lisak, D. (2005, June). *The Neurobiology of Trauma.* Workshop presented at the 2005 National Conference of the National Center for Victims of Crime, Washington, DC.

Lisak, D. (2005, June). *The Undetected Rapist.* Workshop presented at the 2005 Conference of the National Crime Victims Bar Association, Washington, DC.

Lisak, D. (2005, June). *The Undetected Rapist.* Keynote address at the New Hampshire Attorney General's 11th Statewide Conference on Domestic and Sexual Violence, Bedford, NH.

Lisak, D. (2005, June). *The Undetected Rapist: Investigation and Prosecution.* Workshop presented at the New Hampshire Attorney General's 11th Statewide Conference on Domestic and Sexual Violence, Bedford, NH.

Lisak, D. (2005, June). *Nonstranger Rapists: Behaviors, Characteristics, MO.* Sexual Assault Investigations Workshop, Office of Special Investigations, United States Air Force, Wright-Patterson Air Force Base, Dayton, OH.

Lisak, D. (2005, June). *The Neurobiology of Trauma and Victim Impact.* Sexual Assault Investigations Workshop, Office of Special Investigations, United States Air Force, Wright-Patterson Air Force Base, Dayton, OH.

Lisak, D. (2005, June). *The Undetected Rapist.* Keynote address at the 18th Annual Conference on Crime Victims, Brainerd, MN.

Lisak, D. (2005, June). *The Neurobiology of Trauma.* Workshop presented at the 18th Annual Conference on Crime Victims, Brainerd, MN.

Lisak, D. (2005, May). *The Undetected Rapist.* Workshop presented for the Wisconsin Department of Corrections, Madison, WI.

Lisak, D. (2005, May). *The Cycle of Violence.* Workshop presented for the Wisconsin Department of Corrections, Madison, WI.

Lisak, D. (2005, May). *Treatment & Sentencing of Sex Offenders.* Workshop presented for the Wisconsin Department of Corrections, Madison, WI.

Lisak, D. (2005, May). *Rapists: Myths & Realities.* Workshop presented at the 2005 Criminal Law and Sentencing Institute, Supreme Court of Wisconsin, Racine, WI.

Lisak, D. (2005, May). *The Neurobiology of Trauma.* Workshop presented at the 2005 Criminal Law and Sentencing Institute, Supreme Court of Wisconsin, Racine, WI.

Lisak, D. (2005, May). *Sentencing Tree & Research Components.* Workshop presented at the 2005 Criminal Law and Sentencing Institute, Supreme Court of Wisconsin, Racine, WI.

Exh. 13 - 000168

Lisak, D. (2005, May). *The Undetected Rapist.* Workshop presented at the Oregon Judicial Department CLE Program, "Understanding Sexual Violence: The Judicial Response to Stranger and Non-Stranger Rape and Sexual Assault," Eugene, OR.

Lisak, D. (2005, May). *The Neurobiology of Trauma.* Workshop presented at the Oregon Judicial Department CLE Program, "Understanding Sexual Violence: The Judicial Response to Stranger and Non-Stranger Rape and Sexual Assault," Eugene, OR.

Lisak, D. (2005, May). *The Undetected Rapist.* Keynote address to "A Community United," the 8th Annual Border Issues Conference, El Paso, Texas.

Lisak, D. (2005, May). *Investigation and Prosecution of Nonstranger Rape.* Workshop presented at "A Community United," the 8th Annual Border Issues Conference, El Paso, Texas.

Harwell, C. & Lisak, D. (2005, April). *Interviews and Trauma.* Specialized training for the research staff of the Greensboro Truth and Reconciliation Commission, Greensboro, NC.

Lisak, D. (2005, April). *A Forensic Analysis of the Kobe Bryant Case.* Presentation at the 1st Annual UMass Boston Take Back the Night, Boston, MA.

Lisak, D. & Harwell, C. (2005, April). *Investigation of Nonstranger Sexual Assault Cases*. Special training conducted for the Air Force Office for Special Investigations, Colorado Springs, CO.

Lisak, D. (2005, April). *The Undetected Rapist on Campus*. Keynote address at the 1st Annual Statewide Conference Addressing Sexual Violence on Oregon Campuses, Eugene, OR.

Lisak, D. (2005, April). *The Neurobiology of Trauma*. Keynote address at the 1st Annual Statewide Conference Addressing Sexual Violence on Oregon Campuses, Eugene, OR.

Lisak, D. (2005, April). *The Undetected Rapist*. Keynote address at the 5th Annual Statewide Sexual Assault Symposium sponsored by the West Virginia Foundation for Rape Information and Services, Charleston, WV.

Lisak, D. (2005, April). *The Neurobiology of Trauma*. Workshop presented at the 5th Annual Statewide Sexual Assault Symposium sponsored by the West Virginia Foundation for Rape Information and Services, Charleston, WV.

Lisak, D. (2005, April). *Investigating and Prosecuting the Nonstranger Rapist.* Workshop presented at the 5th Annual Statewide Sexual Assault Symposium sponsored by the West Virginia Foundation for Rape Information and Services, Charleston, WV.

Lisak, D. (2005, April). *Do More Street Lights Prevent Sexual Assault? Implications for Prevention*. Workshop presented at the 5th Annual Statewide Sexual Assault Symposium sponsored by the West Virginia Foundation for Rape Information and Services, Charleston, WV.

Lisak, D. (2005, April). *The Undetected Rapist*. Presentation at the 11th Annual Massachusetts Prosecutors Conference, Boston, MA.

Lisak, D. (2005, March). *The Undetected Rapist*. Invited address at Colorado College, Colorado Springs, CO.

Lisak, D. (2005, February). *The Undetected Rapist on Campus*. Invited address at Dartmouth University, Hanover, NH.

Lisak, D. (2005, January). *The Undetected Rapist*. Workshop presented at "Understanding Sexual Violence: A Research Symposium," Virginia Tech University, Blacksburg, Va.

Lisak, D. (2005, January). *The Neurobiology of Trauma*. Workshop presented at "Understanding Sexual Violence: A Research Symposium," Virginia Tech University, Blacksburg, Va.

Lisak, D. (2004, November). *Male Victimization*. Workshop presented at the New Mexico Coalition of Sexual Assault Programs' Sexual Abuse Program Coordinators' Meeting, Albuquerque, NM.

Lisak, D. (2004, November). *Psychological Trauma: A Brief History*. Workshop presented at the New Mexico Coalition of Sexual Assault Programs' Sexual Abuse Program Coordinators' Meeting, Albuquerque, NM.

Lisak, D. (2004, October). *Briefing*. Chief and Secretary of the United States Air Force. Washington, DC.

Lisak, D. (2004, October). *The Undetected Rapist.* Keynote address at the 12th Annual Scientific Assembly of the International Association of Forensic Nurses, Chicago, IL.

Lisak, D. (2004, September). *The Undetected Rapist.* Invited address at the Conference on Sexual Violence and the College Campus, Wisconsin Coalition Against Sexual Assault, Stevens Point, WI.

Lisak, D. (2004, September). *The Undetected Rapist.* Invited address at the 4th Annual Sex Crimes Conference, Texas Association Against Sexual Assault, Austin, TX.

Lisak, D. (2004, September). *Serial Sexual Predators.* Invited address at the annual Air Combat Command Commanders' and Spouses' Conference, Langley Air Force Base, VA.

Lisak, D. (2004, September). *The Undetected Rapist.* Invited address at the U.S. Department of Defense conference, "Care for Victims of Sexual Assault," Lansdowne, VA.

Lisak, D. (2004, September). *Stalking: The Link to Domestic Violence and Sexual Assault*. Panel presentation at "Learning from the Past, Shaping the Future: A Symposium commemorating the 10[th] Anniversary of the Violence Against Women Act, US Department of Justice, Washington, DC.

Beszterczey, S. & Lisak, D. (2004, August). *Lessons from Death Row- Examining the Life Histories of Murderers*. Paper presented at the Annual Meeting of the American Psychological Association, Hawaii.

Lisak, D. (2004, August). *Mechanisms forUncovering Deception and Manipulation in Sex Offenders*. Special seminar conducted for the New Mexico Sex Offender Management Board,  Santa Fe, New Mexico.

Lisak, D. (2004, August). *Strategies for Justice: Understanding and Investigating the Nonstranger Rapist*. Workshop presented at the 1st Annual conference of the New Mexico SANE Association, Albuquerque, New Mexico.

Lisak, D. (2004, August). *The Undetected Rapist*. Presentation to the National Judicial Education Program's State Team Meeting, Washington, DC.

Lisak, D. (2004, August). *The Neurobiology of Trauma*. Presentation to the National Judicial Education Program's State Team Meeting, Washington, DC.

Lisak, D. (2004, August). *Non-Stranger Rapists & the Impact of Rape*. United States Air Force Briefing, Andrew's Air Force Base, Maryland.

Lisak, D. (2004, July). *Understanding Sexual Predators*. Invited address to the 2nd Federal-Tribal Working Group on the Response to Sexual Assault of Indian Women, Santa Ana Pueblo, NM.

Lisak, D. (2004, June). *The Undetected Rapist*. Invited address to the Judicial Conclave of the State of New Mexico, Albuquerque, NM.

Lisak, D. (2004, June). *Sex Offenders: Sentencing and Treatment*. Workshop presented for the National Judicial Education Program, Albuquerque, NM.

Lisak, D. (2004, June). *The Undetected Rapist*. Workshop presented at the Attorney General's Conference on Sexual Assault Response, Eugene, OR.

Lisak, D. (2004, June). *The Neurobiology of Trauma*. Workshop presented at the Attorney General's Conference on Sexual Assault Response, Eugene, OR.

Lisak, D. (2004, June). *The Undetected Rapist: Implications for Criminal Justice*. Workshop presented at the Attorney General's Conference on Sexual Assault Response, Eugene, OR.

Lisak, D. (2004, May). *Premeditation and the Perpetrator Mindset*. Presentation at the National Sexual Assault Law Institute, sponsored by the Victim Rights Law Center, Boston, MA.

Lisak, D. (2004, May). *True Rape.* Keynote speech at the 9th Annual Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2004, April). *The Undetected Rapist*. Workshop presented at the 9th Annual Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2004, April). *The Neurobiology of Trauma*. Workshop presented at the 9th Annual Advocacy in Action Conference, Albuquerque, NM.

Lisak, D. (2004, May). *Non-Stranger Sexual Assault*. Presentation at "Moving Mountains to End Sexual Violence," United States Air Force Academy, Colorado Springs, CO.

