

# U.S. Department of Justice

**United States Attorney**
**District of Idaho**



| | |
|---|---|
| *Mailing Address:* | *Main Phone  208/334-1211* |
| *Washington Group Plaza IV, Suite 600* | *Main Fax  208/334-9375* |
| *800 Park Boulevard* | *Cv Div Fax  208/334-1414* |
| *Boise, Idaho 83712* | *Cr Div Fax  208/334-1038* |
| | *DTF Div Fax  208/334-1413* |

August 19, 2008

Joseph Edward Duncan, III
Inmate
Ada County Jail
7210 Barrister Drive
Boise, Idaho 83704

Dear Mr. Duncan:

I am writing to explain why I have not asked Special Agent Mike Gneckow to provide you with written questions regarding the federal crimes to which you have pled guilty and for which you will be sentenced, as you offered. We are very interested in fully debriefing you and interviewing you, not only about the crimes committed against the Groene family members but also about your murders of Anthony Martinez, Carmen Cubias and Sammie Jo White and other possible crimes. Although we have given careful consideration to submitting written questions to you at this time, prior to the conclusion of the capital sentencing hearing, we have determined for several reasons that it would be best not to do so.

Foremost among our reasons for not submitting written questions to you at this time is our concern that this may create an appellate issue. Although you are now representing yourself, we are aware that many times pro se defendants elect to be represented on appeal. We are concerned that any attorney who represents you on appeal, or in any other proceeding, may seek to argue that the United States took advantage of you once you decided to proceed pro se by questioning you, albeit in writing, about the very case the United States is prosecuting. The risk of having the results of this proceeding reversed on appeal for this reason, which would require S.G. and her family to go through this all again, is simply one that I am unwilling to take. This family needs closure. No matter how much I, Ms. Whelan, Ms. Olson, Special Agent Gneckow or other investigators want to

Exh. 81 - 000412

August 19, 2008
Page 2
Joseph Edward Duncan, III

debrief you, the risk of doing so prior to the conclusion of this capital sentencing hearing is simply too great.

If you wish to provide the United States with an outline or report of what evidence you intend to present, the United States will gladly receive it. We appreciate your interest in speaking in detail with Special Agent Gneckow and hope to be able to take advantage of that offer at the conclusion of these proceedings.

Sincerely,

THOMAS E. MOSS
United States Attorney
District of Idaho

Exh. 81 - 000413

# David Lisak, Ph.D.
## Forensic Consultation



Framingham, MA 01701

617-947-4119
davidlisak@verizon.net

## INVOICE

**Date of Invoice:**     August 24, 2008

**Re**:     Joseph Edward Duncan

**To**:     Judy Clarke
Federal Defenders of San Diego, Inc.
NBC Building
225 Broadway, Suite 900
San Diego, CA 92101-5030

| Function | Dates (all dates 2008) | Hours |
|---|---|---|
| Review Documents | 7-9; 7-14; 7-20; 7-21: | 4 |
| Attorney Consultation | 7-6; 7-14; 7-15; 7-16; 7-21; 7-22: | 9 |
| Preparation for Interviews | 7-14; 7-21: | 4 |
| Interviews | 7-15; 7-16; 7-22: | 17 |

### Consultation Fee

34 hours @ $300/hr.     $10,200.00

### Expenses

| | |
|---|---|
| Lodging | 253.03 |
| Airport parking | 72.00 |
| Meals | 172.50 |
| Total | $497.53 |

### Total Bill:     $10,697.53

David Lisak, Ph.D.



**David Lisak**

**US**

|  |  |
|---|---|
| Room No. | : 830 |
| Arrival | : 07-15-08 |

**INVOICE**

| | | | | |
|---|---|---|---|---|
| Membership No. | : | Departure | : | 07-16-08 |
| A/R Number | : | Page No. | : | 1 of 1 |
| Group Code | : | Folio No. | : | 48246 |
| Company Name | : | Conf. No. | : | 250258 |
| | | User ID | : | 88 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-15-08 | Room Charge | 119.00 | |
| 07-15-08 | 6% State Hotel Occupancy Tax | 7.14 | |
| 07-15-08 | 3% County Hotel Excise Tax | 3.57 | |
| 07-16-08 | OffCenter Grill<br>#830 : CHECK #1667 | 9.45 *meal* | |
| 07-16-08 | Visa<br>XXXXXXXXXXXX1761          XX/XX | | 139.16 |

| | Total | 139.16 | 139.16 |
|---|---|---|---|
| | Balance | 0.00 USD | 0.00 |

| | | | | |
|---|---|---|---|---|
| Merchant ID | | Credit Card # | XXXXXXXXXXXX1761 |
| Transaction ID | 250893 | Credit Card Expiry : | XX/XX |
| Approval Code | 071508 | Capture Method : | Swiped |
| Approval Amount : | 139.16 | Transaction Amount | 139.16 |

A National Historic Landmark Hotel
48 East Market Street York, PA 17401

Exh. 82 - 000415

**Hilton**
# Garden Inn·
**Cleveland Airport**

4900 Emerald Court S.W. · Cleveland, OH 44135
Phone (216) 898-1898 · Fax (216) 898-1498
Reservations
www.hiltongardeninn.com or 1 877 STAY HGI

| Name & Address |
|---|

LISAK, DAVID
XX

XX, OH 44135
US

| | | |
|---|---|---|
| Room | 230/K1 | |
| Arrival Date | 07/14/08 | 7:12PM |
| Departure Date | 07/15/08 | |
| Adult/Child | 1/0 | |
| Room Rate | 107.00 | L-GV |

RATE PLAN
HH#
AL:
CAR:

CONFIRMATION NUMBER : 3318962590

07/15/08     PAGE        1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 07/14/08 | 1043908 | GUEST ROOM | $107.00 |
| 07/14/08 | 1043908 | STATE SALES TAX | $8.29 |
| 07/14/08 | 1043908 | COUNTY OCCUPANCY | $4.82 |
| 07/14/08 | 1043908 | CITY OCCUPANCY | $3.21 |
| 07/15/08 | 1044109 | GREAT AMERICAN GRILL | $12.80 *meal* |
| | | * * BALANCE * * | $136.12 |

TAX SUMMARY

| | CHARGE TOTAL | CITY | COUNTY |
|---|---|---|---|
| ROOM & TAX | $107.00 | $3.21 | $4.82 |
| TOTAL PAID | $107.00 | $3.21 | $4.82 |

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO.
252623    A |
|---|---|---|---|
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE
X | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.     PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

TheHiltonFamily | Hilton | CONRAD | DOUBLETREE | EMBASSY SUITES | Hampton Inn | Hampton Inn and Suites | Hilton Garden Inn | HOMEWOOD SUITES Hilton

F O L I O

Exh. 82 - 000416

