| Date | Description | Hours | Travel |
|---|---|---|---|
| 1/3/05 (Tues) 12.25 | CRC: t/c DF re update on work; Duncan - talked with DF about experts contacting each other (Becker, Woods); t/c Tammy re her work in case - thinks family should be told before continuance - agrees should coordinate with Tracy | 4.0 | |
| 1/5/05 (Thurs) 11.5 | CRC: t/cs re Duncan - w/RJP, JA, Tracy Whalen re continuance issues, emailed team; t/c Tammy re her mtg w/victim family members along with Shasta's guardian | 1.5 | SAN-MCI |
| 7/6/05 (Wed) 10.0 | CRC: ███████████████████ █████████████████████ ███████ t/c Dick Rubin re Duncan; t/c DF re computer problems | 6.5 | |
| 7/22/05 (Fri) 11.0 | CRC: t/c Roger Peven re Duncan case they are getting next week; t/c Dave Anderson re joining team - told them not likely, could increase consult if they want: ████████████████ ████████ | 2.0 | |
| 9/1/05 (Thurs) 11.0 | CRC: conf w/Peven re Duncan case (5.0), completed newsltr (3.0) and emailed it | 8.0 | |
| 9/24/05 (Sat) 8.0 | CRC: t/c Tammy re DBVO in Duncan (therapist asked her to meet for dinner, TK talked with Bill P who advised not to talk with John - I urged TK to talk with BP and RP about resolving this issue); t/c from Scarlet, she left message to call re Duncan; copy materials for OKC/NACDL training program | 2.0 | |
| 9/25/05 (Sun) 11.0 | CRC: t/c TK re Duncan DBVO; t/c Scarlet re Duncan and b'storming with team (1.0); researching cases for talk in OKC | 5.0 | SAN-HNL |
| 9/28/05 (Wed) 14.25 | CRC: t/c Tammy re Duncan brainstorm - wants to do it 10/11, explained I was to meet RJP, BP in OKC, nothing set yet - she is concerned about having many balls in the air and no plan - thinking of using media re Shasta's father not being good dad | .5 | HNL- OKC |
| 9/29/05 (Thurs) 15.5 | CRC: mtg w/RJP re Duncan, ████ | 1.0 | |
| 10/11/05 (Tues) 10.5 | CRC: travel to Spokane to meet with Duncan team; mtg w/Tammy re dbvo work; w/team re settlement issues, pulling Idaho and fed teams together | 8.0 | SAN-GEG |

| 10/12/05 (Wed) 9.5 | CRC: mtg w/Tammy re mtg w/Timlin (Shasta therapist in Duncan case), her conversations with Idaho investigator (Mary); conf w/Rachel and Jimmy re same | 2.0 | GEG-MCI |
|---|---|---|---|
| 10/13/05 (Thurs) 12.5 | CRC: t/c Skip re report; emailed, t/c DF re report, changed numbers, t/cs to Maria, kept missing each other; t/c Roger re Duncan - John Adams concerned when Rachel and Jimmy saw client; ██████████ ████████████ | 3.0 | |
| 10/26/05 (Wed) 15.5 | CRC: t/c Tammy re Duncan issues; CRC - emails re SS, t/c MOD | 1.5 | |
| 10/27/05 (Thurs) 9.5 | CRC: Duncan conf call re global settlement issues (Bill, Scarlet and Tammy) with Tracy Whalen; SS work | 2.5 | SAN |
| 10/28/05 (Friday) 10.75 | CRC: emails re Duncan budget | .25 | |
| 11/29/05 (Tues) 13.0 | CRC: t/c Tammy re Duncan, t/c Scarlet re Duncan - RJP too hands off for their work right now, want me to more actively assist; t/c Asin re budget issues, t/c Wyda re budget problems, t/c Lisa Werner to get copy; reviewed materials (Woods not in it, difficulty of working with client not expressed clearly, need for the daily contact) | 2.5 | SAN-HNL |
| 11/30/05 (Wed) 13.0 | CRC: Duncan budget calls - Wyda, Asin, Peven, reviewing docs | 3.5 | HNL |
| 12/1/05 (Thurs) 13.5 | CRC: t/cs re Duncan budget | 2.0 | |
| 12/2/05 (Friday) 11.5 | CRC: Duncan budget materials, reviewed | 2.0 | HNL |
| 12/5/05 (Mon) 11.0 | CRC: O/C conf call; t/c Roger re Duncan budget; t/c Maria, left message; t/c Duncan budget conf call with budget subcommittee - approved the budget (Egan, Bennett and Louisiana judge), t/c Deb re future availability on cases - she talked with Maria | 4.00 | SAN-MCI |

