

Exh. 84 - 000437



Exh. 84 - 000438



Exh. 84 - 000439



Exh. 84 - 000440



Duncan siblings

Exh. 85 - 000441



Exh. 85 - 000442



CHERI SUSAN TEENA
JET BRUCE

Exh. 85 - 000443



JOE AND HIS FIVE CHILDREN

Exh. 85 - 000444



Exh. 85 - 000445



Exh. 85 - 000446

Duncan Family Members

Maternal Family

      Maternal Grandmother - Susan Edna Price  [yob 1884, dod 3/1973]
         1st husband - Benjamin Franklin Freed
            Their 6 children [Lillian Duncan's half-sibs]
              1.  Donald Richard Freed  [deceased]
                 Connie LNU
              2.  Mary Margaret Freed [Sheets, Hatrick, Musser]    [deceased]
                 Leroy [Steve] Hatrick  spouse is Oleda, living in Reedville, PA
                 Robert Hatrick
                 Faith Ann Musser
              3.  Roy James Freed    ◇ [Donna]    [deceased]
                 has one child, Brenda K. Specht
              4.  John Franklin Freed    [deceased]
                 John Franklin Freed, Jr.
                 Millard Freed
                 Gary Lee Freed
                 Charles Freed
                 Robert Freed
                 Lenoard Freed
                 Cheryl [aka Missy]  Freed
            5. Naomi Marie Freed Narehood [dob ███ /1931]  living in Belleville, PA
                [client's maternal cousins]
                John Narehood, Jr.  [dob ███ /49] spouse - Esther
                Mirium Burkholder  spouse - Daniel, living in Mifflintown, PA

   Betty Lou Bonfiglio spouse - Paul, living in Huntington, PA
              Carol Jean Jurasz,  spouse - Keith, living in Belleville, PA
           6.  Anna Esther Freed [approx. 87 y/o]
      Maternal Grandmother & 2nd husband - William Clyde Osborne  [dob ███ /1884, dod
          3/1/1947 or 1948]
         1.  Lillian May Osborne [dob ███ /1939], client's mother
          2.  Susan Helen Osborne Hoover [dob ███ /1937], spouse is Paul, living in
            York, PA
            Catherine Elaine Evans  spouse is Todd, York, PA [across the street from
               Helen]
            Paul Hoover, Jr.

Paternal Family
      Paternal Great-grandparents, Alma's parents are:
         Paternal Great-Grandfather - George L Colabine
         Paternal Great-Grandmother - Rhoda J. Fultz [dob ███ /1898, dod 9/20/1960]

Exh. 86 - 000447

Paternal Great-grandparents, Joseph Duncan, Sr's parents are:

Paternal Great-Grandfather - Frank L. Duncan [dob:███/1892, dod 11/24/1960]

Paternal Great-Grandmother - Mae A. Summers  [dob:███/1894, dod: 7/23/1974]

Mae's brother, Hugh Summers [Emma Bollinger], reportedly in a mental hospital prior to his death.

Their two sons:  Fred L. Duncan  [dob:███/1918, dod: 7/9/1985]

Paternal Grandfather - Joseph Edward Duncan, Sr. [dob███/1920, dod 3/20/1990]

Paternal Grandmother & 1st wife  - Alma Susanne Colabine [dob███/1919, dod  1986]

Their 3 children [Joseph Duncan, Jr. and his sibs]

military only 1.  Joseph E. Duncan, Jr.  [Missouri]

2. James F. Duncan, spouse is Sandy, living in Brookville, Florida

their 3 kids:   Jay Duncan, lives in Las Vegas

Kenneth Duncan, Port Richey, FL

Robert Duncan, Wilkes Barre, PA

3.  Rhoda Mae Duncan Myers [yob███/1942, yod 1/8/2000]

Rhoda's spouse was Ira W. "Jim" Myers, married 12/12/1981 [dob:███/1923, dod: 7/13/2002]

Her children:  Timothy T. Hook

Ricky Lee Ehrenfield

Alma's 2nd husband - Rupert Rapp

Their son, Rupert, Jr. "Butch" Rapp

Joseph, Sr's 2nd wife - ◊Dorothy Kerns Duncan [client's father's step mother]

Jeanne Elaine Duncan Padgett [living in Florida w/ mother]

Richard L. Duncan [dod███/1986, died of cancer]

Larry Kearns [not Joe, Sr's child] - Montrose, CO

Father - Joseph Duncan, Jr.

Mother - Lillian Mae Osborne

Their children:  Susan Duncan Eldridge, divorced from Mark Eldridge

Jennifer Sue Tate, spouse is Benjamin Tate, in the Air Force

Sarah Marie Clark,  spouse is Tim Clark, living in Enid, OK

Abigail Rose Govea-Eldridge  [Tim Clark's stepdaughter]

Roman Alan Clark

Cheri Cox, her spouse Bill, living in Warner Robins, GA

William [Willie] Malcolm Cox

Robert [Bobby] Cox

Teena Christine Novotney, spouse is James Novotney, living in

Poulsbo
    Chris
    Peter
Joseph "Jet" Duncan, III
Bruce Duncan  [deceased]
   Clifford Joseph Duncan [son of Bruce and Ann Marie]
   significant girlfriend - Janine & her son, Christopher
   godfather to daughter of next girlfriend, Jadene

Joseph Duncan, Jr. divorced Lillian, went w/ Pat Ryeibiski; their son, Jason Ryeibiski, is
   client's half-brother.
Joseph, Jr. then married, Rae Earleen Wright Duncan [married in 1983], living in
   Independence, MO
   Rae's children:  Tamera/Tammy Butler
                 kids, Kenny & Katrina
                 her in-laws committed double suicide in 2005
              Jeanette/Jen Graham [Chuck, husband died in car accident/1998]
                 sons, Jonathan & Nick
              Jeanette's stepfather, Charlie Cobun, was in WSH sex offender
                 treatment program; molested Tammy
              Jerry Dyne Wright, his wife Laurie
                their daughter, Lindsey
   Rae's father, Earl Erskine, did prison time for child molestation

updated: 1.08.2008

Exh. 86 - 000449

# Duncan Maternal Extended Family



# Duncan Paternal Extended Family



Exh. 86 - 000451