This is to certify that the certificate hereunto attached is a true and accurate copy of the original death record on file with the Division of Vital Records, and that Frank Yeropoli, whose name is subscribed thereto, was at the time of subscribing the same and now is Director, Division of Vital Records of the Department of Health, for the Commonwealth of Pennsylvania, duly appointed and commissioned as directed by Act 66 of the General Assembly, approved 29 June 1953, P.L. 304.

**FEB 14 2008**

Date

Frank Yeropoli, Director
Division of Vital Records
P.O. Box 1528
New Castle, PA 16103

H105.143 Rev. 2/87

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**
**CERTIFICATE OF DEATH**

102803

TYPE/PRINT IN PERMANENT BLACK INK

| | | STATE FILE NUMBER | |
|---|---|---|---|
| 1. NAME OF DECEDENT (First, Middle, Last) Franklin Freed *FRANKLIN FREED* | 2. SEX Male | 3. SOCIAL SECURITY NUMBER | 4. DATE OF DEATH (Month, Day, Year) *OCTOBER 6, 1994* |

| 5. AGE (Last Birthday) 83 Yrs. | UNDER 1 YEAR Months / Days | UNDER 1 DAY Hours / Minutes | 6. DATE OF BIRTH 1910 | 7. BIRTHPLACE (City and State or Foreign Country) Morwood, PA | 8a. PLACE OF DEATH (Check only one — see instructions on other side) HOSPITAL: Inpatient ☐  ER/Outpatient ☐   DOA ☐   OTHER: Nursing Home ☒   Residence ☐   Other (Specify) ☐ |
|---|---|---|---|---|---|

46

| 8b. COUNTY OF DEATH Montgomery | 8c. CITY, BORO, TWP OF DEATH Upper Gwynedd Twp | 8d. FACILITY NAME (If not institution, give street and number) Gwynedd Square Center | 9. WAS DECEDENT OF HISPANIC ORIGIN? No ☒ Yes ☐ If yes, specify Cuban, Mexican, Puerto Rican, etc. | 10. RACE - American Indian, Black, White, etc. (Specify) White |
|---|---|---|---|---|

| 11a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life; do not use retired.) Inspector | 11b. KIND OF BUSINESS/INDUSTRY Electronics | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? Yes ☐ No ☒ | 13. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) 8   College (1-4 or 5+) | 14. MARITAL STATUS - Married Never Married, Widowed, Divorced (Specify) Married | 15. SURVIVING SPOUSE (If wife, give maiden name) Ethel Klenk |
|---|---|---|---|---|---|

| 16. DECEDENT'S MAILING ADDRESS (Street, City/Town, State, Zip Code) Lansdale, PA 19446 | DECEDENT'S ACTUAL RESIDENCE (See instructions on other side) 17a. State Pennsylvania   17b. County Montgomery | Did decedent live in a township? | 17c. ☐ Yes, decedent lived in ___ twp.   17d. ☒ No, decedent lived within actual limits of Lansdale city/boro |
|---|---|---|---|

| 18. FATHER'S NAME (First, Middle, Last) John N. Freed | 19. MOTHER'S NAME (First, Middle, Maiden Surname) Lizzie Cressman |
|---|---|

| 20a. INFORMANT'S NAME (Type/Print) Ethel K. Freed | 20b. INFORMANT'S MAILING ADDRESS (Street, City/Town, State, Zip Code) Lansdale, PA 19446 |
|---|---|

| 21a. METHOD OF DISPOSITION Burial ☒ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) ___ | 21b. DATE OF DISPOSITION (Month, Day, Year) October 11, 1994 | 21c. PLACE OF DISPOSITION - Name of Cemetery, Crematory or Other Place Whitemarsh Memorial Park | 21d. LOCATION - City/Town, State, Zip Code Horsham Twp., Montgomery Co. Prospectville, PA 19002 |
|---|---|---|---|

| 22a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH *Philip R. Lahr* | 22b. LICENSE NUMBER FD-010686-L | 22c. NAME AND ADDRESS OF FACILITY HUFF & LAKJER FUNERAL HOME Derstine and Cannon Aves., P.O. Box 854, Lansdale, PA 19446 |
|---|---|---|

| 23a. Complete items 23a-c only when certifying physician is not available at time of death to certify cause of death. To the best of my knowledge, death occurred at the time, date and place stated. (Signature and Title) *Andrea Godla RN* | 23b. LICENSE NUMBER RN163862-L | 23c. DATE SIGNED (Month, Day, Year) October 6, 1994 |
|---|---|---|

| Items 24-26 must be completed by person who pronounces death. | 24. TIME OF DEATH 9:30 P m | 25. DATE PRONOUNCED DEAD (Month, Day, Year) October 6, 1994 | 26. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? Yes ☐ No ☒ |
|---|---|---|---|

