WA
362.2
W52pro
s
1983
c.1

LIBRARY USE ONLY

WASHINGTON STATE LIBRARY
STATE DEPOSITORY COPY



CHAPTER IV

PROGRAM DESCRIPTION

October 31, 1983

Western State Hospital

Exh. 90 - 000464

WASHINGTON STATE LIBRARY

A60000 365705

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN                    PAGE        1

Sex Offender Program                                                October 31, 1983

(4.1.2a)

RECEIVED

APR    1991

WASHINGTON STATE LIBRARY

## PATIENT POPULATION CHARACTERISTICS

The Sex Offender Program at Western State Hospital serves the population area of Western Washington from Whatcom County, bordering on Canada, to Clark County, bordering on Oregon.  Also included are three counties east of the mountains, Yakima, Klickitat and Kittitas.  Patient population consists of sex offenders who have pled guilty or been found guilty of felony sex offenses, whose sentences have been deferred or suspended, and a sexual psychopath petition filed by the prosecutor of the committing county in accordance with R.C.W. 71.06; or the judge signs an order making successful completion of treatment a condition of probation.

The average offender is in his 20's or 30's (there are a few older and a few younger).  There is no age cutoff for persons admitted to the program.  However, an individual must be at least 18 years of age as a sexual psychopath petition cannot be filed on an individual still on juvenile status.  Over the last year, we have seen fewer juvenile offenders.  However, the number of individuals over 65 has increased and this has presented many difficulties.  Success with the juvenile is somewhat marginal and really depends on the maturity of the individual and his ability to recognize the scope of his problem and to fit into the peer group culture.  At the present time, no treatment per se exists for the juvenile sex offender in the state.  The older offender is very difficult to treat due to the often present medical problems as well as a poor prognosis for change. We have recently set an upper limit of age 55 and requested the courts seek alternative placement.

Population at the present time is totally male.  In the past, we have received a few women for treatment in the program; however, that is not the case at the present time.  The law does not preclude the commitment of women to the Sex Offender Program.  About one-third of the population is single, one-third married, and one-third separated, divorced or widowed.  Ethnically, the largest majority of the population is white and, while it is not remarkable, there has been a slight increase in the number of minorities sent to the program by the courts

Exh. 90 - 000465

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN            PAGE      2

Sex Offender Program                                        October 31, 1983

(4.1.2a) continued

for observation.   In the last fiscal year that data was totalled (from 7/80 to
6/81) 85% were white, 6% black, 5% American Indian, 3% Chicano and 1% mixed.
48% have completed grade 6 to 11, 31% have graduated from high school, and 21%
have education above the high school level.

62% have never been incarcerated previously.  20% had been incarcerated where a
sex offense had been involved, and 18% on some other basis.  It is important to
note that it is the minority of our population who have been in prison for crimes
other than sex offenses.  In addition, the 62% seems to indicate that the program
is getting offenders when they first come to the attention of the law.

In terms of sexual deviancy, approximately 37% are rapists, with 63% being child
molesters of one variety or another.  Of the cases of child molestation,
approximately 88% were involved with female victims, and 12% with male victims.
In 47% of all cases, force was used (this means use of a weapon or physical abuse).
In 53% of the cases, no force was used (this would include seduction, manipulation
of children, and verbal abuse or threat to the victims).

A fair number of the sex offender population have demonstrated problems with
alcohol and drug abuse.  58% show no alcohol abuse, 12% show one to three years
of abuse, 10% show four to six years of abuse, with 20% showing 7+ years of
abuse.  Drug abuse is quite similar with 58% showing no drug abuse, 12% - one
to three years abuse, 10% - four to six years abuse, and 20% - seven plus years.

While we do not have "hard data" at the present time our initial rate of rejection
has increased.  We seem to be receiving the more chronic, long term offender who
has a poor prognosis.  We believe the change in client is the result of the
increase of competent clinicians in the community specializing in the treatment
of sex offenders.  The courts are much more apt to allow the less dangerous
offender to be placed in community treatment as a condition of probation.

<u>HOURS OF OPERATION</u>

The Sex Offender Treatment Program is a 7-day a week, 24-hour a day, operation.

Exh. 90 - 000466

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE    3

Sex Offender Program                                      October 31, 1983

(4.1.2c)

## SCREENING OF PATIENTS

The screening of potential patients is performed by the Prosecuting Attorney's office in conjunction with the Superior Courts of the counties within our catchment area.   Under R.C.W. 71.06, it is the option of the Prosecuting Attorney to file or not file a sexual psychopath petition in any given case. All patients are committed under R.C.W. 71.06 where the prosecutor has chosen to file a sexual psychopath petition after the individual has been found guilty or pled guilty and their sentence has been deferred or suspended.  The committing judges also screen when they opt to send someone as a condition of probation.

(4.1.2d)

## THE ADMISSION PROCESS

Patients are admitted to the program from the waiting list.  In August 1980, when the number of petitions filed exceeded the bed space available, it became necessary for the program to establish a waiting list.  Therefore, at the time the sexual psychopath petition is filed, or the judge signs an order as a condition of probation, the prosecutor of record calls the program and places the individual's name on the waiting list.  When space is available, the program secretary contacts the prosecuting attorney's office and the individual is then transported to the hospital for admission.  The waiting list currently contains approximately 139 names, the average wait at this time (at ten admissions per month) is approximately ten months from the time the name goes on the waiting list.  When the individual arrives at the hospital, if it is during the working day, he is admitted to the program by the program psychiatrist.  If it is after working hours, he is admitted by the Officer of the Day.  The vast majority of individuals admitted come to the hospital during the day hours.  The usual hospital admission forms are filled out and a medical history is taken by the nursing staff.  The psychiatrist completes the psychiatric assessment, including mental status examination.

Exh. 90 - 000467

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE      4

Sex Offender Program                                      October 21, 1983

(4.1.2d) continued

The individual is introduced to other patients from his group and assigned a group "buddy" to assist him in becoming oriented to the group, the ward and the program at large.

(4.1.2e)

## ASSESSMENT PROCEDURES

During the patient's stay, a thorough mental, physical and psychosocial evaluation is completed. A psychiatrist will complete a psychiatric evaluation, with a mental status examination and a diagnosis. A physician completes a physical examination of the patient within 24-hours of admission. A nursing assessment is completed and entered into the chart. A psychosocial assessment is performed by the therapy supervisor who evaluates all phases of the patient's history, life and circumstances. This assessment also includes significant others, available resources and a psychosocial needs assessment. Thorough psychological testing is done within the first week after admission and routinely includes the MMPI, Shipley and the Buss-Durkee and projectives. Discovery data provided by the prosecuting attorney, which usually includes victims' statements, police reports and other evaluations done prior to commitment, is utilized to assess patient information and to formulate opinions and recommendations. Input to the therapist from the guided self-help group provides daily information about the individual's adjustment, ability to manage treatment and frequently reveals other data previously unavailable.

(4.1.2f)

## SERVICE DELIVERY

The clinical needs of the patient are first identified through the collection of database about each resident. These needs are identified in the initial treatment planning conference and a plan is formulated to address the patient's clinical needs. Progress notes address the goals formulated at the treatment planning conference and are made on a regular basis.

