IN THE SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

In re the Marriage of )
)
MARIA A. ANDERSON, )
) 83 3 01895 1
Petitioner, ) NO.
)
and ) PETITION FOR
) DISSOLUTION OF MARRIAGE
TIMOTHY R. ANDERSON, )
)
Respondent. )
)

Petitioner alleges:

1. RESIDENCE: The parties are residents of Pierce County, Washington.

2. MARRIAGE: The parties were married on ~~July~~ June 2, 20, 1979, at Tacoma, Pierce County, Washington, where said marriage is registered.

3. SEPARATION: The parties have been separated since March 13, 1980.

4. CHILDREN: One child has been born as the issue of this marriage, to-wit: CHRISTA LOUISE ANDERSON, born ▮▮▮, 1979; and the petitioner also has two children, to-wit: HEATHER G. WILSON, born ▮▮▮, 1974, and VIVIAN M. WILSON, born ▮▮▮ 1977. That the petitioner is not now pregnant. The respondent is a convicted rapist with a history of exposing himself to minors. The respondent should not be allowed visitation with his minor child until he provides to petitioner psychiatrists' statements stating he is not a threat to the welfare and safety of the minor child or any other child.

PETITION - Page One.

OLSEN & WALLIS
ATTORNEYS AT LAW
9615 BRIDGEPORT WAY S.W.
POST OFFICE BOX 99399
TACOMA. WASHINGTON 98499
TELEPHONE: (206) 584-1110

Exh. 94 - 000558

5.    PROPERTY:  The parties have the following property:

a.  Furniture, furnishings, goods and belongings.

b.  A 1974 Ford Mustang automobile, owned by petitioner as her separate property.

c.  Bank accounts and/or funds in each party's name and/or possession.

d.  The wearing apparel, jewelry and personal effects of each party.

6.    DEBTS:  The parties have no outstanding community debts, however petitioner has the following separate debts:

a.  Sears, balance approximately $275, payable at $25 per month.

b.  Associates Finance, balance approximately $400, payable at $35 per month.

7.    BASIS:  The marriage of the parties is irretrievably broken.

WHEREFORE, petitioner prays that a Decree of Dissolution of Marriage be entered herein in the manner and form provided by law, decreeing as follows:

1.    That the marriage of the parties be dissolved.

2.    That petitioner's name be restored to MARIA ANNE WILSON.

3.    That petitioner be awarded the care, custody and control of the minor child of the parties with reasonable rights of visitation to respondent provided he furnish petitioner with psychiatrists' statements stating respondent is not a threat to the safety and welfare of the minor child of the parties or any other child.

4.    That the respondent be required to pay the sum of One Hundred Dollars ($100) per month to petitioner towards the support and maintenance of the minor child of the parties until said child reaches the age of eighteen, marries, dies, joins the military, becomes self-supporting or is otherwise emancipated.

PETITION - Page Two.

OLSEN & WALLIS
ATTORNEYS AT LAW
9615 BRIDGEPORT WAY S.W.
POST OFFICE BOX 99399
TACOMA. WASHINGTON 98499
TELEPHONE: (206) 584-1110

Exh. 94 - 000559

5. That the petitioner be awarded as her sole and separate property the following:

    a. The furniture, furnishings, goods and belongings.

    b. The 1974 Ford Mustang automobile.

    c. Any bank accounts and/or funds in petitioner's name and/or possession.

    d. Petitioner's wearing apparel, jewelry and personal effects.

6. That the respondent be awarded as his sole and separate property the following:

    a. Any bank accounts and/or funds in respondent's name and/or possession.

    b. Respondent's wearing apparel, jewelry and personal effects.

7. That the following outstanding debts be reaffirmed as petitioner's sole and separate debts:

    a. Sears, balance approximately $275, payable at $25 per month.

    b. Associates Finance, balance approximately $400, payable at $35 per month.

8. That from and after March 13, 1980, any and all property acquired by either party be his or her sole and separate property, and each party be responsible for any and all indebtedness incurred by him or her from and after that date.

9. That the court grant such other and further relief as may be just in the premises.

OLSEN & WALLIS
Attorneys for Petitioner

By: _____
H. GARY WALLIS

STATE OF WASHINGTON        )
                          ) ss.
County of Pierce           )

MARIA A. ANDERSON, being first duly sworn on oath, deposes and says:

That she is the petitioner in the above matter; that she has read the foregoing Petition for Dissolution of Marriage, knows the contents thereof and believes the same to be true.

MARIA A. ANDERSON

Subscribed and sworn to before me this _21st_ day of April, 1983.

Notary Public in and for the State
of Washington, residing at Tacoma.

