Idaho Press-Tribune News

http://www.idahopress.com/news/jurors-cringe-at-graphic-videos-in-duncan-sentencing/article_f1182303-31a0-590c-8e8c-148dfe4ea562.html

# Jurors cringe at graphic videos in Duncan sentencing

By Rebecca Boone (AP)   Aug 21, 2008

Tired of seeing surveys on articles? If you are a subscriber, simply | **log in** | or | **Subscribe now!** | ✕

WARNING: GRAPHIC CONTENT

BOISE -; Jurors cringed, cried and some desperately looked away as they were shown a series of deeply disturbing and graphic videos taken by convicted child killer Joseph Edward Duncan III as he tortured, sexually abused and nearly killed a 9-year-old boy.

Federal prosecutors showed the video as part of their efforts to persuade the jury to give Duncan the death penalty for his crimes. Duncan kidnapped the boy, Dylan Groene, and his sister, Shasta Groene, in May 2005 after brutally slaughtering their older brother Slade Groene, their mother Brenda Groene and her fiance Mark McKenzie. The two young children were taken deep into the Lolo National Forest, where they both endured horrendous abuse at the hands of Duncan.

Duncan ultimately shot the boy point-blank in the head while his sister watched. He was arrested after returning to Coeur d'Alene, where a waitress recognized Shasta as the two ate at a Denny's restaurant.

Duncan, a convicted pedophile originally from Tacoma, Wash., pleaded guilty last year to 10 federal charges related to the kidnappings and Dylan's murder. He has already been convicted in state court of the murders of Slade and Brenda Groene and McKenzie; sentencing on the state charges is not at issue in the federal case.

The videos and photos taken at the cabin show Duncan forcing the boy to perform a sex act, whipping him with a belt and hanging him with a wire noose until the boy passed out.

"The devil is here, boy, the devil himself. The demon couldn't do what the devil sent him to do so the devil came himself," Duncan yells in one video. "The devil likes to watch children suffer and cry."

Duncan covered his face during parts of the video, and jurors frequently shot him looks. Two of Duncan's standby attorneys also avoided looking at the screen.

After releasing the boy from the noose, Duncan promised to take him to the hospital so his injured neck could be treated. He also promised to tell hospital staffers where to find Shasta, who had been left back at the campground, so they could come find her. He kept neither promise.

After that, Duncan offered to let Dylan watch the video of his "death," then wandered away from the camera where he could be heard singing part of the Lord's Prayer.

After the video was shown, prosecutors called a man to the stand who testified that Duncan had raped him at gunpoint in 1980, when the man was just 14 years old.

Exh. 98 - 000593

Parts of the story seemed similar to some of Duncan's videotaped abuse of the Dylan. Once that testimony was over, the judge called a recess to give jurors a break from the violent material.

## 5 incredibly stressful moments for parents

MaxRead

Exh. 98 - 000594

# Jurors shown Duncan's torture videotape

*Posted: Aug 21, 2008 12:26 PM PDT*

*Updated: Aug 21, 2008 4:46 PM PDT*

BOISE, Idaho - Jurors in the sentencing phase for convicted killer Joseph Duncan watched a videotape Thursday of Duncan torturing Dylan Groene, despite a motion filed Wednesday by Steven Groene to restrict viewing of the tape.

Prosecutors spent Thursday morning talking about the cabin where Dylan was sexually abused. FBI Special Agent Steve Liss described the cabin, mentioning a noose that was hung from the middle of the ceiling and Duncan's DNA which was found on the floor.

Before the video was shown the judge acknowledged the Groene family's motion to restrict the viewing of the tape, then denied the request.

Steve Groene, visibly upset, walked out of the courtroom without standing for the judge, and was not in the courtroom during the showing of the tape.

Everyone was moved to one side of the courtroom and checked for cell phones by U.S. Marshals who were standing watch.

FBI Special Agent Mike Genecknow was on the witness stand as the graphic videotape and corresponding photographs, shot from inside a cabin in the Lolo National Forest, were exhibited.

Duncan objected before the tape was played, saying "The video will turn this jury into my victims. I will be tried by a jury of victims not my peers."

