# Under Seal Exhibits 121-152

# Filed by CD

United States of America vs. Joseph Edward Duncan, III

District Court No. 2:07-cr-00023-EJL

United States District Court, District of Idaho