HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
LINDSAY BENNETT, GA Bar No. 141641
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:     (916) 498-5700
Facsimile:      (916) 498-6656
Email:           Lindsay_bennett@fd.org

MARK E. OLIVE, FL Bar No. 578533
Law Offices of Mark E. Olive
320 W. Jefferson Street
Tallahassee, Florida  32301
Telephone:     (850) 224-0004
Facsimile:      (850) 224-3331
Email:           meolive@aol.com

Attorneys for Petitioner,
JOSEPH EDWARD DUNCAN, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>             Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | Case No.  2:07-cr-00023-EJL<br><br>**MOTION TO SEAL** |

  Pursuant to Fed. R. Crim. P. 49.1(d) and Dist. Idaho Loc. Civ. R. 5.3(a)(1) and Loc. Civ. R. 5.5, Petitioner JOSEPH EDWARD DUNCAN, III, by and through undersigned counsel, hereby requests this Court enter the attached proposed order authorizing the filing of under seal of Petitioner's Exhibits 121 to 152 in support of motion for relief under 28 U.S.C. § 2255.  Mr. Duncan submits the following grounds for entering the proposed order:

  1.  Exhibits 121 through 137 contain medical records, including treatment and diagnostic information, employment records (including military employment), and records with extensive

personal identifying information.  Parties submitting such information are" advised to exercise caution" when submitting such information.  Loc. Civ. R.  5.5(f).

2. Exhibits 138 through 152 contain information identifying the jurors and alternates in the underlying criminal case.  Pursuant to Loc. Civ. R. 5.5(d) and Doc. 379 they are to be maintained under seal.

3. In this case "the Court has exercised caution and deference to the judgment of defense counsel in allowing the repeated sealed filings" but has also caution counsel "to comply with the local rules and this Court's orders directing that motions to seal with a basis for sealing be filed." Doc. 469 at 3.

WHEREFORE, Mr. Duncan respectfully requests this Court enter the attached proposed order or, in the alternative, return the motion and declaration to his counsel.

Date:  February 28, 2017            RESPECTFULLY SUBMITTED,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lindsay Bennett*
LINDSAY BENNETT
Assistant Federal Defender

*/s/ Mark E. Olive*
MARK E. OLIVE

Attorneys for Petitioner,
JOSEPH EDWARD DUNCAN, III

MOTION TO SEAL                 2              *Joseph Edward Duncan, III v. United States of America,*
                                                *Case No.2-07-cr-00023-EJL*