RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
**KATHERINE L. HOLEY, OKLAHOMA STATE BAR NO. 30110**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1414
Email: Katherine.Holey@usdoj.gov

Attorneys for Respondent United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Case No. 2:17-cv-00091-EJL<br><br>**NOTICE OF APPEARANCE OF CO-COUNSEL** |

The United States of America, by and through Rafael M. Gonzalez, Jr., Acting United

States Attorney, and the undersigned Assistant United States Attorney, hereby appears as co-

**NOTICE OF APPEARANCE OF CO-COUNSEL - 1**

counsel, in the above action, and requests that all further papers and pleadings herein be served upon the undersigned attorney.

Respectfully submitted this 20th day of March, 2017.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:


*s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2017, the foregoing **NOTICE OF APPEARANCE OF CO-COUNSEL** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lindsay Bennett
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Lindsay_bennett@fd.org

Mark E. Olive
Law Offices of Mark E. Olive
320 W. Jefferson Street
Tallahassee, FL 32301
meolive@aol.com

Samuel Richard Rubin
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, ID 83702
Dick_Rubin@fd.org


*s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney


**NOTICE OF APPEARANCE OF CO-COUNSEL - 2**