RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
**SYRENA C. HARGROVE, IDAHO STATE BAR NO. 6213**
**ASSISTANT UNITED STATES ATTORNEY**
**KATHERINE L. HOLEY, OKLAHOMA STATE BAR NO. 30110**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-1414
Email: Syrena.Hargrove@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:17-cv-00091-EJL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO 28 U.S.C. § 2255 MOTION** |

The United States of America, by and through Rafael Gonzalez, Acting United States

Attorney and the undersigned Assistant United States Attorney for the District of Idaho, moves

this Court for its order extending the time in which to respond to Defendant's motion under

§ 2255 (ECF 1).  The Government's response currently is due April 5, 2017.  *See* (ECF 5.)  The

Government has not requested any previous extension of its response.  It now requests an

extension to July 31, 2017.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO 28 U.S.C.
§ 2255 MOTION - 1**

The Court is well familiar with the size of the record in this matter, as well as with the length and detailed nature of the Defendant's motion. The Government requests the extension in order to allow it to respond fully and completely to all the issues in the comprehensive, 230-page motion. The Government anticipates that its complete answer, along with the Defendant's reply and original motion, and attachments, will allow the Court to make a determinative ruling on the motion.

The Government has contacted opposing counsel, who have no objection to the requested extension.

Accordingly, the Government requests the Court grant this motion for an extension of time within which to file its answer to Defendant's motion pursuant to 28 U.S.C. § 2255, and allow the Government until July 31, 2017, to file its response.

Respectfully submitted this 23rd day of March 2017.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:


s/ Syrena C. Hargrove
SYRENA C. HARGROVE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2017, the foregoing **UNOPPOSED MOTION**

**FOR EXTENSION OF TIME TO RESPOND TO 28 U.S.C. § 2255 MOTION** was

electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of

Electronic Filing to the following persons:

Lindsay Bennett
Office of the Federal Defender 801 I Street,
3rd Floor
Sacramento, CA 95814
Lindsay_bennett@fd.org

Mark E. Olive
Law Offices of Mark E. Olive
320 W. Jefferson Street
Tallahassee, FL 32301
meolive@aol.com

Samuel Richard Rubin
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, ID 83702
Dick_Rubin@fd.org

s/ Syrena C. Hargrove
SYRENA C. HARGROVE
Assistant United States Attorney

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO 28 U.S.C. § 2255 MOTION - 3**