UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

JOSEPH EDWARD DUNCAN, III,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 2:17-cv-00091-EJL

**ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO 28 U.S.C. § 2255 MOTION**

Before the Court is the Government's Motion for Extension of Time. (Dkt. 9.) The Motion asks for an extension to July 31, 2017 in which to file its response brief in light of the voluminous record as well as the length and detailed nature of the Petitioner's § 2255 Motion. Petitioner does not oppose the requested extension. The Court finds good cause has been shown to grant the unopposed extension of time.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Motion for Extension of Time (Dkt. 9) is **GRANTED**. The Government's Response is due **July 31, 2017**.

Dated: **March 23, 2017**

Honorable Edward J. Lodge
United States District Judge