UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JOSEPH EDWARD DUNCAN, III, | ) | Case No.  2:17-cv-00091-EJL |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **MOTION TO SEAL** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Before the Court in the above-entitled matter are the Defendant's Motion and Amended Motion to Seal Exhibits 121 through 152 filed in support of his application for relief under 28 U.S.C. § 2255. (Dkt. 3, 6.) The Government has not responded to these Motions and the time for doing so has passed.

    The Court has reviewed the Motions and, for the reasons stated therein, agrees that the Exhibits should be filed under seal. The materials include medical and mental health records, private information, and juror questionnaires. The Court finds the privacy interests of the individuals that are the subjects of these materials are compelling and, at this time, outweigh other interests in disclosure of the same. The Court further finds there do not appear to be reasonable alternatives to sealing the documents. As such, the Court will grant the Motion to Seal and order that Petitioner's Exhibits 121 through 152 filed in support of the § 2255 Petition shall remain under seal unless and until otherwise ordered by the Court. *See* Local Civil Rules 5.3 and 5.5.

## ORDER

**NOW THEREFORE IT IS HEREBY ORDERED** that the Defense Motions to Seal (Dkt. 3, 6) are **GRANTED**. Exhibits 121 through 152 shall be filed **UNDER SEAL** unless and until otherwise ordered by this Court.

The Clerk of the Court shall file this Order in the normal course and to serve the same upon all parties.

DATED: April 5, 2017

Edward J. Lodge
United States District Judge