RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
KATHERINE L. HOLEY, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
E-MAIL: Katherine.Holey@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO


| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.  2:17-CV-00091-EJL<br>2:07-CR-00023-EJL |

**MOTION FOR ACCESS TO FULL DOCKET AND
ELECTRONIC ACCESS TO SEALED DOCUMENTS**


The government presently requests that the Court provide both parties:  (1) electronic access to the full docket with all entries listed; and (2) electronic access through the docket to the following sealed documents, including attachments thereto: Document Nos. 2, 12, 13, 43, 44, 52, 56, 67, 91, 92, 94, 98, 103, 104, 107, 108, 109, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 147, 148, 174, 197, 211, 216, 226,

244, 246, 258, 271, 272, 338, 339, 387, 391, 396, 407, 420, 464, 465, 529, 532, 538, 539, 548, 553, 576, 577, 578, 622, 670, 729, 737, 744, 763, 800, 801, and 804.

The parties agree that full access to the docket and electronic access to sealed documents, which were not filed ex parte, will expedite the litigation of Mr. Duncan's 28 U.S.C. § 2255 Motion. Accordingly, the government respectfully requests that the Court grant both parties access to all docket entries and the enumerated sealed documents filed in the underlying criminal proceeding of case number 2:07-cr-00023-EJL.[1]

Respectfully submitted this 21st day of April, 2017.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:


*/s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney

---

[1] After speaking with the Court Clerk's Office, counsel understand that the parties may be granted access to these sealed documents through the docket without changing the sealed nature of those documents to the public. Accordingly, the government's present request would not alter any document's sealed nature.

MOTION FOR ACCESS TO DOCKET AND SEALED DOCUMENTS—Page 2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 21, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing and thereby a copy was served on the following parties or counsel:

| | |
|---|---|
| Lindsay Nicole Bennett<br>Office of the Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>lindsay_bennett@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Mark Olive<br>320 W. Jefferson Street<br>Tallahassee, FL 32301<br>meolive@aol.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Samuel Richard Rubin<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 1000<br>Boise, ID 83702<br>dick_rubin@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

*/s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney