UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case Nos.  2:17-cv-00091-EJL<br>2:07-cr-00023-EJL<br><br>**ORDER** |

Before the Court in the above entitled matters is the Government's Motion for Access to Full Docket and Electronic Access to Sealed Documents. (CV Dkt. 12) (CR Dkt. 872.)[1] The Motion asks that the Court allow both parties (1) electronic access to the full docket with all entries listed and (2) electronic access through the docket to the following sealed documents, including the attachments thereto: Document Numbers 2, 12, 13, 43, 44, 52, 56, 67, 91, 92, 94, 98, 103, 104, 107, 108, 109, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 147, 148, 174, 197, 211, 216, 226, 244, 246, 258, 271, 272, 338, 339, 387,

---

[1] When citing to the docket numbers in these cases, the Court will use "(CR Dkt. __)" when citing to the criminal case, 2:07-cr-00023-EJL, and "(CV Dkt. ___) when citing to the civil case, 2:17-cv-00091-EJL.

391, 396, 407, 420, 464, 465, 529, 532, 538, 539, 548, 553, 576, 577, 578, 622, 670, 729, 737, 744, 763, 800, 801, and 804.

The basis for the Motion is to allow the parties access to these documents in the criminal docket for purposes of expeditiously litigating the § 2255 Petition. Counsel for the Petitioner has advised the Court that there is no objection to the Motion. For the reasons stated in the Motion and because the Court agrees that good cause has been shown, the Motion is granted. The parties will be allowed electronic access to the full docket and to the sealed documents listed herein. The sealed documents shall remain sealed in the public docket.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Motion for Access (Dkt. 12) is **GRANTED** as stated herein.

DATED: April 28, 2017

Honorable Edward J. Lodge
United States District Court