RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
KATHERINE L. HOLEY, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
E-MAIL: Katherine.Holey@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III, <br><br> Movant, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No.  2:17-CV-00091-EJL <br> 2:07-CR-00023-EJL |

**JOINT MOTION FOR ELECTRONIC ACCESS
TO TRIAL- AND SENTENCING-PHASE EX PARTE DOCUMENTS**

The parties jointly request that the Court provide both parties electronic access through the docket to the following sealed, ex parte documents, including attachments thereto:  Document Nos. 19, 75, 76, 77, 78, 80, 83, 84, 99, 149, 206, 207, 208, 209, 213, 214, 217, 219, 224, 232, 233, 234, 236, 249, 269, 270, 273, 274, 280, 281, 282, 285, 286, 287, 288, 291, 292, 295, 299, 300, 301, 303, 308, 309, 310, 311, 312, 392, 394, 395, and 488.

The parties agree that full access to the enumerated documents will expedite the litigation of Mr. Duncan's 28 U.S.C. § 2255 Motion. Accordingly, the parties respectfully request that the Court grant both parties access to the above-enumerated documents, including any and all attachments, filed in the underlying criminal proceeding of case number 2:07-cr-00023-EJL.[1]

Respectfully submitted this 2nd day of June, 2017.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

*/s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney


HEATHER E. WILLAIMS
Federal Defender

*/s/ Lindsay Bennett*
LINDSAY BENNETT
Assistant Federal Defender

Attorney for Movant,
JOSEPH EDWARD DUNCAN, III

---

[1] After speaking with the Court Clerk's Office, counsel understand that the parties may be granted access to these ex parte documents through the docket without changing the sealed nature of those documents to the public. Accordingly, the government's present request would not alter any document's sealed nature.

JOINT MOTION FOR ACCESS TO EX PARTE DOCUMENTS—Page 2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 2, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing and thereby a copy was served on the following parties or counsel:

| | |
|---|---|
| Lindsay Nicole Bennett<br>Office of the Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>lindsay_bennett@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Mark Olive<br>320 W. Jefferson Street<br>Tallahassee, FL 32301<br>meolive@aol.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Samuel Richard Rubin<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 1000<br>Boise, ID 83702<br>dick_rubin@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

*/s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney

JOINT MOTION FOR ACCESS TO EX PARTE DOCUMENTS—Page 3