| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III, | Case Nos. 2:17-cv-00091-EJL |
| | 2:07-cr-00023-EJL |
| Petitioner, | |
| | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Before the Court in the above entitled matters is a Joint Motion for Electronic Access to Trial and Sentencing Phase Ex Parte Documents. (CV Dkt. 14) (CR Dkt. 875.)[1] In the Motion the parties jointly request that the Court provide both parties electronic access through the docket to the following sealed, ex parte documents including the attachments there to: Document Numbers 19, 75, 76, 77, 78, 80, 83, 84, 99, 149, 206, 207, 208, 209, 213, 214, 217, 219, 224, 232, 233, 234, 236, 249, 269, 270, 273, 274, 280, 281, 282, 285, 286, 287, 288, 291, 292, 295, 299, 300, 301, 303, 308, 309, 310, 311, 312, 392, 394, 395, and 488. (CV Dkt. 14) (CR Dkt. 875.) The basis for the Motion is to allow the

---

[1] When citing to the docket numbers in these cases, the Court will use "(CR Dkt. ___)" when citing to the criminal case, 2:07-cr-00023-EJL, and "(CV Dkt. ___) when citing to the civil case, 2:17-cv-00091-EJL.

parties access to these documents in the criminal docket for purposes of expeditiously litigating the § 2255 Petition.

For the reasons stated in the Motion and because the Court agrees that good cause has been shown, the Motion is granted. The parties will be allowed electronic access to the above listed sealed, ex parte documents and the attachments thereto. The sealed documents shall remain sealed in the public docket for the reasons previously stated.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that the Joint Motion for Electronic Access (CV Dkt. 14) (CR Dkt. 875.) is **GRANTED** as stated herein. This Order shall be filed in both the civil and criminal cases in the normal course.

DATED: June 22, 2017

Honorable Edward J. Lodge
United States District Court