RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
**SYRENA C. HARGROVE, IDAHO STATE BAR NO. 6213**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
E-MAIL: Syrena.hargrove@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.  2:17-CV-00091-EJL<br>2:07-CR-00023-EJL<br><br>**DECLARATION OF SYRENA C. HARGROVE IN SUPPORT OF MOTION FOR EXTENSION** |

I, Syrena C. Hargrove, do hereby declare:

1. I am the lead attorney in the above-captioned case.

2. Currently, the Government's § 2255 response is due on Monday, July 31st.

3. I have worked diligently to complete the brief by the deadline to the extent I have been able.

4. I began having problems with my neck on approximately June 22, 2017.  Due to extreme pain, I have been able to work only intermittently since that date.

5. I am scheduled for a three-level discectomy and fusion on July 20, 2017.

6. I anticipate needing at least two weeks to recover from the surgery, and possibly more time.

**DECLARATION OF SYRENA C. HARGROVE IN SUPPORT OF MOTION FOR EXTENSION - 1**

7.    Accordingly, I am requesting an extension of 63 days to file the Government's responding brief.

8.    I apologize for any inconvenience to the Court and to Court staff.

9.    On July 18, 2017, I contacted opposing counsel to request her position on my extension request.  Opposing counsel does not have any objection to this requested extension.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 19th day of July, 2017.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

s/ *Syrena C. Hargrove*
SYRENA C. HARGROVE
Assistant United States Attorney

**DECLARATION OF SYRENA C. HARGROVE IN SUPPORT OF MOTION FOR EXTENSION - 2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing and thereby a copy was served on the following parties or counsel:

| | |
|---|---|
| Lindsay Nicole Bennett<br>Office of the Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>lindsay_bennett@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Mark Olive<br>320 W. Jefferson Street<br>Tallahassee, FL 32301<br>meolive@aol.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Samuel Richard Rubin<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 1000<br>Boise, ID 83702<br>dick_rubin@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

s/ *Syrena C. Hargrove*
SYRENA C. HARGROVE
Assistant United States Attorney

**DECLARATION OF SYRENA C. HARGROVE IN SUPPORT OF MOTION FOR EXTENSION - 3**