HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
LINDSAY BENNETT, GA Bar No. 141641
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:     (916) 498-5700
Facsimile:     (916) 498-6656
Email:          Lindsay_bennett@fd.org

MARK E. OLIVE, FL Bar No. 578533
Law Offices of Mark E. Olive
320 W. Jefferson Street
Tallahassee, Florida  32301
Telephone:     (850) 224-0004
Facsimile:     (850) 224-3331
Email:          meolive@aol.com

Attorneys for Petitioner,
JOSEPH EDWARD DUNCAN, III

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.  2:17-cv-00091-EJL<br>             2:07-cr-00023-EJL<br><br>PETITIONER'S SUPPLEMENTAL RESPONSE TO GOVERNMENT'S REQUEST FOR ACCESS TO SEALED AND EX PARTE DOCUMENTS |

On August 29, 2017, this Court ordered that petitioner be allowed access to certain sealed documents, which the government previously requested access to.  Doc. 23 at 5.  The Court further ordered that, once granted such access, petitioner file this supplemental response indicating his position concerning the government's request for access to those documents.  *Id.*  The documents at issue are: 15, 59, 301, 342, 343, 481, 731, 739, 754, 764, 803, 805, 806, and 848.

Petitioner has undertaken to review the documents at issue. The majority of those documents pertain to Mr. Duncan's retrospective competency proceedings. Petitioner has no objection to the government being provided access to the majority of these documents given their potential relevance, even if marginal, to the limited allegations of ineffective assistance of counsel in the context of Mr. Duncan's retrospective competency proceedings. Specifically, petitioner has no objection to the government being granted access to documents: 15, 343, 731, 739, 764, 803 and 805.[1]

Petitioner submits that the remaining three documents, namely 754, 806, and 848 are not relevant to the allegations in Mr. Duncan's 2255 and, accordingly, petitioner opposes the government being granted access to those documents. Petitioner outlined the bases for his opposition to documents which pertain to issues outside the scope of the 2255 allegations in his previous reply and those same considerations are reflected in the Court's order, which found the documents to be outside the scope of petitioner's 2255 allegations. *See* Doc. 21 at 2-4 and Doc. 23 at 2-5.

Respectfully submitted this 1st day of September, 2017.

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lindsay Bennett*
LINDSAY BENNETT
Assistant Federal Defender

MARK E. OLIVE
Esquire

Attorneys for Petitioner,
JOSEPH EDWARD DUNCAN, III

---

[1] Petitioner notes that documents 59, 301, 342, and 481, which were among the documents sought by the government are docket text entries and, accordingly, there is no document to provide to the government.

PETR'S SUPPLEMENTAL RESPONSE TO     2     *Joseph Edward Duncan, III v. United States of America,*
GOVT'S REQUEST FOR ACCESS TO SEALED     *Case No. 2:17-cv-00091-EJL*
AND EX PARTE DOCUMENTS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of September, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Rafael M. Gonzalez, Jr. | Katherine L. Holey |
| Acting United States Attorney | Assistant United States Attorney |
| Rafael.gonzalez@usdoj.gov | Katherine.holey@usdoj.gov |
| United States Attorney's Office | United States Attorney's Office |
| Washington Group IV | Washington Group IV |
| 800 Park Blvd., Suite 600 | 800 Park Blvd., Suite 600 |
| Boise, Idaho 83712 | Boise, Idaho 83712 |

_/s/ Lindsay Bennett_
LINDSAY BENNETT