RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
KATHERINE L. HOLEY, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413
E-MAIL: Katherine.holey@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.  2:17-CV-00091-EJL<br>2:07-CR-00023-EJL<br><br>**GOVERNMENT'S SUPPLEMENTAL MOTION FOR ACCESS TO SEALED AND EX PARTE DOCUMENTS (CV DKT 16)** |

On July 12, 2017, the Government requested that the Court provide access to fifty documents and attachments thereto filed under seal and/or ex parte in the underlying criminal proceeding against Duncan.  *See* CV Dkt. 16, at 1.  Presently, the Government respectfully requests that the Court review two, additional documents, Document Nos. 707 and 714, which were erroneously omitted from the Government's July 12 Motion.

GOVERNMENT'S SUPPLEMENTAL MOTION FOR ACCESS TO SEALED AND EX PARTE DOCUMENTS - 1

In response to the Government's inquiry as to his position regarding Document Nos. 707 and 714, Duncan indicated that he was unable to review either document. Accordingly, for expediency's sake, the Government respectfully requests that Duncan be granted immediate access to Document Nos. 707 and 714 to evaluate the extent of his waiver of any privilege under the "fairness principle." Once Duncan has had an opportunity to assert an argument regarding privilege, the Government respectfully requests that this Court undertake review to determine whether Duncan has waived that privilege. If the Court so finds, disclosure is appropriate. *See Bittaker v. Woodford*, 331 F.3d 715, 720 (9th Cir. 2003) ("[T]he court must impose a waiver no broader than needed to ensure the fairness of the proceedings before it.").

Finally, for clarity's sake, the Government notes that it incorrectly included Document No. 301 in the July 12 Motion. *See* CV Dkt. 16, at 1. The parties jointly requested that the Court grant access to Document No. 301 on June 2, 2017. *See* CV Dkt 14, at 1. On June 22, 2017, the Court complied and granted access to Document No. 301. *See* CV Dkt. 15, at 1–2. Accordingly, no disputes exist as to Document No. 301.

Respectfully submitted this 6th day of September, 2017.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:


*/s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney


GOVERNMENT'S SUPPLEMENTAL MOTION FOR ACCESS TO SEALED AND
EX PARTE DOCUMENTS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing and thereby a copy was served on the following parties or counsel:

| | |
|---|---|
| Lindsay Nicole Bennett<br>Office of the Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>lindsay_bennett@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Mark Olive<br>320 W. Jefferson Street<br>Tallahassee, FL 32301<br>meolive@aol.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Samuel Richard Rubin<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 1000<br>Boise, ID 83702<br>dick_rubin@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

*/s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney

GOVERNMENT'S SUPPLEMENTAL MOTION FOR ACCESS TO SEALED AND
EX PARTE DOCUMENTS - 3