# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| Joseph Edward Duncan, III | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:17-cv-00091-EJL |
| United States of America | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America       .

Date:      09/07/2017

/S/Jeffrey B. Kahan
*Attorney's signature*

Jeffrey B. Kahan, PABN 93199
*Printed name and bar number*

U.S. Dept. of Justice, Capital Case Section
1331 F Street, NW; 6th Fl
Washington, DC 20530

*Address*

jeffrey.kahan@usdoj.gov
*E-mail address*

(202) 305-8910
*Telephone number*

(202) 353-9779
*FAX number*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 7, 2017, the foregoing **APPEARANCE OF COUNSEL** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lindsay Bennett
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Lindsay_bennett@fd.org

Samuel Richard Rubin
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, ID 83702
Dick_Rubin@fd.org

Mark E. Olive
Law Offices of Mark E. Olive
320 W. Jefferson Street
Tallahassee, FL 32301
meolive@aol.com

/S/Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney