UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

JOSEPH EDWARD DUNCAN, III,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

Case Nos. 2:17-cv-00091-EJL
          2:07-cr-00023-EJL

**ORDER**

Before the Court in the above-entitled matters is the Petitioner's Supplemental Response to the Government's Motion for Access to Sealed and Ex Parte Documents. (CV Dkt. 24.) The Petitioner has reviewed Documents: 15, 59, 301, 342, 343, 481, 731, 739, 754, 764, 803, 805, 806, and 848 from the underlying criminal case and retrospective competency hearing in accordance with this Court's Order. (CV Dkt. 23, CR Dkt. 881.)

Having done so, the Petitioner does not oppose granting the Government access to Documents: 15, 343, 731, 739, 764, 803, and 805. (CV Dkt. 24.) As to those Documents, the Court will order that the Government be provided electronic access. Documents: 59, 301, 342, and 481 are docket text orders that do not require further access.

The Petitioner opposes allowing the Government access to Documents 754, 806, and 848 on the basis that they are not relevant to the issues and arguments raised in his § 2255 Petition. (CV Dkt. 24.) The Court has reviewed those documents in light of the

§ 2255 Petition and agrees with the Petitioner. Documents 754, 806, and 848 do not relate to the arguments raised in the § 2255 Petition. Therefore, the Court denies the Government's request for access to the same.

The Court also has before it another Supplemental Motion for Access to Sealed Documents. (CV Dkt. 25, CR Dkt. 882.) The Government asks for review of Documents: 707 and 714 contained in the underlying criminal case and retrospective competency hearing. (CV Dkt. 25, CR Dkt. 882.) The Court will grant the Petitioner electronic access to those documents for his review concerning their relevancy and whether the Government should be granted access. The Petitioner shall review the materials and file a supplemental written response to the Supplemental Motion for Access stating his position concerning the Government's request for access to these particular Documents. Such filing shall be made on or before September 18, 2017.

The Court notes that the deadlines for filing response and reply briefing are quickly approaching and urges the parties to bear those dates well in mind as no further extensions to the filing deadlines will be granted in this case. (CV Dkt. 19.) The Petition was filed on February 28, 2017 and while the case is serious and the record voluminous, the Court has granted the parties adequate extensions of time in which to complete their briefing on the matter. The interest of justice and the interests of public require that this matter proceed to resolution in a timely matter and without further delay. Accordingly, the parties are advised that the Government's response brief shall be filed on or before October 2, 2017 and the Petitioner's reply brief shall be filed no later than October 30, 2017.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED as follows:

1)  The Motion (CV Dkt. 16, CR Dkt. 877) is **GRANTED** as to Criminal Docket Numbers: 15, 343, 731, 739, 764, 803, and 805. The Clerk of the Court is directed to allow the Government to access these Documents electronically while keeping the materials otherwise sealed to the public.

2)  The Supplemental Motion for Access (CV Dkt. 25, CR Dkt. 882) is **UNDER ADVISEMENT** as to Criminal Docket Numbers: 707 and 714. The Clerk of the Court is directed to allow only Petitioner to have electronic access to these Documents. The Petitioner shall review the materials and file a supplemental written response to the Motion for Access stating his position concerning the Government's request for access to these particular Documents. Petitioner's supplemental response shall be filed on or before **September 18, 2017**.

3)  The Government's Response shall be filed on or before **October 2, 2017** and Petitioner's Reply brief shall be due no later than **October 30, 2017**. (CV Dkt. 19.)

DATED: September 12, 2017

Honorable Edward J. Lodge
United States District Court