HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
LINDSAY BENNETT, GA Bar No. 141641
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:     (916) 498-5700
Facsimile:      (916) 498-6656
Email:          Lindsay_bennett@fd.org

MARK E. OLIVE, FL Bar No. 578533
Law Offices of Mark E. Olive
320 W. Jefferson Street
Tallahassee, Florida  32301
Telephone:     (850) 224-0004
Facsimile:      (850) 224-3331
Email:          meolive@aol.com

Attorneys for Petitioner,
JOSEPH EDWARD DUNCAN, III

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III, | Case No.  2:17-cv-00091-EJL |
| | 2:07-cr-00023-EJL |
| Petitioner, | |
| | PETITIONER'S SUPPLEMENTAL |
| v. | RESPONSE TO GOVERNMENT'S |
| | SUPPLEMENTAL REQUEST FOR |
| UNITED STATES OF AMERICA, | ACCESS TO SEALED AND EX PARTE |
| | DOCUMENTS |
| Respondent. | |

On September 12, 2017, this Court ordered that petitioner be allowed access to two sealed documents, which the government requested access to as part of a Supplemental Motion for Access. CV Doc. 25; CR Doc. 882.  The documents at issue are numbers 707 and 714 from case number 2:07-cr-00023.  Petitioner has reviewed those documents and has no objection to the government

being provided access to them.[1]

Respectfully submitted this 15th day of September, 2017.

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lindsay Bennett*
LINDSAY BENNETT
Assistant Federal Defender

MARK E. OLIVE
Esquire

Attorneys for Petitioner,
JOSEPH EDWARD DUNCAN, III

---

[1] Petitioner would be remiss not to note his surprise that no further extensions will be granted to either side as to the 2255 briefing. (CV Doc. 27 at 2). Petitioner has not requested any extension regarding his reply to the government's forthcoming response to the 2255. The Court's scheduling order, which was issued without any opportunity for petitioner to be heard, allots petitioner a mere 28 days to respond to answer that the government will have taken seven months to prepare. Until the government's response is filed neither the petitioner nor the Court can assess the amount of time necessary to prepare an adequate response.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of September, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Rafael M. Gonzalez, Jr.<br>Acting United States Attorney<br>Rafael.gonzalez@usdoj.gov<br>United States Attorney's Office<br>Washington Group IV<br>800 Park Blvd., Suite 600<br>Boise, Idaho 83712 | Katherine L. Holey<br>Assistant United States Attorney<br>Katherine.holey@usdoj.gov<br>United States Attorney's Office<br>Washington Group IV<br>800 Park Blvd., Suite 600<br>Boise, Idaho 83712 |
| Syrena Case Hargrove<br>Assistant United States Attorney<br>Syrena.Hargrove@usdoj.gov<br>U.S. Attorney's Office<br>800 E. Park Blvd., Suite 600 Plaza 4<br>Boise, ID  83712 | Jeffrey Kahan<br>Assistant United States Attorney<br>Jeffrey.kahan@usdoj.gov<br>U.S. Department of Justice<br>Capital Case Section<br>1331 F Street, NW, 6th Floor<br>Washington, DC  20530 |

*/s/ Lindsay Bennett*
LINDSAY BENNETT