RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
**SYRENA C. HARGROVE, IDAHO STATE BAR NO. 6213**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
E-MAIL: Syrena.hargrove@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.  2:17-CV-00091-EJL<br>2:07-CR-00023-EJL<br><br>**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION** |

The Government moves for an extension of three months (81 days) in which to file the response to Duncan's § 2255 motion, making the response due on December 22, 2017.  This is the Government's third request for an extension.  The reasons for the request are set forth in the Government's attached declaration.  Opposing counsel does not oppose the Government's request.

Respectfully submitted this 20th day of September, 2017.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

s/ *Syrena C. Hargrove*
SYRENA C. HARGROVE
Assistant United States Attorney

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION - 1**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing and thereby a copy was served on the following parties or counsel:

| | |
|---|---|
| Lindsay Nicole Bennett<br>Office of the Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>lindsay_bennett@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Mark Olive<br>320 W. Jefferson Street<br>Tallahassee, FL 32301<br>meolive@aol.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Samuel Richard Rubin<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 1000<br>Boise, ID 83702<br>dick_rubin@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

s/ *Syrena C. Hargrove*
SYRENA C. HARGROVE
Assistant United States Attorney

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION - 2**