RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
**SYRENA C. HARGROVE, IDAHO STATE BAR NO. 6213**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
E-MAIL: Syrena.hargrove@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

JOSEPH EDWARD DUNCAN, III,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

Case No.  2:17-CV-00091-EJL
2:07-CR-00023-EJL

**DECLARATION OF SYRENA C. HARGROVE IN SUPPORT OF MOTION FOR EXTENSION**

I, Syrena C. Hargrove, do hereby declare:

1.    I am the lead attorney in the above-captioned case.

2.    Currently, the Government's § 2255 response is due on Monday, October 2, 2017.

3.    I have worked diligently to complete the brief by the deadline to the extent I have been able.

4.    I had a three-level discectomy and fusion on July 20, 2017.

5.    I began having severe pain in my neck that made it extremely difficult, and sometimes impossible, to work one month before the surgery.

6.    I have only been able to work part-time and somewhat intermittently since the surgery.

**DECLARATION OF SYRENA C. HARGROVE IN SUPPORT OF MOTION FOR EXTENSION - 1**

7.    My doctor has not yet released me to work full-time, as I am still having difficulties adjusting to the fusion.  My doctor will consider releasing me to full-time work again at the end of November.

8.    In addition, and despite best efforts by all parties, the Government still does not have full access to the materials on the docket of the criminal case underlying the § 2255 motion.  The Government will be filing another motion for greater access forthwith.

9.    Accordingly, I am requesting an extension of 81 days to file the Government's responding brief.

10.   I apologize for any inconvenience to the Court and to Court staff.

11.   On September 19, 2017, I contacted opposing counsel to request her position on my extension request.  Opposing counsel has no objection to this requested extension.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 20th day of September, 2017.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

s/ *Syrena C. Hargrove*
SYRENA C. HARGROVE
Assistant United States Attorney

**DECLARATION OF SYRENA C. HARGROVE IN SUPPORT OF MOTION FOR EXTENSION - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing and thereby a copy was served on the following parties or counsel:

| | |
|---|---|
| Lindsay Nicole Bennett<br>Office of the Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>lindsay_bennett@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Mark Olive<br>320 W. Jefferson Street<br>Tallahassee, FL 32301<br>meolive@aol.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Samuel Richard Rubin<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 1000<br>Boise, ID 83702<br>dick_rubin@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

s/ *Syrena C. Hargrove*
SYRENA C. HARGROVE
Assistant United States Attorney

**DECLARATION OF SYRENA C. HARGROVE IN SUPPORT OF MOTION FOR EXTENSION - 3**