UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

JOSEPH EDWARD DUNCAN, III,

      Petitioner,

      vs.

UNITED STATES OF AMERICA,

      Respondent.

Case Nos.  2:17-cv-00091-EJL
                2:07-cr-00023-EJL

**ORDER**

Before the Court in the above-entitled matters is the Government's Supplemental Motion for Access to Sealed and Ex Parte Documents. (CV Dkt. 25; CR Dkt. 882.) The Government seeks access to Criminal Docket Numbers 707 and 714. The Court directed counsel for Petitioner to review those documents and notify the Court of any objections they have to the Government being allowed access. (CV Dkt. 27; CR Dkt. 883.) Petitioner has now done so and advised there is no objection. (CV Dkt. 28; CR Dkt. 884.) Accordingly the Court grants the Motion and will direct that the Government be provided electronic access to Criminal Docket Numbers 707 and 714.

# ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Motion for Access (CV Dkt. 25; CR Dkt. 882) is **GRANTED**. The Government shall be granted electronic access to Criminal Docket Numbers 707 and 714. The Clerk of the Court is directed to allow the Government to access these Documents electronically while keeping the materials otherwise sealed to the public.



DATED: September 25, 2017

Honorable Edward J. Lodge
United States District Court