UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:17-cv-00091-EJL<br><br>**ORDER** |

Before the Court is the Government's Third Motion for Extension of Time. (CV Dkt. 29.) The Motion asks for three month, aka eighty-one (81) day, extension to December 22, 2017 in which to file its response brief. The Motion is based on the same grounds as the previous requested extension. Petitioner does not oppose the requested extension.

The Court has granted both of the Government's previous requests for extension of time. In a recent Order, however, the Court admonished counsel that the response deadlines were approaching and advised that no further extensions to the filing deadlines in this case would be granted. (CV Dkt. 27.) In particular, the Court pointed out that the Petition in this case was filed on February 28, 2017. The Government has had seven months to compose its response brief. Granting this third extension would amount to ten months for the

Government to file its response. While the Court appreciates the basis for the third requested extension, the Court finds an additional three months is simply unreasonable.

The events giving rise to this case occurred in 2005, the criminal case was brought in 2007, the death penalty portion of the criminal case concluded in November of 2008, and the retrospective competency hearing was resolved in December of 2013. The direct appeal was final in March of 2016. The Court has accommodated the requested extensions up to this point but can no longer justify another lengthy extension in this matter. As such, the Court denies the Government's Motion for an Extension of Time to December 22, 2017. The Court will grant the Government one final extension to October 30, 2017. That will amount to eight full months for the response brief to be filed. Being fully aware of the nature and seriousness of the case, the sentence imposed, the voluminous discovery and briefing, and the demands on counsel, the Court finds this is a sufficient and appropriate amount of time for the Government to file its response to the Petition in this case.

Currently, the date for Petitioner to file his reply brief is October 30, 2017 which will necessarily have to be moved. In considering the entire record in both cases and the concerns stated herein, the Court sets the date for Petitioner to file his reply brief on January 30, 2018. That allows the Petitioner three months to file his reply. In setting the reply date, the Court has taken into consideration the Petitioner's concern regarding the time for filing the reply brief. (Dkt. 28 at n. 1.) The Court finds three months is a sufficient and reasonable period of time for the Petitioner to consider the Government's response and file his reply.

# ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Government's Third Motion for Extension of Time (Dkt. 29) is **GRANTED IN PART AND DENIED IN PART**. The Government's Response is due **October 30, 2017**. The Petitioner's Reply is due on or before **January 30, 2018**.



DATED: September 27, 2017

Honorable Edward J. Lodge
United States District Court