BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HOLEY, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
E-MAIL: Katherine.holey@usdoj.gov

Attorney for United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.  2:17-CV-00091-EJL<br>          2:07-CR-00023-EJL<br><br>**GOVERNMENT'S MOTION TO FILE 13 ATTACHMENTS UNDER SEAL** |

On October 30, 2017, the Government filed its response to Joseph Edward Duncan, III's

28 U.S.C. § 2255.  A total of nineteen attachments support the Government's response.  The

Government moves to file its first thirteen attachments under seal.  *See* Dist. Idaho Loc. Civ. R.

5.3(a)(1).  Those attachments are primarily defense exhibits from the retrospective competency

hearing containing once-privileged communications between Duncan and his trial attorneys.  For

example, Government's Attachment 1 is Def. Ex. BB, 2 is Def. Ex. BBB, 3 is Def. Ex. CCC, 4 is

Def. Ex. F, 5 is Def. Ex. HHH, 6 is Def. Ex. I, 7 is Def. Ex. KKK, 8 is Def. Ex. L, 9 is Def. Ex.

MM, 10 is Def. Ex. O, 11 is Def. Ex. SS, and 12 is Def. Ex. UU.  In addition to the once-privileged

**GOVERNMENT'S MOTION TO FILE 13 ATTACHMENTS UNDER SEAL** - 1

materials, the Government also seeks to seal Government's Attachment 13, which contains Duncan's confession.

Generally, there is a presumption in favor of access to court records as part of the public's right to inspect public documents. *See Nixon v. Warner Commnc'ns*, 435 U.S. 589, 597 (1978). When, however, a party seeking to seal a judicial record shows a compelling reason to overcome this presumption, sealing is appropriate. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016). After "conscientiously balanc[ing] the competing interests of the public and [the movant]," a court must exercise its discretion to determine whether the proffered reason is sufficiently "compelling" to warrant sealing. *Id.* at 1097.

Compelling reasons justify sealing the documents, such as attorney notes, that memorialize the once-privileged communications between Duncan and his counsel under this Court's "obligation to 'strictly police' the petitioners' narrow waivers of the attorney-client, work product and Fifth Amendment privileges during habeas proceedings." *See Lambright v. Ryan*, 698 F.3d 808, 823-24 (9th Cir. 2012); *Bittaker v. Woodford*, 331 F.3d 715, 720 (9th Cir. 2003). Additionally, the attachments evidencing Duncan's communications with his attorneys discuss in detail Duncan's description of his crimes against the minor victims in the underlying case, using those victims' names. Likewise, compelling reasons justify sealing Government's Attachment 13, which is Duncan's detailed confession to law enforcement describing his crimes. These attachments contain sensitive information regarding the underlying criminal matter. On balance, the potential harm to the parties and the victim outweigh the public's right to access. *Cf. In re The Spokesman-Review*, 569 F. Supp. 2d 1095, 1102 (D. Idaho 2008) ("[T]he Court finds the compelling interests in protecting the minor victim from further harm and embarrassment significantly outweighs the First Amendment interests of the public.").

**GOVERNMENT'S MOTION TO FILE 13 ATTACHMENTS UNDER SEAL** - 2

Accordingly, the Government requests that it be allowed to file Government's Attachments 1 through 13 under seal. The Government will also file a complete index describing all attachments and attaching the five unsealed attachments.

Respectfully submitted this 30th day of October, 2017.

BART M. DAVIS
UNITED STATES ATTORNEY
By:


*/s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 30, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing and thereby a copy was served on the following parties or counsel:

| | |
|---|---|
| Lindsay Nicole Bennett<br>Office of the Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>lindsay_bennett@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Mark Olive<br>320 W. Jefferson Street<br>Tallahassee, FL 32301<br>meolive@aol.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Samuel Richard Rubin<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 1000<br>Boise, ID 83702<br>dick_rubin@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

*/s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney

**GOVERNMENT'S MOTION TO FILE 13 ATTACHMENTS UNDER SEAL** - 4