BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
SYRENA C. HARGROVE, IDAHO STATE BAR NO. 6413
KATHERINE L. HOLEY, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413
E-MAIL: syrena.hargrove@usdoj.gov; katherine.holey@usdoj.gov

JEFFREY B. KAHAN, PENNSYLVANIA BAR NO. 93199
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CAPITAL CASE SECTION
1331 F. STREET, NW; 6TH FL
WASHINGTON, DC 20530
TELEPHONE: (202) 305-8910
FACSIMILE: (202) 353-9779
E-MAIL: jeffrey.kahan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:17-CV-00091-EJL<br>2:07-CR-00023-EJL<br><br>**INDEX TO GOVERNMENT'S ATTACHMENTS** |

**INDEX TO GOVERNMENT'S ATTACHMENTS** - 1

| UNDER SEAL GOV'T ATTACH. FILED BY CD | DESCRIPTION |
|---|---|
| 1 | Retrospective Competency Hearing Defense Exhibit BB |
| 2 | Retrospective Competency Hearing Defense Exhibit BBB |
| 3 | Retrospective Competency Hearing Defense Exhibit CCC |
| 4 | Retrospective Competency Hearing Defense Exhibit F |
| 5 | Retrospective Competency Hearing Defense Exhibit HHH |
| 6 | Retrospective Competency Hearing Defense Exhibit I |
| 7 | Retrospective Competency Hearing Def. Ex. KKK |
| 8 | Retrospective Competency Hearing Defense Exhibit L |
| 9 | Retrospective Competency Hearing Defense Exhibit MM |
| 10 | Retrospective Competency Hearing Defense Exhibit O [pp. EXPMAT000836-43] |
| 11 | Retrospective Competency Hearing Defense Exhibit SS |
| 12 | Retrospective Competency Hearing Defense Exhibit UU |
| 13 | Duncan Confession Transcript |

| UNSEALED GOV'T ATTACH. FILED BY CM/ECF | DESCRIPTION |
|---|---|
| 14 | Retrospective Competency Hearing Government Exhibit 1: Consolidated prison logs |
| 15 | Retrospective Competency Hearing Government Exhibit 59 |
| 16 | Government Discovery Bates No. DUNCAN-035520 |
| 17 | Government Discovery Bates No. DUNCAN-035483 |

**INDEX TO GOVERNMENT'S ATTACHMENTS** - 2

| | |
|---|---|
| 18 | Government Discovery Bates No. DUNCAN-035496 |
| 19 | Jury Pool Order – General Order #196 |

Respectfully submitted this 30th day of October, 2017.

BART M. DAVIS
UNITED STATES ATTORNEY
By:


*/s/ Syrena C. Hargrove*
SYRENA C. HARGROVE
Assistant United States Attorney

*/s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney

*/s/ Jeffrey B. Kahan*
JEFFREY B. KAHAN
Trial Attorney

**INDEX TO GOVERNMENT'S ATTACHMENTS** - 3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 30, 2017, the foregoing was electronically filed with

the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing and

thereby a copy was served on the following parties or counsel:

| | |
|---|---|
| Lindsay Nicole Bennett<br>Office of the Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>lindsay_bennett@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Mark Olive<br>320 W. Jefferson Street<br>Tallahassee, FL 32301<br>meolive@aol.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Samuel Richard Rubin<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 1000<br>Boise, ID 83702<br>dick_rubin@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

*/s/ Katherine L. Holey*
KATHERINE L. HOLEY
Assistant United States Attorney

**INDEX TO GOVERNMENT'S ATTACHMENTS** - 4