# UNDER SEAL
# GOVERNMENT'S ATTACHMENTS

# 1 THROUGH 13

## Filed by DVD