# GOVERNMENT'S ATTACHMENT

# 14



ROCKY WATSON, SHERIFF
TAD LEACH, UNDERSHERIFF

## KOOTENAI COUNTY SHERIFF'S DEPARTMENT

**Date:** 06/18/08

**TO:** ~~Gail Genckow~~ TRACI WHELAN

**FROM:** ~~Chad Smith~~ GNECKOW

**Number of pages including cover letter:** 3

**RE:** October visitors for Joseph Duncan

5500 N. GOVERNMENT WAY • P.O. BOX 9000 • COEUR D'ALENE, IDAHO 83816-9000
SHERIFF (208) 446-1300 FAX (208) 446-1307 • JAIL (208) 446-1400 FAX (208) 446-1407

```
06/18/08                    KOOTENAI COUNTY SHERIFF DEPARTMENT
11:31                    Visitation Summary Report, by Visitor Date            Page:        286
                                                                                            22

   In     Out           Visitor            Visitee           Relation      Destination
   -----  --------------  --------------------  ------------------  -----------  ------------
   11:05  **:**:** **/**  PEVEN, ROGER        DUNCAN, JOSEPH E atty
   Total visits:       2

   09/27/06
   ========
   10:11  **:**:** **/**  ADAMS, JOHN MICHA  DUNCAN, JOSEPH E ATTY
   10:12  **:**:** **/**  PEVEN, ROGER        DUNCAN, JOSEPH E ATTY
   Total visits:       2

   09/29/06
   ========
   09:41  **:**:** **/**  PEVEN, ROGER        DUNCAN, JOSEPH E attorney
   Total visits:       1

   10/02/06
   ========
   10:10  **:**:** **/**  ADAMS, JOHN MICHA  DUNCAN, JOSEPH E atty
   10:11  **:**:** **/**  PEVEN, ROGER        DUNCAN, JOSEPH E atty
   Total visits:       2

   10/04/06
   ========
   10:54  **:**:** **/**  ADAMS, JOHN MICHA  DUNCAN, JOSEPH E attorney
   10:55  **:**:** **/**  PEVEN, ROGER        DUNCAN, JOSEPH E attorney
   13:56  **:**:** **/**  REIDI, THOMAS       DUNCAN, JOSEPH E DOCTOR
   14:00  **:**:** **/**  NAFFZIGER, JOYCE   DUNCAN, JOSEPH E INVESTIGATO .
   Total visits:       4

   10/05/06
   ========
   08:54  **:**:** **/**  REIDI, THOMAS       DUNCAN, JOSEPH E psychologis
   Total visits:       1

   10/06/06
   ========
   09:39  **:**:** **/**  ADAMS, JOHN MICHA  DUNCAN, JOSEPH E attorney
   Total visits:       1

   10/13/06
   ========
   08:40  **:**:** **/**  BECKER, JUDITH V   DUNCAN, JOSEPH E psychologis
   08:50  **:**:** **/**  NAFFZIGER, JOYCE   DUNCAN, JOSEPH E midigation
   Total visits:       2

   10/14/06
   ========
   15:27  **:**:** **/**  ADAMS, JOHN MICHA  DUNCAN, JOSEPH E ATTY
   Total visits:       1

   10/18/06
   ========
   08:47  **:**:** **/**  ADAMS, JOHN MICHA  DUNCAN, JOSEPH E attorney
   Total visits:       1
```

```
06/18/08                      KOOTENAI COUNTY SHERIFF DEPARTMENT                        286
11:31                     Visitation Summary Report, by Visitor Date        Page:       23


In     Out            Visitor              Visitee              Relation    Destination
-----  --------------  ------------------   -----------------    ----------  -----------
10/20/06
========
08:49  **:**:** **/**  REMINGTON, TIMOTH    DUNCAN, JOSEPH E     PASTOR/BOOT
09:01  **:**:** **/**  PEVEN, ROGER         DUNCAN, JOSEPH E     FEDERAL DEF
09:07  **:**:** **/**  ADAMS, JOHN MICHA    DUNCAN, JOSEPH E     ATTORNEY
09:10  **:**:** **/**  MASKELL, BRADLEY     DUNCAN, JOSEPH E     DETECTIVE S
09:12  **:**:** **/**  SWANSON, FRED        DUNCAN, JOSEPH E     ISP OFFICER
Total visits:        5


Total visits, this report:     364

Report Includes:
All arrival dates
All destinations
All visitee numbers matching `   366307`
All visitor numbers
All visitee last names
All visitee first names
All visitee middle names
All visitor last names
All visitor first names
All visitor middle names

                *** End of Report /tmp/rptFjEOya-rpjvvsr.rl_1 ***
```



# U.S. Department of Justice

*United States Attorney*
*District of Idaho*

| | |
|---|---|
| *Mailing Address:* | *208/334-1211* |
| *Washington Group Plaza IV* | *Main Fax: 208/334-9375* |
| *800 Park Blvd., Suite 600* | *Civil Div. Fax: 208/334-1414* |
| *Boise, ID 83712* | *Criminal Div/Fax: 208/334-1038* |
| | *DTF Div. Fax: 208/334-1413* |

# FAX TRANSMISSION COVER SHEET

DATE: <u>March 6, 2007</u>

TO: <u>Gail Gneckow</u>

ORGANIZATION: <u>FBI Coeur d'Alene</u>

FAX #: <u>208-665-2525</u>

PHONE #: <u>208-664-5128</u>

FROM: <u>Wendy Olson</u>

SUBJECT: <u>Duncan prison visits</u>

TOTAL PAGES: <u>3</u> (including cover sheet). Please call the sender immediately, collect if necessary, if you do not receive the total pages shown or if you receive this transmission in error.

