UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

JOSEPH EDWARD DUNCAN, III,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

Case No.  2:17-CV-00091-EJL
2:07-CR-00023-EJL

**Declaration of Traci Whelan**

I, Traci J. Whelan, do hereby declare under penalty of perjury that the following is true and correct:

1.  I am an Assistant United States Attorney for the District of Idaho and have been since October of 1998.  I currently serve as the branch manager for the office which involves supervision of branch employees and maintaining an active caseload of criminal cases.  Prior to joining the United States Attorney's Office, I worked as a county deputy prosecutor in Idaho.  I have been admitted to the practice of law since September of 1991.

2.  Since the day of his arrest, July 2, 2005, I worked on the investigation and prosecution of Joseph Edward Duncan III as an Assistant United States Attorney in the District of Idaho.  As part of my prosecutorial file, I maintained prison visitation logs for Joseph Edward Duncan III between the day of his arrest on July 2, 2005, and July 19, 2007, the day prison logs were sealed as privileged pursuant to court order.  These logs were maintained as part of the normal course of business by the Kootenai County Jail in Coeur d'Alene.  These logs were obtained during the course of the investigation and maintained by me as part of my case file.  All investigative and

prosecution materials which I handled were kept either in my office or the file room both of which have locking doors and is located within the U.S. Attorney Office space which is locked and has restricted access.  The U.S. Attorney Office space is within the U.S. Courthouse which also has security measures.

3.  Among those records maintained were Kootenai County Sheriff's Department Visitation Summary Reports.  The eighteen pages attached to this declaration are a true and accurate copy of the prison logs collected during the investigation and prosecution of Joseph Edward Duncan III and maintained in my prosecutorial file.

Executed this 23rd day of October, 2017, at Coeur d'Alene, Idaho:


