UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

JOSEPH EDWARD DUNCAN, III,

      Petitioner,

      vs.

UNITED STATES OF AMERICA,

      Respondent.

Case No.  2:17-CV-00091-EJL
             2:07-CR-00023-EJL

**Declaration of Douglas S. Hart**

I, Douglas S. Hart, do hereby declare under penalty of perjury that the following is true and correct:

1.  I am a Special Agent for the Federal Bureau of Investigation (FBI) and have been employed as such since September 1995.  Throughout the course of my career, I have been assigned as a Case Agent to drug trafficking investigations, violent crime and persons crime investigations, gang investigations, and the like.  For the past two years, I have been the Supervisory Special Agent for all FBI Criminal Investigative Programs in Southern Idaho.

2.  The FBI investigated Joseph Edward Duncan III's commission of the crimes prosecuted in U.S. District of Idaho case no. 07-cr-23-EJL.  I participated in that investigation and am therefore familiar with the investigative files.  As part of its investigation, the FBI Obtained jail and prison visitation logs for Duncan between the day of his arrest on July 2, 2005, and July 19, 2007, the day the jail and prison visitation logs were sealed pursuant to court order. These logs were maintained as part of the normal course of business by both the Kootenai County Jail in Coeur d'Alene and the Idaho Maximum Security Institution in Boise.  These

visitation logs were obtained by the FBI and submitted to the official FBI case file to be maintained as documents obtained from an outside agency.

3.  In May 2017, Assistant United States Attorney Kate Holey contacted me to obtain a copy of all jail and prison visitation logs for Joseph Edward Duncan III in the FBI's possession. On May 24, 2017, my assistant, Valerie Engleman, conducted a search of our records and provided a hardcopy of those records at my direction.  Among those records provided was a Kootenai County Sheriff's Department Visitation Summary Report and an Idaho Maximum Security Institution Memorandum dated March 6, 2007, documenting scheduled visitation of Duncan by his attorneys.  The six pages attached to this declaration are the prison visitation logs included in those provided, via mail, to the U.S. Attorney's Office in Boise, Idaho, on May 25, 2017, and are a true and accurate copy of the prison logs provided to AUSA Holey.

Executed this 25th day of October, 2017, at Boise, Idaho:

