# GOVERNMENT'S ATTACHMENT

# 15

Should I throw everything away and run with $25000?

| | 1 = yes | practical weight | emotional weight | odds | Pracitcal Analysis | Emotional Analysis |
|---|---|---|---|---|---|---|
| It will hurt my family and friends | | | | | | |
|    Mom | -1 | 5 | 10 | 1 | -5 | -10 |
|    Dad | -1 | 5 | 8 | 1 | -5 | -8 |
|    Rich | -1 | 4 | 8 | 0.95 | -3.8 | -7.6 |
|    Joe | -1 | 4 | 8 | 0.95 | -3.8 | -7.6 |
|    Cats | -1 | 2 | 6 | 0.95 | -1.9 | -5.7 |
| I could be arrested while on bail (and loose chance to decide) | 1 | 2 | 6 | 0.2 | 0.4 | 1.2 |
| Case might not be strong enough to prosecute | | | | | | |
|    Victims contradict each other | -1 | 7 | 0 | 0.7 | -4.9 | 0 |
|    I have moderate argument against this type of behavior | -1 | 4 | 0 | 0.85 | -3.4 | 0 |
|    Bail is suspiciously low | -1 | 5 | 0 | 0.5 | -2.5 | 0 |
|    Victim id'd me based primarily on lip | -1 | 7 | 0 | 0.5 | -3.5 | 0 |
|    Victim who id'd me is only 6 years old | -1 | 7 | 0 | 0.7 | -4.9 | 0 |
|    I was not arrested | -1 | 5 | 0 | 1 | -5 | 0 |
| Case might be un-winable | | | | | | |
|    I am a registered sex offender with criminal history | 1 | 9 | 0 | 1 | 9 | 0 |
|    I was in DL near time when incident occurred | 1 | 8 | 0 | 0.95 | 7.6 | 0 |
|    I was driving a red grand am | 1 | 2 | 0 | 1 | 2 | 0 |
|    Victim has id'd me as perp | 1 | 9 | 0 | 0.9 | 8.1 | 0 |
| I have a chance to live out my fantasies | | | | | | |
|    Revenge | 1 | 8 | 10 | 0.5 | 4 | 5 |
|    Sex | 1 | 8 | 10 | 0.5 | 4 | 5 |
|    No more cares | 1 | 8 | 7 | 0.5 | 4 | 3.5 |
| I could go to prison for the rest of my life and never know what could have been | 1 | 10 | 9 | 0.3 | 3 | 2.7 |
| I will not have access to this money again | 1 | 2 | 0 | 0.8 | 1.6 | 0 |
| If I do go to prison | | | | | | |
|    I will have Joe's support while there | -1 | 2 | 3 | 0.85 | -1.7 | -2.55 |
|    I will be able to study and write | -1 | 2.5 | 4 | 1 | -2.5 | -4 |
| I have a chance to be traditionally successful if I hang around | -1 | 8 | 6 | 0.8 | -6.4 | -4.8 |
| If I win I am still a sex offender | 1 | 2 | 6.5 | 1 | 2 | 6.5 |
| I may eventually be found out | 1 | 4 | 1 | 0.1 | 0.4 | 0.1 |
| | | | | | -0.315384615 | -1.009615385 |

? Assume I fight and win.  What will I have?
   Family
   Oportunity

U 05194 (24)
fom
3/21/08


GOVERNMENT
EXHIBIT
59

**File: Book1.xls**
Full Path: 61046\Part_1\NONAME-NTFS\Documents and Settings\Jet\My Documents\Book1.xls
Extension: xls
Created: 1/30/2005 3:07:59 AM
Modified: 4/8/2005 9:47:46 AM    7C-SU-61046
Accessed: 4/15/2005 11:32:11 AM
Logical Size: 30,720
Item Number: 991,969    1/21/08
MD5: D12740202180DACDC895CB131B09184D
Exported as:: Book1[991969].xls

PS 2-/2                     ADid UdS195 724)