# GOVERNMENT'S ATTACHMENT

# 16

TAKING ACTION:

APPROCH (ROUTE)TO HOUSE

Cold + misty wet

25

DUNCAN-035520