# GOVERNMENT'S ATTACHMENT

# 17

LYING FACE DOWN ALREADY CUFFED. "HE WAS VERY COOPERATIVE DON'T IT." DIALOGUE - AFTER HE WAS CUFFED CONFIRMED TIGHT *BY PULLING OUT THEM* ASKED WHERE GUN WAS KNEW GUN IN HOUSE HE SAID HE DIDN'T HAVE ANY GUNS. - "MY OBJECTIVE WAS TO TAKE THE CHILDREN" "MY SECONDARY *OBJECTIVE WAS GET* TO TAKE ANY GUNS *BUT MY PRIMARY WAS TO GET THE CHILDREN.* / SAID NO GUNS - I PRESUMED *MARK* HE WAS LYING - WOULD SEARCH LATER - ⊘ ONE CONCERN WAS

*STILL UPSTAIRS* IF THEY KNEW REAL REASON WAS THERE - THEY WOULD RESIST - ASKING ABOUT GUNS WAS A RUSE - ALSO ASKED ABOUT KEYS TO TRUCK - BRENDA ASKED IF HAD KILLED DOGS TOLD NO; TOLD THEM TO GO DOWNSTAIR - AND OF COURSE *PERPLEXED ABOUT MARK GETTING DOWN STAIRS* MARK

*BRENDA'S BOUND?* WAS HOBBLED HE FIGURED OUT HOW TO WALK DOWNSTAIR ON HIS BUTT - MADE MARK LAYDOWN IN SAME POSITION HE WAS FOUND - HEAD FACING NORTH NEXT TO SOFA ON EAST WALL - LIVING ROOM - ALSO ASKED BRENDA HOW MANY CHILDREN HAD - RUSE WHILE TAKING DOWNSTAIRS.) SHE SAID FIVE - CONFUSED - REALIZED OLDER CHILDREN NOT HERE - HOW MANY IN HOUSE? SHE SAID 3. AFTER MARK LAID DOWN - TOLD BRENDA TO WAKE UP CHILDREN - BELIEVE SHE WENT INTO ▓ ROOM FIRST - WOKE HIM UP - HE STARTED TALKING BACK - SHE TOOK ON HER VERY SERIOUS TONE TO SHOW HIM IT WASN'T A PLAYING MATTER - HE GOT UP - THINK HE COMES OUT HE SAW ME HELD GUN ON HIM TOLD HER TO GO WAKE UP OTHER CHILDREN. D▓ & J▓ THEY CAME OUT AN ESCORTED ALL TO LIVING ROOM. S▓ *TO* CORRECTS W/ S▓ STATEMENT STARTED TYING THEM UP NOT SURE WHO FIRST HAD USED BOTH CUFFS ON MARK