# GOVERNMENT'S ATTACHMENT

# 18

INTERVIEW:          10/20/2006  0900hrs.  @ KC Public Safety Building

SUBJECT:            **Joseph Edward Duncan III**
CASE#:              05-11162

DETECTIVES:         Sgt. Brad R. Maskell, KCSD, Lead Investigator
                    Det. Fred Swanson, Idaho State Police

ATTORNEYS:          John Adams, KC Public Defender
                    Roger Peven, FED. Public Defender

INTRO;              >>>

GEN. PURPOSE:       Discuss Rule 11 Agreement
                    Facts & Circumstances pertaining to the Crimes Noted

PERSONAL ACCOUNT by JOSEPH DUNCAN DETAILING, HIS VERSION OF EVENTS:
(Free talk)  DATES /TIMES AS SPECIFIC AS POSSIBLE

Deal is only @ Hs. (Adams)

Duncan concern for perameters (will talk later (Open)
Applause For Attnys: However expressed dislike
for system getting in way.

= Intent to Start (Adams) @ Property only =
Arrival at Property
Theres a lot more = Attnys Stopping him
(wants to protect + familys)
Drove frontage Just Hs Sun night
Mon morn 0300 Am
Driving the Jeep Same Jeep
looked for near by pkng place
by barn neighbors
Intent to approach in field
Took several measures familiar w/ investigative
procedures Perp always takes in Sayet
in takes something wears No prints
Lg shoes footprints would be to lg.

DUNCAN-035496