UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:17-cv-00091-EJL<br><br>**ORDER GRANTING MOTION TO SEAL** |

Before the Court in the above-entitled matter is the Government's Motion to File 13 Attachments Under Seal. (CV Dkt. 34.) The 13 Attachments are documents filed in support of the Government's Response to Joseph Edward Duncan III's Petition for relief under 28 U.S.C. § 2255. (CV Dkt. 34.) Counsel for the Petitioner has advised the Court that it has no objection to the Government's Motion.

The Court has reviewed the Motion and, for the reasons stated therein, finds the Government has shown the existence of a compelling reason for sealing these 13 Attachments that overcomes the presumption of the public's right to access. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016). The materials include once-privileged attorney-client communications, contain private information, and relay details of the underlying criminal abuse of the minor victims. Having balanced the competing interests of the public and the movant, the Court finds the privacy interests of the individuals who are the subject of this material are compelling and, at this time,

outweigh other interests in disclosure of the same. Accordingly, the Court will grant the Motion to Seal and order that the Government's Attachments 1 through 13 filed in support of its response shall remain under seal unless and until otherwise ordered by the Court. *See* Local Civil Rules 5.3 and 5.5.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Government's Motion to Seal (CV Dkt. 32) is **GRANTED**. Attachments 1 through 13 shall be filed **UNDER SEAL** unless and until otherwise ordered by this Court.

The Clerk of the Court shall file this Order in the normal course in Case Number 2:17-cv-00091-EJL and to serve the same upon all parties.

DATED: October 31, 2017

Honorable Edward J. Lodge
United States District Court