HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
LINDSAY N. BENNETT, GA Bar No. 141641
Assistant Federal Defender
Email: Lindsay_Bennett@fd.org
KELLY L. CULSHAW, CA Bar No. 304778
Assistant Federal Defender
Email: Kelly_Culshaw@fd.org
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:      (916) 498-5700
Facsimile:      (916) 498-6656

Attorneys for Petitioner,
JOSEPH EDWARD DUNCAN, III

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III, | Case No. 2:17-cv-00091-EJL |
| | 2:07-cr-00023-EJL |
| Petitioner, | |
| | NOTICE OF SUBSTITUTION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Undersigned counsel hereby give notice to this Court that Assistant Federal Defender, Kelly L. Culshaw, will be substituting in as counsel for Mr. Duncan, in place of Mark E. Olive.

NOTICE IS HEREBY GIVEN that all pleadings, correspondence or other documents should be served upon new counsel, Kelly L. Culshaw at the following address:

Federal Public Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:     (916) 498-5700
Facsimile:     (916) 498-6656
Email: Kelly_Culshaw@fd.org


Respectfully submitted this 30th day of January, 2018.

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Lindsay N. Bennett*
                                        LINDSAY N. BENNETT
                                        Assistant Federal Defender

                                        /s/Kelly L. Culshaw
                                        KELLY L. CULSHAW
                                        Assistant Federal Defender

                                        /s/Mark E. Olive
                                        MARK E. OLIVE
                                        Esquire

                                        Attorneys for Petitioner,
                                        JOSEPH EDWARD DUNCAN, III

NOTICE OF SUBSTITUTION                    2    *Joseph Edward Duncan, III v. United States of America,*
                                               *Case No.2-07-cr-00023-EJL*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of January, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bart M. Davis
United States Attorney
United States Attorney's Office
Washington Group IV
800 Park Blvd., Suite 600
Boise, Idaho 83712

Katherine L. Horwitz
Assistant United States Attorney
Email:  Katherine.horwitz@usdoj.gov
United States Attorney's Office
Washington Group IV
800 Park Blvd., Suite 600
Boise, Idaho 83712

Syrena C. Hargrove
Assistant United States Attorney
Email:  Syrena.hargrove@usdoj.gov
United States Attorney's Office
Washington Group IV
800 Park Blvd., Suite 600
Boise, Idaho 83712

Jeffrey B. Kahan
Trial Attorney
Email:  Jeffrey.kahan@usdoj.gov
U.S. Department of Justice
Capital Case Section
1331 F Street, NW; 6th FL
Washington, DC  20530

*/s/ Lindsay N. Bennett*
LINDSAY N. BENNETT