UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.: 2:17-CV-00091-EJL<br>2:07-CR-00023-EJL<br><br>**JUDGMENT** |

Based upon the Court's Orders entered herein, **IT IS HEREBY ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, filed by JOSEPH EDWARD DUNCAN, III, is **DENIED IN ITS ENTIRETY**, **JUDGMENT IS ENTERED** in favor of Respondent, and Case No. 2:17-cv-00091-EJL is **DISMISSED WITH PREJUDICE**.

DATED: November 27, 2019

Honorable Edward J. Lodge

U.S. District Judge