HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
LINDSAY N. BENNETT, GA Bar No. 141641
Asst. Chief, Capital Habeas Unit, AFD
Lindsay_Bennett@fd.org
KELLY L. CULSHAW, CA Bar No. 304778
Chief, Capital Habeas Unit, AFD
Kelly_Culshaw@fd.org
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:     (916) 498-6666
Facsimile:     (916) 498-6656

Attorneys for Petitioner
JOSEPH EDWARD DUNCAN, III

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

JOSEPH EDWARD DUNCAN, III,     )
           )     Case No.  2:17-cv-0091-EJL
           )           2:07-cr-00023-EJL
      Petitioner,     )
           )     **DEATH PENALTY CASE**
    vs.           )
           )     PETITIONER'S NOTICE OF
           )     APPEAL
UNITED STATES OF AMERICA,     )
           )
      Respondent.     )
_____)

NOTICE IS HEREBY GIVEN that JOSEPH EDWARD DUNCAN, III, Petitioner/Appellant, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Memorandum Decision and Order (Doc. 49, Case No. 2:17-cv-00091-EJL) and (Doc. 887, Case No. 2:07-cr-00023-EJL) filed in this action on November 15, 2019 and Judgment Denying in its Entirety, the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 50, Case No. 2:17-cv-00091-EJL) and (Doc. 888, Case No. 2:07-cr-00023-EJL) filed on November 27, 2019.

Petitioner's Notice of Appeal          1         *Joseph Edward Duncan, III v. United States,*
                                      Case No. 2:17-cv-00091-EJL

DATED this 13th day of January, 2020

Respectfully submitted,

/s/ *Lindsay N. Bennett*
LINDSAY N. BENNETT
Asst. Chief, Capital Habeas Unit, AFD

/s/ *Kelly L. Culshaw*
KELLY L. CULSHAW
Chief, Capital Habeas Unit, AFD

Attorneys for Petitioner
JOSEPH EDWARD DUNCAN, III

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of January, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Bart M. Davis
United States Attorney
United States Attorney's Office
Washington Group IV
800 Park Blvd., Suite 600
Boise, Idaho 83712

Katherine L. Horwitz
Assistant United States Attorney
Email: Katherine.horwitz@usdoj.gov
United States Attorney's Office
Washington Group IV
800 Park Blvd., Suite 600
Boise, Idaho 83712

Syrena C. Hargrove
Assistant United States Attorney
Email: Syrena.hargrove@usdoj.gov
United States Attorney's Office
Washington Group IV
800 Park Blvd., Suite 600
Boise, Idaho 83712

Jeffrey B. Kahan
Trial Attorney
Email: Jeffrey.kahan@usdoj.gov
U.S. Department of Justice
Capital Case Section
1331 F Street, NW; 6th FL
Washington, DC 20530

/s/ Lindsay N. Bennett
LINDSAY N. BENNETT