***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

### Notice of Docket Activity

The following transaction was entered on 01/17/2020 at 10:48:22 AM PST and filed on 01/17/2020

 **Case Name:** Joseph Duncan, III v. USA

 **Case Number:** 20-35022

**Docket Text:**
Case terminated, opened in error. Appeal will be opened as a Death Penalty Case [11566047] (Ybarreta, Bradley)

**Notice will be electronically mailed to:**

Lindsay Nicole Bennett, Federal Public Defender
Ms. Kelly L. Culshaw, Assistant Federal Public Defender
Ms. Syrena Case Hargrove, Assistant U.S. Attorney
USDC, Boise
Justin David Whatcott, Assistant U.S. Attorney
Traci Jo Whelan, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 11566047
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 14248767