

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

January 17, 2020

No.: 20-99001
D.C. No.: 2:17-cv-00091-EJL
Short Title: Joseph Duncan, III v. USA

Dear Appellant

A copy of your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please review Circuit Rule 22 regarding the procedures to follow in the prosecution of this death penalty appeal. All filings and correspondence should be addressed to the Clerk of Court, ATTN: Death Penalty. Telephone inquiries should be directed to (415) 355-8197.