FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III,<br><br>        Petitioner-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent-Appellee. | No. 20-99001<br><br>D.C. Nos.   2:17-cv-00091-EJL<br>             2:07-cr-00023-EJL-1<br>District of Idaho,<br>Boise<br><br>ORDER |

Before:   GRABER, M. SMITH, and HURWITZ, Circuit Judges.

After the district court denied Duncan's 28 U.S.C. § 2255 motion and denied a certificate of appealability ("COA") in full, Duncan filed a timely notice of appeal. The briefing schedule for the appeal, set by a deputy clerk on January 17, 2020 (DE 1), is vacated. An appeal "may not be taken to the court of appeals" from the denial of a section 2255 motion unless a judge issues a COA. *See* 28 U.S.C. § 2253(c)(1)(B).

A motion for a COA, if any, is due February 27, 2020. A COA response is due April 2, 2020. A COA reply is due within 14 days after service of the COA response. As to any claim raised in the COA motion, the parties should address whether the claim is precluded by Duncan's plea or by his waiver of the appeal or by prior determinations of Duncan's competency.