FILED

UNITED STATES COURT OF APPEALS

FEB 6 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III,<br><br>    Petitioner-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent-Appellee. | No. 20-99001<br><br>D.C. Nos.    2:17-cv-00091-EJL<br>              2:07-cr-00023-EJL-1<br>District of Idaho,<br>Boise<br><br><br>ORDER |

Before:  GRABER, M. SMITH, and HURWITZ, Circuit Judges.

Appellant's unopposed motion to extend time to file a motion for certificate

of appealability, Docket No. 3, is GRANTED.