FILED

UNITED STATES COURT OF APPEALS

FEB 25 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III, | No. 20-99001 |
| Petitioner-Appellant, | D.C. Nos. 2:17-cv-00091-EJL |
| | 2:07-cr-00023-EJL-1 |
| v. | District of Idaho, Boise |
| UNITED STATES OF AMERICA, | |
| Respondent-Appellee. | ORDER |

Before: GRABER, M. SMITH, and HURWITZ, Circuit Judges.

Appellant's Unopposed Motion for Appointed Counsel to be Relieved and for the Appointment of Substitute Counsel, Docket No. 5, is GRANTED. The Office of the Federal Defender for the Eastern District of California is relieved of its appointment as counsel for Appellant and the Indiana Federal Community Defenders Office is hereby appointed as substitute counsel.