FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III, | No. 20-99001 |
| Petitioner-Appellant, | D.C. Nos. 2:17-cv-00091-EJL |
| | 2:07-cr-00023-EJL-1 |
| v. | District of Idaho, |
| | Boise |
| UNITED STATES OF AMERICA, | |
| Respondent-Appellee. | ORDER |

Before: GRABER, M. SMITH, and HURWITZ, Circuit Judges.

Appellant's unopposed motion to extend time to file a request for certificate of appealability, Docket No. 17, is GRANTED.