FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 16 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III,<br><br>  Petitioner-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent-Appellee. | No. 20-99001<br><br>D.C. Nos.  2:17-cv-00091-EJL<br>      2:07-cr-00023-EJL-1<br>District of Idaho,<br>Boise<br><br>ORDER |

Before:  GRABER, M. SMITH, and HURWITZ, Circuit Judges.

Appellant's motion for an extension of time to file an application for certificate of appealability, Docket No. 21, is GRANTED.

Absent an emergency, this court will not entertain any additional requests for extension.