FILED

UNITED STATES COURT OF APPEALS

DEC 1 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III,<br><br>     Petitioner-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Respondent-Appellee. | No. 20-99001<br><br>D.C. Nos.    2:17-cv-00091-EJL<br>                   2:07-cr-00023-EJL-1<br>District of Idaho, Boise<br><br><br>ORDER |

Before:  GRABER, M. SMITH, and HURWITZ, Circuit Judges.


Petitioner's motion to file an oversize Application for Certificate of

Appealability, Docket No. 24, is GRANTED IN PART.  Petitioner's substitute

Application, not to exceed 30,000 words, is due no later than 14 days from the date

of this order.