UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III, | |
| Petitioner, | Case Nos.: 2:17-CV-00091-EJL |
| | 2:07-CR-00023-EJL |
| vs. | |
| | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner Joseph Edward Duncan appealed the Court's denial of his petition for a writ of habeas corpus. (Dkt. 51, 52.) While the appeal was pending before the Ninth Circuit, Mr. Duncan died. On April 2, 2021, the Ninth Circuit issued an order denying Mr. Duncan's request for a certificate of appealability as moot. (Dkt. 62.) The Ninth Circuit's order indicated to this Court that dismissal for mootness may be appropriate. The Court agrees.

Because Petitioner's death renders this case moot, the petition for a writ of habeas corpus in Case Number 2:17-CV-00091-EJL will be dismissed as moot. *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005) (habeas petitioner's death resulted in dismissal of case as moot); *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (habeas petition dismissed as moot where petitioner died during pendency of appeal). Any other pending motions in both cases listed in the caption above will also be denied as moot.

No certificate of appealability will be issued as Petitioner's death renders all relief moot. *See* 28 U.S.C. § 2253(c)(2) (A certificate of appealability may only issue when the petitioner "has made a substantial showing of the denial of a constitutional right.").

## **ORDER**

NOW THEREFORE IT IS HEREBY ORDERED as follows:

1)  The Petition for Writ of Habeas Corpus is **DISMISSED AS MOOT**.

2)  A certificate of appealability is **DENIED**.

3)  The Clerk of the Court is directed to file this Order in both actions listed in the caption and to close both cases.

Dated: **May 05, 2021**

Honorable Edward J. Lodge
United States District Judge