Lisak, D. (2004, April). *The Undetected Rapist*. Presentation to the United States Air Force Sexual Assault Prevention and Response Task Force, The Pentagon, Virginia.

Lisak, D. (2004, April). *The Undetected Rapist*. Presentation to the United States Air Force Sexual Assault Prevention and Response IPT Conference, McLean, VA.

Lisak, D. (2004, April). *The Male Abuse Victim*. "Community Hour" at Dartmouth College, Hannover, NH.

Lisak, D. (2004, April). *The Undetected Rapist: What Can the "Good Guys Do?"* Presentation at Dartmouth College, Hannover, NH.

Lisak, D. (2004, April). *The Undetected Rapist: Implications for Prevention*. Presentation to administrators, Dartmouth College, Hannover, NH.

Lisak, D. (2004, April). *Research on Rape and Rapists*. Grands Rounds presented at Dartmouth-Hitchcock Medical Center, Hannover, NH.

Lisak, D. (2004, April). *The Undetected Rapist*. Presentation before the Governor's Commission on Sexual and Domestic Violence, Boston, MA.

Lisak, D. (2004, March). *The Undetected Rapist*. Workshop presented at the 4th Annual Campus Violence Summit, Wahpeton, ND.

Lisak, D. (2004, March). *The Undetected Rapist*. Briefing to the Interagency Policy Taskforce, United States Air Force, The Pentagon, Virginia.

Lisak, D. (2004, March). *Keynote Address*. Presented at "Speak Up, Speak Out: Border to Border Conference" of the Texas Association Against Sexual Assault, El Paso, TX.

Lisak, D. (2004, March). *The Undetected Rapist*. Workshop presented at "Speak Up, Speak Out: Border to Border Conference" of the Texas Association Against Sexual Assault, El Paso, TX.

Lisak, D. (2004, February). *Understanding the Nonstranger Rapist*. Workshop presented at the National Advocacy Center, "Sexual Assault Trial Advocacy: Meeting Common Defenses," Columbia, SC.

Lisak, D. (2004, February). *Stalking and Sexual Assault*. Workshop presented at a Stalking and Sexual Assault Meeting sponsored by the National Center for Victims of Crime, Washington, DC.

Lisak, D. (2004, January). *Stalking and Sexual Assault*. Workshop presented at the special training seminar, "Stalking: Innovative Approaches to Investigation and Response," presented by the Massachusetts Executive Office of Public Safety and the National Center for Victims of Crime/Stalking Resource Center, Waltham, MA.

Lisak, D. (2004, January). *The Psychology and Behavior of the Undetected Rapist*. Workshops presented at the Special Leadership Training Seminar for the United States Air Force Academy, Colorado Springs, CO.

Lisak, D. (2003, October). *The Neurobiology of Trauma*. Workshop presented for the Commonwealth of Massachusetts Administrative Office of the Trial Courts, Waltham, MA.

Lisak, D. (2003, October). *The Psychology and Behavior of the Undetected Rapist*. Workshop presented at the Special Leadership Training Seminar for the United States Air Force Academy, Colorado Springs, CO.

Lisak, D. (2003, October). *The Neurobiology of Trauma*. Workshop presented at the Special Leadership Training Seminar for the United States Air Force Academy, Colorado Springs, CO.

Miller, P.M. & Lisak, D. (2003, September). *Beyond main effects: Predicting perpetration on the basis of interactions between childhood abuse characteristics*. Paper presented at the Tenth International Conference of Male Survivor: National Organization Against Male Sexual Victimization, Minneapolis, MN.

Lisak, D. (2003, September). *Understanding Sexual Violence against American Indian Women*. Presentation to the Special Working Group Examing Federal Policies Governing the Investigation of Sexual Violence against American Indian Women, (Santa Ana Pueblo, New Mexico).

Lisak, D. (2003, September). *Investigating the Undetected Rapist*. Workshop presented as part of the Ending Violence Against Women training, Acoma, NM.

Lisak, D. (2003, September). *The Neurobiology of Trauma*. Workshop presented at the 2nd Annual Regional Conference on Domestic Violence, Farmington, NM.

Lisak, D. (2003, September). *The Undetected Rapist*. Workshop presented at the 46th Annual Washington Judicial Conference, Tacoma, WA.

Lisak, D. (2003, September). *The Neurobiology of Trauma*. Workshop presented at the 46th Annual Washington Judicial Conference, Tacoma, WA.

Lisak, D. (2003, August). *The Neurobiology of Trauma.* Workshop presented at the Judicial Council of California's Summer Conferance, "Judicial Decision Making in Sexual Assault Cases, San Diego, CA.

Lisak, D. (2003, August). *The Undetected Rapist..* Keynote Address, presented at the Judicial Council of California's Summer Conference, "Judicial Decision Making in Sexual Assault Cases, San Diego, CA.

Harwell, M.C. & Lisak, D. (2003, June). *The Neurobiology of Trauma: Basic Science and Applications.* Workshop presented for the Taos Coalition Against Violence, Taos, New Mexico.

Lisak, D. (2003, June). *The Undetected Rapist: Investigation and Prevention*. Invited address at the University of South Carolina, Columbia, SC.

Lisak, D. (2003, June). *The Neurobiology of Trauma.* Workshop presented at the WI-International Association of Forensic Nurses Advanced Forensic Conference, Milwaukee, WI.

Lisak, D. (2003, June). *The Undetected Rapist..* Keynote Address, presented at the WI-International Association of Forensic Nurses Advanced Forensic Conference, Milwaukee, WI.

Lisak, D. (2003, May). *Investigating the Undetected Rapist*. Plenary address, presented at the 1st Annual Conference of the Colorado Coalition Against Sexual Assault, Breckenridge, CO.

Lisak, D. (2003, May). *Investigating the Undetected Rapist*. Workshop sponsored by the New Mexico Coalition Against Sexual Assault, Albuquerque, NM.

Lisak, D. (2003, May). *The Undetected Rapist: Modus Operandi and Investigative Avenues.* Invited address at the First Annual Conference of the Colorado Coalition Against Sexual Assault, Breckenridge, CO.

Lisak, D. (2003, April). *Detection and Prosecution of the Undetected Rapist*. Paper presented at Bowling Green State University, Bowling Green, Ohio.

Exh. 13 - 000174

Lisak, D. (2003, April). *The Undetected Sex Offender*. Workshop presented at the International Conference on Domestic Violence, Sexual Assault and Stalking, San Diego, CA.

Lisak, D. (2003, April). *The Neurobiology of Trauma*. Workshop presented at the 15th Annual Southwest Regional Behavioral Health Conference, Albuquerque, NM.

Lisak, D. (2003, March). *The Neurobiology of Trauma*. Workshop presented for the American Prosecutor Research Institute, Raleigh, NC.

Lisak, D. (2003, March). *Undetected Rapists*. Workshop presented for the American Prosecutor Research Institute, Raleigh, NC.

Lisak, D. & Harwell, C. (2003, January). *Sexual Crimes and Psychological Trauma: A Prosecutor's Guide.* Prosecuting Sexual Crimes III, the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. & Harwell, C. (2003, January). *Convicting the Charming Serial Rapist: Acquaintance Rape Prosecutions.* Prosecuting Sexual Crimes III, the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. (2002, November). *The Neurobiology of Trauma*. Workshop presented for the American Prosecutor Research Institute, Knoxville, TN.

Lisak, D. (2002, June). *Undetected Rapists*. Workshop presented for the American Prosecutor Research Institute, Knoxville, TN.

Lisak, D. (2002, November). *The Long Term Impact of Childhood Sexual Abuse*. Workshop presented at the Third National Seminar on Mental Health and the Criminal Law, Atlanta, GA.

Lisak, D. (2002, October). *The Undetected Rapist*. Keynote presented at the Grants to Reduce Violent Crimes Against Women on Campus Program: Training and Technical Assistance Institute, Miami, FL.

Lisak, D. (2002, October). *The Undetected Rapist*. Workshop presented at the Grants to Reduce Violent Crimes Against Women on Campus Program: Training and Technical Assistance Institute, Miami, FL.

Lisak, D. (2002, September). *The Undetected Rapist*. Keynote presented at the Virginia Coalition Against Sexual Assault 2002 Training Conference, Roanoke, VA.

Lisak, D. (2002, September). *The Neurobiology of Trauma*. Workshop presented at the Virginia Coalition Against Sexual Assault 2002 Training Conference, Roanoke, VA.

Exh. 13 - 000175

Lisak, D. (2002, September). *The Neurobiology of Trauma*. Workshop presented for the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. (2002, September). *Undetected Rapists*. Workshop presented for the New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM.

Lisak, D. (2002, June). *The Neurobiology of Trauma*. Workshop presented for the American Prosecutor Research Institute, Albuquerque, NM.

Lisak, D. (2002, June). *Undetected Rapists*. Workshop presented for the American Prosecutor Research Institute, Albuquerque, NM.

Lisak, D. (2002, June). *Protecting Further Victimizaton: Sex Offender Management*. Workshop presented for the American Prosecutor Research Institute, Albuquerque, NM.

Lisak, D. (2002, June). *The Neurobiology of Trauma*. Workshop presented for the Wahkiakum County Prosecutor's Office, Cathlamet, WA.

Lisak, D. (2002, June). *Undetected Rapists*. Workshop presented for the Wahkiakum County Prosecutor's Office, Cathlamet, WA.

Lisak, D. (2002, May). *Treating the Male Victim of Child Sexual Abuse*. Workshop presented for the Connecticut Department of Mental Health, Middletown, CT.

Lisak, D. (2002, May). *The Undetected Rapist*. Workshop presented at Marquette University, Milwaukee, WI.

Lisak, D. (2002, May). *Identifying, Responding to and Thwarting Undetected Rapists on Campus*. Workshop presented at Marquette University, Milwaukee, WI.

Lisak, D. (2002, April). *Sex Offenders: Myths and Realities*. Workshop presented for the American Prosecutor Research Institute, Bloomington, IL.

Lisak, D. (2002, April). *The Neurobiology of Trauma*. Workshop presented for the American Prosecutor Research Institute, Bloomington, IL.

Lisak, D. (2002, March). *Male Gender Socialization and the Perpetration of Child Sexual Abuse*. Paper presented at VAASA Conference on Child Sexual Assault/Abuse, Charlottesville, VA.

Lisak, D. (2002, March). An Editor's View of the Review Process. In D. Jackson (Chair), *How to Publish Your Manuscript*. Symposium conducted at the Annual Meeting of the Eastern Psychological Association, Boston, MA.