Exh. 83 - 000419

| | | | |
|---|---|---|---|
| 12/8/05 (Thurs) 10.5 | CRC: t/c Maria Stratton re "institutionalizing" Deb's availability, she wants O/C to approve; I'm to draft outline for her binder for defender conference; t/c Scarlet re Duncan atty/priv issue - revealing info to guardian and govt re what deft saying about Shasta important to her therapy - advised not yet | 1.5 | |
| 12/11/05 (Sun) 7.0 | CRC: travel back to SAN from SF; conf w/Scarlet re problems with Duncan team | 4.0 | |
| 12/12/05 (Mon) 11.0 | CRC: t/cs re Duncan case team mtg, RJP would like to meet, he doesn't think they should continue to delay in getting info from Duncan; t/c Scarlet | 1.0 | SAN-MCI |
| 12/13/05 (Tues) 13.25 | CRC: Duncan t/c RJP, Tammy, left message, Scarlet | .25 | |
| 12/14/05 (Wed) 12.0 | CRC: travel to Spokane for mtg re Duncan case | 3.0 | |
| 12/15/05 (Thurs) 13.5 | CRC: mtg with Duncan team, agreed to help with negotiations and see client to assist RJP; reviewing materials; returned to San Diego | 10.0 | GEG-SAN |
| 12/16/05 (Friday) 10.0 | CRC: Duncan materials | 3.0 | |
| 12/17/05 (Sat) 7.0 | Duncan - reviewing materials | 1.0 | |
| 12/18/05 (Sun) 6.5 | Duncan: emailed team re records, reviewing records | 2.5 | |
| 12/20/05 (Tues) 13.5 | CRC: t/c Tammy re Duncan ███████ reviewing Duncan records (Shasta interviews, and list of records from Marissa); ███████ ████████████████████ | 5.5 | |
| 12/21/05 (Wed) 10.5 | CRC: Duncan conf call, call with George Woods, team call, t/c Roger and Bill | 2.5 | |
| 12/24/05 (Sat) 4.0 | CRC: reviewing Duncan reports | 1.0 | |

| | | | |
|---|---|---|---|
| 12/27/05 (Tues) 15.0 | CRC: travel to Spokane for Duncan mtg w/RJP and Tracy Whalen; t/c RJP; t/c Scarlet | 6.0 | |
| 12/28/05 (Wed) 14.0 | CRC: Duncan - mtg w/team, and then with Roger and AUSA Whalen with FBI agents re possible settlement; travel to SAN w/RJP for mtg w/John Adams | 14.0 | GEG-SAN |
| 12/29/05 (Thurs) 8.5 | CRC: Duncan - mtg w/RJP and John Adams re settlement issues, continuing state trial, coordinating visits with client | 4.5 | |
| 12/30/05 (Friday) 9.5 | CRC: Duncan - t/c to Tracy Whalen re continuance, and help with Bill Douglas - she'll call him next week; emailed team | 1.0 | |
| 1/2/06 (Mon) 6.5 | CRC: Duncan - reviewing client mtg memos; t/c John Adams re call with Tracy; emailed team | 2.5 | |
| 1/9/06 (Mon) 9.0 | CRC: O/C call; t/c TK re Duncan and other work; t/c Roger re Duncan case; t/c Traci Whelan re status (turns out Peters is doing memo to DOJ) | 6.0 | |
| 1/10/06 (Tues) 12.0 | CRC: emailed to Jim Peters re Duncan plea agreement; other travel time to GEG, mtg with team members; t/c RJP | 7.5 | |
| 1/11/06 (Wed) 13.5 | CRC: Duncan team mtg; return to SD | 12.0 | GEG-SAN |
| 1/12/06 (Thurs) 11.25 | CRC: t/c Duncan w/RJP (reviewed govt ltr);t/c Jimmy; t/c Marissa; emailed Marissa a calendar to use; emails; ███████████ | 2.5 | |
| 1/13/06 (Fri) 12.5 | CRC: t/c Roger re Duncan, ██████████ ████████████ | 3.0 | |
| 1/17/06 (Tues) 13.0 | CRC: t/cs re Duncan, emails re status, conf call on Thurs | 1.5 | |
| 1/18/06 (Wed) 11.0 | CRC: ███████████████ t/c Deb; t/cs re Duncan | 2.5 | |
| 1/19/06 (Thurs) 12.5 | CRC: Duncan conf call re status of case | 1.0 | |