27. PART I. Enter the diseases, injuries or complications which caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

| | Cause | Approximate interval between onset and death | PART II. Other significant conditions contributing to death, but not resulting in the underlying cause given in PART I. |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. | PROTEIN/CALORIE DEFICIENCY | MOS | COPD |
| DUE TO (OR AS A CONSEQUENCE OF): b. | DEPRESSION - LOSS OF WILL TO LIVE | YRS | SEIZURE DISORDER |
| Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. DUE TO (OR AS A CONSEQUENCE OF): c. | OLD AGE AND INFIRMITY | YRS | HYPERTENSION |
| DUE TO (OR AS A CONSEQUENCE OF): d. | | | |

| 28a. WAS AN AUTOPSY PERFORMED? Yes ☐ No ☒ | 28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? Yes ☐ No ☐ | 29. MANNER OF DEATH Natural ☒  Accident ☐  Suicide ☐  Homicide ☐  Pending Investigation ☐  Could not be determined ☐ | 30a. DATE OF INJURY (Month, Day, Year) | 30b. TIME OF INJURY M. | 30c. INJURY AT WORK? Yes ☐ No ☐ | 30d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|---|---|
| | | 30e. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify) | | 30f. LOCATION (Street, City/Town, State) | | |

CERTIFIER (Check only one)

| 31b. *CERTIFYING PHYSICIAN (Physician certifying cause of death when another physician has pronounced death and completed item 23) To the best of my knowledge, death occurred due to the cause(s) and manner as stated. ☒ | SIGNATURE AND TITLE OF CERTIFIER *John F. Motley* |
|---|---|
| 31c. *PRONOUNCING AND CERTIFYING PHYSICIAN (Physician both pronouncing death and certifying to cause of death) To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. ☐ | LICENSE NUMBER MD 013815 E | 31d. DATE SIGNED (Month, Day, Year) October 7, 1994 |
| 31a. *MEDICAL EXAMINER/CORONER On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. ☐ | 32. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (Item 27) Type or Print John F. Motley, M.D. Lansdale Medical Group S. Broad St., & Allentown Road, Lansdale, PA 19446 |

| 33. REGISTRAR'S SIGNATURE AND NUMBER *Molly M. Kowash*   46,428 | 34. DATE FILED (Month, Day, Year) October 8, 1994 |
|---|---|

Left margin (vertical): NAME OF DECEDENT   FRANKLIN FREED   FRANKLIN FREED   ALIAS USED

Exh. 87 - 000452

Hi Jet,

Mom's going with Archie again - thank goodness she needs someone & Archie is pretty good for her but, she thinks he's too demanding, & he's real different but nice.

Boy, Jet it's sounds like your thinking just about the same thoughts I am about Mom & Dad.

Bruce is working with a construction Company, + it sounds like a pretty good deal the guy who hired him is teaching him everything from the ground up.

But he never plans to come back. Ann was really stupid to think getting pregnant would get Bruce to marry her. Dad's not the only one, Mom wants you to move in on Ann too. But Jet she is real different + not very clean + motherhood has not slowed her down she's just learned to use Birth control. So don't go getting involved unless you really like her, don't do it just for Mom, Dad, Ann & the Baby. Because you want to be happy the rest of your life + not be tied down to some one elses mistake.

Me + Jim are doing great & keeping busy. Yesterday I went to Seattle, to register at the University of Washington I start school Sept. 26. Boy, it's scary, I've been out of

DUNCAN_ND-006466
Exh. 88 - 000453

school 2 years + I flipped threw the ~~book~~ math
+ my eyes just about fell out. It all looks so hard.
but I can hardly wait.

Take care.
Love,
Seena Novotny

DUNCAN_ND-006467
Exh. 88 - 000454

FD-302 (Rev. 10-6-95)

FEDERAL BUREAU OF INVESTIGATION

Date of transcription   07/27/2005

On 26 July 2005, Teena Christine Novotney was advised of the identity of the interviewing agent and the purpose of the interview. Thereafter, Novotney voluntarily provided the following information:

Novotney advised she is an older sister to Joseph Edward "Jet" Duncan, III. When asked where the nickname Jet came from, Novotney stated is was Joseph Edward the Third.

Novotney was asked about her family life growing up. She stated it was "tumultuous" as her parents fought a lot. He father was in the Army. As a result, he went overseas a number of times leaving her mother to raise five children. Novotney stated her father did a couple of tours in Vietnam and one in Germany. The family did not go to Germany with him because all of the children were teenagers; therefore he did an unaccompanied tour. The family remained in Tacoma while her dad was in Germany.