Exh. 90 - 000468

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE    5
Sex Offender Program                                                October 31, 1983

(4.1.2g)

## THERAPEUTIC PROGRAM

The Guided Self-help Group:  The program is divided  into ten (10) guided self-help groups, each one supervised by a professional with the job classification of Therapy Supervisor.  There is an average of 15 to 18 offenders per group. Each offender spends a minimum of 25 hours per week in group therapy.  The sessions are led by group leaders, offenders who have been elected by their peers to represent the group and organize its basic functioning.  Participants in a therapy session are expected to be honest in revealing deviant thoughts, feelings and behavior.  Sessions occur whether the therapist is present or not.  Each session is taped and extensive notes taken.  These notes are used by both the group to review what has gone on and by the therapist to identify what is happening in his/her absence.  All decisions made by the group are subject to the ultimate approval of the therapist.  As previously stated, the patients are assigned to one of the ten (10) groups.  Following the finding of sexual pschopathy, they are recommitted for full-time treatment and remain with the same group from the day of admission to the last day on outpatient status.  This allows for consistency of treatment for the individual.  At the end of observation, the individual is returned to court with appropriate recommendations from the program.  The average length of stay on inpatient is two years, followed by three months of work release (minimum), and 18 months of outpatient (minimum).

The guided self-help group is the core of the Sex Offender Treatment Program and all current modes of intervention are introduced to the individual through the group process by the therapist.  Treatment is concerned with two major issues: 1) decreasing deviant sexual arousal and behavior, teaching the individual to understand his behavior and learn appropriate controls for it; and 2) by helping the individual to develop a positive self-concept and lifestyle which will assist the individual in reinforcing the new concept as well as in retaining the other behaviors he has learned.  The second factor involves developing or improving life skills necessary to behave appropriately and productively in the community. These include areas such as communication skills, social skills, anger management,

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE    6

Sex Offender Program                                      October 31, 1983

(4.1.2g) continued

assertiveness training, sex education, and development of appropriate arousal
patterns.

The group concept is developed in keeping with three basic premises:  first,
that deviant sexual behavior is learned behavior and therefore subject to
modification through methods developed to break up old habit patterns and teach
new ones; secondly, that sex offenders follow in the example set by other self-
help groups and they can do a great deal to help each other overcome their deviant
behavior if the right kind of direction and guidance is given by staff; and,
thirdly, the hospital environment and process of relearning acceptable behavior
must replicate and confront the realities of living in the community as much as
possible.  The self-help group assists the individual in becoming integrated into
the treatment process in that it allows the individual to begin to identify with
others like himself.  Sex offenders frequently have been loners and unable to
identify with other people being like themselves.  The group process assists them
in feeling less alone and more a part of a community that is much like themselves.
This facilitates their ability to talk about their problems, disclose information
and generally feel more comfortable making change.  The program concept through
the group is really one of "the therapeutic community".  As previously stated,
all avenues of therapy are introduced through the group and all participation
in treatment evolves through the group process.  The group members live with one
another in small dorms and participate in all facets of the program together as
a group.  The group phenomenon substitutes as a family for the offender in probably
a more consistent and structured way than he has ever experienced before.  Each
group makes decisions and reviews the individual progress and all requests for
progress must be made through the group and approved by the therapist.  Since, for
a good deal of his life, the offender has not been willing to take responsibility
for his own behavior and has been self-oriented, the guided self-help group
assists him in taking responsibility not only for himself but for others and
also in directing his energies toward helping others and working with them versus
being as self-centered and pleasure oriented as he has been.

Exh. 90 - 000470

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE      7

Sex Offender Program                                     October 31, 1983

(4.1.2g) continued

Progress within the program is dependent on individual behavior change and
accomplishing the ten steps of progress of the particular group.  This must be
done in order to request discharge from the inpatient phase of treatment.  The
offender is expected to progress in all major activities and relationships included
in group living, work assignments, psychotherapy, family and sexual relationships,
social and recreational activities, and leadership ability.  Privileges are
granted on the basis of behavior by approval of group and therapy supervisor.
These include varying degrees of freedom to move around the grounds in spare
time.

Once the individual accomplishes the steps of progress, he requests discharge
from the inpatient phase of treatment.  Part of this involves preparing a
discharge contract which includes the specific conditions he will live under
in work release and outpatient phases of the program.  Once again, the request
is examined, voted upon by the group, approved by the therapy supervisor,
reviewed by the program staff and the Senior Staff Committee.  If approved, the
offender again returns to court and, with the court's approval, he is placed on
probation under the terms of the discharge contract which requires the offender
to be readmitted voluntarily to the hospital for a minimum of three months on
work release.

Work Release:  During the work release period, the patient continues to be involved
                with the same guided self-help group as previously.  He must work
or attend school in the community for 40 hours a week, returning at night to the
hospital.  During the course of the time he is away from the hospital, he is on
authorized leaves which are approved by his group and staff.  The offender attends
inpatient meetings in the evenings and weekly outpatient meetings of his therapy
group.  As the offender proves responsibility, social and overnight leaves are
granted, gradually increased and, eventually, he will be allowed to live in the
community full-time on an outpatient basis.  After successfully completing the
steps of progress of the work release phase of treatment, the offender may request
discharge from this phase of treatment.  The request is made to the group, voted
upon, approved by the therapist and reviewed by the Sex Offender Program staff.

Exh. 90 - 000471

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE    8
Sex Offender Program                                      October 31, 1983

(4.1.2g) continued

Outpatient:  Following work release, the individual is placed on the outpatient
             phase of treatment.  For 18 months after leaving the hospital
(minimum), he is required to attend weekly outpatient meetings of his group,
with gradual deescalation after six months.  Progress is dependent upon responsible
behavior, living up to his discharge contract, and successfully completing the
outpatient steps of progress.  The offender is jointly supervised by the treatment
group and the therapy supervisor in conjunction with the probation officer.  Once
the offender has completed the outpatient phase of treatment, he may request
discharge from the program.  The same process used to move from one phase to
another is again used.

Marital-Couples Counseling:  Each of the 10 therapy groups has a marital-couples
                            group.  The wives and other partners in a committed
relationship become involved in this counseling group following recommitment as
a sexual psychopath.  Both individual and couple growth are encouraged.  All
facets of the relationship are explored and the individuals are assisted in
developing appropriate ways of relating to one another.  In those situations
where the offense has been in the home, significant amount of work is directed
toward assisting the spouse in understanding the early signs indicative of
reoffending behavior.  The marital-couples group is instrumental in preparing
the deescalation plan required when an offender is going to reenter the home
where a victim lives.  If further counseling outside the couples' group is required
for the spouse or partner, they are referred to appropriate community agencies.
Incest victims are referred to community counselors and not given direct therapy
by the program.

Family Therapy:  Where needed, family therapy is done, particularly to assess
                victim status and whether or not the offender should return to
the home.  Part of preparation for discharge involves meeting with the spouse and
children to develop rules and regulations under which the family must live if the
offender is to return to the home.  Coordination with victim agencies occurs at
this level to assess victim progress and readiness for reunification.