Exh. 94 - 000561

In the _SUPERIOR_____Court for__PIERCE_____ **MAY**_____County, State of Wash. No._____

IN RE THE MARRIAGE OF:

MARIA A. ANDERSON,                          PETITIONER,

                              vs.            Plaintiff ~~XXXXXXX~~

TIMOTHY R. ANDERSON,                         RESPONDENT,

                                             ~~Defendant~~ ~~XXXXXXXX~~

AFFIDAVIT OF SERVICE OF
V.S ·3 **01895** 1

SUMMONS ON PETITION FOR DISSOLUTION
OF MARRIAGE; PETITION FOR DISSOLUTION
OF MARRIAGE

F I L E D
IN COUNTY CLERKS OFFICE

A M  MAY - 9 1983  P M

PIERCE COUNTY WASHINGTON
SHEAR, CLERK by_____

                              Garnishee Defendant

State of Washington }
                     } ss.
County of King

The undersigned, being first duly sworn, on oath deposes and says: That he is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on__5/4/83_____ at _9:30_ A M., at _McNeil Island State Prison_____,

King County, Washington, affiant duly served the above described documents in the above-entitled matter upon

_____ Timothy R. Anderson _____,

by then and there personally delivering a true and correct copy thereof to and leaving same with_____

_____ Timothy R. Anderson _____

That at the time and place set forth above affiant duly served the above described documents in the above-

entitled matter upon_____          _____

**RESIDENCE SERVICE**

by then and there, at the residence and usual place of abode of said person[s], personally delivering_____true and

correct copy[ies] thereof to and leaving the same with_____.

being a person of suitable age and discretion then resident therein.

Affiant further states that he is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

_____
R. Graves                                    b1m

Subscribed and Sworn to before me__5/4/83_____

_____
NOTARY PUBLIC in and for the State
of Washington, residing at ~~Seattle~~ Tacoma

Service                          Return          Cert.
Fees_____Travel_____  Fee__    __Mail_____Total S__40.00___

**AFFIDAVIT OF SERVICE — LMI No. 1A**

⌄ 1989

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

IN RE THE MARRIAGE OF )
)
MARIA A. ROSS )
)
        Petitioner, )    NO: 83-3-01895-1
)
   and )    PETITIONER'S SUPPORTING
)    FINANCIAL STATEMENT AND
)    AFFIDAVIT
TIMOTHY R. ANDERSON, )
        Respondent. )

FILED

1989

## I.  GENERAL INFORMATION

[1]  Petitioner's social security number: _____9559_____.

[2]  Names, dates of birth, social security numbers, and relationship (present spouse, co-habitant, child, step-child, etc.) of all dependents currently residing with petitioner:

| Name | D.O.B. | S S # | Relationship |
|---|---|---|---|
| Heather L. Ross | 74 | -8944 | Daughter |
| Vivian M. Ross | /77 | -7643 | Daughter |
| Christa L. Anderson | / 79 | -4119 | Daughter |

[3]  Annual income of petitioner's dependents listed above (other than present spouse):

| Name | Income |
|---|---|
| N/A | |

[4]  Petitioner's occupation:  Financial Service Specialist III    .

PET.SUPP.FIN.STATEMENT & AFF -1

Exh. 94 - 000563



| SOCIAL & HEALTH SERVICES<br>DSHS REGION 5<br>EMPLOYEE SERV-OB-14D<br>OLYMPIA, WA.<br>Employer's name, address and ZIP code          98504 | Wage and Tax Statement 1988 | |
|---|---|---|
| | Employer's State number<br>69 0910001 | Employer's identification number<br>91 6001088 |
| | Form W-2 | |
| Employee's SSN | Federal income tax withheld | Wages, tips, other compensation | FICA tax withheld |
| 539609559 | 1,965.72 | 20,010.53 | 1,580.23 |
| | | Pension plan coverage? Yes/No<br>YES | Total FICA wages<br>21,041.57 |
| Employee's name, address and ZIP code<br><br>MARIA A. ROSS<br><br><br>GIG HARBOR, WA.<br>                            98335 | Medicare Gross<br>.00 | Advance EIC payment<br>.00 |
| | Medicare Amount<br>.00 | Non cash compensation<br>.00 |
| | Copy C For employee's records | |
| | This information is being furnished to the IRS and appropriate State officials | |

Exh. 94 - 000564

JAN 4 1990

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

In Re the Marriage of: )
)
MARIA A. ROSS, )    NO.  83-3-01895-1
)
        Petitioner, )    AFFIDAVIT OF
)    MARIA A. ROSS
    and )
)
TIMOTHY R. ANDERSON, )
)
        Respondent. )
_____)

STATE OF WASHINGTON )
) ss.
County of Pierce    )

MARIA A. ROSS, being first duly sworn upon oath, deposes and says:

1.    That I am the Petitioner in the above-entitled matter, am of legal age and competent to testify herein, and make this affidavit of my own personal knowledge.