His objection was overruled and the tape was played in three sections, totaling 30 minutes.

Jurors could be seen wiping their eyes with tissue as the tape was played, some turning their heads during the most graphic parts. Others looked at Duncan during the tape.

Duncan didn't watch the beginning of the most graphic part of the video, but watched with a blank stare as the video continued.

According to reporters outside the courtroom, as the tape was played Steve Groene called his lawyer to see if he could make a citizens arrest in regards to the people who went in to watch the video.

He asked why the people present had not been screened, saying "they could be child molesters."

The Groene family went on record late Thursday, issuing this statement regarding the video:

*"We feel that the decision to show the video in open court will not only further traumatize Shasta but the entire family. It will also forever change the way that Dylan, a very soft spoken, shy, little boy who loved life will be remembered. The emotional damage caused by this will be on going long past the trials end."*

Master Chief Petty officer Virgil Craven of the U.S. Navy, a victim of Duncan's rage in 1980, also took the witness stand Thursday.

When Craven was 14-years old he wa sexually abused by Duncan who was 17-years old at the time. Duncan was sentenced to 20 years in prison for the crime.

Exh. 98 - 000595

**The foreman of the jury that sentenced convicted child killer Joseph Duncan to death in August says he's become more suspicious of strangers...**

By The A··ociated Pre··

BOISE, Idaho — The foreman of the jury that sentenced convicted child killer Joseph Duncan to death in August says he's become more suspicious of strangers and more protective of his children.

Chris R▮▮▮▮ said he also watches out for strange cars on his cul-de-sac and checks the sex-offender registry regularly after a trial that included a video Duncan made of him molesting and torturing a young boy.

"It still makes me sick thinking about it," R▮▮▮, 29, told The Spokesman-Review. "That was the worst thing I've ever seen in my whole life, the worst thing. Your heart just goes out for that little boy."

Duncan was sentenced in federal court to death for the 2005 kidnapping, sexual abuse and murder of 9-year-old Dylan Groene.

The case began in 2005, when the bodies of 13-year-old Slade Groene, his mother, Brenda Groene, and her fiancé, Mark McKenzie, were discovered in a Coeur d'Alene home. The two youngest children in the home — then-8-year-old Shasta Groene and her 9-year-old brother, Dylan Groene — were missing.

Duncan, a convicted pedophile originally from Tacoma, had killed the family so he could kidnap the two children. He took them to a remote Montana campsite where he tortured and abused them for weeks, videotaping some of the abuse.

He shot Dylan Groene to death at the campsite, and a few days later took Shasta back to Coeur d'Alene. The girl was rescued after a waitress recognized her while the two were at a local restaurant and called police.

The case began in 2005, when the bodies of 13-year-old Slade Groene, his mother, Brenda Groene, and her fiancé, Mark McKenzie, were discovered in a Coeur d'Alene home. The two youngest children in the home — then-8-year-old Shasta Groene and her 9-year-old brother, Dylan Groene — were missing.

Duncan, a convicted pedophile originally from Tacoma, had killed the family so he could kidnap the two children. He took them to a remote Montana campsite where he tortured and abused them for weeks, videotaping some of the abuse.

He shot Dylan Groene to death at the campsite, and a few days later took Shasta back to Coeur d'Alene. The girl was rescued after a waitress recognized her while the two were at a local restaurant and called police.

Duncan was convicted in state court of the murders at the Coeur d'Alene house, but the federal court handled the charges related to the kidnapping, abuse and Dylan's murder.

During the federal trial, jurors watched a video made by Duncan of him molesting and torturing Dylan. The case was so graphic that jurors were offered counseling afterward.

Exh. 98 - 000596

## Sleepless nights

R⬛⬛⬛, a father and health-care worker, was not allowed to talk about what he saw in court each day and said he spent "a lot of sleepless nights in Boise."

At times in court, he said, he became so angry at Duncan that he was tempted to rush across the courtroom to attack him.

"It was very hard. It was that type of anger, and I'm not that type of person," R⬛⬛ said. "But you get feeling that way."