COMMENTS:

\* \* \*

*THIS TRANSMISSION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL LISTED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR DUPLICATION OF THIS TRANSMISSION BY SOMEONE OTHER THAN THE INTENDED ADDRESSEE OR THEIR DESIGNATED AGENT IS STRICTLY PROHIBITED.*

```
= VISITORS =============== OFFENDER VISIT LIST ============= 03/05/2007 = Page  1
Department of Corrections Visitor List for 01/01/2007 To 03/05/2007
Offender: 83655  DUNCAN III, JOSEPH EDWARD

Visitor Name                    Visit Date Facility   Visit Type Contact?   Actn
----------------------------    ---------- ---------- ---------- --------   ----
DUNCAN, LILLIAN                 02/24/2007 IMSI       REGULAR       Y         N
DUNCAN, LILLIAN                 02/25/2007 IMSI       REGULAR       Y         N


Total Number of Visitors: 2
```

MAR-06-2007 TUE 09:22 AM IMSI RECORDS          FAX NO. 208 336 9715          P. 03

## Idaho Maximum Security Institution
# MEMORANDUM

DATE:        March 6, 2007

TO:          Sgt. Todd Sargent, Investigations

FROM:        Nancy Hansen, Administrative Assistant II

RE:          **Joseph Duncan #83655**

Per your request, I researched and found I had made the following appointments for Mr. Duncan and his attorneys. Please note, these are the scheduled times. They may have left early or stayed much later since security does not usually ask attorneys to leave unless the meeting is causing another inmate's meeting to be delayed. Let me know if you need anything else.

| Date | Scheduled Time | Attorneys |
|------|----------------|-----------|
| 10/25/06 | 15:00-17:00 | Roger Peven and Thomas Monaghan |
| 10/27/06 | 13:30-15:00 | Roger Peven and Thomas Monaghan |
| 10/28/06 | 10:30-11:30 | Roger Peven and Thomas Monaghan |
| 10/30/06 | 15:00-16:00 | Thomas Monaghan |
| 11/01/06 | 14:30-16:30 | Roger Peven and Thomas Monaghan |
| 11/03/06 | 11:00-12:00 | Thomas Monaghan |
| 11/09/06 | 10:00-11:30 | Thomas Monaghan |
| 11/17/06 | 08:00-09:00 | Thomas Monaghan |
| 11/27/06 | 14:30-15:30 | Thomas Monaghan |
| 11/27/06 | 15:00-16:00 | Thomas Monaghan |
| 11/29/06 | 14:30-16:00 | Thomas Monaghan |
| 12/01/06 | 11:30-13:00 | Thomas Monaghan |
| 12/05/06 | 15:00-16:00 | Thomas Monaghan |
| 12/07/06 | 12:00-13:30 | Thomas Monaghan |
| 12/15/06 | 10:00-11:30 | Thomas Monaghan |
| 12/27/06 | 12:00-13:00 | Thomas Monaghan |
| 12/28/06 | 14:30-16:00 | Roger Peven and Thomas Monaghan |
| 01/03/07 | 14:30-16:00 | Roger Peven and Thomas Monaghan |
| 01/08/07 | 11:30-13:00 | Thomas Monaghan |
| 01/09/07 | 10:00-11:30 | Thomas Monaghan |
| 01/10/07 | 12:30-16:30 | Roger Peven and Thomas Monaghan |
| 01/17/07 | 13:30-15:00 | Thomas Monaghan |
| 01/26/07 | 13:00-14:00 | Thomas Monaghan |
| 01/30/07 | 12:30-13:30 | Thomas Monaghan |
| 02/01/07 | 12:30-13:30 | Thomas Monaghan |
| 02/06/07 | 13:00-14:30 | Roger Peven and Thomas Monaghan |
| 02/09/07 | 15:00-16:00 | Thomas Monaghan |
| 02/12/07 | 13:00-14:30 | Tom Monaghan, Roger Peven and Bill Proctor (investigator) |
| 02/09/07 | 15:00-16:00 | Thomas Monaghan |
| 02/12/07 | 14:30-16:00 | Tom Monaghan, Roger Peven and Bill Proctor (investigator) |
| 02/15/07 | 10:00-11:00 | Thomas Monaghan |
| 02/20/07 | 10:45-11:45 | Thomas Monaghan |
| 02/26/07 | 14:30-16:00 | Roger Peven and Thomas Monaghan |
| 02/28/07 | 13:30-15:30 | Tom Monaghan, Debra Garvey and Mark Laranaga |
| 03/01/07 | 11:00-13:00 | Debra Garvey and Mark Laranaga |
| 03/07/07 | 14:30-16:30 | Roger Peven and Thomas Monaghan |