*/s/ Traci J. Whelan*
TRACI J. WHELAN

```
/08/05              KOOTENAI COUNTY SHERIFF DEPARTMENT                    412
 :30           Visitation Summary Report, by Visitee Name        Page:      1


Time/Date In    Visitor              Relation      Access           Destination
--------------  -------------------  -----------   ----------------  ----------------
Visitee:  DUNCAN, JOSEPH EDWARD
========
06:58 08/10/05 REMINGTON, TIMOTH PASTOR
06:58 09/15/05 REMINGTON, TIMOTH chaplain
06:59 09/30/05 REMINGTON, TIMOTH chaplain
07:04 10/21/05 REMINGTON, TIMOTH pastor
07:53 09/15/05 REMINGTON, TIMOTH pastor
08:14 08/10/05 REMINGTON, TIMOTH pastor, for
08:22 08/03/05 REMINGTON, TIMOTH pastor
08:23 08/30/05 REMINGTON, TIMOTH pastor/per
08:28 08/08/05 ADAMS, JOHN MICHA ATTY
08:32 09/02/05 ADAMS, JOHN MICHA ATTORNEY/CO
08:36 07/28/05 ADAMS, JOHN MICHA contact vis
08:41 08/29/05 ADAMS, JOHN MICHA contact vis
08:42 08/12/05 DURANT, MARK PHIL contact vis
08:42 10/11/05 ADAMS, JOHN MICHA attorney/cv
08:45 10/14/05 ADAMS, JOHN MICHA contact vis
08:50 08/24/05 DURANT, MARK PHIL contact vis
08:57 08/10/05 DURANT, MARK PHIL contact vis
08:57 08/11/05 ADAMS, JOHN MICHA contact vis
09:00 10/25/05 NERAD, THERESE    midigator/c
09:00 10/25/05 WOODS, GEORGE     psychiatris
 9:02 08/22/05 ADAMS, JOHN MICHA contact vis
  :03 08/17/05 ADAMS, JOHN MICHA contact vis
  :05 07/26/05 ADAMS, JOHN MICHA contact vis
09:06 09/26/05 ADAMS, JOHN MICHA Attorney
09:11 11/01/05 ADAMS, JOHN MICHA ATTNY/CV
09:12 08/31/05 ADAMS, JOHN MICHA contact vis
09:12 08/31/05 NERAD, THERESE    contact vis
09:13 10/20/05 ADAMS, JOHN MICHA attorney/cv
09:18 08/15/05 ADAMS, JOHN MICHA contact vis
09:19 09/28/05 ADAMS, JOHN MICHA attorney/co
09:25 07/21/05 ADAMS, JOHN MICHA atty
09:34 09/21/05 ADAMS, JOHN MICHA attorney/cv
09:40 07/25/05 ADAMS, JOHN MICHA contact vis
09:40 11/07/05 ADAMS, JOHN MICHA ATTORNEY/CV
09:45 07/11/05 ADAMS, JOHN MICHA Attorney
09:49 10/04/05 ADAMS, JOHN MICHA ATTORNEY/CV
09:49 10/26/05 NERAD, THERESE    MIDIGATOR/C
09:53 09/08/05 NAFFZIGER, JOYCE  c/v schedul
09:58 10/21/05 ROGERS, RACHEL    midigation
10:01 11/03/05 NERAD, THERESE    midigator/c
10:03 07/18/05 ADAMS, JOHN MICHA ATTY
10:03 10/21/05 WHITMAN, BRUCE    INVESTIGATO
10:04 07/18/05 NELSON, LYNN ROY  ATTY
10:05 07/18/05 FISHER, MARY MYLA ATTY
10:08 07/11/05 NELSON, LYNN ROY  Attorney
10:08 07/18/05 NAFFZIGER, JOYCE  Pi
10:09 10/12/05 ADAMS, JOHN MICHA attny/cv
10:09 10/12/05 PEVEN, ROGER      fed def/cv
   10 08/02/05 proctor,          detective
   10 11/03/05 ROGERS, RACHEL    midigator/c
10:11 08/02/05 pevan,            detective
10:11 10/12/05 PROCTOR, WILLIAM  fed def/cv
```

```
 /08/05                KOOTENAI COUNTY SHERIFF DEPARTMENT                    412
 :30                 Visitation Summary Report, by Visitee Name       Page:    2


Time/Date In      Visitor            Relation        Access              Destination
--------------    -----------------  -----------     ------------------  ----------------
10:13 08/02/05 adams,               detective
10:13 09/16/05 PROCTOR, WILLIAM     fed defende
10:15 10/12/05 NERAD, THERESE       midigator/c
10:15 11/02/05 NERAD, THERESE       MIDIGATOR/C
10:17 08/16/05 PROCTOR, WILLIAM     federal def
10:17 11/01/05 LOHMAN, JAMES        ATTORNEY/CV
10:17 11/01/05 NERAD, THERESE       MIDIGATOR/C
10:19 09/16/05 PEVEN, ROGER         fed defende
10:23 08/04/05 ADAMS, JOHN MICHA    CONTACT VIS
10:24 11/02/05 LOHMAN, JAMES        ATTNY/CV
10:25 10/20/05 LOHMAN, JAMES        ATTORNEY/CO
10:34 10/20/05 ROGERS, RACHEL       ATTORNEY/CO
10:37 11/07/05 PEVEN, ROGER         CONTACT VIS
10:46 08/16/05 PEVEN, ROGER         federal def
10:49 10/19/05 LOHMAN, JAMES        attorney/co
10:51 09/13/05 ADAMS, JOHN MICHA    ATTNY
10:52 08/19/05 DENISON, JAMES       contact vis
10:54 08/26/05 REMINGTON, TIMOTH    pastor/per
10:56 10/17/05 BEAVER, CRAIG W      doctor/cv
11:03 07/27/05 NAFFZIGER, JOYCE     CONTACT VIS
12:00 08/05/05 NELSON, LYNN ROY     CONTACT VIS
13:07 08/01/05 BEAVER, CRAIG W      contact vis
˥3:09 08/01/05 ADAMS, JOHN MICHA    contact vis
   :11 08/18/05 BEAVER, CRAIG W      contact vis
   ⌐:24 08/30/05 PEVEN, ROGER        contact vis
13:24 08/30/05 PROCTOR, WILLIAM     contact vis
13:27 08/30/05 NERAD, THERESE       CONTACT VIS
13:33 07/20/05 ADAMS, JOHN MICHA    Atty
13:38 09/07/05 REMINGTON, TIMOTH    pastor
13:42 08/03/05 NELSON, LYNN ROY     CONTACT VIS
13:53 07/17/05 NELSON, LYNN ROY
13:56 08/22/05 PEVEN, ROGER         contact vis
13:56 08/22/05 PROCTOR, WILLIAM     contact vis
14:00 07/26/05 NAFFZIGER, JOYCE     P I  CONTAC
14:15 10/13/05 NERAD, THERESE       midigation
14:16 10/13/05 ROGERS, RACHEL       MIDIGATION
14:17 10/09/05 NELSON, LYNN ROY     ATTORNEY
14:18 10/13/05 LOHMAN, JAMES        ATTNY/CV
14:18 10/24/05 WOODS, GEORGE        doctor
14:19 10/24/05 NERAD, THERESE       investigato
14:20 10/24/05 ADAMS, JOHN MICHA    atty
14:23 07/07/05 NELSON, LYNN ROY     attorney
14:24 07/08/05 FISHER, MARY MYLA    investigato
14:26 10/18/05 LOHMAN, JAMES        attny/conta
14:28 08/25/05 NELSON, LYNN ROY     contact vis
14:29 11/08/05 NERAD, THERESE       midigator
14:38 07/08/05 DURANT, MARK PHIL    investigato
14:40 09/08/05 NAFFZIGER, JOYCE     booth visit
14:41 11/04/05 ROGERS, RACHEL       midigation
14:42 11/04/05 NERAD, THERESE       investigato
   52 09/05/05 NELSON, LYNN ROY     attn