*/s/ Douglas S. Hart*
DOUGLAS S. HART



ROCKY WATSON, SHERIFF
TAD LEACH, UNDERSHERIFF

# KOOTENAI COUNTY SHERIFF'S DEPARTMENT

**Date:** 06/18/08

**TO:** ~~Gail Genckow~~ TRACI WHELAN

**FROM:** ~~Chae Smith~~ GNECKOW

**Number of pages including cover letter:** 3

**RE:** October visitors for Joseph Duncan

```
06/18/08                    KOOTENAI COUNTY SHERIFF DEPARTMENT
11:31                    Visitation Summary Report, by Visitor Date              Page:        286
                                                                                              22

   In      Out              Visitor              Visitee              Relation      Destination
-----  ---------------   ------------------   ------------------   -----------   ---------------
11:05  **:**:** **/**  PEVEN, ROGER         DUNCAN, JOSEPH E atty
Total visits:        2

09/27/06
========
10:11  **:**:** **/**  ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTY
10:12  **:**:** **/**  PEVEN, ROGER      DUNCAN, JOSEPH E ATTY
Total visits:        2

09/29/06
========
09:41  **:**:** **/**  PEVEN, ROGER         DUNCAN, JOSEPH E attorney
Total visits:        1

10/02/06
========
10:10  **:**:** **/**  ADAMS, JOHN MICHA DUNCAN, JOSEPH E atty
10:11  **:**:** **/**  PEVEN, ROGER      DUNCAN, JOSEPH E atty
Total visits:        2

10/04/06
========
10:54  **:**:** **/**  ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
10:55  **:**:** **/**  PEVEN, ROGER      DUNCAN, JOSEPH E attorney
13:56  **:**:** **/**  REIDI, THOMAS     DUNCAN, JOSEPH E DOCTOR
14:00  **:**:** **/**  NAFFZIGER, JOYCE  DUNCAN, JOSEPH E INVESTIGATO
Total visits:        4

10/05/06
========
08:54  **:**:** **/**  REIDI, THOMAS        DUNCAN, JOSEPH E psychologis
Total visits:        1

10/06/06
========
09:39  **:**:** **/**  ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
Total visits:        1

10/13/06
========
08:40  **:**:** **/**  BECKER, JUDITH V  DUNCAN, JOSEPH E psychologis
08:50  **:**:** **/**  NAFFZIGER, JOYCE  DUNCAN, JOSEPH E midigation
Total visits:        2

10/14/06
========
15:27  **:**:** **/**  ADAMS, JOHN MICHA DUNCAN, JOSEPH E ATTY
Total visits:        1

10/18/06
========
08:47  **:**:** **/**  ADAMS, JOHN MICHA DUNCAN, JOSEPH E attorney
Total visits:        1
```

```
06/18/08                    KOOTENAI COUNTY SHERIFF DEPARTMENT
11:31               Visitation Summary Report, by Visitor Date          286
                                                               Page:     23

In     Out           Visitor           Visitee           Relation    Destination
-----  ------------  ----------------  ----------------  ----------  -----------
10/20/06
========
08:49  **:**:** **/**  REMINGTON, TIMOTH  DUNCAN, JOSEPH E  PASTOR/BOOT
09:01  **:**:** **/**  PEVEN, ROGER       DUNCAN, JOSEPH E  FEDERAL DEF
09:07  **:**:** **/**  ADAMS, JOHN MICHA  DUNCAN, JOSEPH E  ATTORNEY
09:10  **:**:** **/**  MASKELL, BRADLEY   DUNCAN, JOSEPH E  DETECTIVE S
09:12  **:**:** **/**  SWANSON, FRED      DUNCAN, JOSEPH E  ISP OFFICER
Total visits:      5


------------------------------------------------------------------------------
Total visits, this report:    364
------------------------------------------------------------------------------
Report Includes:
All arrival dates
All destinations
All visitee numbers matching `  366307`
All visitor numbers
All visitee last names
All visitee first names
All visitee middle names
All visitor last names
All visitor first names
All visitor middle names
------------------------------------------------------------------------------
            *** End of Report /tmp/rptFjEOya-rpjvvsr.rl_1 ***
```



# U.S. Department of Justice

*United States Attorney*
*District of Idaho*

| | |
|---|---|
| *Mailing Address:* | *208/334-1211* |
| *Washington Group Plaza IV* | *Main Fax: 208/334-9375* |
| *800 Park Blvd., Suite 600* | *Civil Div. Fax: 208/334-1414* |
| *Boise, ID 83712* | *Criminal Div/Fax: 208/334-1038* |
| | *DTF Div. Fax: 208/334-1413* |

# FAX TRANSMISSION COVER SHEET

DATE:               March 6, 2007

TO:                 Gail Gneckow

ORGANIZATION:       FBI Coeur d'Alene

FAX #:              208-665-2525

PHONE #:            208-664-5128

FROM:               Wendy Olson

SUBJECT:            Duncan prison visits

TOTAL PAGES:        3 (including cover sheet).  Please call the sender immediately, collect if
                    necessary, if you do not receive the total pages shown or if you receive
                    this transmission in error.

COMMENTS:

\* \* \*

*THIS TRANSMISSION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL LISTED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR DUPLICATION OF THIS TRANSMISSION BY SOMEONE OTHER THAN THE INTENDED ADDRESSEE OR THEIR DESIGNATED AGENT IS STRICTLY PROHIBITED.*

= VISITORS =============== OFFENDER VISIT LIST ============= 03/05/2007 = Page  1
Department of Corrections Visitor List for 01/01/2007 To 03/05/2007
Offender: 83655  DUNCAN III, JOSEPH EDWARD

| Visitor Name | Visit Date | Facility | Visit Type | Contact? | Actn |
|---|---|---|---|---|---|
| DUNCAN, LILLIAN | 02/24/2007 | IMSI | REGULAR | Y | N |
| DUNCAN, LILLIAN | 02/25/2007 | IMSI | REGULAR | Y | N |