Exh. 13 - 000176

Lisak, D. (2002, March). *The Impact of Child Sexual Abuse on Male Development*. Paper presented at VAASA Conference on Child Sexual Assault/Abuse, Charlottesville, VA.

Lisak, D. (2002, March). *Sex Offenders: Myths and Realities*. Workshop presented at the Annual Meeting of the Michigan Judicial Institute, Lansing, MI.

Lisak, D. (2002, March). *Sex Offenders: Treatment and Sentencing*. Workshop presented at the Annual Meeting of the Michigan Judicial Institute, Lansing, MI.

Lisak, D. (2002, February). *Sex Offenders: Myths and Realities*. Workshop presented for the American Prosecutor Research Institute, Mesquite, NV.

Lisak, D. (2002, February). *The Neurobiology of Trauma*. Workshop presented for the American Prosecutor Research Institute, Mesquite, NV.

Lisak, D. (2002, January). *Forensic Evaluation of Childhood Sexual Abuse*. Workshop presented for the Habeas Corpus Resource Center, San Francisco, CA.

Jacupcak, M., Roemer, L., & Lisak, D. (2001, November). *Men's fear of emotion and its role in relationship violence*. Paper presented at the annual meeting of the International Society for Traumatic Stress Studies, New Orleans, LA.

Miller, P.M. & Lisak, D. (2001, November). *Abuse Severity as a Function of Single-Versus Multiple Forms of Child Abuse*. Paper presented at the annual meeting of the International Society for Traumatic Stress Studies, New Orleans, LA.

Lisak, D. & Miller, P.M. (2001, October). *The Cycle of Violence: Abuse Factors Linked to Later Perpetration*. Paper presented at the Ninth International Conference of the National Organization on Male Sexual Victimization, New York, NY.

Lisak, D. (2001, October). *Sex Offenders: Myths and Realities*. Workshop presented for the American Prosecutor Research Institute, Kansas City, MO.

Lisak, D. (2001, October). *The Neurobiology of Trauma.*. Workshop presented for the American Prosecutor Research Institute, Kansas City, MO.

Lisak, D. (2001, October). *Sex Offenders: Myths and Realities*. Workshop presented for the American Prosecutor Research Institute, Seattle, WA.

Lisak, D. (2001, October). *The Neurobiology of Trauma.*. Workshop presented for the American Prosecutor Research Institute, Seattle, WA.

Lisak, D. (2001, October). *Male Pain. Painful Masculinity*. Paper presented at the Ninth International Conference of the National Organization on Male Sexual Victimization, New York, NY.

Exh. 13 - 000177

Miller, P.M. & Lisak, D. (2001, October). *The Cycle of Violence among Men Abused as Children: A Test of Masculine Gender Socialization's Role*. Paper presented at the Ninth International Conference of the National Organization on Male Sexual Victimization, New York, NY.

Lisak, D. (2001, September). *Sex Offenders: Myths and Realities*. Workshop presented for the American Prosecutor Research Institute, Lansing, MI.

Lisak, D. (2001, September). *The Neurobiology of Trauma.*. Workshop presented for the American Prosecutor Research Institute, Lansing, MI.

Lisak, D. (2001, August). *Research on Undetected Rapists*. Teleconference workshop presented for the California Coalition Against Sexual Assault national university campus education project, Boston, MA.

Lisak, D. (2001, June). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Golden, CO.

Lisak, D. (2001, June). *No One is Untouched*. Paper presented at the First National Conference, Healing the Wounds of Murder, Chestnut Hill, MA.

Lisak, D. (2001, June). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Golden, CO.

Lisak, D. (2001, May). *Dynamics of Serial Sex Offenders and Working with Traumatized Victims*. Workshop presented at the 6th Statewide Domestic Violence Conference, Massachusetts District Attorneys Association, Falmouth, MA.

Lisak, D. (2001, April). *The Impact of Trauma on Male Development*. Paper presented at the Harvard Medical School conference, "Understanding Boys and Men," Cambridge, MA.

Lisak, D. (2001, April). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Detroit, MI.

Lisak, D. (2001, April). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Detroit, MI.

Lisak, D. (2001, April). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Des Moines, IO.

Lisak, D. (2001, April). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Des Moines, IO.

Lisak, D. (2001, April). *Rapists: Myths and Realities.* Workshop presented at the 2001 Sexual Assault Summit, Prosecuting Attorneys Association of Michigan, Lansing, MI.

Lisak, D. (2001, April). *The Neurobiology of Trauma: Understanding Victim Impact*. Workshop presented at the 2001 Sexual Assault Summit, Prosecuting Attorneys Association of Michigan, Lansing, MI.

Lisak, D. (2001, March) *Trauma, Gender and Sexuality*. Workshop presented for the Fenway Community Health Center, Boston, MA.

Lisak, D. (2000, December). *Treatment of Male Survivors of Trauma*. Workshop presented for the AdCare Educational Institute, Dedham, MA.

Lisak, D. (2000, September). *The Consequences of Sexual Abuse for Adult Males.* The Second National Seminar on Mental Health and the Criminal Law, San Francisco, CA.

Lisak, D. (2000, August). *Ideological Certainty vs. Diversity in the Psychology of Men and Masculinity.* Paper presented at the Annual Meeting of the American Psychological Association, Washington, DC.

Lisak, D. (2000, August). Can Murder Traumatize the Murderer? Answers from Death Row. In R. MacNair (Chair), *The Psychological Consequences of Killing: Perpetration-Induced Traumatic Stress.* Symposium conducted at the Annual Meeting of the American Psychological Association, Washington, DC.

Lisak, D. (2000, August). Serial Rape and Multiple Offending by Undetected Rapists. In D. Lisak (Chair), *Serial Rapists – Incarcerated and Undetected: Challenges to Criminal Justice.* Symposium conducted at the Annual Meeting of the American Psychological Association, Washington, DC.

Lisak, D. (2000, August). Discussant. In J.M. O'Neil & G.E. Good (Chairs), *Gender Role Conflict Research in the Year 2000: Innovative Directions.* Symposium conducted at the Annual Meeting of the American Psychological Association, Washington, DC.

Lisak, D. (2000, June). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Oxford, MS.

Lisak, D. (2000, June). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Oxford, MS.

Lisak, D. (2000, June). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Burlington, VT.

Lisak, D. (2000, June). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Burlington, VT.

Exh. 13 - 000179

Lisak, D. (2000, May). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Nebraska City, NE.

Lisak, D. (2000, May). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Nebraska City, NE.

Lisak, D. (2000, May). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Nebraska City, NE.

Lisak, D. (2000, May). *Trauma in the Development of Boys*. Workshop sponsored by The Trauma Center, Arbour Health System, Boston, MA.

Lisak, D. & Gartner, R. (2000, April). *Betrayed as Boys: Treatment of Male Survivors of Sexual Abuse.* Workshop sponsored by the Centre for Treatment of Sexual Abuse and Childhood Trauma, Ottawa, Ontario, Canada.

Lisak, D. (2000, May). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Chicago, IL.

Lisak, D. (2000, May). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Chicago, IL.

Lisak, D. (2000, May). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Chicago, IL.

Lisak, D. (2000, March). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Princeton, NJ.

Lisak, D. (2000, March). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Princeton, NJ.

Lisak, D. (2000, March). *The Neurobiology of Trauma.*. Workshop presented for the National Judicial Education Program, Princeton, NJ.

Lisak, D. (2000, March). *Non Stranger Rape.* Workshop presented at the Massachusetts State Police Conference, "Sexual Assault and Stalking," Framingham, MA.

Lisak, D. (2000, February). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Athens, Georgia.

Lisak, D. (2000, February). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Athens, Georgia.

Lisak, D. (1999, December). *Sex Offenders: Myths and Realities.* Workshop presented at the Winter Conference for Judicial Officers, Indianapolis, Indiana.

Lisak, D. (1999, November). *Assessment of the Violent Offender*. Workshop presented to the Middlesex County Court Clinic, Cambridge, Massachusetts.

Lisak, D. (1999, September). Unmasking the Never-Incarcerated Rapist.  In the *National Symposium on Non-Stranger Sexual Assault*.  Sexual Assault Inter-Agency Council. Estes Park, CO.

Lisak, D. (1999, August). Chair. *Roundtable discussion: Psychology of Men and Masculinity*. Presented at the Annual Meeting of the American Psychological Association, Boston, MA.

Lisak, D. (1999, August). Victimized men: Caught in a cultural oxymoron. In C. Steigmeier & C.J. Habben (co-chairs). *Men in a cultural vise—baby boomers, generation X, victimized men.* Symposium conducted at the Annual Meeting of the American Psychological Association, Boston, MA.

Lisak, D. (1999, March). *Sex Offenders: Characteristics, Treatment and Disposition*. Workshop presented for the Commonwealth of Massachusetts Administrative Office of the Trial Court, Leominster, Massachusetts.

Lisak, D. (1999, February). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Madison, Wisconsin.

Lisak, D. (1999, February). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Madison, Wisconsin.

Lisak, D. (1999, January). *Understanding Perpetrators of Sexual Violence.* Workshop presented at the Beth Israel-Deaconess Hospital Rape Crisis Center, Boston, MA.

Miller, P.M. & Lisak, D. (1999, November). Emotional experience, childhood abuse, and perpetration in college males.  Presented at the International Society for Traumatic Stress Studies, XV Annual Meeting, Miami.

Miller, P.M. & Lisak, D. (1999, August). *Role of Emotional Functioning in the Cycle of Violence*. Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

Conklin, A.C. & Lisak, D. (1998, November). *Attachment, Childhood Abuse, and Perpetration in Adulthood*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Washington, D.C.

Lisak, D. (1998, November). Chair. *Searching for causal mechanisms in the cycle of violence*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Washington, D.C.

Lisak, D. (1998, November). They cycle of violence: Evidence from a 2,000 man sample. In D. Lisak (Chair), *Searching for causal mechanisms in the cycle of violence*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Washington, D.C.

Lisak, D. (1998, November). Men's relationships in the wake of childhood abuse. In B. Liang & L. Williams (Chairs), *The long-term sequelae of child abuse: An ecological perspective*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Washington, D.C.

Lisak, D. (1998, August). Empathy – cross gender and otherwise – its loss and resurrection. In D. Twohey and B. Pollack (Chairs), *Alien nations: What women need to understand about men, and vise versa*. Symposium conducted at the Annual Meeting of the American Psychological Association, San Francisco, CA.