Exh. 83 - 000421

| Date | Description | Hours | |
|---|---|---|---|
| 1/20/06 (Fri) 13.0 | CRC: conf w/Tammy re Duncan - family thinks she worked w/FBI; ██████████ | 1.5 | |
| 1/23/06 (Mon) 10.0 | CRC: t/c Tammy re Duncan, ██████████ ████ bi-monthly conf call with DPRC; ████ ██████████ | 4.0 | |
| 1/24/06 (Tues) 10.5 | CRC: t/c RJP re Duncan, t/c Tammy re Duncan; ██████████ ██████████ ██████████ | 2.5 | |
| 1/25/06 (Wed) 14.0 | CRC: ██████████ ██████████ emails re Duncan case and | 10.0 | HNL-MCI |
| 1/27/06 (Friday) 12.5 | CRC: Duncan conf call re status of negotiations, Peters needs more specific info; John has to meet with Douglas and ct on Tuesday re scheduling, they are aware of his likely continuance motion; t/c Dick and Kevin re O/C mtg, they are willing to co-lead projects; t/c DF re work | 2.5 | |
| 1/31/06 (Tues) 11.0 | CRC: t/cs re Duncan, set up conf call for Wed - Douglas resisting continuance, John has to file motion | 1.5 | |
| 2/1/06 (Wed) 13.5 | CRC: Duncan conf call; t/c Roger re call to Peters; ██████████ | 1.5 | |
| 2/3/06 (Friday) 9.0 | CRC: ██████████ emails; Duncan review | 4.0 | |
| 2/16/06 (Thurs) 9.5 | CRC: t/c ███ Duncan | 1.5 | |
| 2/21/06 (Tues) 12.0 | CRC: t/c Roger re Duncan | .5 | |
| 2/22/06 (Wed) 15.5 | CRC: t/cs Scarlet re Duncan, ██████████ | 2.5 | |

Exh. 83 - 000422

| Date | Description | Hours | |
|---|---|---|---|
| 2/23/06 (Thurs) 8.5 | CRC: Duncan, █████ | 3.0 | |
| 2/27/06 (Mon) 9.0 | CRC: Duncan, review materials, conf call; █████ █████ | 3.0 | |
| 3/3/06 (Friday) 8.0 | CRC: class at GSU; █████ Duncan | 4.0 | |
| 3/7/06 (Tues) 10.0 | CRC: conf call re Duncan, problem with John, Roger agreeing to not visit for 1 wk, delayed call to see if Jet gives codes to Joyce on Wed, call to resume Wed; worked on newslt | 2.5 | |
| 3/8/06 (Wed) 10.0 | CRC: t/c RJP; t/c Duncan team, agreed to meet 3/15 in SF (at CCA); t/c GW; t/c Rachel, Jimmy and Scarlet; worked on newsltr; █████ █████ | 3.5 | |
| 3/9/06 (Thurs) 9.0 | CRC: t/c Roger re Duncan, Jet gave codes; ███ █████ | 1.0 | |
| 3/10/06 (Friday) 10.0 | CRC: t/c David re Duncan issues, t/c Roger, t/c Scarlett; █████ █████ | 3.0 | |
| 3/13/06 (Mon) 11.0 | CRC: t/c Tammy re Duncan; message trading with RJP; █████ | 4.0 | |
| 3/14/06 (Tues) 10.5 | CRC: t/c RJP re Duncan budget, mtg in SD 3/20; █████ | 3.0 | |
| 3/18/06 (Sat) 3.0 | misc admin, email; CRC: t/c Roger re mtg on Duncan | 1.0 | |
| 3/20/06 (Mon) 12.0 | CRC: Duncan - t/c Scharlette, mtg with Roger going over multiple issues (codes, victims, mitigation); █████ █████ | 7.0 | |
| 3/23/06 (Thurs) 11.0 | CRC: █████ t/c re Duncan | 2.0 | |
| 5/30/06 (Tues) 14.0 | CRC: t/c DF, emails with Jim re talking; left message for RJP re Duncan | 1.5 | |

Exh. 83 - 000423

| | | | |
|---|---|---|---|
| 8/3/06 (Thurs) 11.0 | CRC: t/c Jim Wyda re CRC - Duncan, ████ ████, his sentencing class (sent email from Miller w/passwords); email SKK re LA regional fed death program; email to O/C re FDO list and current work; ████████████ t/c Steve Asin re NACDL | 5.0 | |
| 8/14/06 (Mon) 10.5 | CRC: ltr to John Brynes re mtg in NY; ████████████ ████ t/c Roger Peven re counsel in Duncan; conf MOD re training | 5.0 | Frankfort-Louisville,, KY |
| 8/15/06 (Tues) 12.5 | CRC: t/c Roger re counsel in Duncan, recommended he call Katie and Tim Ford re counsel, he doesn't know Jeff Ellis; | .5 | |
| 8/21/06 (Mon) 8.0 | CRC: ████████████ ████████████ ████████████ ████████████ t/c Roger re Duncan - DOJ 8/28; Katie Ross referred him to Mike L (?)from Seattle - RJP has met before and is going to meet with him | 3.5 | |
| 10/9/06 (Mon) 5.5 | CRC: t/c Lesa Watson re ethics issue in case; t/c Deb Garvey re her possible work in Duncan case | 1.5 | |
| 10/19/06 (Thurs) 13.5 | CRC: t/c Dick Rubin, Tom M. re Duncan, and transfer of case to his office - talked through various issues, it is worth discussing with RJP why he should stay on (with Mark Larranga) with Dick's office assisting in client visits; t/c Dick, RJP, Tom re RJP staying on - RJP thinks he should if he can get visiting help; govt subp handwriting for 10/21, deft being debriefed re killings at house today; they all agree to work together with RJP and Mark L staying on case; possibility case will go to Calif before feds, but RJP will know more next week | 2.5 | |
| 10/23/06 (Mon) 5.5 | CRC: conf SKK, DIB re learned counsel issues in L.A.; ████████████ Deb on Duncan; t/c RJP re Duncan | 3.0 | |
| 11/14/06 (Tues) 10.5 | CRC: t/c Deb re Duncan, she talked with Bill Proctor, SKK said ok to assist; ████████ ████████████ ████████████ ████████████ ████████████ | 1.0 | |