When her father returned from Germany, Novotney advised her parents divorced. She recalled she was in her senior year of high school at the time.

Going back to the family dynamics growing up, Novotney advised her mother was verbally and physically abusive to the children. Novotney added that no child should have to go through what they did growing up. Novotney stated her mother was clearly the disciplinarian in the family. She cited an example of getting in trouble if she did not tell her dad where she was going. When home, her dad would work a second job to make ends meet. Consequently, he would sleep and/or take naps during the day. If she did not wake him up to tell him where she was going, she would get in trouble with her mother.

With regards to the abuse, Novotney advised that contrary to what is currently being reported in the news, there was no sexual abuse by anyone towards anyone. As a caveat, Novotney stated her mother used to make the kids pull their pants down when she beat them and maybe one could construe that as sexual abuse but in the more common sense of sexual abuse, Novotney advised she is unaware of any.

Novotney is one of five children. The oldest, Susan Eldridge, is currently in the Air Force. She had previously been a dental hygienist. Cheri Cox, the next oldest is also currently in the Air Force. According to Novotney, Cox and her mother fought constantly and "had to get out" as soon as she graduated high school. Novotney is next in line and also left home upon graduation. She went to Washington State University for two years, returned to Western Washington where she got a job at the shipyard and went to school at the University of Washington. She also went to Olympic College. Duncan is the fourth of the five children. Novotney does not believe had graduated from high school. The youngest is Bruce Duncan who resides in Tacoma, Washington and works a union job loading trucks for Fred Meyers.

Investigation on   26 July 2005   at   Poulsbo, Washington

File #   7C-SU-61046-549

by   SA Stephanie P. Gleason

Date dictated

BK #41A "Joseph Duncan" pg 304

DUNCAN005236

FD-302a (Rev. 10-6-95)

7C-SU-61046

Continuation of FD-302 of ___Teena Christine Novotney_____ , On _26 July 2005_ , Page __2__

When asked about hobbies for Joseph, Novotney advised that growing up, he was a boy scout, collected rocks, had a gerbil or a hamster and had a paper route. When he was older, he was very interested in computers. He eventually, as an adult, had a website called "Jet Gazette" on which he would post his daily activities. Novotney advised he also had a webcam on his computer that purportedly allowed anyone who visited to see what was going on in his apartment. She also believes he may have had a digital camera.

With regards to his criminal past, Novotney advised she never really knew what Duncan did to get him sent to prison and to Western State Hospital and she does not want to know. She did state, however, that she knows her mother lied about what he did when telling people about it. She recalled her mother "making" the kids go with her one holiday to visit Duncan at Western State. She stated she was so "freaked out" by what she saw that she refused to ever go back. Novotney also stated she never visited Duncan while he was in jail.

During the first time he was out of prison, Novotney stated he would come over to visit a couple of times although they had no real steady contact with each other. She believes he may have sent a couple birthday cards and had asked her to co-sign a car note for him which she would not do.

Novotney recalls Duncan living in an apartment and then a house with two other men. She does not recall who the men were. She also recalls that the house was near Woodland Park Zoo in Seattle. Novotney advised Duncan worked as a telephone solicitor for what she recalled to be Time Magazine. He had a girlfriend at the time; however, Novotney never met her and does not know her name. However, Novotney stated they dated for a while even though the woman was married, her husband was disabled and knew about the relationship.

Prior to going back to prison, Novotney advised Duncan called her the night before he started running. He told her that he was not going back to prison. Novotney advised she tried to talk him out of running telling him it would only be worse if he did and that he would eventually be found anyway. She also told him that if he ran, he could forget about considering her as his sister. Novotney then called her father and told him about the conversation. Her dad told her that it sounded as if Duncan was on drugs again. Novotney called Duncan and again tried to talk him out of it but to no avail.

At this point, Novotney had felt as if Duncan had tried to straighten out his life but obviously had not. She felt that she had given him every second chance to help but was now through.

Contact has been very limited with Duncan since he was released from prison the second time. He did come to the house for Christmas twice but only because Novotney's mother, who always spends Christmas with her, "guilted" her into inviting him over.

Duncan also called Novotney once to see if she would be willing to chip in with all the other kids to buy a car for the mother.

**BK #41A "Joseph Duncan" pg 305**

DUNCAN-005237

FD-302a (Rev. 10-6-95)

7C-SU-61046

Continuation of FD-302 of _____Teena Christine Novotney_____ , On _26 July 2005__ , Page __3__

    Novotney was asked about vehicles Duncan owned. She said they were pretty much non-descript stating he was not into cars the way others might be. He viewed them as a way to get from one place to the other. She could not remember specifically anything that he drove.