Exh. 90 - 000472

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE     9
Sex Offender Program                                       October 31, 1983

(4.1.2g) continued

Volunteer Services:  The program utilizes volunteers from the community to work
with the guided self-help groups.  Both men and women are utilized. They meet with the inpatient groups on a once-a-week basis.  They participate in roleplay and psychodrama sessions.  The offenders are expected, within the context of the group, to develop scenarios that will help them manage a variety of situations better.  The presence of women volunteers, in particular, is considered highly important because of the opportunity it presents to the residents in increasing their social skills.  A large majority of the patients are so emotionally insecure and often socially inept in dealing with adult women that part of the objective in the use of volunteers is to teach them to overcome their fears and learn better ways to handle previously uncomfortable situations.

Industrial Therapy:  The industrial therapy program is a valuable adjunct to the treatment of the sex offender.  Upon admission, an individual begins to participate in managing and maintaining his own living area.  This provides him with an opportunity to either learn or improve daily living skills and to work cooperatively with his fellow group members.  Additionally, even in this setting, he must relate to the nursing staff assigned to the ward and learn to communicate his needs to them.  Following recommitment, as part of the treatment plan, individuals are provided with an industrial therapy assignment.  Specific goals are set in this area.  Each offender works approximately four hours a day, Monday through Friday.  Through the course of this process, the individual learns or improves his work habits, develops the ability to work cooperatively with other people, and on his off-ward assignment must also learn to relate to the nursing staff on the other wards in accomplishing the task.  This allows him to practice his social and communication skills in an area other than his group and program ward.  The nursing staff on the wards provide regular feedback about how an individual is relating and performing on his job assignment.

Recreational Therapy:  There is a recreational therapist assigned to each of the Sex Offender wards.  During the observation phase of treatment, an individual is involved in recreational activities on the ward only.

Exh. 90 - 000473

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE      10

Sex Offender Program                                      October 31, 1983

(4.1.2g) continued

These consist of activities led and provided by the recreational therapist.  They
include sessions of physical exercise to the tolerance of the individual.  Once
an individual has been recommitted for treatment and is no longer required to
remain on the locked ward at all times, off-ward recreational activities are
provided as well.  Each group is involved in a minimum of four hours a week of
recreational activities.  These include volleyball, baseball and bowling.
Intramural tournaments between groups are sponsored yearly in both volleyball
and baseball.  Recreational activities are geared to not only the group but to
the individual's treatment plan and provide an opportunity for individuals to
learn to work together as a team and manage anger and frustration more appropriately.
Recreational activities also assist the individual in developing his repertoire
of leisure time activity.

Learning Assistance Service:  Each individual's prior academic and learning
                               history is evaluated.  If it is deemed appropriate
in the context of the treatment plan, the individual is referred to the learning
lab for their assistance.  This may involve anything from basic rudimentary
reading and writing skills to completion of high school and a GED.  The teachers
in the learning lab provide additional assessment, when requested, regarding
learning deficits and disabilities.

(4.1.2h)

### TREATMENT PLANNING

Every patient in the Sex Offender Program has a written plan which is reviewed
on a regular schedule per Western State Hospital's Medical Record Committee
policies.  Treatment plans are developed and reviewed by the treatment team on
each of the Sex Offender Program wards in their Treatment Plan Review (TPR)
meeting.  The treatment team consists of the therapy supervisor as case manager,
the therapy supervisors on the ward, the psychiatrist, the psychologist, industrial
therapy assistant, recreation therapist, and the learning lab teacher, when needed.

Exh. 90 - 000474

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE      11

Sex Offender Program                                     October 31, 1983

(4.1.2h) continued

It is the responsibility of each therapy supervisor to monitor when a treatment plan needs to be developed and reviewed, and to notify the appropriate team members regarding the due date.

Prior to the TPR meeting, each member of the treatment team who has been working on any goal, enters observations and suggestions in the chart as part of the treatment conference input.  The therapy supervisor is responsible for reviewing these prior to the TPR and a draft plan is devised.  The TPR meeting is a gathering of all members of the treatment team responsible for participating in the planning and implementation of the patient's treatment.  All members are encouraged to participate actively in making suggestions toward the development and implementation of the plan.  Patients in the Sex Offender Program are not specifically in attendance at the conference but their input is gathered from the therapist in the course of regular group therapy sessions.  Following completion of the TPR conference, a written copy is placed in the ward file until the typed form can be obtained.

Between treatment planning reviews, progress notes are made on a regular basis by members of the treatment team responsible for each goal.  Progress notes are expected to follow the hospital specified format in that they are oriented to the goals of the treatment plan.  Between each review, that allows pertinent data to be recorded relative to the patient's accomplishments and if the plan is addressing the patient's needs.

(4.1.2i)

DISCHARGE PLANNING

From the first treatment plan, a discharge plan is formulated in conjunction with the assessed clinical needs.  Throughout the patient's course of hospitalization, the discharge plan is reviewed and modified depending on the individual's need and course in treatment.  All patients who successfully complete the inpatient phase of treatment are expected to complete the work release and outpatient phase of the program.  Particularly with the sex offender, the follow-up is absolutely

Exh. 90 - 000475

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE      12
.Sex Offender Program                                     October 31, 1983

(4.1.2i) continued

essential.  Many are able to perform quite adequately in the structured, intensive
setting of inpatient therapy.  Gradual reentry into the community allows them to
practice the controls and skills they have learned in a community setting where
they are subject to some of the same stresses they experienced prior to entry into
the program.  The support designed through the work release and outpatient phases
attends to these issues and assists the individual in solving problems as they
occur.  As previously stated, in an earlier section, in order for the individual
to be placed on work release, they are referred back to the court as safe to be
at large under specific conditions outlined by the program in its report to the
court.  The recommendations are both general and specific.  Upon completing the
inpatient steps of progress, the individual is reviewed by the entire program
staff and interviewed.  If he successfully accomplishes this review, he is then
seen by the Senior Staff Committee and once again his case is reviewed and he is
interviewed.  If approved, he returns to court.  With the court's approval, he
is placed on probation, the terms of his discharge contract requiring that the
offender be readmitted voluntarily to the hospital for a minimum of three months
on work release.  During work release, he must work and/or attend school in the
community for 40 hours a week, returning at night to the hospital.  The offender
attends evening  inpatient meetings and weekly outpatient meetings of his therapy
group.  As the offender proves responsibility, social and overnight leaves are
gradually increased and eventually he is allowed to live in the community full
time on an outpatient basis.  When he completes the work release steps of progress,
he requests discharge from that phase of the program.  Again, a similar procedure
of being approved by group, his therapy supervisor and the Sex Offender Program
staff is required.  When he moves into the community, he must live in an approved
residence that is either with his wife or designated partner or a fellow outpatient
member from his group.  No sex offender is allowed to live alone in the community.
During the outpatient phase, he is required to attend the weekly outpatient
meetings of his group, with gradual deescalation after six months.  Once again,
he must live up to his discharge contract and successfully accomplish the
outpatient steps of progress.  He is jointly supervised by treatment group and

Exh. 90 - 000476

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE    13
Sex Offender Program                                      October 31, 1983

(4.1.2i) continued

therapy supervisor in conjunction with the probation officer.  Many of the
conditions of outpatient are general to all sex offenders but with individual
differences taken into consideration according to assessed clinical needs.