2.    In September 1989 I caused to be filed a Petition to Modify Child Support and to date there has been no answer no has the attorney for the Respondent provide any information or answer to the Petition to modify child support.

I am asking that child support be raised from $100.00 per month to $350.00 per month beginning in January, 1990.  I further ask that the Court order the Respondent to pay counseling costs for HEATHER ROSS, who has been seen by a counselor since being

AFFIDAVIT OF
MARIA A. ROSS - 1
Ross.Aff

Law Office of
**DARYL L. GRAVES**
911 Tacoma Avenue South • Suite 200
Tacoma, Washington 98402 • (206) 383-7777

Exh. 94 - 000565

sexually molested by the Respondent. The sexual molestation resulted in an arbitration award against the State of Washington. Heather continues in counseling and said expense should be paid for by the Respondent. A copy of the arbitration award is attached hereto and incorporated herein by this reference.

I would also request that the Respondent be required to pay one-half of the uninsured medical costs for the minor child, CHRISTA ANDERSON.

I have previously supplied to the Court a financial statement and affidavit, along with the Petition. I have provided a computation of basic child support amounts and feel that the request being made of the Respondent is fair, equitable and serves the best interests of the minor child of the parties and the counseling costs for HEATHER ROSS.

DATED this ____4____ day of _____, 1990.

_____
MARIA A. ROSS

SUBSCRIBED and SWORN to before me this ____ day of _____, 1990.

_____
NOTARY PUBLIC in and for the State of Washington, residing at
_____
My Commission Expires: _____

AFFIDAVIT OF
**MARIA A. ROSS - 2**
Ross.Aff

Law Offices
**DARYL L. GRAVES**
911 Tacoma Avenue South • Suite 200
Tacoma, Washington 98402 • (206) 383-7777

Exh. 94 - 000566

PIERCE COUNTY SUPERIOR COURT, STATE OF WASHINGTON

In Re the Marriage of: )
) NO.  83-3-01895-1
MARIA ROSS, )
) CHILD SUPPORT ORDER
               Petitioner, )
)
   and )
)
TIMOTHY R. ANDERSON, )
)
           Respondent. )
_____)

Based upon the evidence, the Court finds and orders:

1.    IDENTIFICATION OF FAMILY:

    (a)    Mother:

        Name:        Maria Ross

        Address:     ▇▇▇▇▇▇▇▇▇▇
                  Gig Harbor, WA    98335

        SSN:         ▇▇▇▇-9559

        Employer Name: DSHS

        Income:      $1,507.98

    (b)    Father:

        Name:        Timothy R. Anderson

        Address:     ▇▇▇▇▇▇▇▇▇▇
                  Seattle, WA    98198

        SSN:         ▇▇▇▇-0399

        Employer Name: Ropak Northwest

        Income:      $1,221.13

CHILD SUPPORT ORDER - 1
Ross.2

Law Offices
DARYL L. GRAVES
911 Tacoma Avenue South • Suite 200
Tacoma, Washington 98402 • (206) 383-7777

Exh. 94 - 000567

## CLAIM FOR DAMAGES

NOTICE: For statutory provisions governing claims against the State of Washington, see Ch. 4.92 RCW.

To THE Office of Financial Management, State of Washington:

Maria Anderson-Ross
(Name of claimant. If married, give name of spouse)

Residence of Claimant ████████████████ Gig Harbor, WA  98335
(State present actual residence by street, number, and city)

and who for the six months' period prior to the date the claim arose, resided at

████████████████ Gig Harbor, WA  98335
(Give residence by street, number, and city)

CLAIMS DAMAGES OF AND FROM THE STATE OF WASHINGTON IN THE SUM OF $

by reason of damages incurred on  or about Feb. 23, 1983  at  approx 1:30 A.M., XXX
(date)                                      (o'clock)

at ████████████████, Tacoma, Washington
(Specific address or exact road location)

Describe conduct and circumstances causing injury or damage — attach sheet if necessary:

On the above date, the claimant was sexually abused by Gary Michael

Shepherd which resulted in her pregnancy.  As a consequence thereof

claimant underwent an abortion.

Names of all persons involved:

(a) Participants: Gary Michael Shepherd

Maria Anderson-Ross

(b) Witnesses (names, addresses, and telephone number, if available):

Unknown

(c) Other (Include treating physicians):

Winnie Smith

Michael Compte

Maureen Saylor

FORM FM-3

Exh. 94 - 000568

Describe injury or damage: ......Physical,..mental,..emotional..and..psychological.....

......injuries..have..been..suffered..by..the..claimant...........................................