He said that, in court, he often had the sense that Duncan was trying to fool the jurors by hinting that he wanted to die as "his way to manipulate us into not giving him what he wanted."

R⬛⬛ said he also was offended by "sly little smirks" he saw Duncan direct toward female jurors.

He said he watched Duncan closely when the jury's decision was read, and Duncan "turned about as white as a ghost, and all of a sudden the facial expressions were gone, and I feel that justice was served. He looked like a dead man to me after we laid that down."

As a health-care worker, he said he sometimes sees people die on the operating table. But he said that couldn't compare to the video he saw in court.

"It's a whole different kettle of tea when you see a 90-year-old die on the table because they had a massive heart attack, and you see a little boy die because of somebody's, you know, obsession."

## Future promise

He said the picture that emerged of Dylan during the trial was one that touched him.

"He looked like an amazing kid that was going to bring something positive into this world, you just knew it," he said. "For him not to be here and somebody that brought so much shame into this world, and so much negative, still to be around — it makes me sick."

He said the trial made him realize how vulnerable children are, and that he's set up code words with his children to make sure someone can't pick them up and masquerade as a friend.

"You need to not just worry about your own, but worry about everyone else's, too," he said. "They can't take care of themselves."

R⬛⬛ said he has "no regrets" about the unanimous verdict reached by the jury in just three hours.

The best moment of the case, R⬛⬛ said, was when it was over and Dylan's father, Steve Groene, "came out and thanked us at the end, because I felt like we did justice for him and his family at that point."

## The Associated Press

Exh. 98 - 000597

# Former jurors still haunted by Joseph Duncan murder trial

By MEGHANN M. CUNIFF Idaho Statesman   Feb 10, 2013

BOISE, Idaho – Trauma brought them together. Stories of murder, kidnapping and child rape invaded their lives for three weeks in 2008, and the terror still lives on in their minds. It could be a little boy at a grocery store who triggers it. Or a girl and her father holding hands.

Is that really her dad?

Before these Treasure Valley residents heard the story of Joseph Edward Duncan III, such a question never would have crossed their minds.

But more than four years after a federal jury of 12 sentenced Duncan to death, four of the people who served told the Idaho Statesman that they're still haunted by the case and horrified that other citizens might be subjected to what they had to sit through if Duncan gets a new trial.

They share a bond that leads them to meet regularly for dinner or other activities.

"We liken it to somebody who's gone to war," said Susan, a bookkeeper in her 50s. "You don't have to talk about it. You just know where you've been."

The jurors, who all live in Ada or Canyon counties, invited a Statesman reporter to their regular dinner at a Mexican restaurant in Nampa last month. They asked not to be identified by their full names because they fear being scrutinized by anti-death penalty advocates, and because some of their own friends and co-workers don't know about their involvement in the case.

\*\*\*\*\*

## 'CAN'T GET OVER IT'

The four jurors consider themselves close friends. Others sometimes join them, but a couple of jurors haven't been heard from since the verdict.

"It really affected some of us a lot," said Tommy, a cable company employee in his 40s.

Chris, who works as a waitress in Boise, was one of three alternate jurors who sat through the case but didn't participate in deliberations. Instead, she and the other alternates sat in a room while jurors deliberated. They were prohibited from talking about the case.

"Some of my friends that I had before can't understand why I can't get over it," said Chris, who is in her 40s.

But Susan and Shannon, a nurse in her 30s, know exactly what she's been through. Chris considers them two of her closest friends.

Exh. 98 - 000598

"These girls are so good to me," she said. "It's like we just pick up right where we left off."

It started with a barbecue a few weeks after the trial. Soon, they were meeting regularly for dinner, drinks or just to chat. None had ever experienced such a bond before.

They had stopped talking about the case long ago, but news of Duncan's new hearing rekindled the conversation.

Susan said she has a message for Duncan's attorneys.

"Shame on you," she said. "You're valuing his life over the people who sat on that jury."

*****

**BURDEN FOR LAWYERS, TOO**

Former Attorney General David Leroy said a lawyer who accepts a case like Duncan's "literally lives that defendant's life in segments for days or weeks or months."