cc. J. Hardison, Warden

```
/08/05              KOOTENAI COUNTY SHERIFF DEPARTMENT              412
 :30         Visitation Summary Report, by Visitee Name      Page:      1


Time/Date In    Visitor            Relation     Access           Destination
-------------   ------------------ -----------  ------------------ ---------------
Visitee:  DUNCAN, JOSEPH EDWARD
========
06:58 08/10/05 REMINGTON, TIMOTH PASTOR
06:58 09/15/05 REMINGTON, TIMOTH chaplain
06:59 09/30/05 REMINGTON, TIMOTH chaplain
07:04 10/21/05 REMINGTON, TIMOTH pastor
07:53 09/15/05 REMINGTON, TIMOTH pastor
08:14 08/10/05 REMINGTON, TIMOTH pastor, for
08:22 08/03/05 REMINGTON, TIMOTH pastor
08:23 08/30/05 REMINGTON, TIMOTH pastor/per
08:28 08/08/05 ADAMS, JOHN MICHA ATTY
08:32 09/02/05 ADAMS, JOHN MICHA ATTORNEY/CO
08:36 07/28/05 ADAMS, JOHN MICHA contact vis
08:41 08/29/05 ADAMS, JOHN MICHA contact vis
08:42 08/12/05 DURANT, MARK PHIL contact vis
08:42 10/11/05 ADAMS, JOHN MICHA attorney/cv
08:45 10/14/05 ADAMS, JOHN MICHA contact vis
08:50 08/24/05 DURANT, MARK PHIL contact vis
08:57 08/10/05 DURANT, MARK PHIL contact vis
08:57 08/11/05 ADAMS, JOHN MICHA contact vis
09:00 10/25/05 NERAD, THERESE    midigator/c
09:00 10/25/05 WOODS, GEORGE     psychiatris
 ?:02 08/22/05 ADAMS, JOHN MICHA contact vis
  :03 08/17/05 ADAMS, JOHN MICHA contact vis
  :05 07/26/05 ADAMS, JOHN MICHA contact vis
09:06 09/26/05 ADAMS, JOHN MICHA Attorney
09:11 11/01/05 ADAMS, JOHN MICHA ATTNY/CV
09:12 08/31/05 ADAMS, JOHN MICHA contact vis
09:12 08/31/05 NERAD, THERESE    contact vis
09:13 10/20/05 ADAMS, JOHN MICHA attorney/cv
09:18 08/15/05 ADAMS, JOHN MICHA contact vis
09:19 09/28/05 ADAMS, JOHN MICHA attorney/co
09:25 07/21/05 ADAMS, JOHN MICHA atty
09:34 09/21/05 ADAMS, JOHN MICHA attorney/cv
09:40 07/25/05 ADAMS, JOHN MICHA contact vis
09:40 11/07/05 ADAMS, JOHN MICHA ATTORNEY/CV
09:45 07/11/05 ADAMS, JOHN MICHA Attorney
09:49 10/04/05 ADAMS, JOHN MICHA ATTORNEY/CV
09:49 10/26/05 NERAD, THERESE    MIDIGATOR/C
09:53 09/08/05 NAFFZIGER, JOYCE  c/v schedul
09:58 10/21/05 ROGERS, RACHEL    midigation
10:01 11/03/05 NERAD, THERESE    midigator/c
10:03 07/18/05 ADAMS, JOHN MICHA ATTY
10:03 10/21/05 WHITMAN, BRUCE    INVESTIGATO
10:04 07/18/05 NELSON, LYNN ROY  ATTY
10:05 07/18/05 FISHER, MARY MYLA ATTY
10:08 07/11/05 NELSON, LYNN ROY  Attorney
10:08 07/18/05 NAFFZIGER, JOYCE  Pi
10:09 10/12/05 ADAMS, JOHN MICHA attny/cv
10:09 10/12/05 PEVEN, ROGER      fed def/cv
   10 08/02/05 proctor,          detective
   10 11/03/05 ROGERS, RACHEL    midigator/c
10:11 08/02/05 pevan,            detective
10:11 10/12/05 PROCTOR, WILLIAM  fed def/cv
```

```
/08/05              KOOTENAI COUNTY SHERIFF DEPARTMENT                      412
:30            Visitation Summary Report, by Visitee Name        Page:      2


Time/Date In      Visitor           Relation       Access            Destination
--------------    ------------------  -----------   -----------------  ----------------
10:13 08/02/05  adams,              detective
10:13 09/16/05  PROCTOR, WILLIAM    fed defende
10:15 10/12/05  NERAD, THERESE      midigator/c
10:15 11/02/05  NERAD, THERESE      MIDIGATOR/C
10:17 08/16/05  PROCTOR, WILLIAM    federal def
10:17 11/01/05  LOHMAN, JAMES       ATTORNEY/CV
10:17 11/01/05  NERAD, THERESE      MIDIGATOR/C
10:19 09/16/05  PEVEN, ROGER        fed defende
10:23 08/04/05  ADAMS, JOHN MICHA   CONTACT VIS
10:24 11/02/05  LOHMAN, JAMES       ATTNY/CV
10:25 10/20/05  LOHMAN, JAMES       ATTORNEY/CO
10:34 10/20/05  ROGERS, RACHEL      ATTORNEY/CO
10:37 11/07/05  PEVEN, ROGER        CONTACT VIS
10:46 08/16/05  PEVEN, ROGER        federal def
10:49 10/19/05  LOHMAN, JAMES       attorney/co
10:51 09/13/05  ADAMS, JOHN MICHA   ATTNY
10:52 08/19/05  DENISON, JAMES      contact vis
10:54 08/26/05  REMINGTON, TIMOTH   pastor/per
10:56 10/17/05  BEAVER, CRAIG W     doctor/cv
11:03 07/27/05  NAFFZIGER, JOYCE    CONTACT VIS
12:00 08/05/05  NELSON, LYNN ROY    CONTACT VIS
13:07 08/01/05  BEAVER, CRAIG W     contact vis
`3:09 08/01/05  ADAMS, JOHN MICHA   contact vis
  :11 08/18/05  BEAVER, CRAIG W     contact vis
 ,:24 08/30/05  PEVEN, ROGER        contact vis
13:24 08/30/05  PROCTOR, WILLIAM    contact vis
13:27 08/30/05  NERAD, THERESE      CONTACT VIS
13:33 07/20/05  ADAMS, JOHN MICHA   Atty
13:38 09/07/05  REMINGTON, TIMOTH   pastor
13:42 08/03/05  NELSON, LYNN ROY    CONTACT VIS
13:53 07/17/05  NELSON, LYNN ROY
13:56 08/22/05  PEVEN, ROGER        contact vis
13:56 08/22/05  PROCTOR, WILLIAM    contact vis
14:00 07/26/05  NAFFZIGER, JOYCE    P I  CONTAC
14:15 10/13/05  NERAD, THERESE      midigation
14:16 10/13/05  ROGERS, RACHEL      MIDIGATION
14:17 10/09/05  NELSON, LYNN ROY    ATTORNEY
14:18 10/13/05  LOHMAN, JAMES       ATTNY/CV
14:18 10/24/05  WOODS, GEORGE       doctor
14:19 10/24/05  NERAD, THERESE      investigato
14:20 10/24/05  ADAMS, JOHN MICHA   atty
14:23 07/07/05  NELSON, LYNN ROY    attorney
14:24 07/08/05  FISHER, MARY MYLA   investigato
14:26 10/18/05  LOHMAN, JAMES       attny/conta
14:28 08/25/05  NELSON, LYNN ROY    contact vis
14:29 11/08/05  NERAD, THERESE      midigator
14:38 07/08/05  DURANT, MARK PHIL   investigato
14:40 09/08/05  NAFFZIGER, JOYCE    booth visit
14:41 11/04/05  ROGERS, RACHEL      midigation