   55 08/23/05 NELSON, LYNN ROY     contact vis
˥4:56 08/23/05 ADAMS, JOHN MICHA    contact vis
14:56 08/23/05 PEVEN, ROGER         contact vis
```

```
`/08/05              KOOTENAI COUNTY SHERIFF DEPARTMENT                    412
   :30           Visitation Summary Report, by Visitee Name        Page:      3


Time/Date In    Visitor               Relation     Access            Destination
-------------   -----------------     -----------  ----------------  ---------------
14:59 07/21/05 NELSON, LYNN ROY      atty
15:14 10/03/05 NELSON, LYNN ROY      atty
15:19 11/07/05 PROCTOR, WILLIAM      CONTACT VIS
15:23 08/11/05 NELSON, LYNN ROY      atty
15:39 07/24/05 NELSON, LYNN ROY      ATTORNEY
15:45 07/12/05 NELSON, LYNN ROY      atty
15:50 10/07/05 NELSON, LYNN ROY
16:06 07/11/05 BEAVER, CRAIG W
16:07 10/31/05 NELSON, LYNN ROY      atty
16:18 08/28/05 NELSON, LYNN ROY      attorney
17:55 08/07/05 NELSON, LYNN ROY      attorney
18:00 07/15/05 NELSON, LYNN ROY      atty
18:00 08/14/05 NELSON, LYNN ROY      atty
18:47 11/06/05 NELSON, LYNN ROY      ATTY
18:59 08/22/05 NELSON, LYNN ROY      ATTY VISIT
19:32 07/13/05 NELSON, LYNN ROY      ATTY
19:58 07/05/05 NELSON, LYNN ROY      attn
Total visits:      123


-----------------------------------------------------------------------------
Total visits, this report:    123
-----------------------------------------------------------------------------
`eport Includes:
  1 arrival dates
  _1 destinations
All visitee numbers matching `  366307`
All visitor numbers
All visitee last names
All visitee first names
All visitee middle names
All visitor last names
All visitor first names
All visitor middle names
-----------------------------------------------------------------------------
                  *** End of Report rpjvvsr.r2 ***
```

```
01/18/06                KOOTENAI COUNTY SHERIFF DEPARTMENT                      665
08:34             .     Visitation Summary Report, by Visitor Date    Page:      1


In     Out           Visitor            Visitee          Relation    Destination
-----  ------------  -----------------  ---------------- ----------- ------------
   05/05
========
19:58 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E attn
Total visits:        1


07/07/05
========
14:23 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E attorney
Total visits:        1


07/08/05
========
14:24 **:**:** **/** FISHER, MARY MYLA DUNCAN, JOSEPH E investigato
14:38 **:**:** **/** DURANT, MARK PHIL DUNCAN, JOSEPH E investigato
Total visits:        2


07/11/05
========
09:45 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E Attorney
10:08 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E Attorney
16:06 **:**:** **/** BEAVER, CRAIG W   DUNCAN, JOSEPH E
Total visits:        3


07/12/05
========
15:45 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:        1


07/13/05
========
19:32 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTY
Total visits:        1


07/15/05
========
18:00 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:        1


07/17/05
========
13:53 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E
Total visits:        1


07/18/05
========
10:03 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTY
10:04 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTY
10:05 **:**:** **/** FISHER, MARY MYLA DUNCAN, JOSEPH E ATTY
10:08 **:**:** **/** NAFFZIGER, JOYCE  DUNCAN, JOSEPH E Pi
Total visits:        4


   20/05
=  ======
13:33 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E Atty
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                   665
08:34              Visitation Summary Report, by Visitor Date       Page:      2


In      Out            Visitor            Visitee          Relation    Destination
-----   --------------  -----------------  -----------------  ----------  -----------
Total visits:          1

07/21/05
========
09:25 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E atty
14:59 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:          2

07/24/05
========
15:39 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTORNEY
Total visits:          1

07/25/05
========
09:40 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:          1

07/26/05
========
09:05 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
14:00 **:**:** **/** NAFFZIGER, JOYCE  DUNCAN, JOSEPH E P I  CONTAC
Total visits:          2

07/27/05
========
1 .03 **:**:** **/** NAFFZIGER, JOYCE   DUNCAN, JOSEPH E CONTACT VIS
Total visits:          1

07/28/05
========
08:36 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:          1

08/01/05
========
13:07 **:**:** **/** BEAVER, CRAIG W   DUNCAN, JOSEPH E contact vis
13:09 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:          2

08/02/05
========
10:10 **:**:** **/** proctor,          DUNCAN, JOSEPH E detective
10:11 **:**:** **/** pevan,            DUNCAN, JOSEPH E detective
10:13 **:**:** **/** adams, cas*       DUNCAN, JOSEPH E detective
Total visits:          3

08/03/05
========
08:22 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor
13:42 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E CONTACT VIS
Total visits:          2
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34                  Visitation Summary Report, by Visitor Date          Page:     3


In     Out            Visitor           Visitee           Relation    Destination