Total Number of Visitors: 2

MAR-06-2007 TUE 09:22 AM IMSI RECORDS          FAX NO. 208 336 9715          P. 03

## Idaho Maximum Security Institution
# MEMORANDUM

DATE:       March 6, 2007

TO:         Sgt. Todd Sargent, Investigations

FROM:       Nancy Hansen, Administrative Assistant II

RE:         Joseph Duncan #83655

---

Per your request, I researched and found I had made the following appointments for Mr. Duncan and his attorneys. Please note, these are the scheduled times. They may have left early or stayed much later since security does not usually ask attorneys to leave unless the meeting is causing another inmate's meeting to be delayed. Let me know if you need anything else.

| Date | Scheduled Time | Attorneys |
| --- | --- | --- |
| 10/25/06 | 15:00-17:00 | Roger Peven and Thomas Monaghan |
| 10/27/06 | 13:30-15:00 | Roger Peven and Thomas Monaghan |
| 10/28/06 | 10:30-11:30 | Roger Peven and Thomas Monaghan |
| 10/30/06 | 15:00-16:00 | Thomas Monaghan |
| 11/01/06 | 14:30-16:30 | Roger Peven and Thomas Monaghan |
| 11/03/06 | 11:00-12:00 | Thomas Monaghan |
| 11/09/06 | 10:00-11:30 | Thomas Monaghan |
| 11/17/06 | 08:00-09:00 | Thomas Monaghan |
| 11/27/06 | 14:30-15:30 | Thomas Monaghan |
| 11/27/06 | 15:00-16:00 | Thomas Monaghan |
| 11/29/06 | 14:30-16:00 | Thomas Monaghan |
| 12/01/06 | 11:30-13:00 | Thomas Monaghan |
| 12/05/06 | 15:00-16:00 | Thomas Monaghan |
| 12/07/06 | 12:00-13:30 | Thomas Monaghan |
| 12/15/06 | 10:00-11:30 | Thomas Monaghan |
| 12/27/06 | 12:00-13:00 | Thomas Monaghan |
| 12/28/06 | 14:30-16:00 | Roger Peven and Thomas Monaghan |
| 01/03/07 | 14:30-16:00 | Roger Peven and Thomas Monaghan |
| 01/08/07 | 11:30-13:00 | Thomas Monaghan |
| 01/09/07 | 10:00-11:30 | Thomas Monaghan |
| 01/10/07 | 12:30-16:30 | Roger Peven and Thomas Monaghan |
| 01/17/07 | 13:30-15:00 | Thomas Monaghan |
| 01/26/07 | 13:00-14:00 | Thomas Monaghan |
| 01/30/07 | 12:30-13:30 | Thomas Monaghan |
| 02/01/07 | 12:30-13:30 | Thomas Monaghan |
| 02/06/07 | 13:00-14:30 | Roger Peven and Thomas Monaghan |
| 02/09/07 | 15:00-16:00 | Thomas Monaghan |
| 02/12/07 | 13:00-14:30 | Tom Monaghan, Roger Peven and Bill Proctor (investigator) |
| 02/09/07 | 15:00-16:00 | Thomas Monaghan |
| 02/12/07 | 14:30-16:00 | Tom Monaghan, Roger Peven and Bill Proctor (investigator) |
| 02/15/07 | 10:00-11:00 | Thomas Monaghan |
| 02/20/07 | 10:45-11:45 | Thomas Monaghan |
| 02/26/07 | 14:30-16:00 | Roger Peven and Thomas Monaghan |
| 02/28/07 | 13:30-15:30 | Tom Monaghan, Debra Garvey and Mark Laranaga |
| 03/01/07 | 11:00-13:00 | Debra Garvey and Mark Laranaga |
| 03/07/07 | 14:30-16:30 | Roger Peven and Thomas Monaghan |

cc. J. Hardison, Warden