Lisak, D. (1998, October). *Male gender socialization and male victimization*. Paper presented at the Women's Health Sciences Division, National Center for PTSD, Department of Veteran's Affairs, Boston, MA.

Lisak, D. (1998, June). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Midway, Utah.

Lisak, D. (1998, June). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Midway, Utah.

Lisak, D. (1998, June). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Spokane, WA.

Lisak, D. (1998, June). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Spokane, WA.

Lisak, D. (1998, February). *Understanding the Psychology of the Rapist*. Workshop presented at the Beth Israel-Deaconess Hospital Rape Crisis Center, Boston, MA.

Lisak, D. (1997, December). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Indianapolis, IN.

Lisak, D. (1997, December). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Indianapolis, IN.

Miller, P.M. & Lisak, D. (1997, November). *Differences in psychopathology associated with abuse-perpetration status among males.* Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

Conklin, A.C., Ochberg, R., & Lisak, D. (1997, November). *Shame, childood sexual abuse, and perpetration of violence in adulthood.* Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

Lisak, D. (1997, November). *Clinical treatment of the male survivor of childhood abuse.* Workshop presented for Harvard Pilgrim HealthCare, Boston, MA.

Lisak, D. (1997, November). Discussant. In S. Weine (chair), *Narrative trauma studies: attitudes, techniques, approaches.* Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

Lisak, D. (1997, August). Sexual Exploitation and Abuse and its Roots in Masculine Socialization. In R. Levant and G. Brooks (Co-chairs), *Men and the problem of nonrelational sex.* Symposium conducted at the Annual Meeting of the American Psychological Association, Chicago, IL.

Lisak, D. (1997, August). Case Study from Death Row: The Cycle of Brutality. In L. Lebowitz (Chair), *Narrative Methods: Illuminating the Intersection of Gender, Race and Power.* Symposium conducted at the Annual Meeting of the American Psychological Association, Chicago, IL.

Brooks, G. and Lisak, D. (1997, August). *Where we've been: Two decades of men's studies.* Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Francisco, CA.

Lisak, D. (1997, September). *Sex Offenders: Myths and Realities.* Workshop presented for the National Judicial Education Program, Butte, MT.

Lisak, D. (1997, September). *Sex Offender Treatment: State of the Art.* Workshop presented for the National Judicial Education Program, Butte, MT.

Lisak, D. (1997, June). *Sex Offenders: Myths and Realities.* Workshop presented for the National Judicial Education Program, Washington, D.C.

Lisak, D. (1997, June). *Sex Offender Treatment: State of the Art.* Workshop presented for the National Judicial Education Program, Washington, D.C.

Lisak, D. (1997, May). *Sex Offenders: Myths and Realities.* Workshop presented for the National Judicial Education Program, State College, PA.

Lisak, D. (1997, May). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, State College, PA.

Lisak, D. (1997, May). *Male Survivors: Clinical responses to the interacting legacies of childhood trauma and masculine socialization*. Workshop presented by Advanced Clinical Practices in Trauma Treatment, Toronto, Canada.

Lisak, D. (1997, March). *Sex Offenders: Myths and Realities*. Workshop presented for the National Judicial Education Program, Denver, CO.

Lisak, D. (1997, March). *Sex Offender Treatment: State of the Art*. Workshop presented for the National Judicial Education Program, Denver, CO.

Lisak, D. (1997, February). *The Psychology of the Rapist*. Workshop presented at the Beth Israel Hospital Rape Crisis Center, Boston, MA.

Lisak, D. (1996, November). *Absent and present fathers and their role in the development of male identity*. Paper presented at The Trauma Center at HRI conference, "Fathers, Sons and Violence." Boston, MA.

Lisak, D. (1996, November). Childhood abuse, murder and redemption: A cycle of trauma. In L. Lebowitz (Chair), *Controversies at the intersection of mental health and the death penalty*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Francisco, CA.

Lisak, D. (1996, August). Pain and perpetration in men abused as children. In M. Wong (Chair), *Development of male anger, shame and malevolence*. Symposium conducted at the Annual Meeting of the American Psychological Association, Toronto, Canada.

Lisak, D. (1996, August). Tracing the effects of childhood abuse into men's adulthood. In L. Morris (Chair), *Sexual abuse of males – A life span perspective*. Symposium conducted at the Annual Meeting of the American Psychological Association, Toronto, Canada.

Lisak, D. (1996, May). Legacies of Male Gender Socialization. In N. Atwood (Chair), *Sexism in Families*. Symposium conducted at the 73rd Annual Meeting of the American Orthopsychiatric Association, Boston, MA.

Lisak, D. (1996, April). Interacting Legacies of Childhood Abuse and Masculine Gender Socialization. In R. Gartner (Chair), *Sexually Abused Men's Struggles with Masculinity*. Symposium conducted at the Sixteenth Annual Spring Meeting of the Division of Psychoanalysis of the American Psychological Association, New York, NY.

Lisak, D. (1996, April). *Gender Socialization and the Male Abuse Survivor*. Paper presented at the Victims of Violence Program, Cambridge Hospital, Cambridge, MA.

Lisak, D. (1996, March). *Adult Men and the Aftermath of Childhood Trauma: Research and Clinical Findings*. Paper presented at the Harvard Medical School conference, "Psychological Trauma: Maturational Processes and Therapeutic Interventions," Boston, MA.

Lisak, D. (1995, March). *Long Term Effects of Abuse in Adult Men*. Workshop presented at the National Center for Post Traumatic Stress Disorder, VA Medical Center, Boston, MA.

Conklin, A. & Lisak, D. (1995, November). *Object Relations and Social Cognition in Male Survivors of Sexual Abuse*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

Hopper, J. & Lisak, D. (1995, November). *Masculine Gender Socialization as a Mediator of Abuse and Perpetration*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

Miller, P. & Lisak, D. (1995, November). *Psychological Distress of Males with Abuse and/or Perpetration Histories*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

Lisak, D. (1995, November). Transforming childhood abuse on death row. In J. Greenwald (chair)*, Legacies of violence: Transforming the impact of violence*. Symposium conducted at the Annual Meeting of the Massachusetts Psychological Association, Andover, MA.

Lisak, D. (1995, November). Self-report assessment of childhood abuse in male research subjects. In (V.M. Follette, Chair), *The assessment of adult male survivors of childhood sexual abuse*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

Lisak, D. (1995, October). *The Relationship Between Childhood Abuse and Male Perpetration: Gender Socialization, Emotional Constriction and Empathy Deficits as Mediating Variables*. Paper presented at The Sixth World Interdisciplinary Conference on Male Sexual Victimization, Columbus, OH.

Lisak, D. (1995, August). *Integrating gender analysis in psychotherapy with male survivors of abuse*. In R.F. Levant (Chair), Recent advances in the psychotherapy of men. Symposium conducted at the Annual Meeting of the American Psychological Association, New York, NY.

Lisak, D. (1995, May). *The gender factor in countertransference with dissociative patients*. Symposium conducted at the Spring Meeting of the New England Association for the Study of Dissociation. Belmont, MA.

Exh. 13 - 000185

Lisak, D. & Roiphe, K. (1995, January). *A Conversation with Katie Roiphe and David Lisak*. Symposium conducted at the 1995 Colorado College Symposium, "Sexuality and Gender," Colorado Springs, CO.

Lisak, D. (1995, March). *The Reconstruction of Gender in the Treatment of Male Sex Abuse Survivors*. Paper presented at the HRI Trauma Center Conference, "Legacies of Childhood: Traumatic Adaptations in the Lives of Men," Boston, MA.

Lisak, D. (1995, January). *The Reality of Sexual Violence in America*. Paper presented at the 1995 Colorado College Symposium, "Sexuality and Gender," Colorado Springs, CO.

Lisak, D. & Lebowitz, L. (1995, November). *Integrating an understanding of gender into the treatment of trauma survivors*. Workshop conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

Lisak, D. (1995, September). *Clinical issues in short term counseling of male survivors of childhood abuse*. Workshop conducted at the Harvard University Peer Counseling Center, Cambridge, MA.

Lisak, D. & Becker, J. (1995, August). *Clinical issues in cyclical victimization: The male sexual abuse victim/perpetrator*. In L. Morris (Chair), Conversation Hour conducted at the Annual Meeting of the American Psychological Association, New York, NY.

Lisak, D. (1995, March). *Countertransference Issues in Working with Male Survivors of Abuse who have Perpetrated Violence*. Workshop presented at the National Center for Post Traumatic Stress Disorder, VA Medical Center, Boston, MA.

Lisak, D. (1995, January). *The Psychology of the Rapist*. Workshop presented at the Beth Israel Hospital Rape Crisis Center, Boston, MA.

Lisak, D. (1994, November). Ethical dilemmas in death penalty consultations. In *Trauma and the law: Ethical dilemmas in forensic practice*. Workshop conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, IL.

Lisak, D. (1994, November). *Violence and Masculinity*. Paper presented as part of the New Jersey Project on Race, Class and Gender, at Brookdale Community College, Monmouth County, NJ.

Lisak, D. (1994, November). Factors which relate to divergent outcomes in adult male survivors of childhood abuse. In F. Grossman (Chair), *Resiliency: Research and reflections*. Symposium conducted at the Annual Meeting of the International Society of Traumatic Stress Studies, Chicago, IL.

Lisak, D. (1994, August). The link between abuse and perpetration: Data from 600 men. In L. Morris (Chair), *Male survivors of child sexual abuse--Toward a better understanding.*

Symposium conducted at the Annual Meeting of the American Psychological Association, Los Angeles, CA.

Lisak, D. (1994, April). *Sexual Abuse, Gender and Male Socialization: Research Findings from the UMass-Boston Study*. Paper presented at the Second Annual Conference, Men and Traumatic Life Experience, Boston, MA.

Lisak, D. (1994, March). *Special Issues in the Assessment and Treatment of Male Victims of Childhood Abuse*. Paper presented at the seminar series of the Brookline Community Mental Health Center, Brookline, MA.

Lisak, D. (1994, February). *Male Victims of Childhood Abuse: Recent Research and Clinical Implications*. Paper presented at the Eight Annual Families in Focus series, Focus Counseling and Consultation, Cambridge, MA.

Lisak, D. (1994, September). *Time-Limited Groups for Male Survivors*. Workshop sponsored by the Harvard Community Mental Health Plan, Brookline, MA.

Lisak, D. (1994, May). *Roundtable on Men and Masculinity*. Workshop sponsored by the Harvard Graduate School of Education, Boston, MA.