Exh. 83 - 000424

| | | | |
|---|---|---|---|
| 11/28/06 (Tues) 14.5 | CRC: ██████████ ██████████████ t/c Roger Peven re Duncan and staffing issues; ██████ ██ | 3.5 | |
| 1/5/07 (Friday) 9.75 | CRC: t/c O/C re CRC hiring; mtg Roger re Duncan; t/c Deb, Russ re mitigation training; mtg Adams, Bartick, RCC, ████████ | 7.0 | |
| 1/17/07 (Wed) 12.0 | CRC: t/c Deb Garvey re Duncan, she's rec'd docs from Nofsinger, will be talking with Bill today or tomorrow; t/c SH re training program in LA | 1.0 | |
| 1/19/07 (Fri) 4.5 | CRC: ████████████ ████████ t/c Tracy Staab re Duncan and handwriting issue; t/c Roger - he'll email indictment, Duncan arraigned today; returned Monaghan's call, left msg; ████████████████ ███████████ | 3.5 | |
| 1/30/07 (Tues) 14.5 | Travel - return to VA from RDU; t/c MOD re training, Gabrion; ███████████ ██████████ t/c RJP re Duncan budget, continuance | 8.5 | Back in VA |
| 2/18/07 (Sun) 11.5 | CRC: t/c Deb re Duncan case, disorganized, urged her to talk with Larranaga about making decisions and moving forward, she notes RJP may not be well (I told her about Dick R's comment his wife is leaving him) | .5 | |
| 2/22/07 (Thurs) 6.5 | CRC: ████████████████ emailed to get disks sent out; t/c Larranaga (Duncan - Idaho) re funding issues, RJP not available, team issues, client issues; reviewed DIB's draft CJA guideline, conf DIB | 2.5 | |
| 3/2/07 (Fri) 2.5 | CRC: t/c Deb Garvey re Duncan issues; ██████ ████████████ | 1.0 | |
| 3/6/07 (Tues) 9.5 | CRC: travel records summary; t/c Deb re Duncan, DBVO training; updated FDO list | 6.5 | |

Exh. 83 - 000425

| Date | Description | Hours | |
|---|---|---|---|
| 3/8/07 (Thurs) 8.0 | CRC: ████████████████████ ████████████████ t/c DF re work; t/c Flax re misc (DOJ discovery issues); Duncan - reviewed Larranaga's continuance motion and govt's, emails; ███████████ ████████████████ | 6.5 | |
| 3/16/07 (Fri) 10.0 | CRC: emails with Mark Larranaga re Duncan budget; t/c Holly re office for Sunday (using John Y's office); t/c Tom Monahan re Duncan - left msg; ████████████████████ t/c Christina Swarns re CRC job. ████████████████████ | 4.0 | |
| 3/21/07 (Wed) 9.0 | CRC: ████████████████ ████████████████████ emailed newsltr to Virginia Schuelter; ████████████████ ████████████████ ███████████ t/c Deb re Duncan | 5. 5 | |
| 3/22/07 (Thurs) 7.0 | CRC: ████████████████ ███████████████ emails re Duncan (Idaho) budget; t/c Christina - she hadn't received contact info (sent to wrong email); t/c David F re work; ████████ ████████ | 5.5 | |
| 3/23/07 (Fri) 7.0 | CRC: ████████████████ emails with Larranaga (Duncan, Idaho) re budget, resources (Tom); t/c Tom; returned Christina's call, left message████████████████ ████████ | 3.5 | |
| 3/29/07 (Thurs) 5.5 | CRC: Duncan re discovery organization issue/computers/Roger | 1.0 | |
| 3/30/07 (Fri) 3.5 | CRC: t/c Dick Rubin re Duncan issues; t/c MOD re misc admin | 1.0 | |
| 4/9/07 (Mon) 15.0 | CRC: t/c MOD re KY seminar, send materials, project mtg████████████████ t/c Deb re ████████ Duncan, DIVO,████ ████████████ | 12.5 | VA- TX |