    The following personal information was obtained:

NAME:                      Teena Christine Novotney
DATE OF BIRTH:
PLACE OF BIRTH:
HOME ADDRESS:

                                    REDACTED

EMPLOYMENT:             Self-employed
                            Architectural Design and Structural
                            Engineer

    No further information obtained.

DUNCAN-005238

DUNCAN-044024

Exh. 89 - 000458



Cheri Cox
▉▉▉▉▉▉▉▉▉    MACON GA 312
Centerville GA MAR 2007 PM 2 T
31028

MARCH IS
KIDNEY MONTH
GIVE TO THE NAT'L
KIDNEY FOUNDA...

Joseph Duncan 83655
Imsi  B·Block 62
P.O. Box 51
Boise ID  83707

83707+0051

7 Mar 05

Dear Jet

I was glad to get your letter! Has anyone Elese wrote to you? I'm glad they let you have the pictures. Did you get Bruces Memoraul svc Program? Sorry they wouldn't let you have the ribbon off the flowers. What Did they Do with it? I would like to have it Back if Possible.

Why would you think that what you did, would change you Being my Brother? What I don't understand is "why" you made the decision's you made. You could have Been Someone Big! Your future was looking Good. Why? People that Kenew and worked with you, thought highly of you. I'm really confused as to what was the chenging Point. Why?

How could I testify against You? why are you excluding me from Being involved in your trial and your life? I still love you and I'm really worried sick about

DUNCAN-044025

Exh. 89 - 000459

you! I would and will Do any thing To help You. Even if it means Bring some one Else down! (mom). I dont understand what you mean By ("Your Not ashamed of what you have Done). What Do you Think They Should Do To You, for what you have Done, Except to execute You. Why Should I pity Them.

How can having posessions interfer with Your "Spiritual" Journey? This I dont understand, who Told You This? Why? I understand Your Excepting Societies decree, that They place on You, But how can You release Them from Your persone Wrath? Your in prison, You have No personal wrath to use on Them So Im sure They could care Less what You "forgive Them for what They Do".

What Do you mean You won't Be accepting Visitor, phone calls or Communicating after They Sentence You. Lets Say they will Execute

DUNCAN-044026

Exh. 89 - 000460

You. It could take 10 years for it to happen. So What, You'll Just sit in Your Cell and stare at the wall for 10 yrs. What if They give you 5 Life Sentences? I Think that your really Being selfish, if you Cut us out of Your Life, Just Because of what "they" put on You. What are we suppose to do? Continue our Lifes as if this never happened? Do you really think that its fair to Mom? You said that She has stood you You all These Years But Then You Kick her to the curb when You Done with her, Because You Want to find Your "inner" self. I think Thats selfish. You say that You Love Her, Because she's Your Mom But Yet this is how You will Do her when "You" feel You Don't need her any more. You obviously Don't Know what "Love" really Means. Try reading the Dictionary's Definition of The

DUNCAN-044027

Exh. 89 - 000461

word. as far as Being the Only one that "Stood By You all those Years. Why Don't you ask "HER" why No one was "allow" To come See you, or communicate with you! Better yet, Don't Bother, she'll Just Lie about it any way. In her Eye's, The whole world is wrong and She's right. We weren't "good" enough to talk to you, and it was "our" fault that you Did The things That you did. "WE" Should Be punished, not you. It wasn't your fault,

as to what her answers where when you ask "Mom" about The Things she has Done To me, yes they are important. Maybe Not to You, But they are To me. But then again she probably Didn't Tell you the Truth anyway.

Enowh about "Mom", as you can see, Talking about her really upsets me.

No, my Boys aren't married yet, Nor Do they have Kids. Some day I hope, I really want To have.

DUNCAN-044028

Exh. 89 - 000462

a grandchild Some Day. Bill is a aircraft mech. supervisor at Robins Air force Base, hes Been working there since "85" and still loves his Job. as far as Teena goes, I don't Think I'll ever Be seeing or Talking to her again, as Long as Tim is alive. Susan is another story. I admire her alot for what She is Doing for her granddaughter. She's a good person and I really like, Talking to her. Dad is still hurting. I Think that in his heart he wants to see you. But Rae won't Even Let him Talk about You. She is super agressive in their relationship. Keep writing to him, please,

Can I call you? or can You call me? I would love to hear You Voice. 1-478-953-9426 or Cell 1-478-396-7401.

Love Your Sister
Cheri'

DUNCAN-044029

Exh. 89 - 000463