(4.1.2j)

## ORGANIZATIONAL RELATIONSHIPS

The Sex Offender Program organizational structure is relatively simple.  The
Legal Offender Unit Clinical Director is responsible for both the Mentally Ill
Offender Program and the Sex Offender Program.  The Sex Offender Program Director
reports directly to him.  The Sex Offender Program Director is responsible for
overall program management, supervision, treatment and development.  The Therapy
Supervisor I's are supervised by Therapy Supervisor II's who, in turn, are
supervised by Therapy Supervisor III's who report directly to the Program
Director.  The program psychologists report to the Program Director administratively
and to the Unit Psychological Services Supervisor for supervision in his/her
discipline.

The psychiatrist is informally responsible to the Program Director for
administrative issues but is directly supervised by the Legal Offender Unit
Clinical Director.

Nursing services are supervised by an R.N. III.  Hospital attendants are
reponsible to the ward LPN, who is, in turn, responsible to the R.N. II, who
reports directly to the R.N. III.  The program Industrial Therapy Aide reports
directly to the Program Director for clinical issues and to the head of
Activity Therapies for supervisory purposes.

Ancillary services, such as occupational therapy, recreational therapy, industrial
therapy and learning assistance are formally supervised by department heads
outside of the Legal Offender Unit.  However, they are responsive to the
direction of the Sex Offender Program Director.

Exh. 90 - 000477

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN           PAGE    14

Sex Offender Program                                    October 31, 1983

(4.1.2j) continued

Each ward treatment team consists of the therapy supervisor of the particular group as case manager, the other therapy supervisors on that ward, the program psychiatrist, the program psychologists, nursing staff members and ancillary service personnel.  Meetings occur on a weekly basis and deal not only with treatment planning reviews but other problems which occur in management on the ward.

The Sex Offender Program has a policy meeting every Tuesday morning which includes the two patient leaders from each group and the therapy supervisor staff.  The purpose of this meeting is a joint effort with direct patient participation in discussing program problems, both general and specific to individual cases, as well as developing and setting policy.  It is one of the major sources for exchange of information between the various groups in the program as to what is occurring within their group.

The Sex Offender Program staff meets every Wednesday afternoon from 1:00 to 4:00. Purpose of the meetings is for major case reviews prior to making recommendations to the court when an individual has been found not amenable to treatment or when he has successfully completed one of the phases of treatment.  A thorough review of the individual's history occurs and the patient is interviewed.  Additionally, this meeting is used to communicate administrative directives and issues from other parts of the hospital as well as to discuss problems encountered within the program which require staff attention.

(4.1.2k)

## PROVISION FOR SPECIAL SERVICES

Western State Hospital and the Sex Offender Program can meet the great majority of the medical, special assessment and therapeutic services required by our patients.  However, in the event that our in-house staff is unable to meet a specific need, outside consultants may be hired or the patient may be transferred to the hospital's medical ward.  In serious cases, transfer may be made to a nearby hospital.

Exh. 90 - 000478

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE      15
Sex Offender Program                                      October 31, 1983

(4.1.2k) continued

In the event of an emergency, immediate medical assistance can be summoned through
the emergency phone number available.

(4.1.4)

## RESPONSIBILITIES OF TEAM MEMBERS

The Sex Offender Program is organized on a ward team basis with the therapy
supervisor acting as the case manager.  There are weekly treatment meetings which,
as previously stated, manage not only ward problems but also treatment plan
reviews.

Therapy Supervisors:  The therapy supervisor is the key treatment person in the
                      guided self-help program existing in the Sex Offender Program.
The therapy supervisor is responsible for a group of sex offenders consisting of
some 15 to 18 inpatients, two to four work release, and 5 to 10 outpatient members.
The therapy supervisor is responsible for the sex offender assigned to his/her
group for all phases of treatment.  He/she is responsible for coordinating the
initial detailed psychosocial assessment and the development of the treatment
plan in conjunction with the other members of the treatment team.  Unlike
traditional group therapy where the therapist intervenes and does direct therapy,
in this model the therapist is the teacher, the observer and the director of what
occurs in the session.  The therapist is the monitor of group process and
responsible for perpetuating healthy group structure and process.  He/she assists
the group in making rules and setting limits for itself and will untimately set
the appropriate rules for the group if they are unable to effectively monitor
themselves.  Groups take place whether the therapist is present or not and it
is the responsibility of the therapist to closely monitor group notes and tapes
to be able to provide the group with appropriate feedback and input regarding
how they are working as a group and how individuals are being treated.  The
therapy supervisor is responsible for presenting his/her patients for case reviews
and writing the program recommendations and reports to the court.  He/she is
frequently required to testify in court as an expert witness regarding program
recommendations and determinations.  Additionally, the therapy supervisors are

Exh. 90 - 000479

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE     16

Sex Offender Program                                      October 31, 1983

(4.1.4) continued

responsible for the marital-couples counseling group of his/her therapy group and for providing direction and therapy to the individuals in that group.  Therapy supervisors are ultimately responsible for presenting their patients to the program at successful completion of any phase and to prepare the appropriate reports.  As previously stated, he/she is responsible for monitoring the work release and outpatient phases of treatment and for approving all of the authorized leaves which may be requested by the work release patients in his/her group.  The therapy supervisor is responsible for keeping all the other members of the treatment team apprised of the progress and/or problems with his/her particular group.  They are responsible for making referrals to other members of the treatment team when specialized evaluations or interventions are necessary.

<u>Psychiatrists:</u>  Currently, the Sex Offender Program has a psychiatrist designated to meet the program's specific psychiatric needs.  The psychiatrist is responsible for admitting all patients and for performing the psychiatric assessment on admission and on an annual update basis.  The psychiatrist is a member of the various ward treatment teams and is expected to participate and give input as needed.  Since the Sex Offender Program does not treat mentally ill or psychotic patients, though occasionally a psychiatric problem is encountered, the psychiatrist operates as a consultant in assessing the identified needs and problems.  Rarely, but on occasion, he is responsible for prescribing psychotropic medication.

<u>Psychologists:</u>  The Sex Offender Program utilizes psychologists on a consultant basis.  The program currently has three psychology positions available.  One of the psychologists is specifically designated to develop and implement program evaluation and assessment methods.  She is also responsible for individual testing and assessment.  She is currently engaged in an extensive follow-up study to identify the program's long-term success rate.  She is the Chairperson of the program's Quality Assurance Committee and responsible for monitoring problems arising from the program as they are referred to that committee.

Exh. 90 - 000480

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE     17

Sex Offender Program                                        October 31, 1983

(4.1.4) continued

The second designated Sex Offender Program psychologist will be responsible for developing the behavioral treatment laboratory and developing and implementing physiological monitoring procedures.  This individual will be responsible for supervising other professional and paraprofessional staff who will be working in this area.  Purpose of the behavioral treatment lab is to provide identified systematic behavioral approaches to the treatment of sex offenders, mainly for the purpose of decreasing deviant sexual arousal.  The laboratory will also provide physiological monitoring for both initial evaluation and assessment as well as assessment of progress in treatment.  Prodecures implemented will be similar to those identified in the literature as previously successful and utilized by R. Laws, Ph. D., G. Able, M.D. and others.