Give itemization of damages for the total amount claimed: ................................................

.......For..the..purposes..of..this..claim,..the..total..amount..claimed..is..$500,000...

(Signature of Claimant)

**STATE OF WASHINGTON**

**COUNTY OF** King  } **ss.**

**Please submit claim in duplicate.**

Maria Anderson-Ross , being first duly sworn on oath deposes and says:

That she is the claimant named in the above Claim for Damages, that

she has read the said claim, knows the contents thereof, and

believes the same to be true.

(Signature of Claimant)

Subscribed and sworn to before me this 1st day of August , 19 85

[SEAL]

Notary Public in and for the State of Washington,

residing at Seattle

(This form is supplied for your convenience only. Use of this particular form is not mandatory.)

Exh. 94 - 000569

ROSS

VS.

STATE

NO.

COMPLAINT FOR
PERSONAL INJURY

COMES NOW the Plaintiff, and for
cause of action against defendant
complains and alleges as follows:

I.

That the Plaintiff now is, and at all
times material hereto was, a resident
of Pierce County, Washington.

II

That the Defendant, State of
Washington, operates, controls and
supervises the Sexual Psychopath
Program at Western State Hospital,
Fort Steilacoom, Washington.

III.

That the Defendant State of Washingto
negligently employed one Barry Michael Shepherd
in the position of a Sexual Therapy
Supervisor within the Sexual Psychopath
Program at Western State Hospital,
Fort Steilacoom, Washington.

IV.

That on or about February 23, 1983,
Barry Michael Shepherd did have
sexually abuse
and

Exh. 94 - 000570

sexual intercourse with the Plaintiff.

V.

That as a result of said sexual abuse, Plaintiff became pregnant and underwent an abortion.

VI.

That as a result of the negligence of the Defendant State of Washington, Plaintiff was injured physically, mentally, psychologically and emotionally.

VII.

That as a result of her injuries, Plaintiff Maria Anderson-Ross has been damaged.

WHEREFORE, plaintiff prays for judgment against the defendant as follows:

1. For damages in an amount to be ascertained at trial;

2. For plaintiff's attorney fees and costs;

3. For such other and further relief as the court deems just and equitable.

DATED this ____ day of December 1985.

_____

Maria Anderson - Ross

593-2840 (Matti,

▮▮▮▮▮▮▮▮▮

As of Aug. 12
Pier South

Gig Harbor, Wa.   98335

Tacoma

Pac. Ave bt 92-
95"

His address :

$1114
$969

▮▮▮▮▮▮▮▮▮

Lakewood, Wa.

on or about February ~~4~~ 26th. , 1983 @ 1 A.M.   approx.

(a)  Maria Anderson - Ross
     Gary Michael Shepherd

(b)  Unknown

(c)  Other :

     ~~Lori~~
     ~~Bonnie Anderson~~

     Lori Higgins
     Winnie Smith
     Kay + Phil Schleottman
     Bill Couch
     Judy Kline
     Bonnie Horn
     Michael Compta
     Maureen Saylor
     William Martin
     ~~W~~
     ( Mike Frye )

Exh. 94 - 000572

478   4995
478

478-471

Maria Anderson-Ross for
Heather Ross, a minor

████████████████████

Gig Harbor, Wa.      98335

████████████████████

Gig Harbor, Wa.   98335

August 14, 1982
approximately  8 o'clock A.M.

(See attached)

████████████████████

Steilacoom, Wa.
98388

(a) Participants :
   Jim Anderson
   Heather Ross

(b) Witnesses :
   Unknown

(c) Other :
   Maria Anderson-Ross
   Gary Michael Shepherd
   Steve Stinson
   Lori Higgins
   ~~Mike Frye~~
   Members of the Aquarius Group @ WSH
   William Martin
   Winnie Smith

Exh. 94 - 000573

5-19-82  #1

Hi Ed

Well what is it like there? There isn't anything going on here. Yesterday we had a shake down here. That was the first time I have been through something like that. I'm doing okey here now. At first I had some problems. I had gotten slapped around for barrowing a envelope from one of the guys. I forgot to give him one back. Then the jail came back and asked me what happen. So I told him. Well after that I found out you don't do that. You don't tell the jail anything. Then one of the guys hit me in the mouth. I got a bleedy lip. Now things are okey. At least it has been for the last 3 weeks. Don is doing okey. I think he is pretty scared there. He is just sitting in jail waiting for something to happen from the courts. I'm waiting for a re-evaluation from this communicity service. Then after that I'll go to court. Then I'll know if I get out or not. Write to me so I know what you are doing. Also let me know what that place is like.

Address:                        Take care,
Rick G Johnson        Love Rick.