"It invokes a heavy personal toll to represent people with dreadful problems," Leroy said. "Far from being condemned, lawyers who do that should be commended, because it's important and painful work."

The jurors have never heard about Duncan's life, including the abuse he suffered as a boy.

Hearing his sister recount childhood beatings prompted Duncan to do something he's never before done in court: Cry. His face reddened when Cheri Cox took the stand, and he wept as she choked back sobs recounting abuse she said she'd long tried to forget.

Duncan appeared interested but more stoic as mitigation experts recalled him telling them about being sexually abused as a child and being shown sadistic photos of children being sexually tortured, according to testimony. He told a psychiatrist that he thought of those photos when he raped a boy at gunpoint when he was 16. The assault earned Duncan 20 years in prison, and he was placed in sex offender treatment with adults, something experts say wouldn't happen now.

Duncan was repeatedly abused in prison and told investigators that he began plotting revenge on society by studying kidnapping and murder. He also suffered two head injuries – one when he was hit with a shovel as a boy and another at age 15 when he was in a car crash.

Mark Larranaga, Duncan's former lawyer, testified last week that even if a new jury hears all the details of Duncan's childhood, it's unlikely they would spare his life. "It would have been difficult, not impossible," Larranaga said.

But the jurors who spent three weeks listening to testimony about Duncan's horrific crimes say nothing could sway them from imposing death.

"Lots of people are abused as kids" but don't abuse others, said Tommy.

*****

**NEVER THE SAME**

Exh. 98 - 000599

Susan served on a jury for a civil case years ago, but the experience was unremarkable. "I couldn't even tell you the names of other jurors," she said.

But a case like Duncan's? "I just know none of us will ever be the same after seeing something like that," Shannon said. "You can never go back."

Learning the details of Duncan's crimes and his meticulous planning altered their everyday activities. Even activities such as camping bring reminders of Duncan's crimes and the weeks he held children captive in the Lolo National Forest outside St. Regis.

"I can't even go camping without locking up my trailer," Shannon said.

Susan spends more time at home and constantly questions her safety in public. "I don't go out at night unless I'm with my husband," she said.

The trial lasted three weeks but the process took much longer. Potential jurors first reported to the federal courthouse in April 2008 and were told not to take vacations until a jury was selected, which didn't occur until August because the court accommodated Duncan's request to represent himself.

All jurors were promised counseling but the six to eight sessions went quickly. And the counselors were hit or miss, the jurors said. Once they found a counselor who seemed like a good match, their sessions were almost up. They sought more through the federal court system but got nowhere.

"They should be paying for my counseling until I die," Susan said. "It just sickens me that another group of people might have to go through this."

Child killer Duncan's attorneys want to appeal death sentence

Man convicted in Idaho murders gets life sentence for California killing

Exh. 98 - 000600

Jury sees abuse videos | The Spokesman-Review

# THE SPOKESMAN-REVIEW

News          Sports          A&E          Opinion          Menu ≡

Wash.          Idaho          Business          Health

## Jury sees abuse videos

FRIDAY, AUG. 22, 2008



Exh. 98 - 000600a

**In this courtroom sketch, Joseph Edward Duncan III takes the stand in Boise in August 2008. (Associated Press / The Spokesman-Review)**

## By Betsy Z. Russell
Staff writer

# Duncan taped himself sexually assaulting, torturing Dylan Groene

***Editor's note:*** *This story contains explicit descriptions of severe abuse of a child.*

BOISE – On the screen, a child screamed in pain, and his tormentor raved.

"The devil is here, boy, the devil himself ... The devil likes to watch children suffer and cry!" a naked Joseph Duncan shouted in a video he made in a decrepit, abandoned cabin in a Montana forest.

Shifting uncomfortably in their seats, jurors saw three horrific, graphic videos Thursday of Duncan sexually assaulting and torturing 9-year-old Dylan Groene, whom he later murdered. The videos were among the final pieces of evidence prosecutors presented to press their case that Duncan should die for his crimes.