14:42 11/04/05  NERAD, THERESE      investigato
   52 09/05/05  NELSON, LYNN ROY    attn
   55 08/23/05  NELSON, LYNN ROY    contact vis
14:56 08/23/05  ADAMS, JOHN MICHA   contact vis
14:56 08/23/05  PEVEN, ROGER        contact vis
```

```
 /08/05              KOOTENAI COUNTY SHERIFF DEPARTMENT                   412
   :30           Visitation Summary Report, by Visitee Name     Page:      3


Time/Date In    Visitor            Relation    Access            Destination
-------------   ----------------   ---------   ---------------   --------------
14:59 07/21/05 NELSON, LYNN ROY    atty
15:14 10/03/05 NELSON, LYNN ROY    atty
15:19 11/07/05 PROCTOR, WILLIAM    CONTACT VIS
15:23 08/11/05 NELSON, LYNN ROY    atty
15:39 07/24/05 NELSON, LYNN ROY    ATTORNEY
15:45 07/12/05 NELSON, LYNN ROY    atty
15:50 10/07/05 NELSON, LYNN ROY
16:06 07/11/05 BEAVER, CRAIG W
16:07 10/31/05 NELSON, LYNN ROY    atty
16:18 08/28/05 NELSON, LYNN ROY    attorney
17:55 08/07/05 NELSON, LYNN ROY    attorney
18:00 07/15/05 NELSON, LYNN ROY    atty
18:00 08/14/05 NELSON, LYNN ROY    atty
18:47 11/06/05 NELSON, LYNN ROY    ATTY
18:59 08/22/05 NELSON, LYNN ROY    ATTY VISIT
19:32 07/13/05 NELSON, LYNN ROY    ATTY
19:58 07/05/05 NELSON, LYNN ROY    attn
Total visits:      123


----------------------------------------------------------------------------
Total visits, this report:    123
----------------------------------------------------------------------------
 eport Includes:
   1 arrival dates
   l destinations
All visitee numbers matching    366307
All visitor numbers
All visitee last names
All visitee first names
All visitee middle names
All visitor last names
All visitor first names
All visitor middle names
----------------------------------------------------------------------------
            *** End of Report rpjvvsr.r2 ***
```

```
01/18/06                KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34              .     Visitation Summary Report, by Visitor Date    Page:    1


In    Out           Visitor            Visitee            Relation      Destination
----- ----------------  ------------------  ------------------  -----------  -----------
05/05
========
19:58 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E attn
Total visits:      1


07/07/05
========
14:23 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E attorney
Total visits:      1


07/08/05
========
14:24 **:**:** **/** FISHER, MARY MYLA DUNCAN, JOSEPH E investigato
14:38 **:**:** **/** DURANT, MARK PHIL DUNCAN, JOSEPH E investigato
Total visits:      2


07/11/05
========
09:45 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E Attorney
10:08 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E Attorney
16:06 **:**:** **/** BEAVER, CRAIG W    DUNCAN, JOSEPH E
Total visits:      3


07/12/05
========
15:45 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:      1


07/13/05
========
19:32 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTY
Total visits:      1


07/15/05
========
18:00 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:      1


07/17/05
========
13:53 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E
Total visits:      1


07/18/05
========
10:03 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTY
10:04 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTY
10:05 **:**:** **/** FISHER, MARY MYLA DUNCAN, JOSEPH E ATTY
10:08 **:**:** **/** NAFFZIGER, JOYCE  DUNCAN, JOSEPH E Pi
Total visits:      4


20/05
= ======
13:33 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E Atty
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34              Visitation Summary Report, by Visitor Date        Page:      2


In     Out              Visitor           Visitee           Relation    Destination
-----  ------------     ------------------ ----------------- ----------- -----------
Total visits:          1

07/21/05
========
09:25 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E atty
14:59 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:          2

07/24/05
========
15:39 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTORNEY
Total visits:          1

07/25/05
========
09:40 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:          1

07/26/05
========
09:05 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
14:00 **:**:** **/** NAFFZIGER, JOYCE  DUNCAN, JOSEPH E P I   CONTAC
Total visits:          2

07/27/05
========
11:03 **:**:** **/** NAFFZIGER, JOYCE  DUNCAN, JOSEPH E CONTACT VIS
Total visits:          1

07/28/05
========
08:36 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:          1

08/01/05
========
13:07 **:**:** **/** BEAVER, CRAIG W   DUNCAN, JOSEPH E contact vis
13:09 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:          2

08/02/05
========
10:10 **:**:** **/** proctor,          DUNCAN, JOSEPH E detective
10:11 **:**:** **/** pevan,            DUNCAN, JOSEPH E detective
10:13 **:**:** **/** adams, cas*       DUNCAN, JOSEPH E detective
Total visits:          3

08/03/05
========
08:22 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor
13:42 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E CONTACT VIS
Total visits:          2