----- --------------- ----------------- ----------------- ----------- -----------
  04/05
========
10:23 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E CONTACT VIS
Total visits:        1

08/05/05
========
12:00 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E CONTACT VIS
Total visits:        1

08/07/05
========
17:55 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E attorney
Total visits:        1

08/08/05
========
08:28 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTY
Total visits:        1

08/10/05
========
06:58 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E PASTOR
08:14 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor, for
08:57 **:**:** **/** DURANT, MARK PHIL DUNCAN, JOSEPH E contact vis
Total visits:        3

08/11/05
========
08:57 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
15:23 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:        2

08/12/05
========
08:42 **:**:** **/** DURANT, MARK PHIL DUNCAN, JOSEPH E contact vis
Total visits:        1

08/14/05
========
18:00 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:        1

08/15/05
========
09:18 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:        1

08/16/05
========
10:17 **:**:** **/** PROCTOR, WILLIAM  DUNCAN, JOSEPH E federal def
   46 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E federal def
   al visits:        2
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34                Visitation Summary Report, by Visitor Date        Page:    4


In    Out          Visitor             Visitee          Relation    Destination
----- -------------- ------------------  ------------------- ------------ ------------
  17/05
========
09:03 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:        1

08/18/05
========
13:11 **:**:** **/** BEAVER, CRAIG W   DUNCAN, JOSEPH E contact vis
Total visits:        1

08/19/05
========
10:52 **:**:** **/** DENISON, JAMES    DUNCAN, JOSEPH E contact vis
Total visits:        1

08/22/05
========
09:02 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
13:56 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E contact vis
13:56 **:**:** **/** PROCTOR, WILLIAM  DUNCAN, JOSEPH E contact vis
18:59 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTY VISIT
Total visits:        4

08/23/05
========
1  55 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E contact vis
1  56 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
14:56 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E contact vis
Total visits:        3

08/24/05
========
08:50 **:**:** **/** DURANT, MARK PHIL DUNCAN, JOSEPH E contact vis
Total visits:        1

08/25/05
========
14:28 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E contact vis
Total visits:        1

08/26/05
========
10:54 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor/per
Total visits:        1

08/28/05
========
16:18 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E attorney
Total visits:        1

08/29/05
  =====
  :41 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34               Visitation Summary Report, by Visitor Date        Page:      5


In      Out          Visitor           Visitee           Relation    Destination
-----   -------------  ------------------  ------------------  -----------  ------------
Total visits:          1

08/30/05
========
08:23 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor/per
13:24 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E contact vis
13:24 **:**:** **/** PROCTOR, WILLIAM   DUNCAN, JOSEPH E contact vis
13:27 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E CONTACT VIS
Total visits:          4

08/31/05
========
09:12 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
09:12 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E contact vis
Total visits:          2

09/02/05
========
08:32 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTORNEY/CO
Total visits:          1

09/05/05
========
14:52 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E attn
Total visits:          1

C 07/05
========
13:38 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor
Total visits:          1

09/08/05
========
09:53 **:**:** **/** NAFFZIGER, JOYCE  DUNCAN, JOSEPH E c/v schedul
14:40 **:**:** **/** NAFFZIGER, JOYCE  DUNCAN, JOSEPH E booth visit
Total visits:          2

09/13/05
========
10:51 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTNY
Total visits:          1

09/15/05
========
06:58 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E chaplain
07:53 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor
Total visits:          2

09/16/05
========
10:13 **:**:** **/** PROCTOR, WILLIAM   DUNCAN, JOSEPH E fed defende
?  19 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E fed defende
Total visits:          2
```

```
01/18/06                KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34              Visitation Summary Report, by Visitor Date       Page:     6


In      Out            Visitor            Visitee            Relation    Destination
-----  ----------------  --------------------  --------------------  ------------  ------------
09/21/05
========
09:34 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
Total visits:         1


09/26/05
========
09:06 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E Attorney