Lisak, D. (1994, March). *Countertransference Issues in Working with Male Survivors of Abuse who have Perpetrated Violence*. Workshop presented at the National Center for Post Traumatic Stress Disorder, VA Medical Center, Boston, MA.

Lisak, D. (1994, January). *The Causes of Sexual Aggression*. Workshop presented at the Beth Israel Hospital Rape Crisis Center, Boston, MA.

Lisak, D. (1993, November). *Sexual Assault, Perpetrator Characteristics and Solutions*. Paper presented at Mary Washington College, Fredricksburg, VA.

Lisak, D. (1993, November). *Male Gender Socialization, Empathy, and Violence*. Paper presented at Mary Washington College, Fredricksburg, VA.

Lisak, D. (1993, October). *Culturally-Based Gender Constraints on Men's Recovery from Sexual Abuse*. Paper presented at the Symposium on the Psychology of Adversity, Boston, MA.

Lisak, D. (1993, October). *Research on Male Victims of Childhood Abuse: What do We Know and What Do We Need to Know?* Paper presented at the Fifth National Conference on Male Survivors, Washington, D.C.

Hopper, J. & Lisak, D. (1993, October). *The Relationship between Abuse History and Perpetration*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Exh. 13 - 000187

Luster, L. & Lisak, D. (1993, October). *Educational, Occupational and Relationship Histories of Men Abused as Children*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Song, P. & Lisak, D. (1993, October). *The Relationship between Abuse, Gender and Sexual Identity in Men*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Lisak, D. (1993, October). *Identifying Mental Health Issues for Trial, Sentencing and Post-Conviction Relief*. Workshop presented at the Annual Training Seminar of the Arizona Capital Representation Project, Phoenix, AZ.

Lisak, D. (1993, October). The Interaction of Abuse and Gender Factors in the Perpetration of Violence. In M. Harvey (Chair), *Ecological Perspectives on Sexual Trauma: Gender, Cultural Constructions and Recovery*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Lisak, D. (1993, October). Does Adherence to Male Gender Norms Contribute to Violence? In L. Lebowitz (Chair), *Trauma and Cultural Constructions of Gender: Assessment and Implications*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Pultz, J. & Lisak, D. (1993, October). *Effective Communication Between Attorneys and Mental Health Professionals*. Workshop presented at the Annual Training Seminar of the Arizona Capital Representation Project, Phoenix, AZ.

Pultz, J. & Lisak, D. (1993, October). *Legal and Psychological Aspects of Voluntary Executions*. Workshop presented at the Annual Training Seminar of the Arizona Capital Representation Project, Phoenix, AZ.

Lisak, D. & Lebowitz, L. (1993, April). *Gender and Sexual Violence: Males and Females as Victims*. Colloquium presented at the Sussex County Community College, Newton, NJ.

Lisak, D. (1993, April). *Men who were sexually abused as boys: Research Findings*. Paper presented at the conference, Male Responses to Traumatic Exposure: Vulnerability, Reenactment and Adaptation, Boston, MA.

Lisak, D. (1993, April). *Working with Male Survivors of Childhood Abuse: Gender Specific Issues*. Workshop presented at the conference, Male Responses to Traumatic Exposure: Vulnerability, Reenactment and Adaptation, Boston, MA.

Lisak, D. & Lebowitz, L. (1992, December). *Assessment of Childhood Abuse in Death Row Inmates*. Workshop presented at the California Appellate Project, San Francisco, CA.

Lisak, D. (1992, December). *Gender development and sexual abuse in the lives of men*. Paper presented at the conference, Issues in Cross-Cultural and Developmental Clinical Psychology: Trauma and its Sociocultural Context, Boston, MA.

Lisak, D. (1992, November). *Tracing the relationship between fathering and the motivations for sexual aggression*. Colloquium presented at New Mexico Highlands University, Las Vegas, NM.

Lisak, D. (1992, October). Thematic analysis of autobiographical interviews of adult males sexually abused as children. In E. Newman (Chair), *Narrative analysis of the impact of trauma across three populations*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Los Angeles.

Lisak, D. (1992, October). Gender-specific themes in autobiographies of male survivors of childhood trauma. In K. Krinsley (Chair), *Assessment of childhood trauma in men: Clinical and research issues*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, Los Angeles.

Lisak, D. (1992, August). The gender system, the father-son relationship and sexual aggression. In L. Silverstein (Chair), *Redefining fathering in patriarchal culture*. Symposium conducted at the Annual Meeting of the American Psychological Association, Washington, D.C.

Lisak, D. (1992, April). Gender-specific themes in autobiographical interviews with adult male survivors of childhood sexual abuse. In J. Rierdan (Chair) *New perspectives on trauma and gender*. Symposium conducted at the Annual Meeting of the Eastern Psychological Association, Boston.

Lisak, D. (1992, January). *Assessment of childhood sexual trauma in adult males*. Paper presented at the Veteran's Administration, Outpatient Clinic, Boston.

Lisak, D. (1991, October). *Special considerations in interviewing adult males about early childhood physical and sexual abuse*. Paper presented at the National Center for Posttraumatic Stress Disorder, VAMC, Boston, MA.

Lisak, D. (1991, October). *Manhood in America: Implications for family violence*. Paper presented at the Family Violence Research Center, Childrens' Hospital, Boston, MA.

Lisak, D. (1991, August). Why men rape: Integrating cultural and psychological levels of analysis. In D. Lisak & L. Lebowitz (Chairs), *Rape and culture: Beyond the traditional psychological paradigms*. Symposium conducted at the Annual Meeting of the American Psychological Association, San Francisco.

Lisak, D. (1990, February). *Motives and psychodynamics of unincarcerated rapists*. Colloquium presented at the University of Southern California, Los Angeles, CA.

Lisak, D. (1988, December). *Psychology of the Rapist*. Paper presented at the Kirby Forensic Psychiatric Hospital, Ward's Island, NY.

Lisak, D. (1987, July). *A comparison of mean MMPI profiles of victims of childhood sexual trauma and Vietnam veterans with PTSD*. Paper presented at the Tenth International Conference on Personality Assessment, Brussels, Belgium.

## Judy Clarke

**From:**    Judy Clarke [judyclarke@jcsrlaw.net]
**Sent:**    Tuesday, January 10, 2006 7:31 AM
**To:**    jim-peters@usdoj.gov
**Cc:**    Traci Whalen; Roger Peven; John Adams; Judy Clarke

**Subject:** plea agreement thoughts

Jim - Roger said our collective big picture thoughts about the value of a global settlement in Duncan's case should go directly to you. All of this information is provided with the understanding and expectation that it will not be used in anyway against Mr. Duncan, including at a guilt phase or penalty phase trial in any jurisdiction. And, as you know, it is provided in the informal context of email, and in order to assist you in drafting a memo to DOJ, with the goal being that you may move forward with a request to delay the Idaho trial and work toward a global settlement of the potential cases against Duncan.

1. Public safety considerations: deft can provide codes to access computers that contain data that can assist law enforcement in infiltrating and/or shutting down child predators, including individuals who are currently involved in abusing and harming children and actively distributing child pornography; he can give information on national and possibly international networks and individuals participating in the making and distribution of child pornography on the internet; and he can be studied by FBI profilers over the course of time and provide additional information useful to treatment and prevention of this kind of conduct.

2. Shasta's healing, and other victim family considerations: We all have in mind that Shasta is a 9 year old girl with an uphill battle for healing and treatment ahead of her, and her family, therapy that could take well into adulthood and beyond. With a global settlement, Shasta would not have to testify, she could if her family and therapist thought appropriate for her healing give a statement at Duncan's sentencing, she would not have to travel state to state for the next several years testifying about Duncan's confessions and as a penalty witness and she and her family could focus their attention on healing and working through the loss. Settlement could provide Shasta the opportunity ultimately to have questions answered by Duncan that would be beneficial in contextualizing what happened and answering the why questions; it would take her out of the media's eye and protect her identity as she tries to assimilate back into the community. The family could avoid a civil suit by Duncan agreeing to restitution and voluntarily giving up assets derived from his notoriety.

3. Cost: Many states as well as the federal govt would avoid the expense of prosecution and defense of the various cases, as well as the security concerns that would naturally arise from transporting Duncan around for prosecution. Stats range from $600,000 for a life sentence to well into the millions for a death sentence, with the death sentence costs multiplying by jurisdiction.

4. Unsolved murders: Duncan could provide information on a number of unsolved murders and child molestations.

I sent the Rudolph plea agreements to Traci yesterday, let me know if I need to send them to you as well.

I'm on my way to catch a flight, and will be in Spokane by late afternoon today. Will email additional thoughts or call you then.

Hope all is well with you.

9/6/2007

Exh. 14 - 000191

# Office of the Public Defender of Kootenai County

400 Northwest Boulevard, P.O. Box 9000 - Coeur d'Alene, Idaho 83816-9000
(208) 446-1700   FAX (208) 446-1701

19 January 2006

Bill Douglas
Prosecuting Attorney
HAND DELIVERY

Dear Bill:

I am still hopeful that the Duncan case can be resolved without a trial as a part of a larger, global settlement of all the cases in the different jurisdictions that have or will have cases against him. As you know, if the Idaho case goes to trial, so will every other case. Once a death penalty has been imposed, there no longer remains any reason to not take every other case to trial. Therefore, pursuant to I.R.E. 410, as part of a settlement negotiation and in strictest confidence, I ask you to consider options other than going forward with the trial in April.

There are many benefits that a settlement offers, over the dubious benefits that a trial will produce, including the following:

1. Public safety considerations: Duncan can provide codes to access computers that contain data that can assist law enforcement in infiltrating and/or shutting down child predators, including individuals who are currently involved in abusing and harming children and actively distributing child pornography; he can give information on national and possibly international networks and individuals participating in the making and distribution of child pornography on the internet; and he can be studied by FBI profilers over the course of time and provide additional information useful to treatment and prevention of this kind of conduct.

2. Shasta's healing, and other victim family considerations: We all have in mind that Shasta is a 9 year old girl with an uphill battle for healing and treatment ahead of her, and her family, including therapy that could take well into adulthood and beyond. With a global settlement, Shasta would not have to testify; however, she could, if her family and therapist thought it appropriate for her healing, give a statement at Duncan's sentencing. Further, if the case is continued or settled, Shasta would not have to endure a competency hearing, in chambers, with Duncan present. She would not have to travel state to state for the next several years testifying about Duncan's confessions or as a penalty witness and she and her family could focus their attention on healing and working through the loss. Settlement could provide Shasta the opportunity ultimately to have questions answered by Duncan that would be beneficial in contextualizing what happened and answering the why questions; it would take her out of the media's eye and protect her identity as she tries to assimilate back into the community. The family could avoid a civil suit by Duncan agreeing to restitution and voluntarily giving up assets derived from his notoriety.