Exh. 83 - 000426

| 4/17/07 (Tues) 14.0 | CRC: mtg Tom Monaghan, Mark Larranaga re Duncan (Idaho) w/Russ, MOD; ███████ ████████ Russ; gave talk on integrating theories; return to VA | 12.5 | KY-VA |
|---|---|---|---|
| 4/27/07 (Fri) 9.5 | CRC: t/c Judy Gallant re CRC report edits; reviewing draft motion for Duncan case (Idaho); ████████████████████ █████████████ t/c Deb re Duncan (Idaho) | 3.0 | |
| 5/3/07 (Thurs) 5.0 | CRC: reviewing Deb's proposed mit plan for Duncan (Idaho); ████████████ ██████████████ | 2.5 | |
| 5/4/07 (Fri) 5.75 | CRC: t/c Deb re Duncan (Idaho) - not needed on the call today | .25 | |
| 5/7/07 (Mon) 10.0 | CRC: O/C call; ████████████ ███████████ t/c Tom Monaghan re Duncan (Idaho), reviewing budget | 6.5 | |
| 5/9/07 (Wed) 10.5 | CRC: reviewed Duncan (IDAHO) budget draft, emailed Mark and Deb; reviewed Deb's beginning chron; ██████████████████████ ██████████████████████ | 3.0 | |
| 5/11/07 (Fri) 9.0 | CRC: t/c Dick Rubin re Duncan (IDAHO); t/c Deb re same; emails; continuing team related, organization problems, seems to focus some on disagreement re how to proceed (guilty plea, guilt investigation) | 1.0 | |
| 5/14/07 (Mon) 9.5 | CRC: t/c Deb re Duncan (IDAHO); t/c Mark Larranaga re budget issues in case (beyond budget, more into what will be used at trial issues with RJP - he's going to meet RJP in Spokane on Wednesday); reviewed revised draft, sent comments; ████████████████ ████████████████ | 4.5 | |

Exh. 83 - 000427

| 5/15/07 (Tues) 6.0 | CRC: t/c Roger re Duncan (IDAHO), t/c Sean Kennedy re Duncan, and his call from Dick Rubin; t/c Tammy K re training and getting $ for her | 2.5 | |
|---|---|---|---|
| 5/16/07 (Wed) 8.0 | CRC: ███████████████████████ t/c Deb re Duncan and my conversation with Roger (IDAHO); t/c Dick Burr re DIVO and $ for TK to do training - thinks it would be good to talk with Reuben | 3.0 | |
| 5/17/07 (Thurs) 5.0 | CRC: t/c Roger Peven, then Mark Larranaga re Duncan (IDAHO), Mark thought yesterday's mtg went well, RJP doesn't want guilt investigated at all, asked Mark to remove any guilt phase experts from budget, ok to investigate penalty, still talking about when, whether to wait for expert input first, I offer to review discovery for guilt phase investigation issues which Mark seemed happy with; Roger will call me back tomorrow to discuss budget;<br><br>conf Reuben Cahn re Tammy/training $, suggests it can come via CRC $, but should be considered consulting, wanted to see Tammy's proposal re training, costs, keep memo to small group at this point, Kelly, Dick, Tammy, RC, JC | 3.5 | |
| 5/18/07 (Fri) 8.5 | CRC: t/c Deb re Duncan (IDAHO), emails with Larranaga re reaching RJP, t/c RJP, left msg, t/c FD office, talked with Marissa, RJP out sick; t/c re PR training w/MOD, Potolsky, Matthewman, Bruck, Laws, Stetler | 4.5 | |
| 5/21/07 (Mon) 9.5 | CRC: t/c MOD re project issues; t/c Mark Larranaga re Duncan (IDAHO), emailed project re case update; emailed project re next newsletter | 4.0 | |
| 5/24/07 (Thurs) 8.0 | CRC: t/c Roger Peven re Duncan issues, including budget (IDAHO); downloaded printed govt response in Duncan jail docs motions; emailed Deb re 5/31 trip, emailed Sam re available schedule | 3.0 | |
| 5/25/07 (Fri) 8.5 | CRC: t/c Wyda, Wolf, Peven re Duncan budget (IDAHO), emails re same; ███████████████ | 3.0 | |
| 5/28/07 (Mon) 3.0 | CRC: reviewed Duncan govt response re jail info (IDAHO) | 1.0 | |