The third psychologist is responsible for psychological assessment and evaluation for all new admissions.  He/she is also responsible for providing training for patients in anger management.  He/she has developed and implemented the modular unit.

Psychologists are members of the treatment planning team, attend TPR's, staff meetings and provide input.

The psychologists providing individual assessment are utilized on a consultant basis when additional testing is considered necessary.

The psychologist supervising the behavioral lab will coordinate activities with the treatment program at large and, specifically, to the individual treatment team and the individual therapist of the patient being seen.

Registered Nurse:  The Registered Nurses directly supervise the nursing personnel, Licensed Practical Nurses and hospital attendants, in the Sex Offender Program.  Registered Nurses coordinate nursing activities and provide direct input to the treatment planning reviews, individual therapists, and treatment staff.  Nursing is represented in all treatment planning conferences and the total Sex Offender Program staff meeting.  The Registered Nurse evaluates both the physical and psychological needs of the patient and provides direct behavioral observation to the members of the treatment team.

Exh. 90 - 000481

PROFESSIONAL SERVICES AND STAFF COMPOSITION PLAN          PAGE      18

Sex Offender Program                                     October 31, 1983

(4.1.4) continued

<u>Hospital Attendants</u>:    Hospital Attendants assist in maintaining the ward environment and attending to the physical and mental needs of the patients under the directions of the Licensed Practical Nurse and Registered Nurse.  They are also responsible for monitoring patients' behavior and giving feedback to the individual therapist, the treatment team and the therapy group.  They attend treatment planning reviews when possible and are expected to provide feedback through progress notes and treatment conference input notes.  They are also responsible for maintaining ward security.

(4.1.5)

## AVAILABILITY OF PLAN

This written plan is available to all professional personnel and a copy is provided for the Superintendent.

(4.1.6)

## REVIEW OF PLAN

This plan is reviewed annually with revisions made as necessary.

Exh. 90 - 000482



Exh. 90 - 000483



Exh. 90 - 000484



**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

**REQUEST SLIP**

Comments and Reasons: (A) I DON'T FEEL YOU Name ___ED D.___

KNOW YOUR PATTERN WELL ENOUGH. I FELT Request ___Step #5___

YOU HAD TO MUCH TROUBLE LAYING IT OUT. Vote ___NO___

I DIDN'T FEEL THAT YOU WERE ABLE

Date ___12-21-81___

TO TIE IT INTO YOUR OUTLET WELL

By ___Lonnie___

ENOUGH. I PICK UP THAT YOU DIDN'T WORK TO MUCH ON THIS

PART OF THIS STEP. (B) I DON'T FEEL YOUR'E RECOGNIZING YOUR

BEHAVIORS OF IMAGE, CONTROLLING, CLOSEMINDEDNESS AND

SUPPRESSION AND CONTROLLING THEM. YOUR IMAGE IS WAY UP

WHILE YOUR CHAIRING MEETINGS AND OTHERWISE TOO. ALSO

BECAUSE I FEEL YOUR HEAD IS OUTSIDE OF PROGRAM ON YOUR

FAMILY. YOUR'E NOT LISTENING OR TALKING TO THE OLDER

MEMBERS IN GROUP. I FEEL YOU JUST GO TO THE EXTREME

WHEN       WSH-26-52(4/71) A   DECISION IS HEEDED IN MEETING, AND

NOT LOOK AT WHAT IS BEING SAID DUE TO YOUR IMAGE AND

DUNCAN ND-006730
Exh. 91 - 000485

B.P. . THIS IS THE CLOSEMINDEDNESS AND CONTROLLING I MENTIONED EARLIER. (C.) I DON'T FEEL YOU HAVE GOOD ENOUGH CONTROL OF YOUR FANTASIES. I FEEL YOU LET THEM GO TO FAR BEFORE LAYING THEM OUT. YOU MAY NOT BE MASTURBATING TO THEM BUT YOU NEED TO LAY THEM OUT EARLIER. YOU'VE BEEN MINDTRIPPING LATELY TOO AND THAT TELLS ME YOUR'S NOT TALKING.

YOUR'S PROJECTING AN ADEQUATE AND SUPERIOR IMAGE AND I QUESTION WHY YOUR'E NOT RECOGNIZING THAT. I DON'T FEEL YOU HAVE TRUST IN THE GROUP LIKE YOU HAD A FEW MONTHS AGO. YOUR'S PROJECTING A LOW SELF CONCEPT. AND I SEE YOU WITHDRAWING TO MUCH.

1. WHY AREN'T YOU RECOGNIZING YOUR IMAGE?

2. WHY DO YOU PUT MORE IMPORTANCE ON YOUR FAMILY THAN ON YOURSELF?

3. HOW HAS LOSING TABER AND JESSE TO W/R AFFECTED YOUR TRUST FOR GROUP?

DUNCAN ND-006731
Exh. 91 - 000486

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington
S.P. GROUP THERAPY

## REQUEST APPROVAL

The following requests and/or changes are hereby submitted for approval

Name  Ed Duncan          Request  Step #5, 4 hrs. G.P. & esct,

Name  Date - 12-31-81     Request

Name  Vote Yes 16 No 3   Request

Name  Leader: Earl       Request  Last Request: Step # 4
                                   Approved, 11-4-81
                                   Approved
Name                     Request   Nick [illegible]
                                   1 - 6 - 82

WSH-26-51(4/71)

DUNCAN ND-006732
Exh. 91 - 000487



DUNCAN ND-006733
Exh. 91 - 000488

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons: STEP 5 ED HAS BEEN THE TURNING POINT FOR ALOT OF guys IN AS FAR AS puTTIng FORTH MAXIMUM EFFORT IN CONTROLING DESIRES FOR STRICK BACK AND CONTROLING ANGER. FROM THE DISAGREEMENTS WE'VE HAD YOU HAUN'T ALLOWED YOUR FEELINGS EFFECT THE DISISIONS YOU'VE HAD TO MAKE. YOU STICK TO AND APPLY THE VALUES OF THE group. I HAUN'T HEARD OF ANY MAJOR PROBLEMS THAT YOU'RE HAD AND I CHOOSE TO BELIUE THAT ITS BECAUSE YOU HAUE RECOGNISED YOUR THOUGHT PROSESS AND HAUE BEEN APPLYING YOUR CONTROLS. YOUR A

Name ED
Request STEP 5 4HRS 9 P.
Vote YES
Date 1. 3. 82
By TABER

WSH-26-52(4/71)

DUNCAN ND-006734
Exh. 91 - 000489

STRONG MEMBER AND I HAVE TRUST IN YOUR VALUES.

I SEE YOU HAVING PROBLEMS WITH SUPERIORITY ALTHOUGH DURING GRP YOUR MORE SLOWED DOWN AND OPEN TO PEOPLE.