Mount Vernon, WA.
98273

DUNCAN_ND-005846
Exh. 95 - 000574



DUNCAN_ND-005847
Exh. 95 - 000575

| Arrest Time: 0615 | **RIVERSIDE COUNTY SHERIFF'S DEPARTMENT** Receiving Sheet | Booking Date and Time: 1/23/09 1600 |
|---|---|---|
| Arrest Date: 1/23/09 | **DEFENDANT INFORMATION** | Booking Number: 200903677 |

| Last Name, F, M | DUNCAN III, JOSEPH EDWARD | | |
|---|---|---|---|
| Street | NONE | City — | State — |

| Zip | Home Telephone | | | | | |
|---|---|---|---|---|---|---|
| Sex M | Race W | DOB ▮/63 | Age 45 | Height 6'01" | Weight 165 | |
| Hair BRo | Eyes BLU | Place of Birth FORT BRAGG, N.C. | | | | |
| Drivers License & State | | | | | SSN ▮-2257 | |
| Employer NON | | | | Occupation COMPUTER PROGRAMMER | | |

| Other Names Used . | | |
|---|---|---|
| Emergency Contact NONE/REFUSED | Relationship — | |
| Address of Contact — | Phone — | |
| Tattoos - Scars - Marks SCAR UPPER LIP | | |

**ARREST INFORMATION**

| Arresting Agency RIVERSIDE COUNTY | Agency Case Number INF057178 |
|---|---|
| Arrest Location USP-TERRE HAUTE FEDERAL DEATH ROW | FED. REGISTER #12561-023 |
| Vehicle Disposition/Towing Company — N/A | |
| Arresting Officer/I.D. # INV. TOM REID #TR125 | Transporting Officer/I.D.# SAME / CERVELLO |

**BOOKING CHARGES**

Type of Arrest: On View ☐  Warrant ☒  Citizen ☐  Other ☐

| Charges | M/F | Narrative | Court | Warrant # | Bail |
|---|---|---|---|---|---|
| B/W 187 P.C. | F | HOMICIDE WARRANT ISC. | | INF057178 | NO BAIL |
| B/W 207 P.C. | F | KIDNAP FOR MURDER | " | " | " |
| B/W 288 P.C. | F | " | " | " | " |
| B/W 667(c) P.C. | F | " | " | " | " |
| B/W 667(c)(i) P.C. | F | " | " | " | " |

**DOMESTIC VIOLENCE NOTIFICATION - PER 646.92 PC**

| Victim requesting notification?    YES    (NO) | If "YES," attach RSD Form 569, "Notification of Release" Form, to Receiving Sheet |
|---|---|

| **Miscellaneous Information** | | | **Billing Information** (For Business Office Use Only) |
|---|---|---|---|
| Displayed suicidal behavior? | YES | (NO) | |
| Involved in a Vehicle Accident? | YES | (NO) | On - Sight:_____ |
| Fought with Law Enforcement? | YES | (NO) | Agency Case Number: _____ |
| Fought with other than Law Enforcement? | YES | (NO) | Riverside County Warrant Number: _____ |
| Did arrestee ever lose consciousness? | YES | (NO) | Originative Police Agency: _____ |
| Are there any special housing needs? | (YES) | NO | Reviewed by: _____ |
| Did arrestee require an O.K. to book? | YES | (NO) | Send Bill to: _____ |
| (Explain) | | | |

| Citation Release Denied?    YES    NO    Approving Supervisor | Reason Denied |
|---|---|
| Recommendation for O.R. Release?    YES    (NO)    Reason Denied: | FEDERAL DEATH SENTENCE FOR MURDER ETC |
| Arresting Agency to be notified upon release of prisoner? (YES) NO | Person & 24 hr Phone #: DA-INDIO |
| Agency contact time & Date: | Who was contacted? | By whom: |
| Arresting Officer: Thomas Reid #TR125 | Booking Officer: CARDENAS TUTTLE | |

Distribution:  Original - Booking File    Green - Print Room    Yellow - O.R. Clerk    Pink - Classification/Medical/Billing    Goldenrod - Arresting Officer

RSD Form 500 (Rev.07/03)

Exh. 96 - 000576

Booking Number: 200903677
Booking Date:  1/23/2009    Booking Time: 1549
Name:    DUNCAN, JOSEPH EDWARD
Address: NONE
         INDIO              CA    92201
         000-000-0000


                                Booked By: Deputy Cardenas
                                Number: TR125
Arresting Officer: REID          Number:
Transport Officer: CERVELLO      Number: INF057178
Agency: Other
Arrest Date:   1/23/2009  Time: 0615
Location: USP TERRE HAUTE FEDERAL DEATH ROW