This morning, prosecutors and Duncan, who is representing himself, will give their closing arguments in the first phase of the sentencing trial. The jury then will deliberate on whether Duncan is eligible for a death sentence. If they're unanimous on that, the second phase will begin, to determine whether Duncan will be executed or sentenced to life without parole for the abduction, abuse and murder of Dylan and the abduction and abuse of his younger sister, Shasta Groene, in 2005.

Exh. 98 - 000600b

Duncan objected to the showing of the videos. Before the jury was brought in for the viewing, he said, "Basically this video will be turning the jurors into my victims, so I will be tried not by a jury of peers, but of victims."

U.S. District Judge Edward Lodge responded, "Objection noted, denied."

Nothing previously presented in court could have prepared viewers for the level of violence in the videos.

The videos showed Duncan sexually abuse the child, hang him from a wire noose, and beat him with a loop of what looked like wire as the boy screamed.

At one point, Duncan tries to revive Dylan and promises to take him to a hospital, although that never happened. He claims both to have killed and saved the child, and at one point starts singing the Lord's Prayer in a high voice, interrupting himself after "Thy will be done," to shout, "Can this be your will? ... You put people on the earth to do this – how can you do this? How can you let me? God, where are you? Show yourself!"

As the videos played, one juror turned away and shielded her eyes with her hand, looked back again and then turned away again, her face contorted. Another covered her mouth with a tissue, sobbing silently. Some glanced at Duncan, who watched intently on the monitor in front of him, closed his eyes, or covered his eyes and forehead with his hand, looking pained.

# Father's motion denied

Exh. 98 - 000600c

Steve Groene, the children's father, entered the courtroom before the video began and angrily gestured for onlookers in the last two rows to leave, although they didn't. Groene left, but erupted outside the courtroom doors, threatening to place anyone who watched the videos under citizen's arrest for viewing child pornography.

Groene had filed an emergency motion seeking to restrict the showing of the videos; the judge said Thursday that the court had "respectfully considered" the motion, but he denied it.

Lodge did take several steps to address Groene's concerns, including banning all cell phones and other electronic devices from the courtroom to make sure no one could record the video; blocking windows in the courtroom door and having spectators outside move away; and moving everyone in the audience to the side that wasn't directly in front of the courtroom's large viewing screen.

"The court is sensitive to the family's interest in maintaining their privacy and the dignity of the victim," Lodge wrote in an order denying Groene's motion. "However, ours is an open judicial system."

Before the videos were shown, a roof beam from the cabin, the wire noose still attached, was wheeled out in a large glass case and shown to jurors. Testing showed Dylan's DNA on the wire.

Jurors also were shown floorboards from the cabin, taken from just under the noose, which testing showed were stained with semen.

## 1980 victim testifies

After the videos were shown, the proceedings moved directly to the next witness, a uniformed military officer. Drained jurors shifted in their seats, and passed a box of tissues.

Exh. 98 - 000600d

The man, a high-ranking naval officer, testified that in January 1980, he was a 14-year-old eighth-grader in Tacoma who was sexually assaulted at gunpoint by Duncan, who was 16.

The officer gave a clear and detailed account of the crime, which was similar to Duncan's abuse of Dylan. "It was 28 years ago. That's a long time," the officer told the court. "I did a whole lot of trying to forget."

The Spokesman-Review does not normally identify victims of sexual assault. The search for the Groene children was so heavily publicized that their names were widely known.

After his testimony, the prosecution rested its case. Duncan was escorted to the witness stand, because he said he planned to testify on his own behalf. Instead, Duncan said, "I have no statement prepared, I was just intending to sit and answer whatever questions the government might have."

Under court rules, cross-examination can't go beyond what the witness has said on direct testimony. Because Duncan hadn't said anything, prosecutors couldn't ask him anything.

Duncan will have another opportunity to speak in closing arguments today.

Betsy Z. Russell can be reached toll-free at (866) 336-2854 or bzrussell@gmail.com. For more news from Boise, go to www.spokesmanreview.com/ boise.

---

PUBLISHED: AUG. 22, 2008, MIDNIGHT
Tags: Dylan Groene, Joseph Duncan, judge, shasta groene

Click here to comment on this story »

Exh. 98 - 000600e