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34               Visitation Summary Report, by Visitor Date        Page:      3


In     Out            Visitor            Visitee          Relation    Destination
-----  --------------  ----------------  ----------------  ----------  -----------
04/05
========
10:23 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E CONTACT VIS
Total visits:        1

08/05/05
========
12:00 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E CONTACT VIS
Total visits:        1

08/07/05
========
17:55 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E attorney
Total visits:        1

08/08/05
========
08:28 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTY
Total visits:        1

08/10/05
========
06:58 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E PASTOR
08:14 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor, for
08:57 **:**:** **/** DURANT, MARK PHIL DUNCAN, JOSEPH E contact vis
Total visits:        3

08/11/05
========
08:57 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
15:23 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:        2

08/12/05
========
08:42 **:**:** **/** DURANT, MARK PHIL DUNCAN, JOSEPH E contact vis
Total visits:        1

08/14/05
========
18:00 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:        1

08/15/05
========
09:18 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:        1

08/16/05
========
10:17 **:**:** **/** PROCTOR, WILLIAM  DUNCAN, JOSEPH E federal def
  46 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E federal def
   al visits:        2
```

```
01/18/06                  KOOTENAI COUNTY SHERIFF DEPARTMENT                        665
08:34             Visitation Summary Report, by Visitor Date          Page:      4


In     Out          Visitor              Visitee            Relation     Destination
----   -------------- -----------------  -----------------  ----------- ------------
08/17/05
========
09:03 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:       1

08/18/05
========
13:11 **:**:** **/** BEAVER, CRAIG W   DUNCAN, JOSEPH E contact vis
Total visits:       1

08/19/05
========
10:52 **:**:** **/** DENISON, JAMES    DUNCAN, JOSEPH E contact vis
Total visits:       1

08/22/05
========
09:02 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
13:56 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E contact vis
13:56 **:**:** **/** PROCTOR, WILLIAM  DUNCAN, JOSEPH E contact vis
18:59 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTY VISIT
Total visits:       4

08/23/05
========
14:55 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E contact vis
14:56 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
14:56 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E contact vis
Total visits:       3

08/24/05
========
08:50 **:**:** **/** DURANT, MARK PHIL DUNCAN, JOSEPH E contact vis
Total visits:       1

08/25/05
========
14:28 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E contact vis
Total visits:       1

08/26/05
========
10:54 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor/per
Total visits:       1

08/28/05
========
16:18 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E attorney
Total visits:       1

08/29/05
=====
09:41 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                        665
08:34             Visitation Summary Report, by Visitor Date        Page:      5


In     Out            Visitor             Visitee           Relation    Destination
-----  --------------  ------------------  ----------------  ----------  -----------
Total visits:         1

08/30/05
========
08:23 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor/per
13:24 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E contact vis
13:24 **:**:** **/** PROCTOR, WILLIAM    DUNCAN, JOSEPH E contact vis
13:27 **:**:** **/** NERAD, THERESE      DUNCAN, JOSEPH E CONTACT VIS
Total visits:         4

08/31/05
========
09:12 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
09:12 **:**:** **/** NERAD, THERESE      DUNCAN, JOSEPH E contact vis
Total visits:         2

09/02/05
========
08:32 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTORNEY/CO
Total visits:         1

09/05/05
========
14:52 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E attn
Total visits:         1

09/07/05
========
13:38 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor
Total visits:         1

09/08/05
========
09:53 **:**:** **/** NAFFZIGER, JOYCE  DUNCAN, JOSEPH E c/v schedul
14:40 **:**:** **/** NAFFZIGER, JOYCE  DUNCAN, JOSEPH E booth visit
Total visits:         2

09/13/05
========
10:51 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTNY
Total visits:         1

09/15/05
========
06:58 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E chaplain
07:53 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor
Total visits:         2

09/16/05
========
10:13 **:**:** **/** PROCTOR, WILLIAM   DUNCAN, JOSEPH E fed defende
?:19 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E fed defende
Total visits:         2
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                      665
08:34                  Visitation Summary Report, by Visitor Date          Page:      6