Total visits:         1


09/28/05
========
09:19 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/co
Total visits:         1


09/30/05
========
06:59 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E chaplain
Total visits:         1


10/03/05
========
15:14 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:         1


10/04/05
========
09:49 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTORNEY/CV
Total visits:         1


10/07/05
========
15:50 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E
Total visits:         1


10/09/05
========
14:17 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTORNEY
Total visits:         1


10/11/05
========
08:42 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
Total visits:         1


10/12/05
========
10:09 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attny/cv
10:09 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E fed def/cv
10:11 **:**:** **/** PROCTOR, WILLIAM   DUNCAN, JOSEPH E fed def/cv
10:15 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E midigator/c
Total visits:         4
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                      665
08:34               Visitation Summary Report, by Visitor Date        Page:      7


In      Out             Visitor              Visitee            Relation     Destination
-----  --------------   -------------------  ------------------ -----------  -----------
1  13/05
========
14:15 **:**:** **/** NERAD, THERESE      DUNCAN, JOSEPH E midigation
14:16 **:**:** **/** ROGERS, RACHEL      DUNCAN, JOSEPH E MIDIGATION
14:18 **:**:** **/** LOHMAN, JAMES       DUNCAN, JOSEPH E ATTNY/CV
Total visits:        3

10/14/05
========
08:45 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E contact vis
Total visits:        1

10/17/05
========
10:56 **:**:** **/** BEAVER, CRAIG W   DUNCAN, JOSEPH E doctor/cv
Total visits:        1

10/18/05
========
14:26 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E attny/conta
Total visits:        1

10/19/05
========
10:49 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E attorney/co
Total visits:        1

10/20/05
========
09:13 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
10:25 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E ATTORNEY/CO
10:34 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E ATTORNEY/CO
Total visits:        3

10/21/05
========
07:04 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor
09:58 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E midigation
10:03 **:**:** **/** WHITMAN, BRUCE    DUNCAN, JOSEPH E INVESTIGATO
Total visits:        3

10/24/05
========
14:18 **:**:** **/** WOODS, GEORGE     DUNCAN, JOSEPH E doctor
14:19 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E investigato
14:20 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E atty
Total visits:        3

10/25/05
========
09:00 **:**:** **/** WOODS, GEORGE     DUNCAN, JOSEPH E psychiatris
   :00 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E midigator/c
   al visits:        2
```

```
01/18/06                  KOOTENAI COUNTY SHERIFF DEPARTMENT                      665
08:34           Visitation Summary Report, by Visitor Date        Page:     8


In     Out          Visitor             Visitee          Relation    Destination
-----  -------------- ------------------  ------------------ ------------ -------------
1  26/05
========
09:49 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E MIDIGATOR/C
Total visits:       1

10/31/05
========
16:07 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
Total visits:       1

11/01/05
========
09:11 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTNY/CV
10:17 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E MIDIGATOR/C
10:17 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E ATTORNEY/CV
Total visits:       3

11/02/05
========
10:15 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E MIDIGATOR/C
10:24 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E ATTNY/CV
Total visits:       2

11/03/05
========
1 ,01 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E midigator/c
1  10 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E midigator/c
Total visits:       2

11/04/05
========
14:41 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E midigation
14:42 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E investigato
Total visits:       2

11/06/05
========
18:47 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTY
Total visits:       1

11/07/05
========
09:40 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTORNEY/CV
10:37 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E CONTACT VIS
15:19 **:**:** **/** PROCTOR, WILLIAM  DUNCAN, JOSEPH E CONTACT VIS
Total visits:       3

11/08/05
========
14:29 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E midigator
Total visits:       1

1 /09/05
========
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34               Visitation Summary Report, by Visitor Date        Page:     9


In      Out             Visitor             Visitee           Relation      Destination
-----   --------------  ------------------  ----------------  ------------  -----------
1  08 **:**:** **/** LOHMAN, JAMES       DUNCAN, JOSEPH E ATTORNEY/CV
11:09 **:**:** **/** NERAD, THERESE      DUNCAN, JOSEPH E INVESTIGATO