3. Cost: Many states as well as the federal government would avoid the expense of prosecution and defense of the various cases, as well as the security concerns that would naturally arise from

1

Exh. 15 - 000192

transporting Duncan around for prosecution. Statistics range from $600,000 for a life sentence to well into the millions for a death sentence, with the death sentence costs multiplying by jurisdiction.

4. Unsolved murders: Duncan could provide information on a number of unsolved murders and child molestations.

5. Duncan stipulates to a sentence of fixed life.

6. In cases where a penalty of death has been imposed, the appeals go on for decades, literally. This means that for the next 10-20 years following a trial and sentence of death, Shasta and her family will have no closure. The specter of endless appeals and potential for remands and retrials will loom over these families. A sentence of death brings the strictest scrutiny by appellate courts, attorneys and organizations that oppose the death penalty in all cases. The notoriety will not end for either Shasta or Duncan. With a settlement, the case basically goes away. Duncan stipulates to a fixed life sentence. No more media coverage, no appeals, and no uncertainty for whether the future will bring us all back to a Kootenai County courtroom many years down the road to replay the whole of the events, again.

In an effort to work towards a global settlement, I am asking that you not oppose continuing the April trial for a considerable amount of time. This will give us the time needed to work out the cases in the several jurisdictions.

Alternatively, (and I believe this to be in the best interests of all concerned including the people of this community, Shasta, the Groene and McKenzie families) we can settle the Kootenai County case with a stipulated fixed life sentence and let the federal authorities take custody of Duncan to work out the rest of the cases.

I would be more than happy to sit down with you and anyone else to discuss these issues, Bill.

Sincerely,

John M. Adams

Exh. 15 - 000193

**Judy Clarke**

| | |
|---|---|
| **From:** | Roger Peven [Roger_Peven@fd.org] |
| **Sent:** | Saturday, January 28, 2006 3:19 PM |
| **To:** | judyclarke@jcsrlaw.net |
| **Subject:** | Peters letter |

Peters didn't get it quite right.  The 7 murders are the ones he could clear up by plea----4 here--2 in Pierce Co. and 1 in California.  I held out the possibility of others.  I never told him I would get the code to the hard drives at this time.  I told him that if we would make our best effort to get as much detail as to our previous proffer----such as the type of info that he will find on the computers.  I told him there was no need for me to possess the code since they will not receive it from us until the FINAL agreement can be reached and that Duncan would be more likely to reveal the contents of the hard drives if he still kept the identity of the code to himself.

If we believe we can "flesh out" more specifics relative to our proffer---who financed him---who can be linked to crimes on the computers etc.  we would provide them if we get the continuance.  I send this to you and you can forward it to everyone since I don't have all of the addresses at hand and might screw it up.  I will be in LA at 9 am tomorrow and will have my cell to call in.  Talk to you then.
----- Forwarded by Roger Peven/WAEG/09/FDO on 01/28/2006 03:09 PM -----

|  |  |  |
|---|---|---|
| "Peters, Jim (USAID)" <Jim.Peters@usdoj.gov> | | To |
| | Roger_Peven@fd.org | |
| | | cc |
| 01/27/2006 08:56 AM | "Haws, Marc (USAID)" <Marc.Haws@usdoj.gov>, "Gonzalez, Rafael (USAID)" <Rafael.Gonzalez@usdoj.gov>, "Whelan, Traci (USAID)" <Traci.Whelan@usdoj.gov> | |
| | | Subject |
| | Meeting re: Duncan | |

Roger - Thank you for taking the time to travel Boise and meet with Marc Haws and me yesterday afternoon.  Here is my understanding of what you said:

1.  Duncan can provide information that will lead investigators to other people who are currently abusing and harming children, actively distributing child pornography and producing and/or financing "snuff" films;

2.  Duncan can clear several (I think you said "at least 7") other murders;

3.  There is information on Duncan's encrypted computers that will corroborate much of what he says; 4.  Duncan can give us the key to decrypt the computers; 5.  You need more time to fully explore the details of the prior crimes, accomplices, and related ongoing offenses with Duncan;

1

Exh. 16 - 000194

6. You would like us to intercede with Kootenai County and ask them to agree to postpone their trial until October so you can get more information from Duncan, and we have time to explore the veracity of Duncan's information and consider the possibility of a global settlement that would result in consecutive sentences of life imprisonment without parole.

Here is my understanding of what we agreed to: After you assure us in writing that Duncan has provided you with the encryption codes to his computers, and has given you substantial information that you know we need to investigate the matters summarized in points 1 and 2 above, then we will approach Bill Douglas and use our best efforts to persuade him to agree to a continuance so we have time thoughtfully to consider the information and weigh the proposed settlement. Your personal assurance that you have this information in hand is a condition precedent to us approaching Bill Douglas and asking him to agree to postponing the Kootenai County case.

Thank you,

Jim Peters

2

Exh. 16 - 000195

# Office of the Public Defender of Kootenai County

400 Northwest Boulevard, P.O. Box 9000 - Coeur d'Alene, Idaho 83816-9000
(208) 446-1700   FAX (208) 446-1701

4 October 2006

William J. Douglas
Kootenai County Prosecuting Attorney
HAND DELIVERY

Re: *State v. Joseph E. Duncan, III*

Dear Bill:

As you know, Mr. Duncan has for some extended period of time been desirous of reaching a resolution of the charges against him. In that effort, on Mr. Duncan's behalf, I am making this settlement offer to you. In exchange for the State withdrawing its Notice of Intent to Seek Death and stipulating to a sentence of fixed life in prison with no possibility of parole, Mr. Duncan will do the following:

1. Mr. Duncan will enter a plea of guilty to all charges in the Information, three counts of first degree murder and three counts of first degree kidnapping, and will admit full responsibility for those crimes;

2. Mr. Duncan will stipulate that he be sentenced to a term of fixed life in prison with no possibility of parole;

3. Mr. Duncan will stipulate to your written factual basis for the plea;

4. Mr. Duncan will cooperate fully and truthfully with law enforcement officials designated by you, including interviews regarding the State charges and charges anticipated to be made against him by the Department of Justice and the United States Attorney.

5. Mr. Duncan will admit to the intentional killing of Dylan Groene in Montana in the early part of 2005, as well as all other crimes committed against Shasta and Dylan Groene.

6. Mr. Duncan will supply to your designated law enforcement personnel the keys to his encrypted computer files. The offer to release the encryption keys is contingent on the approval to do so of Shasta Groene's guardian ad litem, John H. Sahlin. Mr. Sahlin's approval must be made after he has been fully informed by you or your designate that the release of the encryption keys will result in the viewing by others and the potential admission into evidence in court proceedings of still and video pictures which Shasta may believe have been previously destroyed;

7. The family members of the victims of the crimes to which Mr. Duncan will plead guilty may fully participate in any sentencing proceedings, including the right to testify and not

# Office of the Public Defender of Kootenai County

400 Northwest Boulevard, P.O. Box 9000 - Coeur d'Alene, Idaho 83816-9000
(208) 446-1700   FAX (208) 446-1701

be cross examined by the defense.  Further, there will be no defense objection to the presentation of any such testimony by way of prerecorded video or written statements.

8.  In entering into this settlement of the State charges, Mr. Duncan is fully aware that this in no way binds the United States in its prosecution of him for any charges it may bring.  Mr. Duncan is also fully aware that the United States has announced that it will charge and try him for crimes, including the murder of Dylan Groene, and will seek a death penalty upon a conviction for any crimes to which that penalty applies.  Mr. Duncan is also fully aware that any statements he makes pursuant to this settlement will be admissible in evidence against him in any court proceedings in both State and federal courts.

Bill, since time is now of the essence, I would appreciate hearing back from you as soon as possible.  And, certainly, if there are any additional matters you wish to include or discuss, I am available at your convenience.   Also, since this proffer touches upon the federal case, I am providing a copy of this letter to the Office of the United States Attorney and Roger Peven, Mr. Duncan's federal defense attorney.

Sincerely,

John M. Adams                    Roger Peven
Public Defender                  Executive Director
                                 Federal Defenders of E. WA. & ID.





STATE OF IDAHO } ss
COUNTY OF KOOTENAI
FILED:

2006 OCT 16  AM 10: 23

OFFICE OF THE KOOTENAI COUNTY
**PROSECUTING ATTORNEY** CLERK DISTRICT COURT

**BILL DOUGLAS**
PROSECUTING ATTORNEY

501 GOVERNMENT WAY
P.O. BOX 9000
COEUR D'ALENE, IDAHO 83816-9000
bdouglas@co.kootenai.id.us
October 14, 2006

DEPUTY

**TELEPHONE**
CRIMINAL DIVISION
(208) 446-1800
FAX
(208) 446-1833

John M. Adams
Kootenai County Public Defender
Hand Delivery

Subject: **State's Counteroffer in State of Idaho v. Joseph E. Duncan III**

Dear Mr. Adams:

The State rejected your client's October 4, 2006 offer that would have required the State to remove the death penalty option in exchange for guilty pleas. This letter contains the State's counteroffer by which the State can still seek the death penalty if your client pleads guilty to three counts of First Degree Murder and three counts of First Degree Kidnapping.

Moreover, this counteroffer requires that Shasta will not be required to testify at the death penalty phase.

The State's counteroffer is as follows:

1. Mr. Duncan will enter unconditional, provident guilty pleas to all counts in the Criminal Information: three counts of First Degree Murder and three counts of First Degree Kidnapping.

2. Your client will stipulate that the death penalty phase on the three murder counts which will follow Judge Gibler's acceptance of his guilty pleas, shall be continued until after a federal trial and sentencing in United States District Court. If the United States is unsuccessful in obtaining a death sentence, your client will be <u>immediately returned</u> to Kootenai County to face a death sentencing jury under the same conditions as if his sentencing were not abated for the federal trial. If he receives a federal death sentence, upon the signing by the federal district judge of the death warrant or order, which ever comes earlier, Kootenai County stipulates that he receive a fixed life sentence without parole. If sentenced to death by the federal court your client will remain in federal custody pending his execution.