Exh. 83 - 000428

| Date | Description | Hours | Travel |
|---|---|---|---|
| 5/29/07 (Tues) 8.0 | CRC: t/c Deb re Duncan (IDAHO), emailed Tom re thoughts on govt response, email w/Mark re Woods agenda, reviewed agenda, pulled old Duncan materials to review in advance of mtg 5/31 ████████████████████████ ████████████████████████ ████████████ | 4.0 | |
| 5/30/07 (Wed) 11.0 | CRC: emailed Larranaga about Duncan team mtg (IDAHO); ████████████████████ ████████████████████████ ████████ | 5.5 | |
| 5/31/07 (Thurs) | CRC: travel to Seattle for Duncan team mtg (IDAHO); reviewed docs, team mtg (RJP, Deb, Mark, Tom, Bruce, Dr. Woods); returned to SD | 14.5 | SAN-SEA-SAN |
| 6/4/07 (Mon) 10.5 | CRC: reviewed Duncan reply (IDAHO) re jail logs; t/c Judy G and budget analyst for FDEW re Duncan $, emailed RJP, LW re Mary Beth will work with them; O/C monthly call; newsletter | 3.0 | |
| 7/3/07 (Tues) 12.0 | CRC: t/c Scharlette; t/c Deb, Mark re Duncan and DIVO work; left msg for RJP re budget issues (Idaho); t/c Lominack re website, set up call with Burke for Thursday; t/c Michael B to give him Sean's telephone number (CDCA) ███████ ███████████████████████ | 3.0 | |
| 7/10/07 (Tues) 8.5 | CRC: t/c RJP re Duncan (IDAHO) budget, he'll send draft to me to review; mentions "in therapy" over trauma of case, as is Tom Monaghan; I caution maybe TM should be relieved; need to discuss with RJP as well; ██████████ ████████████ | 4.5 | |
| 7/11/07 (Wed) 9.0 | CRC: reviewing RJP budget draft (Duncan - IDAHO), emailed him back; t/c msg to ML and DG re budget and experts ████████████ ████████████████████████ ████████████████████████ ██████████ emailed KM, MOD re status of assigned cases; ██████████████████ t/c Deb re Duncan (IDAHO); reviewing docs for capital case chapter; t/c Bruck re Duncan (IDAHO) | 7.0 | |

Exh. 83 - 000429

| 7/12/07 (Thurs) 9.5 | CRC: ████ ████ tc Steve Asin re $ issues; t/c Mark L re Duncan (IDAHO) budget issues | 6.0 | |
| 7/13/07 (Fri) 11.5 | CRC: ████ ████ emails re Duncan (IDAHO) budget | 10.0 | SAN-LA-SAN |
| 7/17/07 (Tues) 12.0 | CRC: ████ t/c Roger, Mark, Lisa re Duncan budget (IDAHO) and getting another lawyer (Matt Rubenstein); t/c with Roger re his role in case, and getting more help; ████ ████ | 12.0 | Mobile-BHAM |
| 7/18/07 (Wed) 12.0 | CRC: return to SD; ████ ████ t/c Mark, then Roger re Duncan (IDAHO), then Wyda re budget committee call (now called off); ████ | 11.5 | Bham-SAN |

| 7/31/07 (Tues) 9.0 | CRC: t/c Bob Burke re website issue; ██████████████ report; emailed project re website, other contract issue; ██████████████ t/c Larranaga re Duncan budget issues (IDAHO) | 4.0 | |
|---|---|---|---|
| 8/1/07 (Wed) 8.0 | CRC: ██████████████ t/c Judy Gallant re website issues, wants me to call Ralph, S/A believes up to date, ODS will need memo re problem and how removing it addresses problem, costs; re SH, lump sum, will need K; prep Duncan materials | 4.0 | |
| 8/2/07 (Thur) 13.5 | CRC: travel to Boise for Duncan (IDAHO) team mtg, mtg with Dick Rubin before mtg, team mtg - re family hx, settlement plan; dinner with RJP, ML, DR; conf call re website with Ralph and Robert | 12.0 | SAN-BOI |
| 8/13/07 (Mon) 11.0 | CRC: ██████████████ t/c w/ Larranaga re Duncan (IDAHO) - Roger agrees he should get off entirely; issue is who to replace and where funding should come from | 10.0 | |
| 8/14/07 (Tues) 9.5 | CRC: t/c SH re mitigation training and mentoring $ - she'll think about how much, how to do it; t/c SS planning group; conf RCC re CRC, contract plans; Duncan materials (IDAHO) review, do travel to SF for Friday ██████████████ emails re mtg with DeKelver | 5.0 | |
| 8/15/07 (Wed) 8.0 | CRC: t/c Kevin, Dick, MOD re website, funds for SH mit training and mentoring; multiple t/cs Robert, Ralph, Judy Gallant re website, emailed project re status; reviewed strategy revisions for PMWG; emails re Duncan (IDAHO); t/c SKK re office mgmt issues | 5.5 | |
| 8/17/07 (Fri) 13.0 | CRC: travel to SF to meet with Duncan team and DIVO; mtg Larranaga, Garvey; RJP couldn't make it (family emergency); mtg with Rosemary Chincini; returned to SD | 12.0 | SAN-SF-SAN |