I DON'T SEE ANY REASON TO VOTE NO ON THIS STEP, SO KEEP UP THE WORK.

1. HOW CAN YOU HELP ME TO BETTER UNDERSTAND A RELATIONSHIP.

2. HOW IS THIS GOING TO HELP YOU IN LIFE AND IN DEALING WITH O/L.

DUNCAN ND-006735
Exh. 91 - 000490

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons:

a) Layout was good. Tied pattern into it well. I was surprised about knowledge you do have of your pattern. It's a big improvement over the past 2 mos. you showed during your L/o, that you understand what behaviors come from in each part of your pattern - no problem their. With the knowledge you show their, + equivisation, + how you have as much conflict as you have had in running lines of therapy and personalizing behaviors and situations and allowing them to throw you off track and not be sensitive to actions. I see this type of attitude tieing into the problems you have in mtg. (chairing them) and also into the lack couple confrontations you have gotten over the phone from work related and our patient. It's detrimental to others to be personalizing behaviors. I know and so do you that you can't be to open-minded. Then you have to defend yourself with a superior image. That's something I've even counting out to you. I've seen some change, but not enough. I've seen a lot of superiority since you have gotten your escort and

Name _Ed_

Request _Step 5.4 thro G.P. Esct_

Vote _NO_

Date _1-3-82_

By _Jim_

WSH-26-52(4/71)

DUNCAN ND-006736
Exh. 91 - 000491

being placed in leadership and C.G. I understand - Image - but its becoming over-whelming. Especially in open decision making - (controlling). I see changes being made surface-ly (impressing type) rather than honest gut level - and I pick up your suppressing resentment towards group. In order to keep in control of yourself you compensate with superiority.

B) Layout on Strike Back was good. Its a helluva change in handling those feelings. You should have used an example of control-deviant behaviors at your thought process, rather than the action. I pick up it was a look good example to impress. Where your at in treatment, you need to be placing im-portance on whats going on in your head to work on modification of your behaviors. Along with, I pick up suppressing and controll-ing strong in you. Lot of times you appear to be really emotional (facial expressions), yet you wont talk. I know being in leadership with you, rarely do you seek any clarification or advice coming from that need for control. And when we do talk - I feel you compare a lot with the other leaders, even group. You need to work on your expectations you have placed on yourself, and where they tie into where your at in treatment. Also look at your fears of be-ing wrong - and needing to close down and deal with your own value system.

C) From what I've heard and seen, you display control of fantasies. You have made good pro-gress, relating back to problems you had mos. ago. I am in question around your desires and fantasies around violence. I have seen you suppress a great deal

DUNCAN ND-006737
Exh. 91 - 000492

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons:

yet I haven't heard much as far as feelings. Layouts. at times you appear out of control among. But I haven't seen you deal with it that much. you handle feelings by talking to people to only express what you feel about others, rather than yourself (seeking support). How do you use that as a control for yourself?

I feel you have the knowledge of a step 5, but I don't feel your applying the requirements that go along with that. you need to deal strictly with your Elmay I feel you would benefit yourself and the group a lot more, by doing so.

Name  Ed

Request  Step 5· 4 tho H.P. Cot

Vote  No

Date  1-3-81

By  Jim

WSH-26-52(4/71)

— Other Side —

DUNCAN ND-006738
Exh. 91 - 000493

1) WHY DO YOU HAVE PROBLEMS ACCEPTING GUIDANCE?

2) WHY THE NEED FOR CONTROL IN GROUP?

3) WHAT'S THE DIFFERENCE BETWEEN AGGRESSION AND ~~ASSERTIVENESS~~ THERAPY? HOW DOES THIS APPLY TO YOU?

4) WHY SO MUCH IMAGE BASED AROUND YOUR INVOLVEMENT?

5) WHY BE SO HARD ON OTHERS AND YOURSELF?

6) HOW DOES THIS SAYING "SLOW DOWN" JUST SUPPORT CONTROLING-IR- RESPONSIBLY?

7) HOW DOES WITHDRAWING- SUPPORT SUPPRESSION IN ORDER TO MAINTAIN CONTROL?

DUNCAN ND-006739
Exh. 91 - 000494

WESTERN STATE HOSPITAL
Fort Steilacoom, Washington

REQUEST SLIP

,Comments and Reasons:

Ed, you made a pretty good layout, did a good job of tieing in your pattern into your O. I feel though there is something missing. You have the head knowledge of the pattern, but I see a problem with controlling and superiority in you around your leadership. So this tells me your not handling your B.P. in alot of situations. Also your involvement is really low, which tells me you don't feel good with yourself. You need to start opening up more to group and others and look at what they are telling you instead of going all your way. Start handling your insecurities honestly and things will go alot smoother for you. As far as modifying your deviant behaviors you layed out a good example

Name ___Ed D.___

Request ___Step #5___

Vote ___No___

Date ___12-21-81___

By ___Jim___

WSH-26-52(4/71)

DUNCAN ND-006740
Exh. 91 - 000495

of the effort your putting out to show concern to yourself and others. I do see you controlling strikeback alot better than you use to. But I feel more time is needed for you to ~~that getting~~ set good examples for others. Controlling your fantasies is one area I feel you have done alot of solid modifying in. I hear you laying them out and controlling them by laying out the desire before it gets out of hand. youve layed out your fantasies to me before using the lounge and I have alot of trust that you are controlling them.

1) How are you going to work on your superiority & controlling?

2) Tie your B.P. in to #1?

3) How has leadership helped you with this step?

Good luck

Tim

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons:

Name Ed

Request Step 5

Vote Yes

Date 1-3-82

By Mike

Ed I feel good with your knowledge of your B.P. 2. See you relating to past behaviors & you layout how they were irresponsible & how they supported your various Sexual o/c, & life style. I see & hear you catching yourself when you want or start to compensate for feelings w/ irresponsible verbally chatter, instead you layout that it is Irrational, vat meaning full? you then layout whats going on with you, you control the compensation. I see more responsible decision making through values you are gaining along with your growth to maturity. your really growing mentally. I See alot of modification towards deviant behavior control, manipulation, dwelling, strike back. More control over your self, I see pride in you when you have responsibly communicated you desire & controlled giving into the behaviors - you really talking more, you openly communicating you desires instead of suppressing

WSH-26-52(4/71)

DUNCAN  ND-006742
Exh. 91 - 000497

Building on the Suppressed Desires, Not Building Anxieties of pleasure
To Take the place of your rejections, failures, Image —
Your Comm has come up a lot? I feel good with this Step

1. does being open & disclosing to Desitions Support your
   Superiority in a neg manner or a resp Image.

(2.) what is a resp Image

(3) How does controlling deviant & devious Janstics
    Support Concept, resp Image & O/n modification.

DUNCAN ND-006743
Exh. 91 - 000498

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons:

Name ___Ed P___

Request ___Step #5___

Vote ___Yes___

Date ___1-2-82___

By ___Rick___

A.) Definate Knowledge of deviant & behaviors pattern. I feel you have a pattern which works for you. I've seen it work for you. Where in a situations which you have Appled your stop Signs & control - I see you Apply your pattern in leadership & on C.Q. your Relating to your behaviors & commiunting to the group & memebers on the ward. your working on your outlets. Tieing your outlet into pattern.