Sex   : Male            DOB:    ███/1963  Birth Place: FORT BRAGG,NC
                                    U.S. Citizen  ? Y

Race  : W - White
Height: 6' 01"                       SSN     :   ███-2257
Weight: 165                          DLN     :
Eyes  : BLU
Hair  : BRO             Emergency Contact
                        REFUSED
                        000-000-0000

Possible 2nd Strike? NO      Possible 3rd Strike? NO
Identifying Features: NONE


| Type | Section | Code | Class. | Description | |
|------|---------|------|--------|-------------|---|
| RCW  |         |      |        |             | NO BAIL |
|      | 187(A)  | PC   | F      | MURDER:FIRST DEGREE | |

Exh. 96 - 000577

1/23/2009    1624         BOOKING SHEET              SCAI M. Jaime

Booking Number: 200903677
Booking Date:  1/23/2009    Booking Time: 1549
Name:    DUNCAN, JOSEPH EDWARD


RELEASE:  File Assembled:     By _____  Date _____  Time _____

RELEASE:  Warrants/Wants NEG:  By _____  Date _____  Time _____

RELEASE INFORMATION:

BALANCE OF FINE   $_____   RECEIPT #_____   DAYS SERVED_____

                  $_____   RECEIPT #_____   DAYS SERVED_____

BAIL PAYMENT      $_____   RECEIPT #_____

BOND PAYMENT      $_____   BOND #  _____   BOND AGENCY_____

                  $_____   BOND #  _____   BOND AGENCY_____

APPEARANCE DATE:  _____   TIME  _____   COURT_____

                  _____   TIME  _____   COURT_____

RELEASED TO: _____       _____       _____
           OFFICER              I.D. #              AGENCY

METHOD OF RELEASE:_____

* * * * * * * * * * * C O M M E N T S  /  N O T E S * * * * * * * * * * * *

_____

_____

_____

_____

_____

Case 2:17-cv-00091-EJL    Document 2-13    Filed 02/28/17    Page 22 of 35

1/23/2009    15:56            INTAKE RECEIPT            Deputy Cardenas

Booking Number: 200903677

Name: DUNCAN, JOSEPH EDWARD
Booking Date:  1/23/2009         Booking Time: 1549

Identifying Features: NONE

P R O P E R T Y
NO OTHER    PROPERTY
orange jumpsuit
No Other Items



DUNCAN
200903677

Cash Taken         $0.00

I certify the above is a correct record of my personal property and
authorize the Sheriff to receive and inspect my mail while confined
and agree not to hold the Sheriff responsible for money or articles
taken or mailed to the jail for me.

INMATE SIGNATURE ...........

BOOKING OFFICER SIGNATURE ..

Telephone Contact                          Housing Location _____
-    By Arresting Agency
-    None Desired
-    Phone Room
     Time _____
-    #
-    #                         R I G H T   T H U M B   P R I N T
     Time                          INTAKE        RELEASE

INMATE SIGNATURE



INTAKE: File Breakdown:
By _____ Date 012309    Time 1635

INTAKE: Warrants/Wants NEG:
By _____ Date 012309    Time 1627

Exh. 96 - 000579

```
Tiburon, Inc.                 MESSAGE FROM CLETS                    01/23/09
                       RIVERSIDE COUNTY SHERIFF'S DEPT.             16:00
***************************************************************************
1ALTLWRTABS.RJI0.RJI0
     *************  W A R R A N T   A B S T R A C T   *********
     indio jail/bkg 200903677
     1 warrant
     INITIATING AGCY:         RPT NBR:                WRT NBR:INF057178
     DUNCAN,JOSEPH EDWARD III
     AKA:
     DOB: ██████-1963 DESC: MWA  601   155   BLN   BLU      OPL:
     RES: ████████FARGO ND
     INDIO MUNICIPAL COURT                           TYPE:FELONY
     ISSUED:01-31-2007 BY:HANKS, JAY
     VIOL:PC187(A)

                                              BAIL:NO BAIL
     ENDORSED FOR NIGHT SERVICE      MANDATORY APPEARANCE IS REQUIRED
     PLC HOLD AUTHORITY OUR WRNT & ADVISE IF SUBJ BAILS OR WHEN AVAIL FOR P/U
     APP:46-200 OASIS ST, INDIO CA 92201           7:30 MON,WED,THUR,
     THIS WRNT CERTIFIED BY:  N3884   RSW0 RIVERSIDE SHERIFF WRNTS 01-23-2009
```

Exh. 96 - 000580

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY, CALIFORNIA

DATE 012309

TIME 1750

O: CAPTAIN / COMMANDER

You are hereby instructed to hold, ___Duncan III, Joseph Edward___

INMATE NAME

iverside County Number __2609036977__ for ___US Marshals___,

BOOKING NUMBER                           AGENCY

__12561-023__ Charge _____, Bail __no Bail__.

WARRANT NUMBER

otify this agency prior to his / her release.