In     Out          Visitor             Visitee          Relation    Destination
-----  ------------------  ------------------  ------------------  -----------  -----------
09/21/05
==========
09:34 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
Total visits:        1

09/26/05
==========
09:06 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E Attorney
Total visits:        1

09/28/05
==========
09:19 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/co
Total visits:        1

09/30/05
==========
06:59 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E chaplain
Total visits:        1

10/03/05
==========
15:14 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:        1

10/04/05
==========
09:49 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTORNEY/CV
Total visits:        1

10/07/05
==========
15:50 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E
Total visits:        1

10/09/05
==========
14:17 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTORNEY
Total visits:        1

10/11/05
==========
08:42 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
Total visits:        1

10/12/05
==========
10:09 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attny/cv
10:09 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E fed def/cv
10:11 **:**:** **/** PROCTOR, WILLIAM   DUNCAN, JOSEPH E fed def/cv
10:15 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E midigator/c
Total visits:        4
```

```
01/18/06              KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34          Visitation Summary Report, by Visitor Date      Page:      7


In    Out           Visitor            Visitee            Relation    Destination
----- --------------  ------------------  ----------------  ----------- -----------
10/13/05
========
14:15 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E midigation
14:16 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E MIDIGATION
14:18 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E ATTNY/CV
Total visits:         3


10/14/05
========
08:45 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:         1


10/17/05
========
10:56 **:**:** **/** BEAVER, CRAIG W   DUNCAN, JOSEPH E doctor/cv
Total visits:         1


10/18/05
========
14:26 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E attny/conta
Total visits:         1


10/19/05
========
10:49 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E attorney/co
Total visits:         1


10/20/05
========
09:13 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
10:25 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E ATTORNEY/CO
10:34 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E ATTORNEY/CO
Total visits:         3


10/21/05
========
07:04 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor
09:58 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E midigation
10:03 **:**:** **/** WHITMAN, BRUCE     DUNCAN, JOSEPH E INVESTIGATO
Total visits:         3


10/24/05
========
14:18 **:**:** **/** WOODS, GEORGE      DUNCAN, JOSEPH E doctor
14:19 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E investigato
14:20 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E atty
Total visits:         3


10/25/05
========
09:00 **:**:** **/** WOODS, GEORGE      DUNCAN, JOSEPH E psychiatris
09:00 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E midigator/c
Total visits:         2
```

```
01/18/06                   KOOTENAI COUNTY SHERIFF DEPARTMENT                        665
08:34              Visitation Summary Report, by Visitor Date        Page:      8


In      Out           Visitor              Visitee            Relation    Destination
-----   ----------    ----------------     ----------------   ----------- -----------
1 /26/05
========
09:49 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E MIDIGATOR/C
Total visits:        1

10/31/05
========
16:07 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:        1

11/01/05
========
09:11 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTNY/CV
10:17 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E MIDIGATOR/C
10:17 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E ATTORNEY/CV
Total visits:        3

11/02/05
========
10:15 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E MIDIGATOR/C
10:24 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E ATTNY/CV
Total visits:        2

11/03/05
========
10 .01 **:**:** **/** NERAD, THERESE   DUNCAN, JOSEPH E midigator/c
1   10 **:**:** **/** ROGERS, RACHEL   DUNCAN, JOSEPH E midigator/c
Total visits:        2

11/04/05
========
14:41 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E midigation
14:42 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E investigato
Total visits:        2

11/06/05
========
18:47 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTY
Total visits:        1

11/07/05
========
09:40 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTORNEY/CV
10:37 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E CONTACT VIS
15:19 **:**:** **/** PROCTOR, WILLIAM  DUNCAN, JOSEPH E CONTACT VIS
Total visits:        3

11/08/05
========
14:29 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E midigator
Total visits:        1

11/09/05
========
```