Total visits:       2

11/10/05
========
09:12 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
11:49 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E SPC/CV
13:58 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E ATTNY/CV
Total visits:       3

11/11/05
========
07:01 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E pastor
08:43 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E
13:38 **:**:** **/** BEAVER, CRAIG W   DUNCAN, JOSEPH E dr.
Total visits:       3

11/14/05
========
09:00 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attny/cv
15:02 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E midigator
Total visits:       2

11/15/05
========
1  37 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E investigato
14:43 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E federal def
Total visits:       2

11/16/05
========
09:16 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
14:38 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E midigation
14:39 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E investigato
Total visits:       3

11/17/05
========
10:26 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E midigation
10:27 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E attny/cv
Total visits:       2

11/18/05
========
07:04 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E CHAPLAIN
08:24 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E contact vis
08:25 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E contact vis
Total visits:       3

11/20/05
======
2  54 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E atty
```

```
01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34              Visitation Summary Report, by Visitor Date        Page:     10


In    Out             Visitor              Visitee           Relation     Destination
----- ---------------- -------------------- ------------------ ------------ ------------
Total visits:         1

11/21/05
========
09:01 **:**:** **/** NAFFZIGER, JOYCE  DUNCAN, JOSEPH E INVESTIGATO
10:36 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E ATTNY/CV
10:37 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E MID SP/CV
Total visits:         3

11/22/05
========
14:57 **:**:** **/** nerad,            DUNCAN, JOSEPH E atty
Total visits:         1

11/23/05
========
10:12 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
14:35 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E
Total visits:         2

11/24/05
========
09:23 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E atty
Total visits:         1

11/25/05
=  =====
09:07 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E FEDERAL DEF
Total visits:         1

11/27/05
========
15:27 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E ATTY
Total visits:         1

11/28/05
========
09:05 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney/cv
14:53 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E ATTYVISIT
Total visits:         2

11/29/05
========
17:35 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E FEDERAL DEF
17:36 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E FEDERAL DEF
Total visits:         2

11/30/05
========
14:57 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E attny/cv
14:58 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E mid sp/cv
Total visits:         2
```

```
01/18/06                 KOOTENAI COUNTY SHERIFF DEPARTMENT                     665
08:34               Visitation Summary Report, by Visitor Date         Page:    11


In     Out           Visitor            Visitee           Relation      Destination
-----  -------------  -----------------  ---------------   ------------  ------------
1   01/05
=========
10:49 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
14:08 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E mid sp/cv
14:09 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E inves/cv
14:09 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E attny/cv
Total visits:      4


12/02/05
=========
14:58 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E attny/cv
14:59 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E mid sp/cv
Total visits:      2


12/03/05
=========
13:20 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E atty
Total visits:      1


12/05/05
=========
09:00 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTNY/CV
13:40 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E MID SP/CV
13:40 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E
Total visits:      3


1   06/05
=========
09:54 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E federal def
09:55 **:**:** **/** PROCTOR, WILLIAM   DUNCAN, JOSEPH E federal def
Total visits:      2


12/07/05
=========
18:52 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E ATTORNEY
Total visits:      1


12/08/05
=========
10:08 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
14:18 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E investigato
Total visits:      2


12/09/05
=========
09:30 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E INVESTIGATO
Total visits:      1


12/12/05
=========
09:10 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
?   47 **:**:** **/** LOHMAN, JAMES     DUNCAN, JOSEPH E attny/cv
1 :04 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E spec./cv
```