3. Mr. Duncan agrees to waive extradition or other proceeding to expedite his return to Idaho if that is necessary.

4. Your client will enter unconditional, provident guilty pleas to the three First Degree Kidnapping counts on October 16. The State and your client stipulate that he will

State v. Joseph E. Duncan
Agreement October 14, 2006

1

Exh. 18 - 000198

receive three consecutive fixed life terms on these charges, and that the State will introduce a statement of facts as a factual predicate for his pleas, and in aggravation. No witnesses will be called at this sentencing. Your client will waive a presentence investigation.

5. Mr. Duncan will cooperate fully and truthfully with Kootenai County law enforcement officials concerning the crimes to which he is pleading guilty under this agreement that were committed at the Wolf Lodge crime scene.

6. Mr. Duncan will provide the password and or keys to his encrypted computer files to his federal public defender.

7. The family members of the victims of the crimes to which Mr. Duncan will plead guilty may fully participate in any sentencing proceedings subsequent to the sentencing for the kidnapping charges to which he is pleading guilty pursuant to this agreement, including the right to testify and not be cross examined by the defense. Further, there will be no defense objection to the presentation of any such testimony by way of pre-recorded video or written statements.

8. Mr. Duncan agrees that the video and audio tapes of law enforcement's interview of Shasta Groene made in Kootenai County and in Montana may be used at the death penalty sentencing in Kootenai County if such sentencing becomes necessary pursuant to this agreement.

9. Your client's guilty pleas to the State murder and kidnapping charges are irrevocable and cannot be withdrawn.

10. Mr. Duncan will waive his appeal and post conviction rights on the kidnapping sentence.

11. At a death penalty sentencing, the State may introduce its full aggravation case, to include all evidence provided in discovery and marked as evidence for the trial to commence today, October 16, 2006.

12. If Mr. Duncan fails to comply with any provision of this agreement prior to — Mr. Duncan's the federal sentencing, the State will provide notice to Judge Gibler, and initiate his return to Kootenai County for a death penalty sentencing.

13. By entering this agreement, your client is fully aware that this Agreement in no way binds the United States in its prosecution for any charges it may bring. Mr. Duncan is also fully aware that the United States has announced formally that it will indict and try him for certain crimes, including the murder of Dylan Groene, and will seek the death penalty upon conviction of any capital crime. He is also fully aware that any statement made pursuant to this agreement will be admissible in evidence against him in any court proceeding in both Idaho and United States District Court.

State v. Joseph E. Duncan                                                2
Agreement October 14, 2006

Exh. 18 - 000199

14. There are no sub rosa agreements.

Your client must accept this counteroffer prior to the commencement of jury selection on Monday, October 16. If he does not accept, we will proceed to trial as scheduled.

Indicate by your signatures below whether your client agrees to these terms.

Sincerely,

William J. Douglas
Prosecuting Attorney in and for
Kootenai County, Idaho

The above terms are accepted.

John M. Adams
Attorney for Joseph E. Duncan III
Date: October 4, 2006

Joseph E. Duncan III
Date: October 14, 2006

State v. Joseph E. Duncan                    3
Agreement October 14, 2006

Exh. 18 - 000200



# U.S. Department of Justice

**United States Attorney**
**District of Idaho**
*Coeur d'Alene Branch Office*

| *Address:* | *Boise Comm.* 208/334-1211 |
|---|---|
| *205 N 4th Street, Room 306* | *Coeur d'Alene Comm.* 208/667-6568 |
| *Coeur d'Alene, ID 83814* | *Coeur d'Alene Fax* 208/667-0814 |

November 13, 2006

Roger Peven
Federal Defender's of Washington
101 N Post Suite 700
Spokane, WA 99201

Tom Monaghan
Federal Defender's of Idaho
350 N 9th
Suite 301
Boise, ID 83702

      Re:    Duncan Plea Offer

Dear Mr. Peven and Mr. Monaghan:

Please be advised the United States is making your client the following plea offer:

1. The United States will file the enclosed notice of intent to seek the death penalty.

2. Mr. Duncan will waive indictment and plead guilty to the enclosed Information.

3. Mr. Duncan will admit to the intentional and premeditated killing of Dylan Groene.

4. Mr. Duncan will immediately provide the codes/passwords to all of his encrypted electronic files to Federal Bureau of Investigation Special Agent Michael Gneckow.

5. Mr. Duncan will cooperate fully and truthfully with Federal Bureau of Investigation Special Agents Michael and Gail Gneckow or other law enforcement officers, including interviews, regarding other investigations into the murders of missing children and persons in California, Washington State, North Dakota or other investigations designated by these special agents.

6. The United States and Mr. Duncan, through his counsel, will stipulate that Shasta Groene will not be called to testify during the penalty phase of this case, and will further stipulate

Exh. 19 - 000201

that, in place of her testimony, information regarding her own and Dylan's abuse will be presented via the transcripts from her July 2005 interviews with Sgt. Dan Mattos and any pictures, videos or journal entries made between May 15, 2005, and July 2, 2005. The United States and Mr. Duncan, through his counsel, will further stipulate that these transcripts, pictures, videos and journal entries made between May 15, 2005, and July 2, 2005, may be admitted during the penalty phase without objection by the party against whom the evidence is offered. This part of the agreement will not limit either party's ability to introduce electronic evidence or writings made before May 15, 2005, and after July 2, 2005, that are relevant to other portions of the sentencing hearing.

7. The United States and Mr. Duncan, through his counsel, will jointly request a six month delay between the entry of plea and the sentencing hearing to be conducted pursuant to 18 U.S.C. §3593 to determine whether a sentence of death is justified.

8. Mr. Duncan will waive all appeals as to his entry of a guilty plea. Mr. Duncan will retain all his rights to appeal a sentence of death.

Sincerely,

THOMAS E. MOSS
United States Attorney
by

Wendy J. Olson and Traci J. Whelan
Assistant United States Attorneys

Exh. 19 - 000202

# DUNCAN CASE BUDGET 2007

## I. STATUS OF THE CASE

The Indictment on this case was filed on January 18, 2007. It charges ten counts, three of which are death eligible. On January 23, 2007, the government filed their Intent to Seek the Death Penalty.[1]

I was appointed as counsel for Duncan by Chief Judge Winmill of the District of Idaho in July of 2005. At that time prosecutors from the United States Attorneys Office in Boise had already met with the state prosecutors from Kootenai County, Idaho to decide the order of the two prosecutions against Duncan. The agreement was that the state would proceed with an indictment charging six death-qualified counts involving the kidnaping and deaths of three victims found in Coeur d'Alene, Idaho. Once the state prosecution was completed, the United States would proceed with its prosecution.

On October 16, 2006 Duncan entered guilty pleas to three counts of Kidnaping and three counts of First Degree Murder in Idaho state court. He was sentenced immediately thereafter to three consecutive life terms without the possibility of parole on the Kidnapings. Sentencing on the First Degree Murders were continued until after the federal trial and sentencing. The agreement stated that if Duncan did not receive the death sentence in federal court, the state maintained the option to bring Duncan back and empanel a death jury on the pending First Degree Murder sentences.

From the date of Duncan's arrest until his pleas in state court, Duncan was housed in Coeur d'Alene, Idaho, approximately 45 miles from Spokane. This allowed me to have client contact on a near daily basis. Immediately after the state sentencing, Duncan was transferred to e Idaho's Maximum Security Prison outside of Boise, Idaho. Boise is an eight hour drive or a one hour flight from Spokane. To aid with client contact, the Chief Judge in Boise appointed the Federal Defender Services of Idaho as co-counsel.[2]

The federal trial date was set at arraignment for March, 2007, to conform to the speedy trial requirements but it is clear to me that the case will not be ready for trial until late 2008. For that reason the budget was submitted anticipating the remainder of fiscal 2007 and, as will soon be fully submitted, all of 2008. Settlement seems very unlikely but certainly will be pursued.

---

[1] These documents will be included as Attachments.

[2] At the time of Duncan's arrest the Boise Federal Defenders Office was a branch of my office. At the time of the Duncan sentencing in state court, that office had become independent. This case is now an "out-of-district case" for my office.

1

Exh. 20 - 000203

You will note that the request for travel and lodging is driven by the fact that the client requires near-daily face to face meetings[3] and I work and live in Spokane, 300 plus miles from Boise.

## II. Explanation of Salaries for Staff Not Specifically Hired for the Case fiscal 2007.

1. <u>Roger Peven, Executive Director, Federal Defenders of E.WA &ID.</u> This is the only case I am working on. Although I spend about 25 percent of my time on administrative duties, for the purpose of this budget I have attributed 100 percent of salary to the budget. Salary is $145,300 with 27.5 percent for benefits.

2. <u>Bill Proctor, Chief Investigator, Federal Defenders of E.WA. & ID.</u> Mr. Proctor will be devoting 100 percent of his time to this case. Salary is $136,300 with 27.5 percent for benefits.

3. <u>Marissa Egland, paralegal, Federal Defenders of E.WA. & ID.</u> Ms. Egland will be devoting 60 percent of her time to this case. Prorated salary is $57,940 with 27.5 percent benefits.

4. <u>Jennifer McCann, CSA, Federal Defenders of E. WA & ID.</u> Ms McCann will be devoting 30 percent of her time to this case. Prorated Salary of $25, 300 and 27.5 percent benefits.

5. <u>Thomas Monaghan, Trial Attorney, Federal Defender Services of Idaho.</u> Mr. Monaghan is devoting 50 percent of his time to this case. Salary of $71, 250 and 27.5 percent benefits.

6. <u>Debra Garvey, Mitigation Specialist, Federal Defenders of Central California.</u>[4] Ms. Garvey will be devoting approximately 50 percent of her time to this case. Salary is $60,000 with 37.5 percent benefits. [5]

**Totals: Salary $496,200.....Benefits $136,450**

## III. Additional Resources-Case Specific–2007

---

[3]For reasons I provided in support of the 2006 budget, client visits require us to rarely contact Duncan one-on-one in the jail.

[4]I do not have a mitigation specialist on staff. Ms. Garvey is on loan from the CHU in L.A. Because I was able to supervise much of the mitigation work done by the state defense team, much of her work will be organizing existing records. This will require little travel.

[5]I am unaware of the actual percentage for benefits from her office so I have used the one from mine.

2

Exh. 20 - 000204

1. <u>Provisionally Approved Temporary Lawyer for Spokane</u>. This person will not be working on Duncan. This is a "backfill" position. Salary of $37,500 with 27.5 percent benefits.

2. <u>Provisionally Approved Temporary Lawyer for Boise.</u> This person will not be working on Duncan. This is a "backfill" position. Salary of $37,500 with 27.5 percent benefits.