| | | | |
|---|---|---|---|
| 8/20/07 (Mon) 8.0 | CRC: conf call with Project re work; t/cs Larranaga, Peven re Duncan (IDAHO); t/c Asin re Spokane can keep lawyer if gets off Duncan for balance of year, yes | 6.5 | |
| 8/21/07 (Tues) 9.5 | CRC: t/c Hormel re RJP/Duncan/office issues; t/c Tina re same; conf call with RJP and Larranaga at 3 pm; newsltr | 8.0 | |
| 8/22/07 (Wed) 9.5 | CRC: t/c Larranaga, Monaghan re status conf; t/c RJP, conf call all; to talk later as well; t/c RJP - too tired to talk, sounded exhausted, will talk tomorrow; t/c David F re work, Duncan; newsltr; reviewed Judge's training materials | 8.0 | |
| 8/24/07 (Fri) 9.0 | CRC: t/c Larranaga re mtg with RJP, agreed he should call RJP re request to be present on Tuesday (per later email, RJP said gut says not, but talk about it on Monday); t/c Ralph and Robert re website, t/c Robert; worked on proposal to K with Scharlette, emailed to Dick; conf Reuben re Duncan case and chance I might replace RJP - he's ok with funding or whatever is necessary | 6.5 | |
| 8/26/07 (Sun) 8.5 | CRC: travel to Spokane for mtg with counsel in Duncan (Idaho); reading | 6.5 | SAN-GEG |
| 8/29/07 (Wed 9.5 | CRC: t/c Deb, traded calls Larranaga re Duncan(Idaho); emailed Project re status ███ ███████████████ emailed project re status; t/c Larranaga re DIVO, I'll tell Roger that Tammy is emailing Salin, then send it; he'll call Dick re 3005 recommendation, and tell judge they recommend me, team mtg 9/6 to figure time needed | 8.0 | |
| 8/30/07 (Thurs) 9.0 | CRC: mtg with Roger re Duncan (IDAHO), issues surrounding his request to appt new counsel (backed off w/drawal); conf call Ralph and Robert re website issues | 6.5 | |
| 8/31/07 (Fri) 6.5 | CRC: t/c with Reuben and Jim re taking Duncan and staying on as CRC pending that; conf call re Strategy Session planning; conf call MOD | 5.0 | |

| | | | |
|---|---|---|---|
| 9/4/07 (Tues) 9.25 | CRC: ███████████, with DF; calls with DF re project work; t/c Roger re Duncan (IDAHO) - disk - no glaring info for settlement, some other crimes info, mostly child porn; 2 sets of info - 1 in jeep, 1 in ND; ND- other crimes; jeep this case; variety of event - never really went to govt with info from disks, state not willing to settle; person that was pissed off was mother's family, so Sahlin not in the middle; there was a conflict between Groene and the other victims; t/c Jen McCann re computer system for the case - laserfiche was what she wanted, and SD has; t/c Tracy Whalen - mom is having kidney cancer surgery so won't be in town to see me 9/7; she is aware RJP not w/drawing, but won't be involved; t/c Deb - Lisa, paralegal; t/c SKK - ok, he'll check with Neer | 7.0 | |
| 9/4/07 (Tues) 9.25 | ████████████████ | .75 | |
| 9/5/07 (Wed) 9.5 | CRC: t/c Ralph, Robert re website info - Ralph found content mgmt program that seems to be our fix; Robert tested; ████████████ ████████████ ████████████ t/c Hillier re Duncan (IDAHO) and getting Jennifer Davis on loan; t/c Roger re Duncan (IDAHO) | 8.0 | |
| 9/6/07 (Thurs) 9.0 | Duncan: editing RJP dec; t/c SH re Bruce Whitman; t/c Deb re to do list; mtg Larranaga, mtg team - notes in file | 8.0 | |
| 9/7/07 (Fri) 10.5 | Duncan: reviewing revised RJP dec; t/c Larranaga; t/c Roger; more edits, t/c RJP re final, he's good with it, he'll file; conf Larranaga re case - notes in file; t/c Jen McCann - she'll arrange to be in SD to transfer info to Laserfiche | 7.5 | |
| 9/8/07 (Sat) 5.0 | Duncan: reviewing docs, emails re DIVO, setting up call for Monday | 2.5 | |
| 9/9/07 (Sun) | Duncan: | | |
| 9/10/07 (Mon) 11.0 | Duncan: conf call with Deb, Tammy, Mark on re victim outreach work; reviewing docs, organizing; emails re organization issues | 8.0 | |