B) Further modifying of deviant behaviors. suppressing is and AREA, you have worked on. you Are being in problems you are having Around your famity, working on getting the feelin handled. c) Deviant sex you have been Alloe to change your fantacies from outlet to Responible fantnes. >

WSH-26-52(4/71)

DUNCAN ND-006744
Exh. 91 - 000499

I think in pROgRAm you have been ReAlly honest witH youR thoughts. And you haue been Albe to change more RApid then most.

① why is leadership A confrolling position?

② why do you Accept your sexiuaily?

DUNCAN ND-006745
Exh. 91 - 000500

WESTERN STATE HOSPITAL
Fort Steilacoom, Washington

REQUEST SLIP

mrs.

Comments and Reasons:

I feel I am at step #5, I have lived up to the critieria.

I've got good knowledge of my pattern, I use it constantly to recognize my irrational thoughts, and I know how to back back myself out, and I do, I understand how by not expressing my feelings in my past, I went into O/C. I can control my B.P., I need to Dig more into my B.P. around group, and I recognize that By

Name Ed D.

Request Step #5

Vote Yes

Date 12-21-81

By EdD

WSH-26-52(4/71)

Relateing to my Behaviors, Image, controling, and suppressing, and I'm working on this.
I feel I have modified, Alot of Hurtfull Behaviors since Ive been here, and in the past 30 days, I can see how they are hurtfull,
Ive developed Alot of good controls around fantasies, they've gotten stronger as I go through the program, I feel good About this.
I feel great with myself at step #5.

DUNCAN ND-006747
Exh. 91 - 000502

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons:

Ed I feel good that you
Are comming out of your
Shell that you was in when you
Went up for your Last step.
But I feel your communications have To come
up a Lot with W/R & OP To feed back things
That Take place with the Group. You Talk
Good and indepth with in Patient. I feel good
with your knowelege of your D. B. P. and the
Controls of fantisies that you are

Name Ed D.

Request Step #5

Vote Yes

Date 1-3-82

By Phil

WSH-26-52(4/71)

DUNCAN ND-006748
Exh. 91 - 000503

building. You TALK About your fantisies and
Try To work on them To find out why
you have them when you do. I feel good
with you ed on getting this step 5

DUNCAN ND-006749
Exh. 91 - 000504

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons:   Knowledge

A. Ed. I Feel you have good Knowledge of your pattern and BP. by observing you run meetings and listining to your Layouts and Feeling out of Meeting. your Able to Relate to your past Life style and Recignize your BP. befor Reacting out or if you Lay out your Feelings and ask how best to deal with Situations.

B. I've seen Improvement in your with drawing and suppressing as well as Reacting out of BP. And streaking back. I Feel this is due to your being in Leadeeship and being in the Lime Light. you Like the Acceptance and Control of the position and it makes you Feel wanted.

C. I beleve your Masteebation T.P. has help you alot by Learning to Control your Fantisies and being honsst and open about problems in the M.P.P. Room Around outlet.   Good Luck (B).

Name __Ed.__

Request __Step 5-4 hrs G.P.__

Vote __YES__

Date __1-3-82__

By __Dave__

WSH-26-52(4/71)

DUNCAN ND-006750
Exh. 91 - 000505

WESTERN STATE HOSPITAL
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons: Ed – one area d

Name EdD.

Request Step #5

Vote YES!

Date 12-21-81

By ALAN

I feel you have been modifying is your deviant desires. You have been talking about them alot more instead of suppressing them. One area you need to work on is superiority it has come up alot since you have gotten into leadership. I see you talking alot about desires and outlet a real positive. You have good involvement in and out of groups. I feel you are applying the step requirement because you have modified alot of negative behaviors such as strike back and suppressing. You still have work to do but I've seen some big changes!

WSH-26-52(4/7½)

DUNCAN ND-006751
Exh. 91 - 000506

① How have you shown modification of manipulating in relation to your B.P.?

② What control do you apply most in controlling deviant desires?

③ How has modification of selfishness allowed you to relate to your deviant behavior pattern?

Good Luck!

DUNCAN ND-006752
Exh. 91 - 000507

WESTERN STATE HOSPITAL
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons: I feel he has shown good modification because of his handling of responsibities of being a group leader. He is talking about his problems, outlet and desires and I feel he is making an honest effort to handle them. I think he is trying hard to understand his behaviors and also trying to modify them. I feel he is definitely involved in group meetings and therapies, although I feel he could express more of his feelings in these meetings toward others in group. I feel he is applying and understands the steps requirements well. He is also absorbing the program and group values well, but I think he could do more in passing them on to others in group by talking— [OVER]

Name ED D.

Request Step #5

Vote YES

Date 12-21-81

By HERB

WSH-26-52(4/71)

DUNCAN ND-006753
Exh. 91 - 000508

more one-on-one.

1. Do you feel you can relate your feelings in group more?
2. Can you make an effort to talk one-on-one with all the members of the group more?
3. Do you think you can do a better job as a group leader?

due
Sunday 7, 9:00 P.M.

DUNCAN ND-006754
Exh. 91 - 000509

WESTERN STATE HOSPITAL
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons:

I SEE YOU DOING ALOT BETTER IN

RECOGONISING YOUR PATTERN AND

LAYING OUT WHERE YOUR AT. YOU TALK

Name ___Ed D.___

Request ___Step #5___

Vote ___YES___

Date ___12-21-81___

By _____

ABOUT YOUR BP AND THE FEELINGS THAT YOUR ON. YOU

RECOGONISE THE STOPSIGNS FOR YOUR PATTERN AND APPLY

THEM. I SEE YOU HAVING SOME PROBLEMS WITH SUPERIORITY

AND CONTROLING BUT I ALSO SEE YOU WORKING WITH IT.

YOU ALSO NEED TO WORK ON ACCEPTING T + B AND

DECISIONS THAT ARE MADE IN GROUP. I ALSO SEE

WSH-26-52(4/71)

YOU WORKING WITH YOUR BEHAVIORS AND DEALING

DUNCAN ND-006755
Exh. 91 - 000510

WITH YOUR ACCOUNTABILITIES. WHEN YOU GET SUBGROUPS YOU DIG INTO THOSE BEHAVIORS AND LAY OUT WHERE YOUR AT. YOUR DOING ALOT BETTER WITH LAYING OUT YOUR DESIRES AND DREAMS THAT YOU HAVE. I SEE YOU GETTING OUT OF CONTROL IN LEADERSHIP BUT YOUR HANDLING YOURSELF ALRIGHT.

① WHAT ARE YOU GOING TO DO ABOUT YOUR IMAGE?

② HOW IS LAYING OUT DREAMS HELPING YOU DEAL WITH OUTLET?

③ HOW ARE YOU GOING TO GET A BETTER HADLE ON CONTROLING

DUNCAN ND-006756
Exh. 91 - 000511

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

## REQUEST SLIP

∘ Comments and Reasons:

Name ___ED D.___

Request ___Step #5___

Vote ___Yes___

Date ___12-21-81___

By ___Frank___

A) I don't agree with your pattern maybe it is because it is different then others. I hope it works for you if you keep it. you need to relook at it, though, to make shure of it. don't be different just to be. it will show if it works latter in steps.