By _____ Deputy

CORRECTIONS DIVISION

Cancelled _____, By _____ Deputy

DATE                    TIME              CORRECTIONS DIVISION

All information contained in this order must be supported by official paperwork
contained in the inmates file.

## Special Notes / Handling For Inmate File

U S PENITENTIARY

TERRE HAUTE, INDIANA

(812) 244-4635  RELEASE &
                DETENTION

(812) 238-3416  RECORDS
                DIVISION

(812) 238-1531 (MAIN)
     x-3417

By _____ Deputy

CORRECTIONS DIVISION

RSD Form 521 Revised 11/01/07

Exh. 96 - 000581

ROD PACHECO
District Attorney
County of Riverside
4075 Main Street
Riverside, CA  92501
Telephone:  (951) 955-5400
Elaina Gambera Bentley
Supervising Deputy District Attorney
State Bar No. 133451

SUPERIOR COURT OF CALIFORNIA

COUNTY OF RIVERSIDE

(Indio)

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EDWARD DUNCAN III,<br>Register No.  12561-023<br><br>Defendant. | NO.  INF057178<br><br><br>APPLICATION FOR<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM<br>AND ORDER |

THE PEOPLE OF THE STATE OF CALIFORNIA, by ROD PACHECO,
District Attorney of the County of Riverside, State of California, respectfully represent
and show:

That there is now confined in the United States Penitentiary Terre Haute in
Terre Haute, Indiana, in the custody of the Warden of the United States Penitentiary
Terre Haute and the United States Marshals Service, one Joseph Edward Duncan III,
Register No. 12561-023.

That said Joseph Edward Duncan III is the defendant charged in the amended
felony complaint in case number INF057178, filed in the Superior Court of California,
County of Riverside, entitled People of the State of California v. Joseph Edward
Duncan III, wherein said defendant is charged with the murder of Anthony Martinez,

1

Exh. 96 - 000582

in violation of section 187, subdivision (a), of the Penal Code of the State of California. It is further alleged that said defendant was previously convicted of three prior murders, within the meaning of Penal Code sections 190.2, subdivision (a), subsection (2), and committed the murder of Anthony Martinez while engaged in the commission, or attempted commission, of kidnapping (Penal Code section 207), within the meaning of Penal Code section 190.2, subdivision (a), subsection (17)(B), and while engaged in the commission, or attempted commission, of a lewd and lascivious act upon a child under 14 years of age (Penal Code section 288), within the meaning of Penal Code section 190.2, subdivision (a), subsection (17)(E). It is further alleged that defendant's murder of Anthony Martinez was intentional and involved the infliction of torture, within the meaning of Penal Code section 190.2, subdivision (a), subsection (18).

It is necessary to secure the attendance of said Joseph Edward Duncan III in order that he might be prosecuted for said charges, and it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued for that purpose. Defendant Joseph Edward Duncan III will be provided safekeeping, custody, and care while in the custody of the Riverside County Sheriff's Department.

WHEREFORE, your petitioner prays for an order directing the issuance of said Writ of Habeas Corpus Ad Prosequendum directing H.J. Marberry, Warden of the United States Penitentiary Terre Haute in Terre Haute, Indiana, to produce said Joseph Edward Duncan III in Department 2K of the Superior Court of California, County of Riverside, on or before February 9, 2009, at 8:30 a.m., and as ordered thereafter until the conclusion of said prosecution and sentencing. When said proceedings are concluded, Joseph Edward Duncan III shall be returned to the custody of the Warden of the United States Penitentiary Terre Haute in Terre Haute, Indiana, and the United States Marshals Service.

I declare under penalty of perjury the foregoing is true and correct.

Dated: January 8, 2009

ROD PACHECO
District Attorney

ELAINA GAMBERA BENTLEY
Supervising Deputy District Attorney

2

Exh. 96 - 000583

ORDER

IT IS HERBY ORDERED that the Writ herein prayed for be issued.