01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                          665
08:34                   Visitation Summary Report, by Visitor Date          Page:      9


In      Out              Visitor              Visitee             Relation      Destination
-----   ---------------  -------------------  ------------------  ------------  -----------
1   08  **:**:** **/**   LOHMAN, JAMES        DUNCAN, JOSEPH E    ATTORNEY/CV
11:09   **:**:** **/**   NERAD, THERESE       DUNCAN, JOSEPH E    INVESTIGATO
Total visits:        2

11/10/05
========
09:12   **:**:** **/**   ADAMS, JOHN MICHA    DUNCAN, JOSEPH E    attorney/cv
11:49   **:**:** **/**   ROGERS, RACHEL       DUNCAN, JOSEPH E    SPC/CV
13:58   **:**:** **/**   LOHMAN, JAMES        DUNCAN, JOSEPH E    ATTNY/CV
Total visits:        3

11/11/05
========
07:01   **:**:** **/**   REMINGTON, TIMOTH    DUNCAN, JOSEPH E    pastor
08:43   **:**:** **/**   ROGERS, RACHEL       DUNCAN, JOSEPH E
13:38   **:**:** **/**   BEAVER, CRAIG W      DUNCAN, JOSEPH E    dr.
Total visits:        3

11/14/05
========
09:00   **:**:** **/**   ADAMS, JOHN MICHA    DUNCAN, JOSEPH E    attny/cv
15:02   **:**:** **/**   NERAD, THERESE       DUNCAN, JOSEPH E    midigator
Total visits:        2

11/15/05
========
1   37  **:**:** **/**   NERAD, THERESE       DUNCAN, JOSEPH E    investigato
14:43   **:**:** **/**   PEVEN, ROGER         DUNCAN, JOSEPH E    federal def
Total visits:        2

11/16/05
========
09:16   **:**:** **/**   ADAMS, JOHN MICHA    DUNCAN, JOSEPH E    attorney/cv
14:38   **:**:** **/**   ROGERS, RACHEL       DUNCAN, JOSEPH E    midigation
14:39   **:**:** **/**   NERAD, THERESE       DUNCAN, JOSEPH E    investigato
Total visits:        3

11/17/05
========
10:26   **:**:** **/**   ROGERS, RACHEL       DUNCAN, JOSEPH E    midigation
10:27   **:**:** **/**   LOHMAN, JAMES        DUNCAN, JOSEPH E    attny/cv
Total visits:        2

11/18/05
========
07:04   **:**:** **/**   REMINGTON, TIMOTH    DUNCAN, JOSEPH E    CHAPLAIN
08:24   **:**:** **/**   ROGERS, RACHEL       DUNCAN, JOSEPH E    contact vis
08:25   **:**:** **/**   LOHMAN, JAMES        DUNCAN, JOSEPH E    contact vis
Total visits:        3