01/18/06                    KOOTENAI COUNTY SHERIFF DEPARTMENT                        665
08:34                  Visitation Summary Report, by Visitor Date          Page:    12

In      Out            Visitor              Visitee           Relation    Destination
----    ------------   ----------------     --------------    ----------  -----------
T  al visits:       3

12/13/05
========
15:00 **:**:** **/** LOHMAN, JAMES        DUNCAN, JOSEPH E contact vis
15:01 **:**:** **/** NERAD, THERESE       DUNCAN, JOSEPH E contact vis
Total visits:       2

12/14/05
========
11:15 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTNY
15:04 **:**:** **/** LOHMAN, JAMES        DUNCAN, JOSEPH E CONTACT VIS
15:06 **:**:** **/** NERAD, THERESE       DUNCAN, JOSEPH E CONTACT VIS
Total visits:       3

12/15/05
========
07:02 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E CHAPLIN
14:53 **:**:** **/** ROGERS, RACHEL MA DUNCAN, JOSEPH E
15:18 **:**:** **/** LOHMAN, DAVID WAY DUNCAN, JOSEPH E
Total visits:       3

12/16/05
========
09:54 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
1 .59 **:**:** **/** ROGERS, RACHEL       DUNCAN, JOSEPH E mid. sp
1  00 **:**:** **/** NERAD, THERESE       DUNCAN, JOSEPH E investigato
Total visits:       3

12/17/05
========
13:32 **:**:** **/** LOHMAN, JAMES        DUNCAN, JOSEPH E Attorney
13:32 **:**:** **/** ROGERS, RACHEL       DUNCAN, JOSEPH E Attorney/Le
Total visits:       2

12/19/05
========
10:54 **:**:** **/** NERAD, THERESE       DUNCAN, JOSEPH E Investigato
11:11 **:**:** **/** LOHMAN, DAVID WAY DUNCAN, JOSEPH E Attorney
14:36 **:**:** **/** BEAVER, CRAIG W      DUNCAN, JOSEPH E doctor
Total visits:       3

12/20/05
========
10:50 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTORNEY
10:55 **:**:** **/** LOHMAN, JAMES        DUNCAN, JOSEPH E ATTNY
10:57 **:**:** **/** ROGERS, RACHEL       DUNCAN, JOSEPH E MID SP
Total visits:       3