## IV. <u>Travel 2007</u>:

1. Two trips to Boise for neuropsychologist; two trips to Boise for psychiatrist. This breaks down to $500 per flight, one night at a hotel at $80 for each trip, 2 days per diem for $100, rental car $50=**$2,920**

2. Tom Monaghan's milage to prison three times a week=**$4,000**

3. "Life in the Balance" seminar for Mr. Peven, hotel, flights and meals= **$1,214**

4. Debra Garvey; 5 two day trips at $900 each=**$4,500**

5. Roger Peven; approximately two trips per week, with 36 weeks left at $655 per trip= **$23,580**

6. Bill Proctor; trips to Boise, a few less than mine=**$18,386**

7. Lodging (apartment for 8 months) at approximately $2,400 per month=**$19,200**[6]

8. Travel through January 25, 2007=**$5,800**

**Total: $79,600**

## V. <u>Experts 2007</u>

In determining the this aspect of the case, I consulted over the phone and in person with Judy Clarke to closely review the experts needed for this case and the anticipated costs. No specific expert has yet been identified or contacted. They are as follows for fiscal 2007:

Neuropsychologist....60 hours at $350/hour  **Total...$21,000**

Psychiatrist...............100 hours at $450/hour **Total...$45,000**

**Total $66,000**

---

[6]I am meeting with a real estate agent in Boise on February 6, 2007 to receive specific cost figures. A more detailed justification can be forwarded at that time.

3

Exh. 20 - 000205

## VI. Equipment

On January 26, 2007, the government provided approximately 35,000 documents on disc. As of today I have approximately 6,000 defense-generated documents that have not be scanned or OCR'd. All of the discovery and defense work product will have to be reduced to a data base. Access to the data base will be needed from remote locations, Boise and Seattle.[7] This access will have to be secure on a dedicated server. Below is the breakdown of the cost estimates and the supporting rationale as given me by my CSA.

1. Hardware (which includes server, firewall, UPS (uninterrupted power supply)

$20,000

2. Misc. Hardware, which may include but not be limited to a dedicated laptops, PDA's, portable DVD/CD players.

$20,000

3. Dedicated T1 line not connected to our network.

$300/month

4. Software, two options Lazerfishe or DataPro

$30,000 to $60,000

5. Independent high-speed scanner.

$6,000

6. Additional software (possibly) to include Adobe Acrobat Pro, Summation, or any other software for which we don't have a national license.

$5,000

**Total...$83,400-$113,400[8]**

---

[7]On January 26, 2007, the court appointed Mark Larranaga of Seattle, Washington, as the death-qualified CJA lawyer.

[8]There is a $1,200 discrepancy between this total and the on listed on the spreadsheet. This resulted by multiplying the $300 per month for the T1 line by 12 months instead of the

4

Exh. 20 - 000206

<u>CSA McCann's Submission to Me to Justify Equipment Budget</u>:

"The reasoning behind the equipment asked for is based on the following logic and the experience of others (Federal Defenders and CJA lawyers) who have recently been through large document intensive cases.

The Duncan capital case poses several quandaries, none of which are easy to solve at this early date. We have approximately 41,000 documents to date with many more to come.

I've asked for $20,000 for a server, UPS and firewall based on the recent experience of a panel case we have locally and a federal case in San Diego. Both these cases are document intensive with multi-defendants and both spent approximately this amount on the hardware. The server is going to need to be sophisticated, fast and have the ability for plenty of storage. Where these other cases have been intensive in documents (1 million plus documents), I expect to find Duncan intensive in both documents and images. We'll have discovery from the government, and we'll have our own generated documents which may tax a substandard server. And at this point in our office, I do not have an acceptable spare server sitting around. The good, quality servers are setup to provide service to my traditional users.

The LAN based firewall is needed because there will be three lawyers who need access to the defense discovery. Since one person is outside our system, we will need to setup a dedicated external internet line that doesn't touch the FDO WAN. This is in line with FDO policy. Therefore, a system of both intrusion detection and intrusion prevention is needed to protect the server and its contents since it will be 'always on' the internet. A good quality grade firewall will do that. This is also the reasoning for the dedicated external T1 line.

The UPS (Uninterrupted Power Supply) is a necessity for the hardware if the power goes out. The hardware for this case will be attached to the UPS in the event of a power outage, surge or other scenario which may cause damage to the hardware without some medium to protect it, as a UPS would.

The $20,000 I've asked for with respect to other hardware goes to any unforeseen need. The range of hardware this can be is wide, depending upon what events transpire between now and trial. I can realistically foresee a dedicated laptop, configured primarily for the Duncan trial. I can foresee the need for other portable equipment, such as DVD Players to take into the jail to share discovery and information with the client. I can see the need for a dedicated desktop machine to handle the scanning. I can see plenty of scenarios for the additional equipment that we may need. Some of these items may not ever be realized, and therefore the money not spent. But to have the funds available to us as these situations unfold

---

actual 8 months left in the fiscal year.

5

Exh. 20 - 000207

will ease stress levels as other items vie for the attention and funds. The portable scanner is needed for a dedicated system to scan any discovery that isn't already in electronic form. The portability of the scanner will allow us to take it with us to another government offices if needed and it's presence in our office will not consume the resources of the network scanner that we have as apart of our multifunction machine. This scanner will also allow easy and fast input of paper documents into the database program so that discovery and information is available to all attorneys on the case at the earliest time possible. The software, at a cost of $30,000 to $60,000, is going to be a document management software that will run on the server I've purchased.  The determination of which software we decide is best suited for our needs will recognize the most cost effective alternative, and a review of the two cases noted above.  In those cases, approximately $60,000 was spent for one, and $50,000 for the other.  In one case, the base amount of the software was acceptable, but there were add ons to the program that increased the costs $15,000 for an Audit Tracking Add-on.  Special scripts had to be written so that special format files could be imported into the document management software to be viable electronic discovery for the attorneys on the case.  Also included in those costs are prices to have an outside company scan and OCR documents.  Duncan is such a widely recognized name, and case, that it would serve our best interests, and our clients, to keep all discovery in house.  This increases the burden upon the staff of the office, but with a combination of a good scanner, and good technical support for the software, and some flexibility in our costs, it will ease the process to get the software up and running, and documents scanned and secure.  Also, with the level of technical knowledge and comfort that Mr. Duncan possesses, my guess is some of the documents that we will request off his laptop will require the special scripting that was also needed in the San Diego case. The additional $5,000 is for software that we don't have available with our nationwide contract.  This could include Adobe Acrobat Pro, MS Powerpoint, Excel, or even some special programming software, like C++, if needed."

## VII. **Rent, Comm. & Util**

Blackberry cell service for Roger Peven and Bill Proctor  **Total...$3,120**

## VIII. **Other Services**

Registration for "Life in the Balance Seminar for Roger Peven **Total..$500**

6

Exh. 20 - 000208

**Case Budget**

FDO Serving the
District(s) of: **WAE/ID**
For the Case: **Duncan**

CONFIDENTIAL -- SUBJECT TO A PROTECTIVE ORDER

| Budget for Staff Not Specifically Hired for this Case | | | | |
|---|---|---|---|---|
| | Previously Approved Budget FY 06 | FY 07 Case Estimate | FY 08 Case Estimate | Total |
| Salary | $312,586 | $496,200 | $500,900 | $1,309,686 |
| Benefits | $82,833 | $136,450 | $137,750 | $357,033 |
| Total Costs Associated with FDO Staff | $395,419 | $632,650 | $638,650 | $1,666,719 |
| Additional Resources (Budget Specifically for this Case) | | | | |
| Salary | | $75,000 | $128,520 | $203,520 |
| Benefits | | $20,625 | $35,343 | $55,968 |
| Travel | $95,400 | $79,600 | $85,500 | $260,500 |
| Rent, Comm. & Util. | $600 | $3,120 | $3,120 | $6,840 |
| Other Services | $2,500 | $500 | $500 | $3,500 |
| Experts | $203,500 | $66,000 | $66,000 | $335,500 |
| Equipment | | $114,600 | $5,000 | $119,600 |
| Books | | | | $0 |
| Furniture | | | | $0 |
| Office Space | | | | $0 |
| | | | | |
| Total Additional Costs | $302,000 | $359,445 | $323,983 | $985,428 |
| Total Case | | | | |
| | Previously Approved Budget FY 06 | FY 07 Case Estimate | FY 08 Case Estimate | Total |
| Salary | $312,586 | $571,200 | $629,420 | $1,513,206 |
| Benefits | $82,833 | $157,075 | $173,093 | $413,001 |
| Travel | $95,400 | $79,600 | $85,500 | $260,500 |
| Rent, Comm. & Util. | $600 | $3,120 | $3,120 | $6,840 |
| Other Services | $2,500 | $500 | $500 | $3,500 |
| Experts | $203,500 | $66,000 | $66,000 | $335,500 |
| Equipment | $0 | $114,600 | $5,000 | $119,600 |
| Books | $0 | $0 | $0 | $0 |
| Furniture | $0 | $0 | $0 | $0 |
| Office Space | $0 | $0 | $0 | $0 |
| Total Case Costs | $697,419 | $992,095 | $962,633 | $2,652,147 |

C:\DOCUME~1\FDUser\LOCALS~1\Temp\notes6030C8\Duncan FY 07 Budget WAE.xls

Exh. 20 - 000209

Agenda for Feb 27 – March 2nd Meetings

I.    Administrative Matters:
      a.  Funding/staffing
      b.  Discovery repository (access to)
      c.  Work and time expectation
      d.  Best way to communicate to team
      e.  Court protocols

II.   Client Issues:
      a.  Contact with
      b.  Communications with client and team
      c.  Mental health counselor?
      d.  Volunteer  - ways to minimize this from occurring

III.  Victim:
      a.  Contact with
      b.  Victim outreach

IV.   Team members and roles
      a.  Pre-trial issues
              i. Continuance
              ii.        Venue
              iii.       Constitutional Challenges to DP
              iv.        Jury Selection issues

      b.  Guilt Phase Issues:
              i. Investigation
              ii.        Witness list
              iii.       Suppression issues
              iv.        Experts / defenses

      c.  Penalty Phase:
              i. "Traditional" Mitigation:
                      1.  Investigation Stage
                              a.  Witness list
                              b.  Interviews
                              c.  Document collection
                              d.  Types of Experts (Rule 12.2)
                              e.  Releases
                              f.  Client seeking to prevent from occurring

                      2.  Presentation Issues that may surface:
                              a.  Volunteer
                              b.  Who dictates presentation of mitigation?

Exh. 20 - 000210