Exh. 83 - 000433

| 9/11/07 (Tues) 10.5 | Duncan: prep for trip to Boise to meet client, then to Spokane to review files, and meet Sahlin; reviewing docs, t/cs, emails | 8.0 | |
|---|---|---|---|
| 9/12/07 (Wed) 14.0 | Duncan: travel to Boise, met with Tom and Mark, and the three of us met with Jet at the prison; file review, mtgs with Tom & Mark | 12.5 | |
| 9/13/07 (Thurs) 13.5 | Duncan: travel to Spokane from Boise, met with John Sahlin, guardian ad litem for Shasta (see email notes); went to scene at Wolf Lodge house (a bit spookey, as door opened, looked like abandoned but maybe someone there); reviewing files at Spokane office, conf RJP, Lisa re $, Jen re scanning | 12.5 | |
| 9/14/07 (Fri) 14.0 | Duncan: reviewing files, packing boxes to ship to Mark, me, Boise; conf Jen re scanning, Marissa re files; meeting with John Adams and Mark returned to SD; reviewing Jet writings | 13.0 | |
| 9/15/07 (Sat) 9.0 | Duncan: emails to/from team re work on the case | 4.0 | |
| 9/16/07 (Sun) 6.0 | Duncan: emails re visits, reviewing TM's visit log; emails re DIVO conf call; reviewing docs, mostly admin stuff | 5.0 | |
| 9/17/07 (Mon) 10.0 | Duncan: admin work re funding, appt, visits, laserfiche | 5.0 | |
| 9/18/07 (Tues) 12.5 | Duncan: t/c Mark, Deb, Tammy, Rosemary, Jodi re DIVO - Rosemary, Deb, Tammy to talk re plan to approach others than Sahlin, Rosemary will contact Sahlin, she'll talk with Jodi re community as well; confs Mark, Jen, Ben re laserfiche; organizing Adams file, Jet writings for scanning; conf Jodi, Andrew, Mark re projects - Idaho research, relationships list, reviewing docs to track Jet's travels, reviewing correspondence for relationships, witnesses, content; t/c DF w/Mark re neuropsych testing and his recommendations; DF will review DOC records | 10.0 | |
| 9/19/07 (Wed) 10.5 | Duncan: emails, ltr to Adams returning file; reviewing docs, conf ML, confs re Laserfiche | 6.5 | |
| 9/20/07 (Thurs) 10.5 | Duncan: reviewing materials (started with blogs) | 2.5 | |

Exh. 83 - 000434

| | | | |
|---|---|---|---|
| 9/21/07 (Fri) 9.5 | Duncan: team mtg by phone; emails | 2.5 | |
| 9/22/07 (Sat) 3.0 | Duncan: reviewing emails re continuance, investigation | 1.0 | |
| 9/23/07 (Sun) | Duncan: reviewed Mark L's draft dec; notes re continuance | 3.5 | |
| 9/24/07 (Mon) 11.5 | Duncan: reviewing dec, emails re scheduling; t/c Tammy re Rosemary and Traci; t/c Roger re Bill going on scene tour, ok with RJP; t/c Bill - he'll check schedule | 1.0 | |
| 9/24/07 (Mon) 11.5 | CRC: project mtg re website and CD's; project conf call; t/c Judy Gallant - re can she tell DSAG I'm on Duncan (yes), she'll call back about SH contract | 10.0 | |
| 9/25/07 (Tues) 14.0 | Duncan: reviewing decs, t/c Mark re continuance; emails re scheduling and evidence review; per Bill, he can make scene tour; t/c Marissa - she's ordering transcripts per my request | 4.5 | |
| 9/26/07 (Wed) 11.0 | Duncan: reviewing docs, emails, t/c Rosemary re cont' so she can call Sahlin; I called Tracy, left msg; prep for trip | 8.5 | |
| 9/27/07 (Thurs) 13.0 | Duncan: t/c Tracy Whalen - explained cont' and who Rosemary is; travel to Boise, reviewing materials; mtg Mark and Denise to see possible apts, house to rent; conf re status conf | 10.0 | SAN-BOI |
| 9/28/07 (Fri) 12.5 | Duncan: mtg Tom and Mark re status conf; status conference with J. Lodge, Tom, Mark, Olson, Moss, Whalen (by phone) and Lauri, ct law clerk; must file continuance motion (and clarify RJP status and expert deadlines) by 10/3, hearing 10/12 at 10:30 in Boise; mtg Tom, Mark; visited possible rental house; saw D at prison with Mark; t/c Rosemary (twice, once about status conf, once her follow up re Sahlin mad at judge and me); t/c Deb re scheduling; returned to SD | 11.5 | BOI-SAN |
| 9/29/07 (Sat) 3.0 | Duncan: emails with Beth Bochnak re JQ, sent materials | 2.0 | |

Exh. 83 - 000435

| 9/30/07 (Sun) 11.0 | Duncan: reviewing, organizing docs, drafting continuance facts, reviewing decs, emails re team mtg; t/c Tammy, Mark, Tom re Sahlin - JC to call him Monday afternoon; Tom to respond to govt email re evid review this Thur-Fri | 8.5 | |

Exh. 83 - 000436