B) I have seen you working with behaviors and it is good to see you working with close mindedness but you still need to work more on and the fight for control in leadership

WSH-26-52(4/71)

C) Ed I have see a mark improvement in the way

DUNCAN ND-006757
Exh. 91 - 000512

you have been handling your past, and talking
about them and working with controlling them.
it is good to see you working like you are
but remember you need to be honest with
them.

1.) how dose hurtful and selfish behavior
tie into hurtful thoughts.

2.) how dose reading the a/B help you
to be honest in your deviant sexual
layout.

3.) how is the fight for control in

4/5 hurtful to group and self & how dose
this tie into your pattern bein different?

DUNCAN ND-006758
Exh. 91 - 000513

WESTERN STATE HOSPITAL
Fort Steilacoom, Washington

m S.

REQUEST SLIP

Comments and Reasons: Ed I see you relating to your pattern, too you you to members and to grpy. were your at in pattern. To show you take the time concern your self and others by backing out of your pattern. You showd good examples were you have rec. your pattern and were you were at in your pattern The feelings that supported it and back your self out. You show a good useage of controls. You rec. your stop signs and apply your controls. To your behavior example strick back.

Name ___Ed D.___

Request ___Step #5___

Vote ___Yes___

Date ___12-21-81___

By ___Don___

WSH-26-52(4/71)

DUNCAN ND-006759
Exh. 91 - 000514

I do see you as needed
To work more, on superorty
Image.

① How by rec. your Pttern
will you be able To rec.
your Hurtfull Thoughts?

② How by working on your
superorty Image will it
Help you To be controls
arround Hurtful Thoughts?

③ What is letting you
hold onto your superorty
Image?

DUNCAN ND-006760
Exh. 91 - 000515

WESTERN STATE HOSPITAL
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons:

. Ed

4) You have a good knowledge of your pattern. You are just starting to show that you understand and can apply the stop signs when you want to. But around Your Image, you're having alot of problems. You've shown yourself out you have alot of work todo.

Name __Ed D.__

Request __Step #5__

Vote __Yes__

Date __12-21-81__

By __Joe__

closemindedness that goes right along with it. But your slowly bringing

5) You are learn to control your stop signs but you've got alot to go. You are showing it in recieving and giving conf.

c) and in handling your feelings and fantasies.

You're going to have to learn to handle more feelings around group and leadership.

WSH-26-52(4/71)

DUNCAN ND-006761
Exh. 91 - 000516

1) Why the Image
2) What are you suppressing
3) Where is yourself concept

DUNCAN ND-006762
Exh. 91 - 000517

WESTERN STATE HOSPITAL
Fort Steilacoom, Washington

REQUEST SLIP

Sun 9PM

W.S.

Comments and Reasons:

Name ___E&D.___

Request ___Step #5___

Vote ___Yes___

Date ___12-21-81___

By ___Hany___

1) POSITIVE— MINIMIZING, CONDONING, NEGATIVE— IMAGE (SUPERIORITY)

2) THOUGH YOU DON'T LAY THEM OUT TO ME, YOU ARE LAYING OUT PROBLEMS, OUTLET, AND DESIRES TO OTHER GROUP MEMBERS AND TO GROUP AS A WHOLE

3) YOU ARE WORKING IN A POSITIVE WAY TO MODIFY YOUR NEGATIVE BEHAVIORS

4) YOU ARE ACTIVELY INVOLVED IN GROUP THERAPIES AND GENERAL MEETINGS, SOMETIMES OVERLY INVOLVED

5) YOU ARE REALISTICALLY APPLYING THE STEP 5 REQUIREMENTS

6) YOU ARE PASSING ON THE PROGRAM AND GROUP VALUES THAT YOU HAVE ABSORBED AND ARE DOING SO IN A POSITIVE WAY

WSH-26-52(4/71)

DUNCAN ND-006763
Exh. 91 - 000518

7) How will modification of your image show pay back to your victim?

The hurtfulness of minimizing is supported by your superior image in what way?

By modifying condoning; how do you show concern for others?

DUNCAN  ND-006764
Exh. 91 - 000519

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

ms

**REQUEST SLIP**

Comments and Reasons:

I feel that Ed has definate knowledge of how his deviant behaviors tie into his B.P., outlet and past lifestyle. He understands his B.P. and can Readily Relate to it. I feel that Ed is modifing his deviant behavior pattern, the only real problem I see he's having is with Superiority. Ed was able to lay-out to group how he was able to control a fantasy, this fantasy was aloud to his nephew that came here just before Christmas. I feel that Ed has the definate knowledge of Step #5 and that it is internalized and further that he is modifing those behaviors that group points out.

WSH-26-52(4/71)

Name __Ed D.__

Request __Step #5__

Vote __Yes__

Date __12-21-81__

By __Ed W.__

DUNCAN ND-006765
Exh. 91 - 000520

① Where does Superiority fit
into your B.P. ? Why ?

② How is modifing your
behaviors showing pay-Back
to your victim ?

③ Why did you want to control
the fantasy around your
nephew ?

DUNCAN ND-006766
Exh. 91 - 000521

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

REQUEST SLIP

Comments and Reasons: yes I do see

Name Ed

Definate know ledge but not
Always do I see aplication.
The negatives I see is
Recognizing and control (controling) Jesse
other than that I see good aplication in
Controling your anger and resentments by
Comunicating them to others. Then handle
Them with who-ever you were having problems
with, I see you constantly talking about
Fears, Frustrations, and Rebellouse Thoughts
around leader ship and other
Responsabilities.

Request Step #5 4 hrs GP.
Vote yes
Date 1-3-82

WSH-26-52(4/71)

DUNCAN ND-006767
Exh. 91 - 000522

I Dont see you striking back at others nor do I see with drawl from others. your asserting your self to comunicate and get Involved with others.

I see & hear you comunicating and being open around your fantasies. You are wanting to stay out of o/c and not hurt again, this shows by you Relating and being honest with yourself and group.

1. Who will you have go to the cottage + with you.

2. How & well is your mom a check & ballance for you.

3. How has goals allowed you to move through

DUNCAN ND-006768
Exh. 91 - 000523

**WESTERN STATE HOSPITAL**
Fort Steilacoom, Washington

m.S.

REQUEST SLIP

Comments and Reasons:

Name __Ed__

A. Not only do you know your B.P. and how your D.B. ties in but I see you laying it out particularly around masterbation in relation to rejection.

Request __Steps__

Vote __yes__

Date __1-1-82__

B. The big change since I wrote your last vote is your strike back. You've really worked hard on modifying this area with much positive results.

By __Jim E__

C. Again very good from personal contact with you. Three weeks ago when I visited on the ward you laid out a masterbation fantasy along with your feelings, you handeled both responsibly. Ed your come so far and are really putting forth effort. You still lach

WSH-26-52(4/71)

DUNCAN ND-006773
Exh. 91 - 000524