Dated: _____1 - 8 - 09_____

_Edward Webster_ (signature)

JUDGE OF THE SUPERIOR COURT
STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

3

Exh. 96 - 000584

ROD PACHECO
District Attorney
County of Riverside
4075 Main Street
Riverside, CA  92501
Telephone:  (951) 955-5400
Elaina G. Bentley
Supervising Deputy District Attorney
State Bar No. 133451

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
(Indio)

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EDWARD DUNCAN, III,<br>Register No.  12561-023<br><br>Defendant. | NO.  INF057178<br><br><br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

TO:  H.J. MARBERRY, WARDEN OF THE UNITED STATES
PENITENTIARY TERRE HAUTE, TERRE HAUTE, INDIANA, GREETINGS:

We command that you produce the body of Joseph Edward Duncan III,
Register Number 12561-023, a prisoner in your custody confined in the United States
Penitentiary Terre Haute, at Terre Haute, Indiana, in the Superior Court of Riverside
County, State of California, on or before February 9, 2009, at 8:30 a.m., in Department
2K thereof, then and there to appear for arraignment on case number INF057178 and
thereafter to produce said prisoner in said court at such times as may be ordered by the
Judge of said court in connection with the further prosecution of Joseph Edward

1

Exh. 96 - 000585

Duncan III.  Upon conclusion of said prosecution the said Joseph Edward Duncan III is to be returned to the custody of the Warden of United States Penitentiary Terre Haute, at 4200 Bureau Road North, Terre Haute, Indiana.

Expenses to be paid by the Riverside County District Attorney's Office.

1-8-09

JUDGE OF THE SUPERIOR COURT
STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

ATTEST:

SHERRI R. CARTER
Executive Officer
Superior Court, State of California,
County of Riverside

By: _____

Executive Officer

2

Exh. 96 - 000586



Exh. 97 - 000587



Exh. 97 - 000588





Exh. 97 - 000589

**OFFICE OF THE KOOTENAI COUNTY**
**PUBLIC DEFENDER**
400 NORTHWEST BLVD.
COEUR D'ALENE, IDAHO 83814
208-446-1700

### IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| STATE OF IDAHO,  )<br> )<br>　　　　　Plaintiff,  )<br> )<br>vs.  )<br> )<br>JOSEPH E. DUNCAN III.,  )<br> )<br>　　　　　Defendant.  )<br> ) | CASE NUMBER CR-F05-0013674<br><br>AFFIDAVIT OF MARK DURANT |

STATE OF IDAHO　　　　　)

County of Kootenai　　　　)

Mark Durant, being first duly sworn upon oath, deposes and says:

1.　　　I am a criminal investigator employed by the Kootenai County Public Defender's Office and one of the investigators assigned to the above titled case.

2.　　　On July 2, 2005, I began collecting every piece of local press coverage concerning this case. Following are the exact steps taken to compile and document the local coverage of this case by the media and local community.

　　　1)　　　Beginning on July 2, 2005, daily copies of the Coeur d'Alene Press and

　　　　　　　Spokesman Review were read and all articles concerning Mr. Duncan's case

AFFIDAVIT OF MARK DURANT　　　　　- 1 -

Exh. 97 - 000590

were collected and stored. The actual number of stories (689) and letters to the editor (197) was confirmed utilizing each newspapers website (a copy attached to my report), then confirmed again by personally contacting Dave Turner at the Coeur d'Alene Press and Jennett Baker at the Spokesman Review. The actual news articles are stored at the Public Defender's Office and copies of those articles have been reduced and attached to this report for the Court's review.

2)    As indicated in my report on press coverage of this case, Moba Media, Inc., was retained by the Public Defender's Office to research television news stories concerning this case from July, 2005, to present. Data was collected from all four local stations, KREM2, KNX, KHQ, the local FoxNews, and the local CNN News. Those reports and findings were forwarded to Mary Fisher, a criminal investigator for the Public Defender's Office and have been provided to me for inclusion in this report. Moba Media's references were checked and we have no reason to doubt the number of stories (3,307) that their research disclosed. A copy of their totals and a brief lead-in summary of each story is attached to my report.

3)    The section on local signs, bumper stickers, etc., covers local business signs, bumper stickers, buttons, billboards.  I personally took the still photos, purchased the bumper stickers, and copied the newspapers photos included in section four of my report.

AFFIDAVIT OF MARK DURANT                  - 2 -

Exh. 97 - 000591

4) The internet totals (123,000 hits, 921 blogs, 167 email comments) were checked and rechecked and then copied by me personally. The numbers and reviews which confirm the totals are included in the report, in section 5 and section 8.

5) Copies of magazines and other national coverage were compiled by me or done so at my request. The copying and custody of the tapes of the television programs was my responsibility and the copies are stored in a secure evidence locker in my office at the Kootenai County Public Defender's Office.

6) The totals in the summary section of the report were verified at least twice and some cases four times by me. The confirmation of each total in the report is documented in the case of the local newspaper coverage the totals were confirmed four different ways.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this __16th__ day August, 2006.

Mark Durant
Chief Criminal Investigator

SUBSCRIBED AND SWORN TO me before this 18th day of August, 2006.



Notary Public for the State of Idaho
Commission Expires 2/4/2008

AFFIDAVIT OF MARK DURANT                - 3 -

Exh. 97 - 000592