11/20/05
========
2   54  **:**:** **/**   NELSON, LYNN ROY     DUNCAN, JOSEPH E    atty

```
01/18/06                KOOTENAI COUNTY SHERIFF DEPARTMENT                        665
08:34              Visitation Summary Report, by Visitor Date        Page:      10


In    Out          Visitor              Visitee            Relation    Destination
----- -------------- -------------------- ------------------ ------------ ------------
T  al visits:         1

11/21/05
========
09:01 **:**:** **/** NAFFZIGER, JOYCE   DUNCAN, JOSEPH E INVESTIGATO
10:36 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E ATTNY/CV
10:37 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E MID SP/CV
Total visits:         3

11/22/05
========
14:57 **:**:** **/** nerad,             DUNCAN, JOSEPH E atty
Total visits:         1

11/23/05
========
10:12 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
14:35 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E
Total visits:         2

11/24/05
========
09:23 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E atty
Total visits:         1

11/25/05
= =====
09:07 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E FEDERAL DEF
Total visits:         1

11/27/05
========
15:27 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTY
Total visits:         1

11/28/05
========
09:05 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
14:53 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E ATTYVISIT
Total visits:         2

11/29/05
========
17:35 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E FEDERAL DEF
17:36 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E FEDERAL DEF
Total visits:         2

11/30/05
========
14:57 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E attny/cv
14:58 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E mid sp/cv
T  al visits:         2
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                665
08:34               Visitation Summary Report, by Visitor Date       Page:    11


In    Out              Visitor           Visitee           Relation    Destination
----- --------------   ----------------  ----------------  ----------  -----------
1  01/05
========
10:49 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
14:08 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E mid sp/cv
14:09 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E inves/cv
14:09 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E attny/cv
Total visits:       4


12/02/05
========
14:58 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E attny/cv
14:59 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E mid sp/cv
Total visits:       2


12/03/05
========
13:20 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E atty
Total visits:       1


12/05/05
========
09:00 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTNY/CV
13:40 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E MID SP/CV
13:40 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E
Total visits:       3

1  06/05
========
09:54 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E federal def
09:55 **:**:** **/** PROCTOR, WILLIAM   DUNCAN, JOSEPH E federal def
Total visits:       2


12/07/05
========
18:52 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E ATTORNEY
Total visits:       1


12/08/05
========
10:08 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
14:18 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E investigato
Total visits:       2


12/09/05
========
09:30 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E INVESTIGATO
Total visits:       1


12/12/05
========
09:10 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
?  47 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E attny/cv
1 :04 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E spec./cv
```

```
01/18/06                KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34              Visitation Summary Report, by Visitor Date        Page:    12


In     Out              Visitor             Visitee           Relation    Destination
-----  --------------   -----------------   ----------------  ----------  -----------
Total visits:.      3

12/13/05
========
15:00 **:**:** **/** LOHMAN, JAMES       DUNCAN, JOSEPH E contact vis
15:01 **:**:** **/** NERAD, THERESE       DUNCAN, JOSEPH E contact vis
Total visits:       2

12/14/05
========
11:15 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTNY
15:04 **:**:** **/** LOHMAN, JAMES       DUNCAN, JOSEPH E CONTACT VIS
15:06 **:**:** **/** NERAD, THERESE       DUNCAN, JOSEPH E CONTACT VIS
Total visits:       3

12/15/05
========
07:02 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E CHAPLIN
14:53 **:**:** **/** ROGERS, RACHEL MA DUNCAN, JOSEPH E
15:18 **:**:** **/** LOHMAN, DAVID WAY DUNCAN, JOSEPH E
Total visits:       3

12/16/05
========
09:54 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
14:59 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E mid. sp
1   00 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E investigato
Total visits:       3

12/17/05
========
13:32 **:**:** **/** LOHMAN, JAMES       DUNCAN, JOSEPH E Attorney
13:32 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E Attorney/Le
Total visits:       2

12/19/05
========
10:54 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E Investigato
11:11 **:**:** **/** LOHMAN, DAVID WAY DUNCAN, JOSEPH E Attorney
14:36 **:**:** **/** BEAVER, CRAIG W    DUNCAN, JOSEPH E doctor
Total visits:       3

12/20/05
========
10:50 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTORNEY
10:55 **:**:** **/** LOHMAN, JAMES       DUNCAN, JOSEPH E ATTNY
10:57 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E MID SP
Total visits:       3

12/21/05
========
 29 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E Investigato
  :31 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E Midegator
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                        665
08:34              Visitation Summary Report, by Visitor Date          Page:    13


In     Out              Visitor              Visitee              Relation      Destination
-----  -------------    -----------------    ------------------   -----------   -----------
Total visits:       2

12/22/05
========
09:58 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E Attorney
Total visits:       1

12/23/05
========
11:05 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E FED DEFENDE
11:06 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E INVESTIGATO
Total visits:       2

12/25/05
========
13:38 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E ATTORNEY
Total visits:       1

12/27/05
========
15:08 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E ATTY VISIT
15:09 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E ATTY VISIT
Total visits:       2

12/28/05
========
C  03 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E contact vis
11:08 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E attny/cv
12:09 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E sp/cv
Total visits:       3

12/29/05
========
09:46 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E attny
09:47 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E attny
13:42 **:**:** **/** DENNISON, JAMES   DUNCAN, JOSEPH E psychologist
Total visits:       3

12/30/05
========
16:17 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E PSCHY
Total visits:       1

01/01/06
========
13:59 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E atty
14:00 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E atty
Total visits:       2

01/02/06
========
1  34 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E FEDERAL PUB
1  39 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E FEDERAL PUB
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                      665
08:34              Visitation Summary Report, by Visitor Date         Page:    14


In     Out             Visitor          Visitee           Relation    Destination
-----  --------------- ------------------ ------------------ ------------ -----------
T   al visits:         2

01/03/06
==========
15:05 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E F.P.D.
15:13 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E F.P.D.
Total visits:          2


01/04/06
==========
09:25 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E Attorney
09:47 **:**:** **/** BECKER, JUDITH V  DUNCAN, JOSEPH E Psychologist
14:29 **:**:** **/** BECKER, JUDITH V  DUNCAN, JOSEPH E psychologist
Total visits:          3


01/05/06
==========
09:47 **:**:** **/** BECKER, JUDITH V  DUNCAN, JOSEPH E PSYCHOLOGIS
Total visits:          1


01/06/06
==========
09:49 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
14:22 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E FEDERAL DEF
14:24 **:**:** **/** PROCTOR, WILLIAM  DUNCAN, JOSEPH E FEDERAL DEF
Total visits:          3


01/09/06
==========
15:03 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E ATTY VISIT
15:03 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E ATTY VISIT
Total visits:          2


01/10/06
==========
07:57 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E CHAPLAIN VI
09:38 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E PUBLIC DEFE
13:53 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E Attorney
13:54 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E Attorney
13:55 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E Attorney
Total visits:          5


01/11/06
==========
15:56 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E ATTY
15:57 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E ATTY
Total visits:          2


01/12/06
==========
09:28 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTORNEY
C  31 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E ATTORNEY
1. _al visits:         2
```

```
01/18/06                      KOOTENAI COUNTY SHERIFF DEPARTMENT              665
08:34                    Visitation Summary Report, by Visitor Date     Page:   15


In    Out              Visitor              Visitee              Relation    Destination
-----  ---------------  ------------------   ------------------   ------------ -------------
0   .3/06
========
10:00 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E FEDERAL PUB
10:02 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E FEDERAL PUB
Total visits:      2

01/17/06
========
14:48 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E ATTY VISIT
15:18 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E ATTY VISIT
Total visits:      2

-----------------------------------------------------------------------------------
Total visits, this report:    240
-----------------------------------------------------------------------------------
Report Includes:
All arrival dates
All destinations
All visitee numbers matching '   366307'
All visitor numbers
All visitee last names
All visitee first names
All visitee middle names
All visitor last names
All visitor first names
A'' visitor middle names
-----------------------------------------------------------------------------------
                     *** End of Report rpjvvsr.rl ***
```