12/21/05
========
   29 **:**:** **/** NERAD, THERESE       DUNCAN, JOSEPH E Investigato
  :31 **:**:** **/** ROGERS, RACHEL       DUNCAN, JOSEPH E Midegator

```
01/18/06                 KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34             Visitation Summary Report, by Visitor Date        Page:    13


In      Out            Visitor            Visitee           Relation    Destination
-----  ---------------  ------------------ ------------------ ----------- -----------
Total visits:        2

12/22/05
========
09:58 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E Attorney
Total visits:        1

12/23/05
========
11:05 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E FED DEFENDE
11:06 **:**:** **/** NERAD, THERESE      DUNCAN, JOSEPH E INVESTIGATO
Total visits:        2

12/25/05
========
13:38 **:**:** **/** NERAD, THERESE      DUNCAN, JOSEPH E ATTORNEY
Total visits:        1

12/27/05
========
15:08 **:**:** **/** LOHMAN, JAMES       DUNCAN, JOSEPH E ATTY VISIT
15:09 **:**:** **/** ROGERS, RACHEL      DUNCAN, JOSEPH E ATTY VISIT
Total visits:        2

12/28/05
========
C  03 **:**:** **/** NELSON, LYNN ROY  DUNCAN, JOSEPH E contact vis
11:08 **:**:** **/** NERAD, THERESE      DUNCAN, JOSEPH E attny/cv
12:09 **:**:** **/** ROGERS, RACHEL      DUNCAN, JOSEPH E sp/cv
Total visits:        3

12/29/05
========
09:46 **:**:** **/** LOHMAN, JAMES       DUNCAN, JOSEPH E attny
09:47 **:**:** **/** NERAD, THERESE      DUNCAN, JOSEPH E attny
13:42 **:**:** **/** DENNISON, JAMES     DUNCAN, JOSEPH E psycologist
Total visits:        3

12/30/05
========
16:17 **:**:** **/** NERAD, THERESE      DUNCAN, JOSEPH E PSCHY
Total visits:        1

01/01/06
========
13:59 **:**:** **/** LOHMAN, JAMES       DUNCAN, JOSEPH E atty
14:00 **:**:** **/** ROGERS, RACHEL      DUNCAN, JOSEPH E atty
Total visits:        2

01/02/06
========
1  34 **:**:** **/** LOHMAN, JAMES       DUNCAN, JOSEPH E FEDERAL PUB
1  39 **:**:** **/** ROGERS, RACHEL      DUNCAN, JOSEPH E FEDERAL PUB
```

```
01/18/06                 KOOTENAI COUNTY SHERIFF DEPARTMENT                    665
08:34               Visitation Summary Report, by Visitor Date      Page:     14


In     Out            Visitor            Visitee            Relation    Destination
-----  --------------  ----------------  ------------------ ------------ -----------
T  al visits:       2

01/03/06
========
15:05 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E F.P.D.
15:13 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E F.P.D.
Total visits:       2

01/04/06
========
09:25 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E Attorney
09:47 **:**:** **/** BECKER, JUDITH V  DUNCAN, JOSEPH E Psychologist
14:29 **:**:** **/** BECKER, JUDITH V  DUNCAN, JOSEPH E psychologist
Total visits:       3

01/05/06
========
09:47 **:**:** **/** BECKER, JUDITH V  DUNCAN, JOSEPH E PSYCHOLOGIS
Total visits:       1

01/06/06
========
09:49 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
14:22 **:**:** **/** PEVEN, ROGER       DUNCAN, JOSEPH E FEDERAL DEF
14:24 **:**:** **/** PROCTOR, WILLIAM   DUNCAN, JOSEPH E FEDERAL DEF
Total visits:       3

01/09/06
========
15:03 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E ATTY VISIT
15:03 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E ATTY VISIT
Total visits:       2

01/10/06
========
07:57 **:**:** **/** REMINGTON, TIMOTH DUNCAN, JOSEPH E CHAPLAIN VI
09:38 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E PUBLIC DEFE
13:53 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E Attorney
13:54 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E Attorney
13:55 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E Attorney
Total visits:       5

01/11/06
========
15:56 **:**:** **/** ROGERS, RACHEL     DUNCAN, JOSEPH E ATTY
15:57 **:**:** **/** NERAD, THERESE     DUNCAN, JOSEPH E ATTY
Total visits:       2

01/12/06
========
09:28 **:**:** **/** ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTORNEY
C  31 **:**:** **/** LOHMAN, JAMES      DUNCAN, JOSEPH E ATTORNEY
1. .al visits:       2
```

```
01/18/06                 KOOTENAI COUNTY SHERIFF DEPARTMENT              665
08:34               Visitation Summary Report, by Visitor Date      Page:    15


In    Out             Visitor             Visitee            Relation    Destination
-----  --------------- -------------------- ------------------  ------------ ------------
0   .3/06
========
10:00 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E FEDERAL PUB
10:02 **:**:** **/** PEVEN, ROGER      DUNCAN, JOSEPH E FEDERAL PUB
Total visits:       2

01/17/06
========
14:48 **:**:** **/** ROGERS, RACHEL    DUNCAN, JOSEPH E ATTY VISIT
15:18 **:**:** **/** NERAD, THERESE    DUNCAN, JOSEPH E ATTY VISIT
Total visits:       2

---------------------------------------------------------------------------------
Total visits, this report:    240
---------------------------------------------------------------------------------
Report Includes:
All arrival dates
All destinations
All visitee numbers matching '   366307'
All visitor numbers
All visitee last names
All visitee first names
All visitee middle names
All visitor last names
All visitor first names
A'' visitor middle names
-  ---------------------------------------------------------------------------------
           *** End of Report rpjvvsr.rl ***
```